UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff: Independent Asset Management UC + Ola Holmstrom

-v-

and

Defendant: Daniel Zingel

Case No. 07 CV 6431

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Independent Asset Management (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 7/16/07

Signature of Attorney

Attorney Bar Code: CL-2452

Form Rule7_1.pdf