UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| INDEPENDENT ASSET MANAGEMENT LLC and OLA HOLMSTROM, | Case No. 1:07-cv-06431-JSR |
| Plaintiffs, | ECF |
| vs. | |
| DANIEL ZANGER, | **DEFENDANT'S NOTICE OF MOTION TO DISMISS THE COMPLAINT** |
| Defendant. | |

------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of defendant Daniel Zanger's ("Defendant") counsel, Matthew E. Szwajkowski, Esq., sworn to on September 14, 2007, the exhibits annexed thereto, the accompanying Memorandum of Law in Support Of Defendant's Motion To Dismiss The Complaint, and upon all the prior proceedings and matters of record in this case, Defendant will move the Court before the Honorable Jed S. Rakoff, United States District Court Judge for the Southern District of New York, in Courtroom 14-B, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 4, 2007, at 4:00 p.m., for an order:

(1)  Pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the claims set forth in the Complaint; and

(2)  for such other and further relief as the Court deems just and proper.

Pursuant to the schedule established by the Court, plaintiffs Independent Asset Management LLC and Ola Holmstrom shall serve their opposition on, or before, September 25,

1

2007. Defendants shall serve any reply on, or before, September 28, 2007.


Dated: September 14, 2007                     Respectfully submitted,


                                              *s/* Matthew E. Szwajkowski
                                              Thomas H. Sear (TS-5570)
                                              Matthew E. Szwajkowski (MS-8362)
                                              JONES DAY
                                              222 East 41st Street
                                              New York, NY 10017-6702
                                              Telephone: (212) 326-3939
                                              Facsimile: (212) 755-7306
                                              mszwajkowski@jonesday.com

                                              *Attorneys for Defendant Daniel Zanger*

**CERTIFICATE OF SERVICE**

The foregoing document was served on the following counsel of record on September 14, 2007 via the method listed below:

**E-Mail, Federal Express, and Hand Delivery**

John Balestriere
Craig Stuart Lanza
Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007
clanza@balestriere.net

*s/ Matthew E. Szwajkowski*