```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
INDEPENDENT ASSET MANAGEMENT LLC and :
OLA HOLMSTROM,                       :
                                     :   07 Civ. 6431 (JSR)
            Plaintiffs,              :
                                     :        ORDER
      -v-                            :
                                     :
DANIEL ZANGER,                       :
                                     :
            Defendant.               :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    With regard to defendant's pending motion, Counts III and IV are hereby dismissed with prejudice and in all other respects the motion is denied. An opinion explaining the reasons for these determinations will issue in due course.

    As previously instructed, the parties are directed to jointly prepare and submit to the Court by no later than December 13, 2007 a proposed case management plan in the Court's Form D that will conclude all discovery and post-discovery motion practice by no later than May 16, 2008, on which date, at 4 p.m., oral argument on any post-discovery motion, as well as a final pre-trial conference, will be held.

    SO ORDERED.

                                                JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 4, 2007