UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
INDEPENDENT ASSET MANAGEMENT LLC )   Case No. 1:07-cv-06431-JSR
and OLA HOLMSTROM,                                )
                                                  )   ECF
                                                  )
                                                  )
            Plaintiffs,                           )
                                                  )
vs,                                               )
                                                  )
DANIEL ZANGER,                                    )
                                                  )
            Defendant.                            )
                                                  )
---------------------------------------------------- x

## STIPULATION AND ORDER

Subject to the approval of the Court, plaintiffs and defendant, by and through their undersigned counsel, hereby stipulate that the time for defendant Daniel Zanger to answer the Amended Summons and Complaint in this action is extended to and including January 3, 2008.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-07

DEC-17-2007  11:27      LAW OFFICES                          12124066890    P.02

Dated: December 14, 2007
   New York, New York

BALESTRIERE PLLC

By: /s/

Craig Stuart Lanza (CL-2452)
225 Broadway, Suite 2700
New York, New York 10007
212-326-3680
clanza@balestriere.net

*Counsel for Plaintiffs*

SO ORDERED:

/s/
U.S.D.J.
12-17-07

JONES DAY

By: /s/

Thomas H. Sear (TS-5570)
Matthew E. Szwajkowski (MS-8362)
222 East 41st Street
New York, New York 10017
212-326-3680
thsear@jonesday.com

*Counsel for Defendant*

- 2 -

TOTAL P.02