UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
INDEPENDENT ASSET MANAGEMENT LLC,

        Plaintiff,

vs.

DANIEL ZANGER,

        Defendant.
------------------------------------------------------------ x

) Case No. 1:07-cv-06431-JSR
)
) ECF

## NOTICE OF DEPOSITION OF GEORGE SZELE

PLEASE TAKE NOTICE, pursuant to the Federal Rules of Civil Procedure, that on February 20, 2008, beginning at 9:30 A.M. Eastern time, at the offices of JONES DAY, 222 E. 41st Street, New York, NY 10017, or such other earlier date and time as may be agreed to by all counsel, Daniel Zanger ("Zanger") will take the testimony of George Szele.

The deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographic means. The deposition will continue until completed with such adjournments as may be necessary.

Dated: New York, New York                        Respectfully submitted,
      January 3, 2008

                                                 *s/ Matthew E. Szwajkowski*
                                          Thomas H. Sear (TS-5570)
                                          Matthew E. Szwajkowski (MS-8362)
                                          JONES DAY
                                          222 East 41st Street
                                          New York, NY 10017-6702
                                          Telephone: (212) 326-3939
                                          Facsimile: (212) 755-7306
                                          mszwajkowski@jonesday.com

                                          *Attorneys for Daniel Zanger*

**CERTIFICATE OF SERVICE**

The foregoing document was served on the following counsel of record on January 3, 2008 via the method listed below:

**E-Mail and UPS**

John Balestriere
Craig Stuart Lanza
Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007
clanza@balestriere.net

*s/ Matthew E. Szwajkowski*