UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEPENDENT ASSET MANAGEMENT LLC and OLA HOLMSTROM,<br><br>       Plaintiffs<br><br> - against -<br><br>DANIEL ZANGER,<br>       Defendant. | 1:07-CV-06431-JSR<br><br>ECF<br><br>NOTICE OF DEPOSITION<br>OF JEFF ROBERTSON |

## NOTICE OF DEPOSITION OF JEFF ROBERTSON

PLEASE TAKE NOTICE, pursuant to the Federal Rules of Civil Procedure, beginning at 9:30 a.m. on March 6, 2008, at the offices of BALESTRIERE PLLC, 225 Broadway, New York, New York 10011, or at such other time that can be agreed by all, counsel for Plaintiffs will take the testimony of Jeff Robertson.

The deposition will be taken before an officer authorized to administer oaths and will be taken by stenographic means. The deposition will continue until completed with such adjournments as may be necessary.

Dated: New York, New York
    January 13, 2008      By: /s/ Craig Stuart Lanza
                    Craig Stuart Lanza (CL-2452)
                    BALESTRIERE PLLC
                    225 Broadway, Suite 2700
                    New York, NY 10007
                    Telephone 212-374-5404