UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Independent Asset Management, LLC

                           Plaintiff,

          -against-

Daniel Zanger

                          Defendant.
-----------------------------------------------------------x

07 CIVIL 06431 (JSR)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **MATTHEW E. SZWAJKOWSKI**

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: **MS-8362**

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: **77 WEST WACKER DRIVE CHICAGO, IL 60601**

☒ Telephone Number: **312-269-4099**

☒ Fax Number: **312-782-8585**

☐ E-Mail Address: _____

Dated: **2/5/2008**  _/s/ [signature]_