

**JOHN BALESTRIERE**
225 BROADWAY SUITE 2700
NEW YORK, NY 10007
PHONE:  +1.212.374.5401
CELL:   +1.917.318.3844
FAX:    +1.212.208.2613
JB@BALESTRIERE.NET
WWW.BALESTRIERE.NET

April 15, 2008

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Independent Asset Management, LLC v. Daniel Zanger (1:07-CV-06431-JSR)

To the Clerk of Court:

We attempted to file this document last night multiple times. Due to a failure with the ECF system, however, we were unable to do so. We gave notice and a copy of the documents to opposing counsel.

        Sincerely,

        Craig Stuart Lanza

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **INDEPENDENT ASSET MANAGEMENT, LLC,**<br><br>                         **Plaintiff,**<br><br>      - against -<br><br>**DANIEL ZANGER,**<br><br>                         **Defendant.** | 1:07-CV-06431-JSR<br><br>ECF<br><br>NOTICE OF MOTION |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and the Declaration of Craig Stuart Lanza, and the exhibits annexed thereto, Plaintiff Independent Asset Management, LLC, by its attorneys, Balestriere Lanza PLLC, will move this Court before the Honorable Jed S. Rakoff, United States District Court Judge, for an order entering judgment against Defendant Daniel Zanger on all of Plaintiff's claims, except as to the amount of damages, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that all papers shall be filed in accordance with the briefing schedule set forth by the case management order.

2

| | |
|---|---|
| Dated: New York, New York<br>April 14, 2008 | Respectfully submitted,<br><br>*/s Craig Stuart Lanza*<br>Craig Stuart Lanza (CL-2452)<br>John Balestriere (JB- 3247)<br>**BALESTRIERE LANZA PLLC**<br>225 Broadway, Suite 2700<br>New York, NY 10007<br>Telephone:   (212) 374-5400<br>Facsimile:    (212) 208-3613<br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the following counsel of record on April 14, 2008, via the methods listed below:

**By ECF and First Class Mail**
Thomas H. Sear, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　　　　*/s Craig Stuart Lanza*
　　　　　　　　　　　　　　　　　　　　　　Craig Stuart Lanza (CL-2452)
　　　　　　　　　　　　　　　　　　　　　　**BALESTRIERE LANZA PLLC**
　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 2700
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 374-5400
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 208-3613
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*