# Exhibit B

1                                                          1

2       UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
3       --------------------------------x
        INDEPENDENT ASSET MANAGEMENT
4       LLC and OLA HOMSTROM,

5                 Plaintiffs,

6            v.                        1:07-CV-06431-JSR

7       DANIEL ZANGER,

8                 Defendant.
        --------------------------------x
9

10

11                                March 5, 2008

12                                10:27 a.m.

13

14            Deposition of GEORGE SZELE, taken by

15      defendant, pursuant to notice, at the offices of

16      Jones Day, 222 East 41st Street, New York, NY,

17      before Lisa Mango, a Shorthand Reporter and

18      Notary Public of the State of New York.

19

20

21

22

23

24

25

1                              Szele                        5

2    Independent Asset Management by the name IAM?

3         A.    Yes.

4         Q.    There is reference in the agreement to

5    the Independent Fund Limited, IFL.  Can with we

6    refer to that as the Fund?

7         A.    Yes.

8         Q.    Approximately how much prior to

9    October 19, 2004 was it that you first had

10   contact with Mr. Zanger?

11        A.    September 28, 2004 was the

12   introduction.  September 29 in the morning we had

13   our first conversation.

14        Q.    Approximately how many times did you

15   have conversations with Mr. Zanger before

16   entering into this agreement?

17        A.    I'm not sure.

18        Q.    Can you tell us approximately?

19        A.    I'd have to check.  I really can't

20   approximate.

21        Q.    Was it more than ten?

22        A.    I don't think so.

23        Q.    Was it more than five?

24        A.    I'm just not sure.  I'd have to check.

25        Q.    What would you check?

1                          Szele                          8

2    your recollection what he said and what you said

3    in substance in writing or orally concerning

4    matters covered by the agreement leading up to

5    the agreement?

6         A.    What we discussed that morning is what

7    I put into the draft agreement.  And he asked me

8    how much, you know, how much time I'm going to

9    put in.  I said I'm going to put in a lot of

10   time.  He said I'll put in a lot of capital and

11   we'll ramp up the business.  Sounds great.  He

12   was excited.

13        Q.    Beyond what you told us, what else did

14   you say and what else did he say concerning these

15   matters before the agreement was executed?

16        A.    I don't think really too much else was

17   discussed besides what's in here.

18        Q.    Okay.  Do you recall anything being

19   said concerning the Fund beyond what is set forth

20   in the agreement?

21        A.    I'm not sure what you mean by that

22   question.

23        Q.    Beyond what you've told us, do you

24   recall telling him anything with respect to the

25   Independent Fund Limited?

1                          Szele                        41

2        A.    Approximately 33.

3        Q.    When did Mr. Homstrom invest in IAM?

4        A.    He invested, I have to get the exact

5   dates for you, but during the course of 2004 --

6   it was intermittent investments.  It was a

7   schedule based on certain things.

8        Q.    Did he invest at all -- make any

9   additional investment in IAM after January of

10  2006?

11       A.    After January of 2006.  Directly into

12  IAM I don't believe so.  No, I don't believe so.

13  He did invest in IFL.

14       Q.    Let me show you what we previously

15  marked as Zanger Exhibit 15.  Do you recognize

16  this as the amended complaint and amended summons

17  in this action?

18       A.    Yes.

19       Q.    You can look at any part of it you

20  want.  Take as long as you want looking at it.

21             Let me direct your attention to pages 8

22  through 10.

23       A.    Okay.

24       Q.    Do you see that there is a list of what

25  purports to be a summary of regulation T margin

Szele                                      59

Q.    Well, can you recall whether you had a
conversation with him in or around the end of
2005 or early 2006?

A.    Maybe.  I don't know the exact dates.
But I had told Mr. Homstrom about Zanger in 2005
and I'm sure -- I'm sure we talked about him in
2006 because he invested.

Q.    What did you tell Mr. Homstrom about
Dan in late 2005 or early 2006?

A.    I told Mr. Homstrom he should consider
investing in this class of shares.

Q.    Did you give him any reasons?

A.    I told Mr. Homstrom that I thought it
was an interesting investment for him and that it
could yield some profits.  Could yield some nice
returns.

Q.    Did you tell him you thought it was a
good investment?

A.    I don't recall if I told him I thought
it was a good investment.

Q.    Did you --

A.    I told him that he should take a look
at Mr. Zanger and let us know if he is
interested.

1                        Szele                        78

2      yes, but I have never seen margin calls like

3      this.

4           Q.      Meeting margin calls is a normal part

5      of equity trading for somebody like Dan?

6           A.      There are different types, right.

7      There is a trading violation.  There is a margin

8      call.  I mean, margin in and of itself I think is

9      fairly -- I want to use the right word.

10              Having a margin call is not so

11     untypical.  But trading violations, multiples and

12     these things continuously, continuously,

13     continuously is very severe according to any

14     major broker.

15          Q.      If you look at the 2005 violation, the

16     70 violations alleged in the complaint, did they

17     involve anything beyond simply a margin call and

18     meeting a margin call?

19          A.      I would have to look at that.

20          Q.      Go ahead.

21          A.      Which one --

22          Q.      In your complaint, Zanger 15.

23          A.      If there are any significant day

24     trading requirements, we were notified by Gia and

25     Dan took care of it.  Inappropriately so one time