ZANGER                                    50

2  four to one?

3          A       I assume so, yes.  Actually, I

4  believe I could not give you an exact answer

5  to that yes or no.

6          Q       So you don't know if it went to

7  five to one, six to one, seven to one?  You

8  wouldn't know that?

9          A       Well, no one has ever calculated

10  it and told me otherwise.

11          Q       Did you ever have a conversation

12  with IAM about increasing leverage beyond four

13  to one?

14          A       My recollection is that there were

15  various conversations where it was considered.

16          Q       And do you recall a conversation

17  in which IAM said that you could go beyond

18  four to one on leverage?

19          A       We had general conversations about

20  increasing leverage.

21          Q       And what was the substance of

22  those conversations?

23          A       That when the market was very

24  strong that we could potentially go higher.

25          Q       And who said that when the market

ZANGER                                                    51

1

2        was very strong that you could potentially go

3        higher?

4               A        My recollection is that it was

5        George.

6               Q        When did he say that?

7               A        I don't know precisely.

8               Q        Was it memorialized in any way?

9               A        I don't recall it being

10       memorialized.

11              Q        How about point B?  We discussed

12       before what liquidity was.  In your opinion,

13       while trading for IFL, did you maintain

14       sufficient liquidity?

15              A        Well, we talked before about

16       liquidity being a means of disposing of your

17       product in a prompt, quick fashion.

18              Q        Do you have any idea as to how

19       much liquidity you should have maintained

20       under this agreement?

21              A        Well, again, we talked about

22       liquidity being the ability to dispose of

23       products quickly.

24              Q        But I'm not asking what liquidity

25       is in terms of an explanation.  What I am

ZANGER                                          52

1

2   asking now is, is there a specific amount of

3   liquidity that you were supposed to have under

4   this agreement?

5                    MR. SEAR:   Objection to the form.

6              Answer as best that you can.

7        A      Well, in my context, liquidity is

8   the ability to raise cash quickly.

9        Q      Well, let me ask you this:  Does

10  maintaining a certain level of liquidity make

11  a trader more readily able to satisfy a margin

12  call?

13        A      It does.

14        Q      So if there is a sufficient degree

15  of liquidity in an account, is there a need to

16  liquidate positions in order to satisfy a

17  margin call?

18                    THE WITNESS:  Can you restate his

19             question?

20             (Whereupon, the referred to

21             question was read back by the Reporter.)

22                    THE WITNESS:  My understanding of

23             the question would be that if you have

24             enough liquidity, you would not have a

25             margin call.

```
1                      ZANGER                      53
2            Q      But you had a number of margin
3      calls with IFL; is that correct?
4            A      Yes.
5            Q      And when you were trading with
6      IFL, were you trading in other accounts as
7      well?
8            A      Trading other accounts that were
9      not associated with IFL?
10           Q      Correct.
11           A      Yes.
12           Q      What was the liquidity like in
13     those accounts?
14                  MR. SEAR:  Objection to the form.
15           Answer as best that you can.
16           A      Well, pretty much the same as IFL.
17           Q      So let's take, for example,
18     Westwood Partners.  Did you have the same
19     margin issues with Westwood Partners that you
20     had with IFL?
21                  MR. SEAR:  Objection to the form.
22           Answer as best that you can.
23                  THE WITNESS:  Repeat the question.
24                  (Whereupon, the referred to
25     question was read back by the Reporter.)
```

1                        ZANGER                                54

2                    THE WITNESS:  Well, um, I don't

3        see them as issues.

4          Q      Well, let me change to the same

5   margin calls with Westwood Partners that you

6   had with IFL.

7                    MR. SEAR:  Objection to the form.

8        Answer as best that you can.

9          A      I can't give you a precise count,

10  so I couldn't say if it was exact.

11         Q      Did you have similar margin calls?

12         A      Um, merely an assumption, I would

13  assume so, but not -- I wouldn't say that I

14  can absolutely, factually say, you know, what

15  the numbers were, whether it was ten, twenty,

16  thirty, fifty or two.

17         Q      All right.  Point D, we discussed

18  that before about full disclosure of

19  positions.  Did you ever disclose your

20  positions to IAM while trading for them or

21  trading for IFL?

22                    MR. SEAR:  Objection to the form.

23        Answer as best that you can.

24         A      Did I disclose them?

25         Q      That's correct.

ZANGER                                      55

1

2          A       They were there for anybody to see

3    at any time, so full disclosure was a constant

4    fact, pretty much, as far as I can recall.

5          Q       Is it fair to say that when you

6    signed this agreement, you expected George

7    Szele to do marketing for you?

8                  MR. SEAR:  Objection to the form.

9          Answer it as best that you can.

10         A       Yes.

11         Q       Do you think that George Szele had

12   the capacity to attract investors to a fund

13   like IFL?

14                 MR. SEAR:  You are asking him

15         today?

16                 MR. LANZA:  Yes.

17         A       I was under the belief that he had

18   the capacity.

19         Q       How about today?

20         A       I no longer have that belief.

21         Q       While you were trading for IFL,

22   did you have disagreements with George Szele?

23         A       Well, everybody has disagreements

24   with everybody.  I can't say that I didn't.

25         Q       Do you remember what those

ZANGER

56

2  disagreements were?

3      A      At this point, I don't recall

4  specific disagreements.

5      Q      Is it fair to say that while you

6  were trading with IFL, you were upset with the

7  agreement that you had signed with George

8  Szele?

9              THE WITNESS:  Can you repeat the

10             question?

11             (Whereupon, the referred to

12             question was read back by the Reporter.)

13             MR. SEAR:  Objection to the form.

14             THE WITNESS:  I don't recall.

15     Q      Do you ever recall --

16             MR. SEAR:  Did you finish your

17             answer?

18             THE WITNESS:  Pretty much.  I

19             don't recall.

20     Q      Do you recall telling George Szele

21  that you felt that he was making money off of

22  you?

23     A      I do and he was.

24     Q      Did you ever threaten to harm IFL?

25     A      Never.  I don't ever recall saying

ZANGER                                          57

1

2      that I would harm IFL.

3              Q      You are done with your answer?

4              A      I believe so.

5              Q      You never threatened to drain the

6      fund?

7              A      I don't have that recollection.

8              Q      Let's turn to November of 2006.

9      You had a day trading call on November 30th of

10     2006; is that correct?

11             A      What date was that?

12             Q      November 30th.

13             A      Of 2006?

14             Q      Yes.

15             A      A day trading call on

16     November 30th?

17             Q      Yes.

18             A      There was a day trading call.

19             Q      And you chose not to cover that

20     day trading call; is that correct?

21                    MR. SEAR:   Objection to the form.

22             Answer it as best that you can.

23             A      Yeah, I chose not to send in

24     payment for that call.

25             Q      And the reason that you chose not

ZANGER                                              58

1
2     to send in payment was because you didn't want
3     to experience a three- to four-week wait; is
4     that correct?
5          A     No.
6          Q     So you never said no more three-
7     to four-week waits in relation to that
8     November 30, 2006 violation?
9               MR. SEAR:  Objection to the form.
10         A     Yeah, I may have said that.
11         Q     But a three- to four-week wait had
12    nothing to do with your choosing to cover it?
13              MR. SEAR:  Objection to the form.
14              Answer it.
15         A     Well, it had something to do with
16    it, yes.
17         Q     You were aware that if you didn't
18    cover that call that the fund could no longer
19    actively trade; is that correct?
20         A     Well, let's say that it could no
21    longer actively trade at Goldman Sachs, but it
22    could actively trade.
23         Q     If the fund could no longer
24    actively trade, you can get your money back;
25    is that correct?

```
 1                        ZANGER                      59
 2                  MR. SEAR:  Objection to the form.
 3          A      Well, again, I am under the
 4     impression that I could have taken my money
 5     back at any time.
 6          Q      But you never did?
 7          A      Well --
 8                  MR. SEAR:  Objection to the form.
 9          Answer it.
10          A      I took some money out, four
11     million dollars at one point.
12          Q      But you never took all of your
13     money out?
14          A      No.  I never took all of my money
15     out.
16          Q      But you were upset with the
17     agreement and you never took your money out?
18                  MR. SEAR:  Objection.  You are
19             just arguing with the witness now.
20          Q      When you didn't cover the margin
21     call, that November 30th day trading call, you
22     shut the fund down; is that correct?
23          A      I didn't shut the fund down.
24          Q      Who shut the fund down?
25                  MR. SEAR:  Objection to the form.
```

ZANGER                                    60

2    A    Well, I must really respectfully

3  say that I don't know that the fund is shut

4  down.

5    Q    How long has Westwood Capital

6  Partners been in existence?

7    A    I don't know exactly.

8    Q    Could you give us an estimate?

9    A    Six to eight years, somewhere in

10  that vicinity.

11    Q    And how many underlying investors

12  does it have?

13    A    I do not know at this time.

14    Q    Can you give us some names of

15  those investors?

16          MR. SEAR:  Just note my objection.

17          I don't see the purpose of him

18          disclosing the identity of investors in

19          another fund.  To my knowledge, that is

20          not at issue here.  I'm not trying to

21          block the inquiry.  I think that there

22          may be privacy concerns and so forth.

23          MR. LANZA:  Because some of this

24          information is information that, I

25          think, that is out there.  Maybe I am

ZANGER                                              61

2          wrong.

3                 Q      So let me ask it this way:  Was

4    Dark Star Partners, LLC an investor in

5    Westwood?

6                 A      I have no recollection at this

7    time.

8                 Q      How about William Mundel

9    (phonetic)?

10                A      I have no recollection at this

11   time.

12                Q      Laura Aponte (phonetic)?

13                A      I have no recollection at this

14   time.

15                Q      How about Paul Packer?

16                A      That sounds familiar.

17                Q      How much of your own money is in

18   Westwood Capital Partners?

19                MR. SEAR:  Just note my objection.

20                A      I am not being sued because of

21   Westwood Capital.  Why is this relevant?

22                MR. SEAR:  I think under the

23          circumstances, we are entitled to some

24          proffer as to how this would be relevant

25          in terms of his personal assets.  There

1

2      is no allegation in this case that has

3      anything to do with Westwood or his

4      personal assets.

5           MR. LANZA:  I think that there

6      are.  Obviously, we need to see whether

7      or not there is an analogy that the

8      trading approach was similar there or we

9      are trying to establish some sort of

10     recklessness here.  One yard stick is

11     going to be how things are done at

12     Westwood.  I am entitled to ask some

13     questions about that.

14          MR. SEAR:  That is not the

15     question that you asked.

16          MR. LANZA:  I won't ask any more

17     specific questions about who is

18     invested, but I think I have a right to

19     ask more general questions about that.

20          MR. SEAR:  We have not blocked any

21     inquiry in terms of his general trading

22     activities outside of the fund, even

23     though I am not sure that it is at all

24     relevant.

25          MR. LANZA:  We have requested

ZANGER                                    63

1
2          documents from that fund and we were
3          told that there are no trading records
4          for it.
5               Q     Let me ask you this:  Do you have
6     a fund administrator for Westwood?
7               A     I believe so.
8               Q     Who is that?
9               A     Goldman Sachs.
10              Q     Does Westwood have an attorney?
11              A     Not really.
12              Q     Who handles marketing for
13     Westwood?
14              A     Nobody.
15              Q     Do you have any trading records
16    for Westwood Capital Partners from 2004 to
17    2006?
18              A     I don't believe in the existence
19    that I can recall.
20              Q     Did Westwood have any margin calls
21    in 2004 as a result of your trading?
22              A     I can probably say that it did.
23              Q     Do you know how many?
24              A     I really have no idea.
25              Q     Were they covered on time?

ZANGER                                                64

2          A       Um, from what I can remember, they

3    were.

4          Q       Were there any that were not

5    covered?

6          A       None that I remember.

7          Q       Did you ever describe IFL as your

8    offshore fund?

9          A       I never described, that I can

10   recall, IFL as my offshore fund.

11         Q       Did you ever discuss with a

12   potential investor the benefits of Westwood as

13   opposed to IFL or vice versa?

14         A       I don't recall ever discussing a

15   "benefit" to an individual.

16         Q       Let's turn to IFL.  While you were

17   working with IFL, would you say that you took

18   your business and professional obligations

19   seriously?

20         A       Very seriously.

21         Q       Would you say that you

22   characterized the way that you handled

23   yourself professionally?  Would you say that

24   you were sort of professional in your

25   demeanor?

```
 1                         ZANGER                    65

 2              MR. SEAR:  Objection to the form.

 3      A       My personal demeanor?

 4      Q       Correct.

 5      A       In dealing with?

 6      Q       In dealing with people that you

 7  were working with.

 8      A       Very professional.

 9      Q       Would you describe yourself as

10  responsive?

11      A       I would say that I was fairly

12  responsive.

13      Q       Did you ever send out any non-work

14  related obscene e-mails?

15              MR. SEAR:  Objection to the form.

16              Objection to the form.  There is no

17              place for that here.  There is no

18              allegation in this case that has

19              anything to do with obscene e-mails?

20              MR. LANZA:  That is not the

21              allegation.  The allegation is whether

22              he was focussed on the work and whether

23              or not there was negligence taking

24              place.

25              MR. SEAR:  Then ask questions
```

ZANGER                               66

1
2      about that.  We are not here to ask
3      questions about obscene e-mails.
4              MR. LANZA:  Look, I think it is
5      perfectly reasonable and we are entitled
6      to ask several brief questions about
7      that.
8              MR. SEAR:  Unless you give me a
9      proffer.
10             MR. LANZA:  Here is a proffer:
11     Did he ever send out any obscene e-mails
12     during work hours?
13             MR. SEAR:  How is that relevant?
14             MR. LANZA:  Well, I mean, I think
15     it is relevant as to whether or not
16     somebody is focussed on their work.
17             MR. SEAR:  I disagree.  I will not
18     let him answer the question.
19     A       I disagree also.
20     Q       We will move on and come back to
21     that.  What is Victory Lane?
22     A       Victory Lane is an offshore
23     corporation.
24     Q       The agreement that you signed with
25     IAM, did you sign on behalf of anyone or any

ZANGER

67

1
2    entity or organization?  Did you sign it on
3    behalf of anyone?

4         A     Not that I'm aware of.

5         Q     Let's turn to C carriers.
6    Mr. Zanger, can you tell us about C carriers?

7               MR. SEAR:  Objection to the form.

8         A     To tell you the truth, I really
9    can't tell you about C carriers.

10        Q     Do you know what a C carrier is?

11        A     Well, I really don't know what a
12   C carrier is.

13        Q     Did you ever discuss C carriers
14   with any of the principals of IAM at any point
15   in time?

16        A     George had a couple of
17   conversations with me about C carriers.

18        Q     When did those take place?

19        A     I just don't have the dates.

20        Q     Can you give us a sense of the
21   year that it took place in?

22        A     Somewhere between 2005 and 2006 is
23   my best estimate.

24        Q     What was the substance of those
25   conversations?

ZANGER                                                    68

1
2          A      Well, the substance was from what

3    George was telling me that C carriers was a

4    fund that was a part of the IFL, that they

5    were doing computerized trading of some sort

6    or basket trading and they had done fairly

7    well, although I never got any numbers that I

8    can recall during the bear market, during

9    extreme volatility, periods of extreme

10   volatility and that C carrier was basically

11   not able to generate any moneys once the bear

12   market ended.

13          Um, that was a number of

14   conversations that I remember him stressing

15   that and, um, another conversation was that

16   C carrier was suing the SEC for some reason,

17   that they had felt cheated by the specialists

18   on the floor and that George wanted me to pony

19   up some additional funds and pay his

20   attorney's bills and in which case I would get

21   some part of the settlement when and if it

22   ever would come.

23          Q      Did you do that?

24          A      I did not.

25          Q      Sitting here today, can you say

ZANGER                                      69

1
2       that C carriers had an affect on IAM's ability
3       to market IFL?
4              A       Can I say that C carriers had an
5       affect on his ability to market?
6              Q       On IAM's ability to market IFL?
7              A       I -- I couldn't say one way or the
8       other.  Marketing was not my job.
9              Q       Did C carriers affect your job in
10      any way?
11             A       I am not aware of any at this
12      time.
13             Q       Is it safe to say that you knew
14      about C carriers in March of 2005?
15             A       No.  I can't say for sure if I
16      knew or didn't on that particular month.
17             Q       How about January?
18             MR. SEAR:  January of what year?
19             MR. LANZA:  January of 2005.
20             A       Again, I can't say if I knew in
21      January of 2005.  I really don't recall a
22      specific time when George told me about
23      C carrier.
24             Q       Let me ask you some questions
25      about your background.  What is your

```
 1                    ZANGER                        70
 2   educational background?
 3          A     Well, high school graduate.
 4          Q     Where have you worked before
 5   before working with Westwood and before
 6   working with IFL?
 7          A     Before Westwood and before IFL?
 8          Q     Correct.
 9          A     Well, I was working for
10   chartpattern.com, I was working for South
11   Pacific Pools.  I was a swimming pool
12   contractor and before that, I was a dog
13   catcher.  I used to catch dogs in Sun Valley,
14   Idaho.  I was a cab driver in Lahaina, Maui
15   and I was a dishwasher in Mammoth Lakes,
16   California.
17               MR. SEAR:  Off the record.
18               (Whereupon, an informal discussion
19          was held off the record.)
20          Q     Let's talk about chartpattern.com.
21   What did you do there?
22          A     I typed a newsletter on the Web
23   that is published.
24          Q     What is that newsletter about?
25          A     It is hightlighting chart patterns
```

ZANGER                                                71

1
2      on stocks.

3              Q      What is a chart pattern?

4              A      Well, stocks make -- let me go

5      back.  An HR pattern is a pattern that is

6      created on the charts.

7              Q      Explain what you mean by that.

8      That is a terminology.  Explain what you mean

9      by that.

10             A      I defined it.

11             Q      Is there a trading approach

12     related to chart patterns?  Let's put it that

13     way.

14             A      There is.

15             Q      What is that approach?

16             A      Well, that stocks create specific

17     chart patterns.  There are a number of chart

18     patterns and stocks would be typically bought

19     or sold off of the patterns as a result of the

20     patterns.

21             Q      When did you first begin trading?

22             A      I believe my first trade was done

23     around 1978 or 1979 as my -- somewhere in that

24     vicinity, maybe as late as maybe 1980.  It was

25     somewhere back there.  That was my first

ZANGER                                                72

1

2      trade.

3              Q       When did you first begin trading

4      full-time as a career?

5              A       Um, 1998.

6              Q       Have you ever been licensed with

7      the NASD?

8              A       No.

9              Q       And FINRA, are you licensed with

10     them?

11             A       No.

12             Q       Any other organization?

13             A       Just the State of Florida with my

14     driver's license.

15             Q       Have you ever been sued before?

16             A       Yes.

17             Q       When was that?

18             A       Um, I don't have the exact dates.

19             Q       Give us a general time frame.

20             A       Early 1990, swimming pool

21     contracting days.

22             Q       That was --

23             A       As a swimming pool contractor and

24     landscaper, you know, there were a number of

25     deadbeats out there that I had to chase.

```
 1                          ZANGER                        73

 2          Q      So just to be clear, you have sued

 3   people, is what you are saying?

 4          A      Yes.

 5          Q      But you haven't been sued or have

 6   you been sued?

 7          A      Well, you know, I was sued once,

 8   but I defeated it 100 percent.

 9          Q      That was in relation to what?

10          A      Um, site construction at an

11   individual's home.

12          Q      Have you ever been the target of

13   regulatory investigations?

14          A      No.

15          MR. LANZA:  Why don't we take a

16          short break?

17                 (Whereupon, a short recess was

18          taken.)

19   BY MR. LANZA:

20                 MR. LANZA:  Back on the record.

21          Q      We have a couple of final

22   questions for you.  As I indicated off the

23   record, we will not be here that much longer.

24   The first thing I want to talk to you about

25   is, Daniel, are you aware of something called
```

ZANGER

1
2    RCA, an agreement that you had with George
3    Szele regarding another marketing company?
4                    MR. SEAR:  Objection to the form,
5             but please answer it.
6        A      I don't believe that I have an
7    agreement with RCA, as far as I know.
8        Q      Did you have an agreement with
9    George Szele with RCA?
10       A      We did something with RCA.  As to
11   whether I signed the contract or George signed
12   the contract, I have no memory at this time
13   which it was, but I remember that George
14   brought to me this company to do marketing for
15   us.
16       Q      And what was the sum and substance
17   of your discussions with George about that
18   company?
19       A      Well, George said that they could
20   raise two hundred to two hundred and fifty
21   million dollars.
22       Q      Did George ask you to fill out
23   forms for RCA?
24       A      I believe so, yes.
25       Q      Did you fill them out?

ZANGER                                              75

1
2          A      To the best of my recollection,

3    they were filled out.

4          Q      Were they filled out in their

5    entirety?

6          A      At this point, I don't recall

7    whether they were filled out in their

8    entirety, but I believe that they were

9    probably filled out.

10         Q      And what was your agreement --

11   just to be clear, did you have an agreement

12   with George about RCA itself?

13                MR. SEAR:  I think he has answered

14         it.  Go ahead.

15         A      Do I have an agreement with

16   George, a written contract with George about

17   RCA?

18         Q      I didn't say written contract.  I

19   said an agreement, just to be clear.

20         A      George said to give me fifty

21   thousand dollars and we will get RCA in here

22   to do marketing for us.  They can raise fifty

23   to two hundred million dollars rather quickly,

24   your trading record has been very good, this

25   is a professional company.  They have a great

ZANGER                                    76

1
2    track record, they told me that they have
3    great, you know, contacts throughout the
4    business and their fee is fifty thousand and
5    he went over the fee structure with me, how
6    they get it back and how they earn it and when
7    they raise two hundred million dollars, he
8    gave me some various scales of when the money
9    comes back.
10        Q    Was it ever discussed as to who
11   would be responsible for that fee, if RCA took
12   the money and ran?
13        A    No, I don't recall that at all.
14             MR. LANZA:  I'm going to show you
15        a document and have this marked as IAM's
16        Exhibit 4.
17             (Whereupon, a document was marked
18        as IAM's Exhibit 4 for identification as
19        of this date by the Reporter.)
20        Q    Now, do you recognize that,
21   Mr. Zanger, what I just handed you (handing)?
22        A    I can't just say that I can
23   remember this document.
24        Q    So you have never seen this
25   document before or you can't remember it?

ZANGER                                                    77

1

2          MR. SEAR:  I think he answered the

3          question.  Go ahead.

4          A      I answered the question.  I can't

5    remember seeing this document before.

6          Q      Let's look at where it says, if

7    you go to the sixth line down there, "pending

8    specialist class action."

9          A      I don't see that.

10         MR. SEAR:  He is referring to this

11         paragraph, and he is referring to the

12         words "pending specialist class action

13         potential amounts."  He is directing

14         your attention to that (indicating).

15         Q      Read that whole paragraph.

16         A      Out loud or to me?

17         Q      Out loud.

18         A      "It is understood and agreed by

19   IAM and DZ that DZ shall place an additional

20   USD two hundred thousand with IAM immediately

21   for working capital needs in exchange for IAM

22   agreeing to return the entire two hundred

23   thousand to DZ before making any portion of

24   any fees as described in the agreement.  IAM

25   is pledging one percent of any after expense

```
 1                        ZANGER                      78
 2    potential earnings.  IAM is awarded by the
 3    virtue of the investment in any others or any
 4    earnings, including, but not limited to,
 5    either pending specialists class action
 6    potential amounts or SEC fair fund
 7    distribution amounts."
 8         Q     And that reference to SEC fair
 9    fund distribution amounts, that is a reference
10    to C carriers; is that correct?
11         A     Well, it doesn't say that it is in
12    reference to C carriers.
13         Q     You had discussions -- you
14    testified before with George Szele about
15    C carriers; is that correct?
16         A     We had general discussions about
17    C carriers?
18         Q     There was a SEC fair fund
19    distribution with C carriers?
20         A     Not that I'm aware.  It says,
21    "Potential."  You said that there is.
22         Q     There was a potential SECC fair
23    fund distribution?
24         A     Well, that is a potential.
25         Q     All right.  I will move on.
```

ZANGER

79

```
1
2              MR. LANZA:  I will show you
3         another document, which I will have
4         marked as IAM's Exhibit 5.
5              (Whereupon, a document was marked
6         as IAM's Exhibit 5 for identification as
7         of this date by the Reporter.)
8         Q     Why don't you take a look at this
9    document (handing)?
10        A     Okay.
11        Q     Sort of take a look at it and I
12   will ask you if you recognize it.  Tell me
13   when you are done.
14        A     Okay.
15        Q     Do you recognize that, what I
16   showed you?  It is IAM's Exhibit 5.
17        A     I see it now, so I recognize it
18   now.
19        Q     Is that an instant messenger
20   between yourself and George Szele?
21        A     It would appear to be.
22        Q     You're chart pattern; is that
23   correct?
24        A     Yes.
25        Q     And George is GBSZELE?
```

ZANGER

1

2          A      Yes.

3          Q      That is for George Szele?

4          A      Yes.

5          Q      Let's look sort of down towards

6   the middle of the page, the posting at

7   11:24:20.

8          A      Yes.

9          Q      It says that "I got some money

10   from a guy named Paul Packer."  That is you

11   saying that; is that correct?  It is from

12   chart patterns?

13          A      Yes.

14          Q      And then you go on to say that you

15   know this guy; is that correct?

16          A      Yes.

17          Q      Globisfund?

18          A      Yes.

19          Q      Then you say at 11:25, you say "I

20   told him I have two funds"; is that correct?

21          A      Yes.  That's what it says.

22          Q      Then you later say "one on and one

23   off"?

24          A      Correct.

25          Q      What do you mean by "one on and

 1

 2     one off"?

 3          A      One onshore and one offshore.

 4          Q      So you told him, just to be clear,

 5     in this communication, you are saying that you

 6     told Paul Packer that you have an onshore fund

 7     and an offshore fund; is that correct?

 8          A      Yes.  I told him that he had an

 9     offshore fund and an onshore fund.

10          Q      What was the offshore fund that

11     you were referring to?

12          A      IAM.

13          Q      By that you mean IFL?

14          A      IFL, IAM.

15          Q      And you said that he chose the

16     onshore; is that correct?

17          A      Yes, that's what it says.

18          Q      And what do you mean by that?

19          A      Well, exactly what it says.  He

20     chose the onshore fund.

21          Q      He chose the onshore to what?

22          A      Well, I told him that I have an

23     onshore and an offshore.  He chose the

24     onshore.

25          Q      He chose the onshore to write a

ZANGER

1

2    book about it, put money into it?  What did he

3    choose it for?

4         A      To put money into it.

5         Q      Just to be clear, Paul Packer put

6    money into Westwood Partners, is that correct,

7    at that time?

8         A      Well, that's what it says here.  I

9    couldn't definitely say that he did, but I

10   would assume that is probably the case.

11        Q      He had the option of choosing one

12   or two funds, namely Westwood or IFL --

13              MR. SEAR:  Objection to the form.

14        Q      -- is that correct?

15              MR. SEAR:  Answer it as best that

16       you can.

17        Q      By "he," you mean Paul Packer?

18        A      Yes.

19        Q      You spoke with Paul Packer before

20   he chose one of those funds?

21        A      He called me up and said that he

22   wanted to see me.

23        Q      Did you discuss the two funds?

24        A      Well, it says here that I told him

25   that I had an onshore and an offshore.

ZANGER                                    83

2          Q      Did you say anything else?

3          A      The fee structure is the same.

4          Q      So just to be clear, you are

5    describing IFL as your offshore fund here; is

6    that correct?

7          A      Yes.

8               MR. LANZA:  I have no additional

9          questions at this time.

10              (Time noted:  12:15 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                           ZANGER                              84

2                A C K N O W L E D G E M E N T

3    STATE OF NEW YORK          )
                                :ss
4    COUNTY OF NEW YORK         )

5                I, DANIEL ZANGER, hereby certify

6    that I have read the transcript of my

7    testimony taken under oath in my deposition of

8    March 21, 2008; that the transcript is a true,

9    complete and correct record of what was asked,

10   answered and said during this deposition, and

11   that the answers on the record as given by me

12   are true and correct.

13

14                           _____

15                           DANIEL ZANGER

16   Signed and subscribed to
     before me, this        day
17   of          , 2008.

18   _____

19   Notary Public

20

21

22

23

24

25

1                               ZANGER                                85

2                                INDEX

3
    EXAMINATION BY                        PAGE
4
    MR. LANZA                             4, 43, 73
5

6

7

8                              EXHIBITS

9   PLAINTIFF'S      DESCRIPTION      PAGE
    FOR ID
10
    1                DOCUMENT         8
11
    2                DOCUMENT         22
12
    3                DOCUMENT         41
13
    4                DOCUMENT         76
14
    5                DOCUMENT         79
15

16

17

18

19

20

21

22

23

24

25

```
 1                              ZANGER                              86
 2                    C E R T I F I C A T I O N
 3                    I, DAVID SHELDON, hereby certify
 4        that the Examination Before Trial of DANIEL
 5        ZANGER was held before me on March 21, 2008;
 6                         That said witness was duly sworn
 7        before the commencement of his testimony;
 8                         That the within testimony was
 9        stenographically recorded by myself, and is a
10        true and accurate record of the Examination
11        Before Trial of said witness;
12                         That the parties herein were
13        represented by counsel as stated herein;
14                         That I am not connected by blood
15        or marriage with any of the parties.  I am not
16        interested directly or indirectly in the
17        matter in controversy, nor am I in the employ
18        of any of the counsel.
19                         IN WITNESS WHEREOF, I have
20        hereunto set my hand this 21st day of March,
21        2008.
22
23
24        ---------------------------
          DAVID SHELDON, RPR
25
```

**$**

$100 [1] 32:18
$400 [1] 32:19

**\***

** [6] 2:17,17,17 3:21,21,21

**0**

000007 [1] 43:8
004236 [1] 42:14

**1**

1 [9] 1:1 8:21,23 9:2 31:25 37:19,
21 39:19,21
10 [1] 10:1
10/20/04 [1] 23:13
100 [1] 73:8
10007 [1] 2:6
10017 [1] 2:13
11 [1] 11:1
11:24:20 [1] 80:7
11:25 [1] 80:19
12 [1] 12:1
12:15 [1] 83:10
13 [1] 13:1
14 [1] 14:1
15 [3] 6:2 15:1 19:4
16 [1] 16:1
17 [2] 12:12 17:1
18 [1] 18:1
19 [1] 19:1
1978 [1] 71:23
1979 [1] 71:23
1980 [1] 71:24
1990 [1] 72:20
1998 [1] 72:5

**2**

2 [9] 2:1 22:17,19,23 31:25,25 39:
18 46:7 49:10
20 [5] 19:3 20:1 23:16 36:20 37:
11
2004 [6] 5:3 7:16,17 23:16 63:16,
21
2005 [4] 28:18,20 67:22 69:14,19,
21
2006 [6] 57:8,10,13 58:8 63:17
67:22
2008 [4] 1:13 84:8 86:5,21
21 [4] 1:13 21:1 84:8 86:5
21st [1] 86:20
22 [2] 22:1 85:2
225 [2] 1:11 2:5
23 [1] 23:1
24 [1] 24:1
25 [2] 19:3 25:1
26 [1] 26:1
27 [1] 27:1
28 [1] 28:1
29 [1] 29:1

**3**

3 [6] 3:1 41:18,20 42:9,22 43:25

**30** [2] 30:1 58:8
30th [4] 57:9,12,16 59:21
31 [1] 31:1
32 [1] 32:1
33 [1] 33:1
33140 [1] 4:15
34 [1] 34:1
35 [1] 35:1
36 [1] 36:1
37 [1] 37:1
38 [1] 38:1
39 [1] 39:1

**4**

4 [3] 4:1 76:16,18
40 [1] 40:1
41 [2] 41:1 85:3
42 [1] 42:1
43 [1] 43:1
44 [1] 44:1
45 [1] 45:1
46 [1] 46:1
47 [1] 47:1
4779 [1] 4:14
48 [1] 48:1
49 [1] 49:1

**5**

5 [6] 5:1 6:3 19:4 79:4,6,16
50 [1] 50:1
51 [1] 51:1
52 [1] 52:1
53 [1] 53:1
54 [1] 54:1
55 [1] 55:1
56 [1] 56:1
57 [1] 57:1
58 [1] 58:1
59 [1] 59:1

**6**

6 [1] 6:1
60 [1] 60:1
61 [1] 61:1
62 [1] 62:1
63 [1] 63:1
64 [1] 64:1
65 [1] 65:1
66 [1] 66:1
67 [1] 67:1
68 [1] 68:1
69 [1] 69:1

**7**

7 [2] 7:1 11:5
70 [1] 70:1
71 [1] 71:1
72 [1] 72:1
73 [1] 73:1
74 [1] 74:1
75 [1] 75:1
76 [1] 76:1 85:4
77 [1] 77:1
78 [1] 78:1

**79** [2] 79:1 85:5

**8**

8 [2] 8:1 85:1
80 [1] 80:1
81 [1] 81:1
82 [1] 82:1
83 [1] 83:1
84 [1] 84:1
85 [1] 85:1
86 [1] 86:1

**9**

9 [1] 9:1
9:00 [1] 30:8
9:15 [1] 30:9
9:57 [1] 4:16
903 [1] 4:14

**A**

ability [10] 33:3,7 46:19 47:13 49:
7 51:22 52:8 69:2,5,6
able [6] 33:7 34:4 35:13 45:15 52:
11 68:11
above-noted [1] 1:18
absolute [1] 37:3
absolutely [1] 54:14
according [9] 11:24 12:6,7 13:2,
11 15:6 27:20 28:13 30:5
account [4] 21:9,20,25 52:15
accounts [3] 53:6,8,13
accurate [1] 86:10
acknowledges [3] 26:13,14,24
acquired [1] 38:10
action [3] 77:8,12 78:5
actively [4] 58:19,21,22,24
activities [1] 62:22
actually [1] 50:3
add [2] 35:5 40:9
addition [2] 8:6 16:22
additional [5] 16:23,25 68:19 77:
19 83:8
address [1] 14:12
adhere [1] 23:15
administrator [1] 63:6
affect [3] 69:2,5,9
ago [4] 39:10 41:3 48:23 49:12
agree [1] 40:2
agreed [6] 3:3,8,12,16 40:4 77:
18
agreeing [1] 77:22
agreement [90] 5:4,8,20 6:5,9 16:
13,18,23 17:4,22 18:17,19 20:2,
6,15,17,22 21:6,11,16,20,24 22:
6,8,10,11,16 23:8,9,10,12,15,20
24:24 25:4,11 26:18 27:6,7,21,
21 28:7,12,13 29:2,11,20,21 30:
2,6,6,20,22,24 31:5,7,8,16 37:12,
16 40:12 41:6,7,8,9,12,14,17 44:
13,18 46:6 49:6,10,20,21,23 51:
20 52:4 55:6 56:7 59:17 66:24
74:2,7,8 75:10,11,15,19 77:24
agreements [2] 16:23 17:2

**A** (continued)

ahead [3] 6:14 75:14 77:3
allegation [4] 62:2 65:18,21,21
allow [1] 4:19
alright [1] 30:14
although [1] 68:7
among [1] 3:4
amount [3] 33:19 37:8 52:2
amounts [5] 33:17 77:13 78:6,7,
9
analogy [1] 62:7
and/or [2] 24:24 25:12
another [5] 49:9 60:19 68:15 74:
3 79:3
answer [33] 4:20,25 8:4 9:9 12:3,
24 14:23 15:3 17:9 18:21 21:7,
13 25:7 27:25 30:10 46:13 47:6
48:13 50:4 52:6 53:15,22 54:8,
23 55:9 56:17 57:3,22 58:14 59:
9 66:18 74:5 82:15
answered [5] 47:4 75:13 77:2,4
84:10
answers [1] 84:11
anybody [2] 34:3 55:2
apart [1] 16:18
apologize [1] 42:19
aponte [1] 61:12
appear [1] 79:21
appears [2] 22:12 31:22
applicable [1] 47:9
apply [1] 36:10
appreciate [1] 42:18
approach [5] 6:11,11 62:8 71:11,
15
approached [3] 6:12,15,16
approximately [1] 27:4
areas [2] 31:17,23
arguing [1] 59:19
around [3] 7:10 33:4 71:24
arrange [1] 39:12
asset [12] 1:5 5:4,10,14 12:8 13:
3,12,16,20 14:6 21:10 23:11
assets [8] 24:4,17,19 26:16 27:2,
17 61:25 62:4
associated [1] 53:9
assume [3] 40:25 42:15 44:16,
17 50:3 54:13 82:10
assumption [2] 44:15 54:12
attempt [1] 16:5
attention [3] 30:15 77:14
attorney [8] 4:22 5:2 20:14 26:9
31:10,14,21 63:10
attorney's [1] 68:20
attorneys [1] 2:12
attract [3] 8:7,10 55:12
avenue [1] 4:14
awarded [1] 78:2
aware [13] 8:17 44:12 45:6,18,21
47:14 48:14,18 58:17 67:4 69:11
73:25 78:20

**B**

back [17] 23:2,5 28:3,5 33:19 46:
17 52:21 53:25 56:12 58:24 59:5

66:20 71:5,25 73:20 76:6,9
**background** [5] 18:5,13,14 69:
25 70:2
**balestriere** [1] 2:4
**based** [3] 17:17 21:23 28:9
**bases** [2] 22:5,13
**basically** [12] 5:23 9:23 10:11 18:
8,14 19:6 21:15 30:11 34:3 35:
19 38:15 68:10
**basis** [1] 22:9
**basket** [1] 68:6
**bates** [3] 42:9,14 43:8
**beach** [1] 4:15
**bear** [2] 68:8,11
**begin** [2] 71:1 72:3
**begins** [4] 11:19 14:8 23:24 26:
13
**behalf** [3] 46:10 66:25 67:3
**belief** [2] 55:17,20
**believe** [12] 5:6 29:8 39:20 46:6
50:4 57:4 63:7,18 71:22 74:6,24
75:8
**below** [3] 36:19 37:8,11
**benefit** [1] 64:15
**benefits** [1] 64:12
**bermuda** [2] 47:10,23
**besides** [1] 17:7
**best** [20] 9:9 15:3 21:4,8 27:25
46:13,18 47:12 48:13 49:7 52:6
53:15,22 54:8,23 55:9 57:22 67:
23 75:2 82:15
**between** [3] 23:10 67:22 79:20
**beyond** [4] 45:16 49:25 50:12,17
**bills** [1] 68:20
**block** [1] 60:21
**blocked** [1] 62:20
**blocking** [1] 9:10
**blood** [1] 86:14
**blue** [1] 6:23
**book** [1] 82:2
**borrow** [1] 32:19
**borrowing** [1] 32:9
**bothers** [1] 26:22
**bottom** [1] 23:21
**bought** [1] 71:18
**boy** [1] 7:12
**breach** [1] 24:9
**break** [3] 43:19,24 73:16
**brief** [1] 66:6
**briefly** [1] 42:24
**broad** [1] 17:8
**broader** [1] 36:5
**broadway** [2] 1:11 2:5
**broker's** [3] 34:19,24 41:16
**brought** [8] 24:5,17,19 25:2,13,
18 26:3 74:14
**browsed** [1] 42:24
**bryce** [2] 7:6,7
**business** [2] 64:18 76:4

---

**C**

**cab** [1] 70:14
**calculated** [1] 50:9

**california** [1] 70:16
**call** [11] 52:12,17,25 57:9,15,18,
20,24 58:18 59:21,21
**called** [5] 6:23,25 37:9 73:25 82:
21
**calling** [1] 7:8
**calls** [3] 53:3 54:5,11 63:20
**cannot** [1] 43:16
**capacity** [2] 55:12,18
**capital** [9] 7:21 8:16 24:25 25:13
60:5 61:18,21 63:16 77:21
**career** [1] 72:4
**carrier** [5] 67:10,12 68:10,16 69:
23
**carriers** [15] 67:5,6,9,13,17 68:3
69:2,4,9,14 78:10,12,15,17,19
**carrying** [1] 49:6
**case** [4] 62:2 65:18 68:20 82:10
**cash** [4] 21:15 24:21 32:14 52:8
**catch** [1] 70:13
**catcher** [1] 70:13
**certain** [2] 14:6 52:10
**certification** [1] 13:5
**certify** [2] 84:5 86:3
**cftc** [1] 48:10
**chance** [1] 42:21
**change** [3] 38:21,22 54:4
**changed** [1] 45:25
**characterize** [2] 20:20,25
**characterized** [1] 64:22
**charge** [1] 3:19
**chart** [7] 70:25 71:3,12,17,17 79:
22 80:12
**chartpattern.com** [2] 70:10,20
**charts** [1] 71:6
**chase** [1] 72:25
**cheated** [1] 68:17
**choose** [2] 40:10 82:3
**choosing** [2] 58:12 82:11
**chose** [9] 57:19,23,25 81:15,20,
21,23,25 82:20
**circumstances** [1] 61:23
**class** [8] 24:5,7 25:2,14 26:17 77:
8,12 78:5
**clause** [1] 22:4
**clear** [18] 8:13 24:16 25:24 28:8
29:11,18 32:17 33:6 37:24 39:24
43:14 47:6 73:2 75:11,19 81:4
82:5 83:4
**clearing** [2] 44:13,23
**closely** [2] 14:13 15:20
**collins** [1] 4:14
**come** [2] 66:20 68:22
**comes** [1] 76:9
**commencement** [1] 86:7
**common** [1] 7:25
**communicate** [1] 19:19
**communication** [1] 81:5
**company** [4] 74:3,14,18 75:25
**complete** [2] 27:16 84:9
**compliance** [7] 34:18,23 47:18,
22,23,24 48:6,8

**compliant** [5] 35:9,11,14 36:2,2
**complied** [4] 46:8 48:17,19,22
**complies** [1] 11:7
**comply** [4] 46:20 47:10 48:10 49:
3
**computer** [1] 34:10
**computerized** [1] 68:5
**concept** [2] 10:7,9
**concepts** [1] 29:14
**concerns** [1] 60:22
**concluded** [1] 45:25
**condition** [1] 32:22
**confidential** [2] 9:19,22
**confused** [1] 46:24
**confusing** [3] 25:22,23,25
**connected** [1] 86:14
**considered** [1] 50:15
**constant** [1] 55:3
**construction** [1] 73:10
**contacts** [1] 76:3
**context** [4] 25:21 26:21 35:12 52:
7
**continually** [1] 13:4
**continuously** [3] 14:12 15:9,20
**contract** [5] 7:14 74:11,12 75:16,
18
**contracting** [1] 72:21
**contractor** [2] 70:12 72:23
**contractual** [1] 20:21
**control** [6] 12:15 13:9 14:8 26:15,
25 27:16
**controversy** [1] 86:17
**conversation** [3] 50:11,16 68:15
**conversations** [7] 7:11 50:15,
19,22 67:17,25 68:14
**copies** [1] 42:15
**copy** [3] 3:18 22:16
**corporation** [1] 66:23
**correct** [16] 5:5 7:18,23,24 10:5,
24 12:22 13:9,14 14:15 15:10,18
16:6,14 17:18,19 21:25 19:26:
3 27:6,8 28:24 29:23 30:20,24
35:6 36:3,16 37:13,25 38:24 39:
3,15,16,17,22 42:17 44:2,3,5,24
45:19 47:7 48:24 53:3,10 54:25
57:10,20 58:4,19,25 59:22 65:4
70:8 78:10,15 79:23 80:11,15,20,
24 81:7,16 82:6,14 83:6 84:9,12
**couldn't** [6] 7:12 8:4,8 54:10 69:
7 82:9
**counsel** [3] 3:4,17 86:13,18
**count** [1] 54:9
**county** [1] 84:4
**couple** [3] 39:8 67:16 73:21
**course** [1] 4:23
**court** [4] 1:2 3:15
**cover** [3] 57:19 58:12,18 59:20
**covered** [2] 63:25 64:5
**craig** [1] 2:7
**create** [1] 71:16
**created** [1] 71:6

**D**

**dan** [3] 22:21 23:10 48:2
**daniel** [7] 1:8,16 4:11 43:12 73:
25 84:5 86:4
**dark** [1] 61:4
**date** [8] 8:24 20:16 22:20 23:13
41:21 57:11 76:19 79:7
**dates** [2] 67:19 72:18
**david** [3] 1:19 4:4 86:3
**day** [6] 8:24 30:9 57:9,15,18,20
59:21 86:20
**days** [2] 21:24 72:21
**deadbeats** [1] 72:25
**dealing** [2] 65:5,6
**defeated** [1] 73:8
**defendant** [4] 1:9,16 2:12 4:2
**defined** [1] 71:10
**definitely** [1] 82:9
**degree** [1] 52:14
**demeanor** [2] 64:25 65:3
**deny** [1] 12:11
**dependent** [4] 38:16,18,20,23
**deposition** [5] 3:6,13,19 84:7,10
**describe** [2] 64:7 65:9
**described** [2] 64:9 77:24
**describing** [1] 83:5
**description** [1] 85:9
**detail** [1] 38:9
**determined** [1] 16:21
**determining** [1] 16:17
**different** [4] 13:23,24 31:7 48:25
**direct** [1] 30:14
**directing** [1] 77:13
**directly** [1] 86:16
**disagree** [2] 66:17,19
**disagreements** [4] 55:22,23 56:
2,4
**disclose** [2] 54:19,24
**disclosed** [1] 34:6
**disclosing** [1] 60:18
**disclosure** [3] 33:22,24 34:2 54:
18 55:3
**discuss** [7] 17:21 18:4,18 40:11
64:11 67:13 82:23
**discussed** [5] 17:23 18:2 51:11
54:17 76:10
**discusses** [1] 30:19
**discussing** [1] 64:14
**discussion** [3] 33:12 42:6 70:18
**discussions** [5] 18:25 19:2 20:9
74:17 78:13,16
**dishwasher** [1] 70:15
**dispose** [1] 51:22
**disposing** [1] 51:16
**dissolve** [1] 11:20
**distribution** [4] 78:7,9,19,23
**district** [1] 1:2,3
**document** [35] 8:19,22,25 9:3,6,
15,17 11:6,24 12:6 22:18 41:19
43:2,8,15,17,25 44:5,6,7,8,11 76:
15,17,23,25 77:5 79:3,5,9 85:1,2,
3,4,5

---

documents [1] 63:2
dog [1] 70:12
dogs [1] 70:13
doing [1] 68:5
dollars [21] 5:11 6:21 17:17 27:5,
 13,23 28:14,23 29:22 30:7 40:3,
 3,5,7,14,20 59:11 74:21 75:21,
 23 76:7
domestic [4] 7:17 8:2,6,7
done [7] 19:18 20:14 57:3 62:11
 68:6 71:22 79:13
down [7] 7:12 19:14 36:22,24
 37:6,9 59:22,23,24 60:4 77:7 80:
 5
downs [1] 36:19
drain [1] 57:5
draw [5] 36:19,22,24 37:6,9
driver [1] 70:14
driver's [1] 72:14
duly [2] 4:3 86:6
during [4] 66:12 68:8,8 84:10
duties [1] 49:6
duty [6] 13:4,12 14:20 15:8,14,24
 25:12,12 26:14,25 34:17 35:8 37:24
 39:11,11 77:19,19,23
dz [20] 24:4,6,7,13,17,19,24,25 25:
 12,12 26:14,25 34:17 35:8 37:24
 39:11,11 77:19,19,23
dz's [3] 25:3,14 37:23

**E**

e-mail [3] 19:15,18,20
e-mails [5] 19:22 65:14,19 66:3,
 11
early [2] 28:18 72:20
earn [1] 76:6
earnings [2] 78:2,4
educational [1] 70:2
effect [1] 3:14
effectively [2] 30:6 37:10
eight [2] 42:10 60:9
either [1] 78:5
elaborate [2] 33:5 35:2
eleven [1] 42:10
employ [1] 86:17
employed [1] 18:2
employee [1] 18:6
ended [2] 8:16 68:12
ends [1] 11:20
english [1] 35:19
enough [1] 52:24
enter [2] 5:7 6:5
entered [2] 16:13 17:3
entering [1] 5:19
entire [1] 77:22
entirety [2] 75:5,8
entitled [3] 61:23 62:12 66:5
entity [1] 67:2
equally [1] 9:6
esq [2] 2:7,14
essentially [1] 34:25
establish [1] 62:9
estimate [2] 60:8 67:23
even [3] 28:20 29:5 62:22
everybody [1] 55:23,24

exact [7] 9:15,17 20:16 38:12 50:
 4 54:10 72:18
exactly [3] 46:23 60:7 81:19
examination [4] 11:15 4:7 86:4,
 10
examined [2] 3:17 4:5
example [1] 53:17
except [1] 73:9
exchange [1] 77:21
exchanges [1] 49:5
execution [2] 44:13,23
exhibit [18] 8:21,23 9:2,5 22:17,
 19,23 41:18,20 42:9,22 43:25 46:
 7 76:16,18 79:4,6,16
exhibits [1] 85:8
existence [2] 60:6 63:18
existing [1] 39:14
exit [1] 14:11
expected [1] 55:6
expense [1] 77:25
experience [2] 10:22 58:3
explain [24] 10:3,12 14:4 24:10,
 18 25:8,20 26:7,10,20 32:8,16,
 25 33:14,16,23 34:20 35:10 36:
 22 37:2 38:5,6 71:7,8
explanation [1] 51:25
extreme [2] 68:9,9

**F**

fact [1] 55:4
factually [2] 9:25 54:14
fair [10] 20:8 23:14,18 55:5 56:5
 78:6,8,18,22
fairly [9] 9:5 20:24 21:2 65:11 68:
 6
familiar [4] 10:4 61:16
family [1] 8:2
far [3] 17:13 55:4 74:7
fashion [1] 51:17
federal [4] 46:9,21,25 48:22
fee [4] 76:4,5,11 83:3
fees [2] 19:5 77:24
felt [2] 56:21 68:17
fifteen [1] 42:11
fifty [10] 39:13,22 40:3,6,20 54:16
 74:20 75:20,22 76:4
fill [2] 74:22,25
filled [4] 75:3,4,7,9
final [1] 73:21
finance [1] 32:10
find [1] 37:18
finish [4] 4:19 56:16
finra [1] 72:9
first [12] 4:3 6:10 7:7 8:15 23:23
 37:22 39:20 71:21,22,25 72:3 73:
 24
five [12] 4:24 27:5,12,22 28:14,22
 29:22 30:7,24 31:4 39:13,21 40:
 2,4,13 42:9 50:7
five-minute [1] 43:19
flesh [1] 10:15
float [1] 45:9
floor [1] 68:18

florida [2] 4:15 72:13
focussed [2] 65:22 66:16
follows [1] 4:6
force [1] 3:14
forfeited [1] 33:19
form [54] 3:9 6:6,13,18 9:4 12:2,
 23 13:6,14 14:17 15:11,16 16:3,
 19 17:6 18:20 19:16,21 20:23 23:
 17 24:12,20 26:4,8 27:24 29:7
 31:3,9 33:8 36:6 43:6 45:20 46:
 12 47:20 48:12 52:5 53:14,21 54:
 7,22 55:8 56:13 57:21 58:9,13
 59:2,8,25 65:2,15,16 67:7 74:4
 82:13
forms [1] 74:23
forth [1] 60:22
four [10] 23:20 32:5,13,14 49:13,
 18 50:2,12,18 59:10
four-week [3] 58:3,7,11
fourteen [1] 42:11
fourth [2] 14:8,11
frame [1] 72:19
free [3] 24:25 25:12 29:3
freedom [1] 30:12
friend [1] 7:4
front [3] 9:12,13,24
full [6] 33:21,24 34:18,23 54:18
 55:3
full-time [1] 72:4
fully [1] 26:10
fund [39] 7:18,20,23 8:2,3,5,6,7
 10:5 11:19 29:16 37:4 48:5 55:
 12 57:6 58:18,23 59:22,23,24 60:
 3,19 62:22 63:2,6 64:8,10 68:4
 78:6,9,18,23 81:6,7,9,9,10,20 83:
 5
funds [16] 8:10,15 9:19,22 10:23
 11:25 12:9,22 15:21 44:14 46:11
 68:19 80:20 82:12,20,23
furnished [1] 13:18
further [3] 3:8,12,16

**G**

gave [1] 76:8
gbszele [1] 79:25
general [11] 10:6 20:24 21:2,3,15
 46:8 50:19 62:19,21 72:19 78:16
generally [2] 9:9 34:7
generate [1] 68:11
george [8] 5:17,18 6:10,22 7:8
 17:10,12,14,15,21 18:5 19:19 29:
 2 40:21,23,25 41:4,7 51:5 55:6,
 11,22 56:7,20 67:16 68:3,18 69:
 22 74:2,9,11,13,17,19,22 75:12,
 16,16,20 78:14 79:20,25 80:3
getting [2] 35:17,18
give [13] 4:23,24 7:15 20:16 36:8
 50:4 54:9 60:8,14 66:8 67:20 72:
 19 75:20
given [2] 37:5 84:11
gives [2] 10:17 40:9
globisfund [1] 80:17
goldman [1] 56:3,6,7,9,15 44:12,

 23 58:21 63:9
got [6] 7:3 29:16 40:20,22 68:7
 80:9
graduate [1] 70:3
great [2] 75:25 76:3
guidelines [11] 24:8 25:4 26:17
 34:19,24 35:15,16,17,21 36:2,5
guy [2] 80:10,15

**H**

hand [1] 86:20
handed [5] 8:25 22:23 42:22 43:
 24 76:21
handing [6] 9:2 22:22 41:23 42:
 20 76:21 79:9
handled [1] 64:22
handles [1] 63:12
hard [1] 48:19
harm [2] 56:24 57:2
heard [1] 5:24
hedge [6] 7:18,23 8:2,3 10:5,22
held [5] 1:17 33:13 42:7 70:19 86:
 5
help [1] 8:6
helped [1] 18:10
hereby [4] 3:3,7 84:5 86:3
herein [6] 1:16 3:18 4:3 24:8 86:
 12,13
hereon [1] 5:15
hereto [1] 3:5
hereunto [1] 86:20
high [6] 36:25 37:2,3,4,7,8,12 70:
 3
higher [2] 50:24 51:3
highly [1] 38:16
hightlighting [1] 70:25
hits [1] 14:5
home [1] 73:11
hour [1] 28:23
hours [1] 66:12
however [1] 17:5
hr [1] 71:5
hundred [10] 5:11,25 6:20 17:17
 74:20,20 75:23 76:7 77:20,22
hypothetically [2] 28:17,19

**I**

iam [40] 5:14,16 11:23 15:8,14,17,
 18,24 16:8,10,14,18,24 17:5 24:
 5,23 25:11 26:13,14,24 27:22 28:
 13 35:10 36:11,14 37:20 39:10,
 11 50:12,17 54:20 66:25 67:14
 77:19,20,21,24 78:2 81:11,24
iam's [8] 18:20,23 9:2 22:17,19,
 23 41:18,20 42:8,22 43:25 69:2,
 6 76:15,18 79:4,6,16
idaho [1] 70:14
idea [3] 6:4 51:18 63:24
identification [8] 8:23 22:19 41:
 20 76:18 79:6
identified [2] 14:12 15:20
identify [1] 15:9
identity [1] 60:18

**ifl** [33] 26:15 27:2 35:9 46:10 47:
21 49:17 51:13 53:3,6,9,16,20
54:6,21 55:13,21 56:6,24 57:2
64:7,10,13,16,17 68:4 69:3,6 70:
6,7 81:13,14 82:12 83:5
**immediately** [2] 29:13 77:20
**implies** [1] 27:14
**important** [2] 32:22 39:2
**impression** [2] 5:9 59:4
**improper** [1] 15:4
**inception** [1] 27:5
**including** [1] 78:4
**increasing** [2] 50:12,20
**independent** [21] 1:5 5:4,10,13
8:9,15 9:19,22 11:25 12:8,9,22
13:3,11,16,20 15:21 21:10 23:11
44:14 46:11
**index** [1] 85:2
**indicate** [3] 5:19 7:2 15:13
**indicated** [5] 17:16 21:19 29:21,
25 73:22
**indicates** [2] 13:9 31:7
**indicating** [2] 9:24 77:14
**indirectly** [1] 86:16
**individual** [1] 64:15
**individual's** [1] 73:11
**inducement** [1] 19:10
**inference** [1] 29:2
**informal** [3] 33:12 42:6 70:18
**information** [3] 7:3 60:24,24
**initially** [4] 6:4 32:6 49:13,24
**inquiry** [3] 9:10 60:21 62:21
**insofar** [1] 45:22
**instant** [3] 19:23,24 79:19
**instead** [1] 25:23
**intend** [1] 29:16
**intention** [3] 24:6 29:19 40:13
**interested** [1] 86:19
**interpret** [2] 14:24 36:7
**interpretation** [4] 28:10 33:10
40:8 48:25
**invested** [1] 62:18
**investigations** [1] 73:13
**investment** [2] 39:12 78:3
**investor** [2] 61:4 64:12
**investors** [7] 8:7,11 11:3 55:12
60:11,15,18
**isn't** [4] 13:3 14:15,19 15:7
**issue** [1] 60:20
**issues** [2] 53:19 54:3
**itself** [3] 22:8 46:6 75:12

---
### J

**james** [2] 7:6,7
**january** [4] 69:17,18,19,21
**job** [2] 69:8,9
**john** [1] 2:4
**july** [1] 28:18

---
### K

**kind** [4] 25:22 27:14 28:25 30:16
**knowledge** [3] 20:21 21:2 60:19

---
### L

**lahaina** [1] 70:14
**lakes** [1] 70:15
**landscaper** [1] 72:24
**lane** [2] 66:21,22
**lanza** [35] 2:7 4:8,16 6:7 8:18 9:
11 11:15 17:8 20:11 22:15 23:2
28:3 41:15 42:12,18 43:18,23 48:
3 49:21 55:16 60:23 62:5,16,25
65:20 66:4,10,14 69:19 73:15,19,
20 76:14 79:2 83:8
**last** [4] 20:5,15 27:10 37:19
**late** [1] 71:24
**later** [1] 80:22
**laura** [1] 61:12
**law** [1] 2:4
**laws** [4] 46:9,21 47:2,3,7,7,14,16
48:23
**layman's** [2] 34:20 35:10
**leave** [1] 26:9
**left-hand** [1] 11:17
**legal** [2] 10:20 14:24
**level** [4] 13:18 14:2,6 52:10
**levels** [5] 14:12 15:10,14,25 35:9
**leverage** [12] 32:4,5,8,9,9,13 38:
18 39:2 49:12,18 50:12,18,20
**library** [1] 35:19
**license** [1] 72:14
**licensed** [2] 72:6,9
**limited** [13] 8:10,15 9:19 11:25
12:9,22 15:22 32:5 44:14 46:11
49:12,18 78:4
**limits** [4] 14:21 34:19,24
**line** [10] 14:23 15:4 39:19,21 77:7
**liquidate** [1] 52:16
**liquidity** [14] 32:21,25 51:12,14,
16,19,22,24 52:3,7,10,15,24 53:
12
**llc** [2] 1:5 61:4
**local** [4] 46:9,21,25 48:23
**log** [2] 34:8,11
**long** [5] 21:16 24:7 27:6 49:12 60:
5
**longer** [5] 55:20 58:18,21,23 73:
23
**look** [20] 17:8 22:21 23:19,20 26:
12 36:18 39:18,18 41:23 42:2,22
45:3,4 49:9,10 66:4 77:6 79:8,11
80:5
**looked** [3] 8:14 35:22,24
**looks** [1] 9:25
**loss** [7] 13:18,25 14:12,21 15:9,
14,25
**losses** [1] 16:5
**loud** [6] 12:19 14:10 24:2 30:16
77:16,17

---
### M

**made** [1] 41:11
**maintain** [1] 51:13
**maintained** [1] 51:19
**maintaining** [1] 52:10

---
**mammoth** [1] 70:15
**management** [13] 1:5 5:4,10,14
12:8 13:4,12 19:5 21:11 23:11
24:7 25:3,14
**manager** [18] 11:9,16,17,25 12:9
14:15,16,20 15:8 16:5,8,9,10 24:
4,14,15,24 25:12
**many** [3] 21:24 60:11 63:23
**march** [5] 1:13 69:14 84:8 86:5,
20
**margin** [10] 45:16 52:11,17,25 53:
2,19 54:5,11 59:20 63:20
**margins** [1] 45:7
**mark** [6] 36:25 37:2,3,7,9,12
**marked** [8] 8:20,22 9:2 22:17,18,
23 41:17,19 43:25 76:15,17 79:4,
5
**market** [8] 32:22 50:23,25 68:8,
12 69:3,5,6
**marketing** [6] 55:7 63:12 69:8
74:3,14 75:22
**marriage** [1] 86:15
**matter** [1] 86:17
**maui** [1] 70:14
**mean** [29] 9:5 10:12,16 11:13 17:
7 19:12 20:25 25:5,21 26:21 27:
11 32:12 33:6 34:10 35:20 38:9,
17,20 45:10 46:20 47:3 49:19 66:
14 71:7,8 80:25 81:13,18 82:17
**means** [20] 14:4,5 24:11,18,21
25:9 26:7 32:16,18 33:2,7,23,25
34:20,22 35:3,11 36:2 47:7 51:
16
**meet** [1] 6:22
**memorandum** [3] 9:20,23 10:4
**memorandums** [1] 10:23
**memorialized** [4] 19:11,13 51:8,
10
**memorized** [1] 31:17
**memory** [1] 74:12
**mere** [1] 44:15
**merely** [1] 54:12
**messenger** [2] 19:23 79:19
**messengers** [1] 19:25
**met** [1] 6:10
**methodology** [6] 37:16,24 38:4,
4,7,12
**miami** [1] 4:15
**middle** [1] 80:6
**million** [24] 5:11 6:20 17:17 27:5,
12,22 28:14,23 29:22 30:7 39:13,
14,22,22 40:2,3,4,7,13,20 59:11
74:21 75:23 76:7
**mine** [1] 7:4
**modification** [1] 41:14
**modifications** [1] 41:11
**modified** [4] 41:9 45:12,14 49:13
**modify** [1] 41:8
**moment** [3] 39:10 41:3 42:4 48:
23
**momentum** [3] 38:16,16,20
**monday** [1] 30:8

---
**money** [20] 29:4,6,9,12 30:3 32:
10 56:21 58:24 59:4,10,13,16,17
61:17 76:8,12 80:9 82:2,4,6
**moneys** [1] 68:11
**monitor** [3] 13:4,12,16,21 14:20
15:9,14,25 16:6
**monitored** [4] 14:13,16 15:20 49:
14
**month** [1] 69:16
**months** [1] 21:24
**morning** [1] 30:8
**most** [1] 10:22
**motivation** [1] 5:19
**move** [10] 12:12 16:12 31:24 33:
3 39:7 41:15 44:22 49:3 66:20
78:25
**moving** [1] 38:23
**much** [9] 35:3 46:23 47:8 51:19
53:16 55:4 56:18 61:17 73:23
**mundel** [1] 61:8
**must** [4] 35:8,13,14 60:2
**myself** [1] 86:9

---
### N

**nail** [1] 7:12
**name** [4] 4:9 7:20 34:13 43:11
**named** [1] 80:10
**namely** [2] 15:8 82:12
**names** [1] 60:14
**nasd** [1] 72:7
**necessary** [4] 33:22,25 34:3,5
**need** [4] 4:21 12:18 52:15 62:6
**needs** [3] 24:23 25:11 77:21
**negligence** [1] 65:23
**never** [21] 8:13 29:14 40:16 41:9,
11 43:15 44:8,18 45:17,18 47:16
56:25 57:5 58:6 59:6,12,14,17
64:9 68:7 76:24
**new** [9] 1:3,20 2:6,6,13,13 4:5 84:
3,4
**newsletter** [2] 70:22,24
**next** [2] 24:22 36:18
**nfa** [1] 48:11
**nine** [1] 42:10
**nobody** [1] 63:14
**non-work** [1] 65:13
**none** [4] 8:12,17 41:10 64:6
**nor** [1] 86:17
**notary** [3] 1:19 3:14 4:4
**note** [5] 14:22 15:15 16:2 60:16
61:19
**noted** [1] 83:10
**nothing** [1] 58:12
**notice** [1] 1:17
**november** [6] 57:8,9,12,16 58:8
59:21
**number** [9] 4:14 18:22 31:17,22
42:14 53:23 68:13 71:17 72:24
**numbers** [2] 54:15 68:7

---
### O

**oath** [2] 4:6 84:7
**obey** [4] 47:3,5,7,7

---

obeyed [1] 46:25
object [4] 9:4 21:7 25:6 46:2
objection [58] 6:6,13,18 12:2,23
13:6,14 14:17,22 15:11,15 16:2,
19 17:6 18:20 19:16,21 20:23 21:
22 23:17 24:12,20 26:4,8 27:24
29:7 30:10 31:3,9 36:6 43:6 44:
19 45:20 46:12 47:20 48:12 52:5
53:14,21 54:7,22 55:8 56:13 57:
21 58:9,13 59:2,8,18,25 60:16
61:19 65:2,15,16 67:7 74:4 82:
13
objections [1] 3:9
obligate [1] 30:2
obligated [1] 29:21
obligation [2] 5:9,11
obligations [3] 20:21 21:5 64:18
obscene [4] 65:14,19 66:3,11
obviously [1] 62:6
occasion [1] 8:14
october [2] 5:3 23:16
offering [6] 9:20,22 10:4,14,18,
23
office [1] 2:4
officer [6] 47:19,22,23,24 48:6,9
offshore [14] 7:23 8:3,5 10:5 64:
8,10 66:22 81:3,7,9,10,23 82:25
83:5
okay [14] 11:10,21 12:13,20 15:6
16:12 23:25 30:18 37:17 42:24
43:20 45:13 79:10,14
ola [1] 1:5
once [3] 29:16 68:11 73:7
one [31] 6:23 25:16 32:5,13 33:18
34:15 37:4 42:20 44:16 45:16 49:
13,18 50:2,7,7,7,9,13,18 59:11
62:10 69:7 77:25 80:22,22,25 81:
2,3,3 82:11,20
only [5] 4:23 17:12,13 28:25 44:
15
onshore [10] 81:3,6,9,16,20,21,
23,24,25 82:25
opinion [1] 51:12
opposed [3] 26:2 41:5 64:13
option [2] 40:9 82:11
order [1] 52:16
organization [2] 67:2 72:12
other [10] 17:20 25:17 31:6,16 48:
5 49:2 53:6,8 69:8 72:12
others [1] 78:3
otherwise [1] 50:10
out [35] 6:23 10:16 11:2 12:18 14:
10 19:7,8,9 24:2 29:4,13,15,16
30:16 31:20 42:13,19 45:16 49:6
59:10,13,15,17 60:25 65:13 66:
11 72:25 74:22,25 75:3,4,7,9 77:
16,17
outline [4] 10:10,11,13,16
outlined [2] 22:10 24:8
outside [1] 62:22
over [3] 18:22 27:16 76:5
overall [1] 22:4

own [4] 24:10 25:8 27:16 61:17

## P

p.l.l.c [1] 2:4
p.m [1] 83:10
pacific [1] 70:11
packer [5] 61:15 80:10 81:6 82:5,
17,19
page [18] 9:13,13,24,25 11:5 12:
12 23:19,21 31:25,25 37:19,21,
22 39:18 43:7 49:10 80:6 85:9
pages [3] 9:8,8 42:25
paragraph [14] 11:15,18,23 12:
14,17 13:8 14:25 30:19 31:25 39:
9,19,21 77:11,15
parameters [1] 10:17
part [3] 31:6 68:4,21
particular [3] 9:24 38:24 69:16
parties [3] 3:4 24:3 86:12,15
partners [8] 8:16 48:7 53:18,19
54:5 60:6 61:4,18 63:16 82:6
pattern [4] 71:3,5,5 79:22
patterns [7] 70:25 71:12,17,18,
19,20 80:12
paul [3] 61:15 80:10 81:6 82:5,17,
19
pay [1] 68:19
payment [2] 57:24 58:2
pending [3] 77:7,12 78:5
people [2] 65:6 73:3
per [2] 27:19 28:11
percent [10] 6:2,3 19:3,4,4 33:18
36:20 37:11 73:8 77:25
perfectly [1] 66:5
performance [1] 49:14
period [5] 27:13,23 29:15 30:3
36:12
periodically [2] 45:12,14
periods [1] 68:9
personal [8] 61:25 62:4 65:3
personally [1] 48:2
phenomnal [1] 15:24
phone [1] 7:2
phonetic [2] 61:9,12
place [7] 1:18 7:11 65:17,24 67:
18,21 77:19
placed [3] 26:16,20 27:2
plaintiff's [1] 85:9
plaintiffs [2] 1:6,17
please [8] 4:10,13 74:5
pledging [1] 77:25
point [16] 23:20 30:15 31:6,20 33:
15,21 34:17 35:7 37:4 49:25 51:
11 54:17 56:3 59:11 67:14 75:6
pointing [1] 42:19
points [4] 14:11 31:16 39:8,8
pony [1] 68:18
pool [3] 70:11 72:20,23
pools [1] 70:11
portion [1] 77:23
position [2] 36:11,15
positions [12] 13:5,13 33:22,24
34:2,4,6,9 35:13 52:16 54:19,24

posting [1] 80:6
potential [6] 11:2 64:12 77:13
78:2,6,21,22,24
potentially [2] 50:24 51:2
precise [1] 54:9
precisely [2] 7:13 51:7
prep [1] 20:13
preparing [1] 20:9
present [1] 2:16
presented [3] 9:15,18 10:2
pretty [6] 35:3 46:23 47:8 53:16
55:4 56:18
previously [1] 9:14
prime [2] 34:19 41:16
principal [1] 5:16
principals [1] 67:14
prior [7] 5:2 6:9 17:21,23 33:20
40:11 43:24
privacy [1] 60:22
probably [3] 63:22 75:9 82:10
product [1] 51:17
products [2] 33:4 51:23
professional [4] 64:18,24 65:8
75:25
professionally [1] 64:23
proffer [3] 61:24 66:9,10
profits [2] 6:2 19:3
program [2] 25:3,15
prompt [1] 51:17
promptly [1] 49:13
pronoun [1] 61:20
proper [1] 14:11
proprietary-type [1] 18:8
propriety-type [1] 18:9
prospect [1] 17:5
provisions [3] 18:18 21:17 22:3
public [1] 1:19 3:14 4:4
published [1] 70:23
purpose [3] 25:3,14 60:17
pursuant [1] 1:17
put [14] 27:4 28:23 29:6,9,12,22
30:7 40:2,4 41:5 71:12 82:2,4,5
putting [1] 40:13

## Q

question [37] 3:10 4:19,25 6:8
12:5 13:19,23,24 15:5,12 17:9
20:12 22:24 23:3,5 27:4 28:2,5
33:20 39:25 42:3 46:15,17 47:2
48:16 49:2 52:19,21,23 53:23,25
56:10,12 62:15 66:18 77:3,4
questions [11] 4:18 28:9 62:13,
17,19 65:25 66:3,6 69:24 73:22
83:9
quick [1] 51:17
quickly [5] 33:4,8,9 51:23 52:8
75:23

## R

r-e-d-i [1] 34:16
raise [9] 5:11,25 6:20 17:16 21:
15 52:8 74:20 75:22 76:7
raised [5] 25:2,13,17 26:3,16,20

ran [1] 76:12
rate [1] 38:22
rather [1] 75:23
rca [9] 74:2,7,9,10,23 75:12,17,21
76:11
reaches [1] 37:4
read [35] 11:11,12 12:7,17,18 13:
3,8 14:10 15:2,6,13 16:4 20:2,6,
15,17 22:25 23:2,5 24:2,22 27:
10 28:3,5 30:16,17 35:2 41:24
42:25 46:17 52:21 53:25 56:12
77:15 84:6
readily [1] 52:11
reading [1] 31:14
really [7] 26:6 60:2 63:11,24 67:8,
11 69:21
reason [5] 24:23 25:11 42:13 57:
25 68:16
reasonable [1] 66:5
recall [32] 20:19 21:4 22:9,14 40:
15,18 41:4,13 43:4,14,16 44:10 45:
4 47:17 48:4,4,8 50:16 51:9 55:4
56:3,14,15,19,20,25 63:19 64:10,
14 68:8 69:21 75:6 76:13
recess [2] 43:21 73:17
recklessness [1] 62:10
recognize [10] 9:3 22:22 23:7 44:
4,6,7 76:20 79:12,15,17
recognizes [1] 9:8
recollection [11] 19:17 21:23 44:
21 47:12 50:14 51:4 57:7 61:6,
10,13 75:2
record [22] 4:9,12 5:24 6:20 17:
18,24 18:10 33:11,13 42:5,7,8,
12 70:17,19 73:20,23 75:24 76:2
84:9,11 86:10
recorded [1] 86:9
records [2] 63:3,15
redeem [3] 24:25 25:12 27:15
redeemed [2] 28:18 33:18
redeeming [2] 26:15,25
redemptions [1] 33:15
redi [1] 34:16
refer [1] 5:14
reference [6] 9:21 15:2 37:15 78:
8,9,12
referred [6] 23:4 28:4 46:16 52:
20 53:24 58:11
referring [13] 9:18 14:14 18:11
27:18 28:6,11 31:2,4 36:24 39:9
77:10,11 81:11
regarding [1] 74:3
regards [1] 45:7
regulations [6] 44:24 45:2,7,9
47:10 48:11,15,17 49:4
regulatory [1] 73:13
reiterated [1] 19:8
related [2] 65:14 71:12
relation [3] 37:6 58:7 73:9
relevant [5] 61:21,24 62:24 66:
13,15
remain [2] 34:18 35:8

**remaining** [2] 26:15,25
**remains** [1] 24:8
**remember** [17] 7:9 18:24 21:14 55:25 64:2,6 68:14 74:13 76:23, 25 77:5
**remembered** [1] 18:16
**remove** [5] 24:25 25:13 27:15 28:14 30:8
**removed** [3] 27:12,22 28:22
**repeat** [7] 13:7 15:5,12 28:2 46:14 53:23 56:9
**rephrase** [1] 6:7
**replace** [1] 24:6
**reporter** [11] 8:24 22:20 23:5 28:5 41:21 46:17 52:21 53:25 56:12 76:19 79:7
**representative** [1] 41:2
**represented** [1] 86:13
**representing** [1] 3:17
**requested** [2] 36:11 62:25
**required** [4] 21:11 23:15 36:13, 15
**resembles** [2] 9:12,13
**reserved** [1] 13:10
**respectfully** [1] 80:2
**respective** [1] 3:4
**responsible** [1] 76:11
**responsive** [2] 65:10,12
**restate** [2] 12:4 52:18
**result** [2] 63:21 71:19
**results** [1] 49:14
**return** [1] 77:22
**risk** [3] 12:15 13:9 14:8
**rpr** [2] 1:19 4:4
**rules** [10] 34:19,24 44:23,25 45:9, 19,22,25 47:9 49:4

**S**

**sachs** [7] 18:3,7,7,10,15 58:21 63:9
**sachs'** [2] 44:12,23
**safe** [4] 11:22 26:6 45:24 69:13
**same** [10] 3:6,14 15:12 21:12 30:9 39:9 53:16,18 54:4 83:3
**satisfy** [2] 52:11,16
**saying** [10] 9:23 14:19 15:7 25:25 28:12 37:11 56:25 73:3 80:11 81:5
**says** [41] 11:8,16,23 12:15 13:16 15:19 16:4,10 23:13 24:13 25:10 26:24 30:7,21,23 32:3,4,13 33:17 34:17 35:3,8 36:19 37:14,18, 23 39:7,8,10,15,16,21,23 77:6 78:20 80:9,21 81:17,19 82:8,24
**scales** [1] 76:8
**school** [1] 70:3
**se** [2] 27:19 28:11
**sealing** [1] 13:5
**sear** [87] 2:14 6:6,13,18 9:4 11:13 12:2,23 13:6,14 14:17,22 15:11,15 16:2,19 17:6 18:20 19:16,21 20:7,23 21:7,12 23:17 24:12,20 25:6 26:4,8 27:24 29:7 30:

10 31:3,9 33:11 36:6 42:5,8,17 43:6,20 44:19 45:20 46:12 47:4, 20,25 48:12 49:19 52:5 53:14,21 54:7,22 55:8,14 56:13,16 57:21 58:9,13 59:2,8,18,25 60:16 61:19,22 62:14,20 65:2,15,25 66:8, 13,17 67:7 69:18 70:17 74:4 75:13 77:2,10 82:13,15
**sec** [4] 68:16 78:6,8,18
**secc** [1] 78:22
**second** [1] 23:17
**sections** [1] 18:23
**see** [24] 11:8 13:15 14:7 16:10 23:21,23 26:19 31:25 32:3,23 34:4, 9 35:7 36:20 43:9 49:15,16 54:3 55:2 60:17 62:6 77:9 79:17 82:22
**seeing** [4] 43:4,16 44:10 77:5
**seem** [2] 45:9,11
**seen** [8] 9:14 35:14 43:2,15 44:8, 18 47:16 76:24
**sell** [3] 33:8 36:11,14
**send** [4] 57:23 58:2 65:13 66:11
**sense** [1] 67:20
**sentence** [18] 14:7,14 23:23 24:22 25:9 26:7,11,12 27:11,14,19 28:7,10,11 35:21,23 36:18 39:20
**series** [1] 14:18
**seriously** [2] 64:19,20
**set** [1] 86:20
**settlement** [1] 68:21
**seven** [3] 30:15 42:10 50:7
**several** [1] 66:6
**shall** [7] 3:6,10,18 33:19 34:17 49:12 77:19
**shares** [3] 24:7 25:2 28:18
**sheldon** [3] 1:19 4:4 86:3
**short** [3] 43:21 73:16,17
**shouldn't** [1] 42:16
**show** [5] 8:19 22:15 41:16 76:14 79:2
**showed** [1] 79:16
**shut** [4] 59:22,23,24 60:3
**side** [1] 11:17
**sign** [3] 19:10 66:25 67:2
**signed** [9] 3:13,15 5:3 7:14 20:18 23:12 27:7 28:13 55:6 56:7 66:24 74:11,11 84:16
**significance** [2] 10:20 14:25
**signing** [6] 9:17:21 18:17 20:3 40:12
**similar** [3] 9:25 54:11 62:8
**site** [1] 73:10
**sitting** [1] 68:25
**situation** [1] 36:9
**six** [3] 42:9 50:7 60:9
**sixteen** [1] 42:11
**sixth** [1] 77:7
**sold** [2] 14:6 71:19
**sole** [3] 24:4,13,15
**somebody** [2] 8:14 66:16
**sometime** [1] 27:6

**sometimes** [1] 46:2
**somewhere** [4] 60:9 67:22 71:23,25
**sort** [12] 10:15 27:3 30:14 35:2,4 42:2 46:5 62:9 64:24 68:5 79:11 80:5
**sorts** [1] 17:20
**sounds** [1] 61:16
**south** [1] 70:10
**southern** [1] 1:3
**specialist** [2] 77:8,12
**specialists** [2] 68:17 78:5
**specifically** [7] 27:4 30:3 36:9,12 45:19,21 52:2 56:4 62:17 69:22 71:16
**specifically** [5] 18:10 23:9 29:3 45:6 47:2
**split** [1] 19:5
**spoke** [5] 5:18 6:25 17:12,13 49:11 82:19
**stamped** [3] 42:9,14 43:8
**star** [1] 61:4
**state** [11] 1:20 4:5,9,12 31:15 46:9,21,25 48:23 72:13 84:3
**stated** [1] 86:13
**states** [2] 1:2 48:22
**stating** [1] 45:22
**stenographically** [1] 86:9
**stick** [1] 62:10
**still** [2] 26:22 39:19
**stipulated** [4] 3:3,8,12,16
**stock** [1] 14:5
**stocks** [6] 38:22,23 71:2,4,16,18
**stop** [6] 13:18,25 14:12,20 15:9,14,25 16:5
**stressing** [1] 68:14
**strong** [2] 50:24 51:2
**structure** [2] 76:5 83:3
**stuart** [1] 2:7
**stuff** [1] 18:9
**style** [2] 39:4,6
**subheading** [2] 32:4,20
**subscribed** [1] 84:16
**subsection** [3] 36:10,13 49:11
**substance** [7] 11:23 18:24 38:8 50:21 67:24 68:2 74:16
**sued** [6] 61:20 72:15 73:2,5,6,7
**sufficient** [2] 51:14 52:14
**suggest** [1] 39:25
**suing** [1] 68:16
**sum** [3] 11:23 38:8 74:16
**sun** [1] 70:13
**supposed** [1] 52:3
**swimming** [3] 70:11 72:20,23
**sworn** [3] 3:15 4:3 86:6
**system** [3] 34:9,10,13
**szele** [19] 5:17,18 6:10,22 7:8 17:10,12,14,16 55:7,11,22 56:8,20 74:3,9 78:14 79:20 80:3
**szele's** [1] 18:5

**T**

**talked** [3] 17:10 51:15,21

**talks** [1] 38:3
**target** [1] 73:12
**ten** [2] 42:10 54:15
**term** [12] 30:19,21,23 31:2,7 32:21 33:15 35:17,21,25 38:14
**terminate** [3] 24:6,24 25:11
**terminated** [1] 37:13
**terminating** [2] 22:6,10
**terminology** [1] 71:8
**terms** [11] 20:8 25:4 26:2,17,19 34:21 35:10 40:19 51:25 61:25 62:21
**testified** [5] 4:6 17:15 41:3 44:20 78:14
**testimony** [4] 20:10 84:7 86:7,8
**there's** [3] 9:10 22:3 34:8
**thereafter** [1] 29:13
**third** [6] 26:11,12 39:19,20 43:7
**thirteen** [1] 42:11
**thirty** [1] 54:16
**thomas** [1] 2:14
**thoroughly** [1] 42:25
**though** [1] 62:23
**thousand** [4] 75:21 76:4 77:20, 23
**threaten** [1] 56:24
**threatened** [1] 57:5
**three** [4] 44:20 58:3,6,11
**throughout** [1] 76:3
**today** [3] 55:15,19 68:25
**took** [7] 59:10,12,14,17 64:17 67:21 76:11
**top** [1] 43:11
**towards** [1] 80:5
**track** [3] 17:17,23 76:2
**trade** [10] 21:9,20,25 38:15 58:19, 21,22,24 72:2 72:2
**traded** [2] 11:21 49:5
**trader** [5] 13:5,13 18:7,15 52:11
**trading** [54] 5:24 6:19 11:9,16,17, 24 12:8 14:15,16,20,21 15:7 16:5,8,9,9 18:8,9 37:16,23 38:3,4,7,10 46:10,22 47:11,21 49:17,22 51:13 53:5,6,8 54:20,21 55:21 56:6 57:9,15,18,20 59:21 62:8, 21 63:3,15,21 68:5,6 71:11,21 72:3 75:24
**transcript** [2] 84:6,8
**transfer** [1] 39:13
**transparent** [2] 35:8,11
**trial** [4] 1:15 3:11 86:4,11
**troubles** [1] 26:5
**true** [3] 13:8 84:8,12 86:10
**truth** [2] 7:13 67:8
**trying** [8] 34:23 60:20 62:9
**turn** [8] 5:11 11:5 31:24 43:7 46:5 57:8 64:16 67:5
**twelve** [1] 42:10
**twenty** [1] 54:15
**two** [17] 5:11,25 6:20 17:16 25:16 33:18 45:16 54:16 74:20,20 75:23 76:7 77:20,22 80:20 82:12,23

typed [1] 70:22
typically [1] 71:18

## U

u.s [3] 46:9,21,25
under [25] 4:6 5:9 14:8 20:22 21:
5,11,19,23 26:17 30:11 32:4,20,
22 36:13 49:6,10,19,21,22 51:20
52:3 55:17 59:3 61:22 84:7
underlying [1] 60:11
understand [7] 10:7,8,19 13:19
27:11 29:20 35:25
understanding [5] 27:20 28:16
30:5,12 52:22
understood [8] 23:24 24:3 29:
10 35:20 37:20 39:10,11 77:18
united [2] 1:2 48:22
unless [1] 66:8
until [1] 3:10
up [10] 8:16 26:9 33:9 39:13,22
40:6,20 43:11 68:19 82:21
upset [2] 56:6 59:16
usd [3] 39:13,21 77:20
using [2] 32:10 34:15

## V

valley [1] 70:13
value [1] 32:15
various [7] 21:17 22:3 44:25,25
45:8 50:15 76:8
vehicle [1] 39:14
velocity [1] 38:21
versa [1] 64:13
version [1] 42:13
vice [1] 64:13
vicinity [2] 60:10 71:24
victory [2] 66:21,22
violation [1] 58:8
virtually [1] 19:7
virtue [1] 78:3
volatility [2] 68:9,10
voluminous [1] 9:6

## W

wait [2] 58:3,11
waits [1] 58:7
waived [1] 3:7
wanted [2] 68:18 82:22
water [6] 36:25 37:2,3,7,9,12
way [12] 19:11,14 29:10 38:10,24
45:22 51:8 61:3 64:22 69:7,10
71:13
web [1] 70:22
weeks [1] 21:24
westwood [23] 7:21 8:11,16 48:
6 53:18,19 54:5 60:5 61:5,18,21
62:3,12 63:6,10,13,16,20 64:12
70:5,7 82:6,12
whatsoever [1] 41:10
whearas [1] 37:19
whereas [2] 37:19,23
whereof [1] 86:19
whereupon [16] 8:22 22:18 23:4

28:4 33:12 41:19 42:6 43:21 46:
16 52:20 53:24 56:11 70:18 73:
17 76:17 79:5
wherewithal [1] 32:11
whether [9] 16:17 48:16 54:15
62:6 65:21,22 66:15 74:11 75:7
whole [4] 12:17 15:4 41:24 77:15
will [38] 4:22 5:14 6:7 8:18 13:16
14:6 16:5,6,11,11,12 20:11 24:4,
13 26:9 31:11,24 32:5,14 33:22,
25 34:2,4,22 35:4 39:7,25 42:3
44:22 49:3 66:17,20 73:23 75:21
78:25 79:2,3,12
william [1] 61:8
wishes [1] 39:12
withdraw [2] 20:11 39:25
within [8] 3:6,13,19 24:8 25:3 33:
18 34:24 86:8
without [4] 3:19 20:13 27:18 28:
6
witness [19] 3:17 9:7 11:7 20:9
23:6 28:6 46:14,18 52:18,22 53:
23 54:2 56:9,14,18 59:19 86:6,
11,19
word [2] 25:17,17
words [7] 11:16 24:10 25:8,16,20
26:21 77:12
work [5] 16:17 47:18 65:22 66:12,
16
worked [2] 18:15 70:4
working [9] 17:5 19:9 64:17 65:7
70:5,6,9,10 77:21
write [2] 41:6 81:25
written [4] 16:25 19:14 75:16,18
wrote [4] 40:21,23 41:2,7

## Y

yard [1] 62:10
year [4] 7:15 33:18 67:21 69:18
years [5] 21:25 22:4 30:24 31:4
60:9
york [9] 1:3,20 2:6,6,13,13 4:5 84:
3,4
yourself [4] 12:18 64:23 65:9 79:
20

## Z

zanger [95] 1:8,16 4:11,17 5:1 6:
1 7:1 8:1 9:1 10:1 11:1,11 12:1
13:1 14:1 15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1 23:1,10 24:
1 25:1 26:1 27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1 41:1,22 42:
1,21 43:1,12 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1
66:1 67:1,6 68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1,21 77:
1 78:1 79:1 80:1 81:1 82:1 83:1
84:1,5 85:1 86:1,5

```
 1
       STATE OF NEW YORK          )
 2                                ss:
       COUNTY OF NEW YORK         )
 3          I wish to make the following changes, for
       the following reasons:
 4
       PAGE LINE _____
 5                        CHANGE FROM: _____
                          CHANGE TO:   _____
 6     REASON: _____

 7     ____ ____        CHANGE FROM: _____
                        CHANGE TO:   _____
 8     REASON: _____

 9     ____ ____        CHANGE FROM: _____
                        CHANGE TO:   _____
10     REASON: _____

11     ____ ____        CHANGE FROM: _____
                        CHANGE TO:   _____
12     REASON: _____

13     ____ ____        CHANGE FROM: _____
                        CHANGE TO:   _____
14     REASON: _____

15     ____ ____        CHANGE FROM: _____
                        CHANGE TO:   _____
16     REASON: _____

17     ____ ____        CHANGE FROM: _____

18                      CHANGE TO:   _____
       REASON: _____
19
                        CHANGE FROM: _____
20     ____ ____        CHANGE TO:   _____
       REASON: _____
21

22
                                    _____
23

24     Subscribed and sworn to before me
       this _____ day of _____, 200__.
25
```