# Exhibit F

| **From:** | Arturo, Gianina F. |
|---|---|
| **To:** | GS@independentfunds.com; |
| **CC:** | Joe; |
| **Subject:** | Futures |
| **Date:** | Friday, October 07, 2005 8:33:36 AM |
| **Attachments:** | 64524_09212005_181534_GSFXNBP22AS_0.tif |

George/Joe,

My compliance team has come back to me with items regarding the futures paperwork:

1. Dan Zanger says that he is excluded on the POA form from the definition of a CTA but he does not answer the question as to why. Please have this filled out and returned.

2. On page 1 of the futures applications, you have to answer all of the YES/NO questions
3. You have indicated on the form that the independent fund is a member of the NFA and a CPO, however this is not correct, your management company is. Please amend this agreement as such and re-file these documents accordingly.

I will be out of the office on Monday and Tuesday but let me know if you have any further questions.

Regards,

Gianina

---

**From:**  GS Open Fax New York
**Sent:**  Wednesday, September 21, 2005 6:19 PM
**To:**  Arturo, Gianina F.
**Subject:**     Fax message

<<64524_09212005_181534_GSFXNBP22AS_0.tif>>

IAM 000181

**From:**                Arturo, Gianina F.

**To:**                    Daniel Zanger;

**CC:**                    george; Joe;

**Subject:**       House Call- Independent Fund

**Date:**           Thursday, January 12, 2006 10:40:45 AM

**Attachments:**

---

Dan,

I see you are on Day 4 of a $2 million house call for the Independent Fund Limited.

Please advise the action that is being taken and if this call will be met today.

Regards,

Gia

Goldman Sachs Execution & Clearing, L.P.

30 Hudson Street ⎸ 9th Floor ⎸ Jersey City ⎸ NJ 07302

☎ 212-357-5986 📄 212-256-4524

📠 gianina.arturo@gs.com

**Goldman**
      **Sachs**

**Gianina F. Arturo**

Associate -- Equities Division

**(c) 2005, The Goldman Sachs Group, Inc. All rights reserved.**

See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on

confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you

| | |
|---|---|
| **From:** | IAMFund |
| **To:** | "Arturo, Gianina F."; |
| **CC:** | george; Joe; |
| **Subject:** | RE: Independent Fund-House Call |
| **Date:** | Monday, April 10, 2006 3:34:38 PM |
| **Attachments:** | |

Are you available to speak with Dan? Please call me at 203-364-1942 and I will conference him in. He will provide instructions accordingly.

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Monday, April 10, 2006 3:15 PM
**To:** 'fund@mostcents.com'
**Cc:** George Szele
**Subject:** RE: Independent Fund-House Call

The house call is still outstanding for 482,098.01

Please advise how this will be met.

Regards,

Gia

**From:** IAMFund [mailto:fund@mostcents.com]
**Sent:** Monday, April 10, 2006 3:11 PM
**To:** Arturo, Gianina F.
**Cc:** George Szele
**Subject:** RE: Independent Fund-House Call
**Importance:** High

Gia,

I just spoke with Dan Zanger. He said he sold off 2.2 million on Friday to more than cover the 1.1 house call. Please advise.

IAM 000330

**5**

Joseph Porco
203-364-1942

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Monday, April 10, 2006 11:06 AM
**To:** Daniel Zanger
**Cc:** JP@independentfunds.com; 'GS@INDEPENDENTFUNDS.COM'
**Subject:** Independent Fund-House Call
**Importance:** High

Dan,

Please advise on the house call that is outstanding for the Independent Fund account.

This is the 4th day for the call and we prefer to have all calls met by Day 3.

Regards,

Gia

---

Goldman Sachs Execution & Clearing, L.P.

30 Hudson Street I 9th Floor I Jersey City I NJ 07302

☎ 212-357-5986 📄 212-256-4524

📧 gianina.arturo@gs.com

**Goldman
Sachs**

**Gianina F. Arturo**

Associate -- Equities Division

---

**(c) 2005, The Goldman Sachs Group, Inc. All rights reserved.**
See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts

IAM 000331

**6**

of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you

| **From:** | Arturo, Gianina F. |
| **To:** | george; Joe; Stephane Vezina (E-mail); |
| **CC:** | |
| **Subject:** | RE: wire |
| **Date:** | Monday, July 10, 2006 11:57:24 AM |
| **Attachments:** | |

George,

The call is for today.
If Dan liquidated positions today and the call is removed for tomorrow, we can release funds at that time.

Regards,

Gianina

---

**From:** George Szele [mailto:GS@INDEPENDENTFUNDS.COM]
**Sent:** Monday, July 10, 2006 11:56 AM
**To:** Arturo, Gianina F.; Joe; Stephane Vezina (E-mail)
**Subject:** wire

Please make sure the wire gets done as Dan said he liquidated positions. If you don't see it please let me know.


George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

IAM 000377

**8**

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Monday, July 10, 2006 10:14 AM
**To:** george; Joe
**Subject:** Dual Certification Mailing
**Importance:** High

George/Joe,

Our tax team has requested the attached documents for our dual certification clients.
You should have received these same documents in the mail earlier this year.

At this time, we haven't received completed forms back for the following account(s) :

**4LG0-Independent Fund Limited**

Please send the original copies with signatures to me at the below address.
Instructions can be found within the Word Document if you have any questions.

All documents are due into us by August 15, 2006.

Regards,

Gianina

IAM 000378

**9**

Goldman Sachs Execution & Clearing, L.P.

30 Hudson Street I 9th Floor I Jersey City I NJ 07302

☎ 212-357-5986 ▤ 212-256-4524

✉ gianina.arturo@gs.com

**Goldman
Sachs**

**Gianina F. Arturo**

Associate -- Equities Division

**© 2005, The Goldman Sachs Group, Inc. All rights reserved.**
See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you

IAM 000379

**From:**     George Szele

**To:**       "Arturo, Gianina F."; "Ferguson, Matt";

**CC:**

**Subject:**  RE: Wire

**Date:**     Thursday, October 12, 2006 10:26:49 AM

**Attachments:**

---

Why was it not processed yesterday?


George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Thursday, October 12, 2006 8:50 AM
**To:** george; Ferguson, Matt
**Subject:** RE: Wire

George,

This was processed today.

IAM 000425

**11**

**From:** George Szele [mailto:GS@INDEPENDENTFUNDS.COM]
**Sent:** Wednesday, October 11, 2006 6:44 PM
**To:** Ferguson, Matt
**Cc:** Arturo, Gianina F.
**Subject:** RE: Wire

Matt - you did not email me today - I assume wire went out in AM?

-----Original Message-----
**From:** Ferguson, Matt [mailto:Matt.Ferguson@gs.com]
**Sent:** Tuesday, October 10, 2006 10:35 AM
**To:** george
**Cc:** Arturo, Gianina F.
**Subject:** RE: Wire

Unfortunately I cannot as the call is still live.

**From:** George Szele [mailto:GS@INDEPENDENTFUNDS.COM]
**Sent:** Tuesday, October 10, 2006 10:32 AM
**To:** Ferguson, Matt
**Cc:** Arturo, Gianina F.
**Subject:** RE: Wire

Dan said he took care of it - you can't check that now?


George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an*

IAM 000426

**12**

*offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Ferguson, Matt [mailto:Matt.Ferguson@gs.com]
**Sent:** Tuesday, October 10, 2006 8:34 AM
**To:** george
**Cc:** Arturo, Gianina F.
**Subject:** RE: Wire

I still will not be able to wire funds from the account until tomorrow when our numbers are rerun and it is determined that the call has been met.

---

**From:** George Szele [mailto:GS@INDEPENDENTFUNDS.COM]
**Sent:** Tuesday, October 10, 2006 8:28 AM
**To:** Ferguson, Matt
**Cc:** Arturo, Gianina F.
**Subject:** RE: Wire

Matt, Gia,

Please contact Dan Zanger ASAP to have him close certain positions so the funds can be wired today.
I will try and reach him now too.

Best,


George Szele
Managing Director
Independent Asset Management, llc

IAM 000427

**13**

177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Ferguson, Matt [mailto:Matt.Ferguson@gs.com]
**Sent:** Tuesday, October 10, 2006 8:02 AM
**To:** george
**Cc:** Arturo, Gianina F.
**Subject:** Wire

Gia had asked me to send a wire for your account 4LG0. However today your account is on a house call for $352,404.81 and there is no money to be wired out of your account.


Please advise.

Thanks
Matt

_____

Goldman Sachs Execution & Clearing, L.P.

IAM 000428

**14**

30 Hudson Street I 9th Floor I Jersey City I NJ 07302
☎ 212-357-3408 📄 212-256-5151
📧 matt.ferguson@gs.com
**Goldman**
**Sachs**
**Matthew Ferguson**
Equities Division

---

**© 2005, The Goldman Sachs Group, Inc. All rights reserved.**
See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you

IAM 000429

**15**

| **From:** | Arturo, Gianina F. |
| **To:** | george; |
| **CC:** | |
| **Subject:** | RE: Wiring instructions |
| **Date:** | Thursday, October 19, 2006 1:31:53 PM |
| **Attachments:** | |

George,

Please speak with Dan regarding any margin calls that were on the account for which money was required for.

-----Original Message-----
From: George Szele [mailto:GS@INDEPENDENTFUNDS.COM]
Sent: Thursday, October 19, 2006 1:21 PM
To: Arturo, Gianina F.
Subject: FW: Wiring instructions

Gia - can you please explain to me how money was authorized by you to come into our IFL account? Also, we weren't notified or copied on any of this communication/action.

George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.  Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of

IAM 000433

**16**

Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

-----Original Message-----
From: Daniel Zanger [mailto:dan@chartpattern.com]
Sent: Thursday, October 19, 2006 5:14 AM
To: george
Subject: Fw: Wiring instructions

I have been speaking to Gia and Eric Rhodes.

Indep.Fund. rcvd $1,450,000.00 from Dan's personal acct.
Dan would like to get his money wired back out tomorrow 10/20/06.

----- Original Message -----
From: Rhodes, Eric [mailto:eric.rhodes@gs.com]
Sent: Mon, 16 Oct 2006 12:00:30 -0400
To: dan@chartpattern.com
Subject: Wiring instructions

> Good afternoon.  Attached are the wiring instructions you requested.
>
>  <<Independent Wire Instructions.xls>>  <<Westwood Wire
> Instructions.xls>>
>
> Thanks, Eric
>
> Eric Rhodes
> Vice President
>
> > Goldman Sachs Execution & Clearing, L.P.
> > 30 Hudson Street | 9th Floor | Jersey City, NJ 07302
> > Tel: 212-357-8072| Fax: 212-256-4174
> >

IAM 000434

> (c) 2005, The Goldman Sachs Group, Inc. All rights reserved.
> See http://www.gs.com/disclaimer/gsec/ for important risk disclosure,
> conflicts of interest and other terms and conditions relating to this
> e-mail and your reliance on information contained in it. This message
> may contain confidential or privileged information. If you are not the

> intended recipient, please advise us immediately and delete this
> message. See http://www.gs.com/disclaimer/email/ for further
> information on confidentiality and the risks of non-secure electronic
communication.
> If you cannot access these links, please notify us by reply message
> and we will send the contents to you.
>
>
>

IAM 000435

**18**

| **From:** | George Szele |
|---|---|
| **To:** | "Stephane Vezina (E-mail)"; "Joe Porco Home (E-mail)"; |
| **CC:** | |
| **Subject:** | FW: DAN |
| **Date:** | Thursday, October 19, 2006 1:10:29 PM |
| **Attachments:** | Independent Wire Instructions.xls |
| | Westwood Wire Instructions.xls |

---

Was just informed that..
Dan somehow wired money in directly to IFL's account at SLK (to cover a margin call) - this is not allowed right?  SLK should not have allowed it, right?
Also - he then tried to wire back out the exact same amount.
We need to discuss.

Thanks.

George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

-----Original Message-----
From: Daniel Zanger [mailto:dan@chartpattern.com]
Sent: Thursday, October 19, 2006 5:14 AM
To: george
Subject: Fw: Wiring instructions


I have been speaking to Gia and Eric Rhodes.

Indep.Fund. rcvd $1,450,000.00 from Dan's personal acct.
Dan would like to get his money wired back out tomorrow 10/20/06.


----- Original Message -----
From: Rhodes, Eric [mailto:eric.rhodes@gs.com]
Sent: Mon, 16 Oct 2006 12:00:30 -0400
To: dan@chartpattern.com
Subject: Wiring instructions


> Good afternoon.  Attached are the wiring instructions you requested.
>
> <<Independent Wire Instructions.xls>>  <<Westwood Wire
> Instructions.xls>>
>
> Thanks, Eric
>
> Eric Rhodes
> Vice President
>
> > Goldman Sachs Execution & Clearing, L.P.
> > 30 Hudson Street | 9th Floor | Jersey City, NJ 07302
> > Tel: 212-357-8072| Fax: 212-256-4174
> >
> (c) 2005, The Goldman Sachs Group, Inc. All rights reserved.
> See http://www.gs.com/disclaimer/gsec/ for important risk disclosure,
> conflicts of interest and other terms and conditions relating to this
> e-mail and your reliance on information contained in it. This message
> may contain confidential or privileged information. If you are not the
> intended recipient, please advise us immediately and delete this

IAM 001448

**20**

> message. See http://www.gs.com/disclaimer/email/ for further information
> on confidentiality and the risks of non-secure electronic communication.
> If you cannot access these links, please notify us by reply message and
> we will send the contents to you.
>
>
>

IAM 001449

**21**

| | |
|---|---|
| **From:** | George Szele |
| **To:** | "Arturo, Gianina F."; |
| **CC:** | |
| **Subject:** | RE: Day Trading Call- Independent Fund |
| **Date:** | Friday, November 10, 2006 3:46:20 PM |
| **Attachments:** | |

Gia - call me 203-355-1160


George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Friday, November 10, 2006 3:39 PM
**To:** george
**Subject:** RE: Day Trading Call- Independent Fund

George,

Day trading calls can only be met with cash.

Liquidations only cover REGT and house calls.

Please advise.

---

**From:** George Szele [mailto:GS@INDEPENDENTFUNDS.COM]
**Sent:** Friday, November 10, 2006 3:38 PM
**To:** Arturo, Gianina F.
**Subject:** RE: Day Trading Call- Independent Fund

Dan just said he liquidated his position - if this does not satisfy the margin call then let me know

George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Friday, November 10, 2006 3:29 PM
**To:** george
**Subject:** RE: Day Trading Call- Independent Fund

I just received a voicemail from Adrianna saying that you would be taking

IAM 000456

**23**

care of this as Dan is just the trader.

Please advise.

---

**From:** George Szele [mailto:GS@INDEPENDENTFUNDS.COM]
**Sent:** Friday, November 10, 2006 3:25 PM
**To:** Arturo, Gianina F.
**Subject:** RE: Day Trading Call- Independent Fund

Did you talk to Dan?

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Friday, November 10, 2006 3:13 PM
**To:** Daniel Zanger; george; Joe
**Subject:** Day Trading Call- Independent Fund
**Importance:** High

Please advise on the below.

---

**From:**  Arturo, Gianina F.
**Sent:**  Friday, November 10, 2006 8:34 AM
**To:**  'Daniel Zanger'
**Cc:**  'GS@INDEPENDENTFUNDS.COM'; 'Joe'
**Subject:**  Day Trading Call- Independent Fund
**Importance:**  High

Dan,

There is a day trading call this morning on Independent
Fund-- call amount is $117,705
The call was caused due to the position of naked Google
options

Please advise how the call will be met as soon as possible.

Regards,

IAM 000457

**24**

Gianina

---

Goldman Sachs Execution & Clearing, L.P.

30 Hudson Street I 9th Floor I Jersey City I NJ 07302

☎ 212-357-5986 📄 212-256-4524

📠 gianina.arturo@gs.com

**Goldman Sachs**

**Gianina F. Arturo**

Associate -- Equities Division

---

**© 2005, The Goldman Sachs Group, Inc. All rights reserved.**
See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts
of interest and other terms and conditions relating to this e-mail and your
reliance on information contained in it. This message may contain confidential
or privileged information. If you are not the intended recipient, please advise us
immediately and delete this message. See http://www.gs.com/disclaimer/email/
for further information on confidentiality and the risks of non-secure electronic
communication. If you cannot access these links, please notify us by reply
message and we will send the contents to you

IAM 000458

| **From:** | Arturo, Gianina F. |
| **To:** | Daniel Zanger; george; |
| **CC:** | Principato, Angelo; |
| **Subject:** | Recap |
| **Date:** | Friday, November 10, 2006 4:29:42 PM |
| **Attachments:** | |

Dan/George,

Just to re-iterate from our phone call:

There is a day trading call on the Independent Fund account today for $117,705
The call is not going to be met.

Day trading buying power starting today and for 5 days will be at 2:1-- with no time of sales
After the 5th day you will be on a "90 day restriction period" (inclusive of the first 5 days) in which the buying power decreases to 1:1 (your NYSE excess multiplied by 1) -- again with no time of sales

If at any point during the 90 day restriction period day trading buying power is exceeded, the account will be placed in a liquidation only status.

After the restriction period, if no further violations have occurred, your buying power will be re-instated to 4:1

Please let me know if there are any questions.

Regards,

Gia

Goldman Sachs Execution & Clearing, L.P.

30 Hudson Street l 9th Floor l Jersey City l NJ 07302

☎ 212-357-5986 📄 212-256-4524

📧 gianina.arturo@gs.com

**Goldman
Sachs**

**Gianina F. Arturo**

Associate -- Equities Division

---

**© 2005, The Goldman Sachs Group, Inc. All rights  reserved.**
See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts of interest and other terms
and conditions relating to this e-mail and your reliance on information contained in it. This message may
contain confidential or privileged information. If you are not the intended recipient, please advise us
immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on
confidentiality and the risks of non-secure electronic communication. If you cannot access these links,
please notify us by reply message and we will send the contents to you

| | |
|---|---|
| **From:** | Arturo, Gianina F. |
| **To:** | Daniel Zanger; george; |
| **CC:** | |
| **Subject:** | First DT Violation: Independent Fund a/c 4LG0 |
| **Date:** | Friday, November 17, 2006 9:29:51 AM |
| **Attachments:** | First DT Call - 4LG0 - Independent Fund.doc |

Dan/George,

Please see the attached notification as a follow up to our discussions regarding the day trading call on 4LG0

Let us know if there are any questions.

Regards,

Gianina

<<First DT Call - 4LG0 - Independent Fund.doc>>

### GOLDMAN SACHS EXECUTION & CLEARING , L.P
**30 Hudson Street Jersey City, New Jersey  07302**

November 17, 2006

**Re: First Day Trade Call
4LG0 / Independent Fund Limited**

Dear Customer:

A review of the above referenced account indicates that you failed to meet a day trade call issued on trade date **November 9**[th] due on **November 16**[th] in the amount of **$134,372**. The account shall be restricted to trading only on a cash available basis for 90 days or until the call is met.  Please be advised that failure to meet a second day trade call may result in the account being placed on a liquidating basis only.

If you have any questions, please contact the Margin Department at (212) 357-3520, or the Clearing Services Department at (212) 357-2266.

Regards,

GSEC Margin Department

IAM 000462

**29**

**From:**      Arturo, Gianina F.

**To:**        Daniel Zanger; george;

**CC:**

**Subject:**   Day Trading Call- URGENT

**Date:**      Friday, December 01, 2006 9:11:24 AM

**Attachments:**

---

Dan/George,

There is a day trading call for $2,850,461 today on Independent Fund.

Please keep me informed as to if the call will be met with cash. Liquidation of positions will not satisfy a day trading call.

Regards,

Gianina

---

Goldman Sachs Execution & Clearing, L.P.

30 Hudson Street l 9th Floor l Jersey City l NJ 07302

☎ 212-357-5986 📄 212-256-4524

📧 gianina.arturo@gs.com

### Goldman Sachs

**Gianina F. Arturo**

Associate -- Equities Division

---

**© 2005, The Goldman Sachs Group, Inc. All rights reserved.**

See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on

confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you

IAM 000495

**From:**           Arturo, Gianina F.

**To:**             george;

**CC:**

**Subject:**        Reports

**Date:**           Friday, December 01, 2006 9:58:04 AM

**Attachments:**    CONCFEQT.TXT
                    DAYTFDAY.TXT

---

  <<CONCFEQT.TXT>>  <<DAYTFDAY.TXT>>

IAM 000496

GOLDMAN SACHS
EXECUTION & CLEARING, L.P.

ASSET SUMMARY – US$
TRADE DATE 11/30/06
CLIENT LEVEL

PAGE    5140

CLIENT I.D. 000379326    INDEPENDENT FUND LIMITED

BUSINESS LINE:

CLIENT I.D. 000379326
ACRONYM  ZANG                    CC

IB# 000013
BRANCH
RR/AE

| SEC ASSETS | TRADE DATE | SETTLE DATE |
|---|---|---|
| CASH BALANCE | (1,681,212.96) | 786,387.15 |
| LONG OPTION VALUE | 315,750.00 | 0.00 |
| LONG EQUITY VALUE | 4,548,645.00 | 3,777,185.00 |
| LONG DEBT VALUE | 0.00 | 0.00 |
| TOTAL LONG VALUE | 4,864,395.00 | 3,777,185.00 |
| SHORT OPTION VALUE | 0.00 | 0.00 |
| SHORT EQUITY VALUE | (138,830.00) | (1,466,560.00) |
| SHORT DEBT VALUE | 0.00 | 0.00 |
| TOTAL SHORT VALUE | (138,830.00) | (1,466,560.00) |
| NET LIQUIDATING EQUITY | 3,044,352.04 | 3,097,012.15 |

| SEC REQUIREMENTS | |
|---|---|
| SMA/FED EXCESS(CALL) | 6,818,415.55 |
| OVERNIGHT BUYING POWER | 2,018,250.10 |
| NYSE REQUIREMENT | 1,494,560.25 |
| NYSE EXCESS(CALL) | 1,549,791.79 |
| DAY TRADING BUYING POWER | 1,549,791.79 |
| PATTERN DAY TRADER | YES |
| DAY TRADING CALL | 2,850,461.00 |
| DAY TRADING CALL – FUNDS HELD | 0.00 |
| HOUSE REQUIREMENT | 2,237,052.00 |
| HOUSE EXCESS(CALL) | 807,300.04 |
| MARGIN EXCESS(DEFICIENCY) | 807,300.04 |
| MINIMUM EQUITY REQUIREMENT | 1,000,000.00 |
| MINIMUM EQUITY EXCESS(CALL) | 2,044,352.04 |
| CASH AVAILABLE | N/A |

COMBINED ASSETS & OTHER INFORMATION

| | TRADE DATE | MONTH TO DATE | SETTLE DATE |
|---|---|---|---|
| TOTAL CASH | (1,681,212.96) | 786,387.15 | 786,387.15 |
| TOTAL NET LIQUIDATING EQUITY | 3,044,352.04 | 3,097,012.15 | 3,097,012.15 |
| EQUITY FOR CAPITAL EXCESS/DEF | 3,044,352.04 | N/A | N/A |

| | DAILY | MONTH TO DATE | |
|---|---|---|---|
| PENDING CHARGES | 0.00 | N/A | |
| ACCRUED DIVIDENDS | 0.00 | N/A | |
| ACCRUED INTEREST | (123.98) | (123.98) | |
| ACCRUED SHORT STOCK REBATE | 200.10 | 200.10 | |
| ACCRUED CMD | 0.00 | 0.00 | |
| TOTAL PENDING ITEMS | 76.12 | | |

| SEC REQUIREMENTS (cont.) | |
|---|---|
| NET CASH AVAILABLE | N/A |
| NET MARGIN EXCESS(CALL) | 807,300.04 |
| INITIAL REQUIREMENT | N/A |
| MAINTENANCE REQUIREMENT | 0.00 |
| CFTC SECURITIES COLLATERAL VALUE | 0.00 |
| CFTC EXCESS(CALL) | 0.00 |
| HAIRCUT | 0.00 |
| CAPITAL EXCESS/DEF(CMD) | 3,044,352.04 |
| PENDING FUNDS | 0.00 |
| REICH & TANG FUND BALANCE* | 0.00 |

| INTEREST & SHORT STOCK | DAILY | MONTH TO DATE |
|---|---|---|
| ADJUSTED CASH BALANCE | (680,172.85) | N/A |
| USS INTERNATIONAL CASH BALANCE | 0.00 | 0.00 |
| INTEREST INCOME | 0.00 | 0.00 |
| INTEREST (EXPENSE) | (123.98) | (123.98) |
| SHORT STOCK VALUE | (1,466,560.00) | N/A |
| SHORT STOCK REBATE INCOME | 200.10 | 200.10 |
| SHORT STOCK(EXPENSE) | 0.00 | 0.00 |

| FUTURES INTEREST INCOME(EXPENSE) | DAILY | MONTH TO DATE |
|---|---|---|
| TOTAL EQUITY BALANCE | 0.00 | N/A |
| INTEREST INCOME | N/A | N/A |
| INTEREST (EXPENSE) | N/A | N/A |

* THIS BALANCE IS REFLECTED AS A SECURITY POSITION WITH A NET ASSET VALUE OF $1 PER SHARE. THE TOTAL VALUE OF
  THESE SHARES IS INCLUDED IN THE LONG EQUITY VALUE LINE ITEM WITHIN THE SEC ASSETS SECTION.
BASE ACCOUNTS INCLUDED: 4LG0
CFTC ACCOUNTS INCLUDED:

IAM 000497

33

IAM 000498

GOLDMAN SACHS
EXECUTION & CLEARING, L.P.

ASSET SUMMARY - US$
TRADE DATE 11/30/06

PAGE   5141

CLIENT LEVEL

CLIENT I.D. 000379326    INDEPENDENT FUND LIMITED

BUSINESS LINE:

IB# 000013
BRANCH   0000        CLIENT I.D. 000379326
RR/AE                    ACRONYM   ZANG
CC

THE VALUE OF EACH ASSET IS PRESENTED IN U.S. DOLLARS. NON-U.S. DOLLAR DENOMINATED POSITIONS HAVE BEEN CONVERTED INTO
U.S. DOLLARS AT A RATE OF EXCHANGE DETERMINED BY GSEC, L.P. IN ITS SOLE DISCRETION ON THE BASIS OF PREVAILING FOREIGN
EXCHANGE RATES.

THE VALUATIONS CONTAINED HEREIN ARE DERIVED FROM INFORMATION PROVIDED BY THIRD PARTIES WHICH MAY NOT BE COMPLETE OR
ACCURATE. VALUATIONS CONTAINED HEREIN DO NOT NECESSARILY REFLECT THE VALUE THAT COULD BE REALIZED UPON SALE.

ALL MATERIAL CONTAINED HEREIN IS FOR GENERAL INFORMATION PURPOSES ONLY. IN NO EVENT WILL GSEC, L.P. BE LIABLE FOR ANY
DIRECT, SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES THAT MAY BE INCURRED OR EXPERIENCED BY YOU AS A RESULT OF ANY
INFORMATION CONTAINED HEREIN.

YOU MAY NOT PUBLISH, TRANSMIT OR OTHERWISE REPRODUCE THIS INFORMATION, IN WHOLE OR IN PART, IN ANY FORMAT TO ANY THIRD PARTY
WITHOUT THE EXPRESS WRITTEN CONSENT OF GSEC, L.P. OR ITS THIRD PARTY PROVIDERS. MOREOVER, YOU MAY NOT ALTER, OBSCURE OR
REMOVE ANY COPYRIGHT, TRADEMARK OR ANY OTHER NOTICES THAT ARE PROVIDED IN CONNECTION WITH THE INFORMATION.

THE INFORMATION PROVIDED HEREIN IS SUBJECT TO AND GOVERNED BY THE TERMS OF YOUR ACCOUNT AGREEMENT AND ANY APPLICABLE
SUPPLEMENTS.

IAM 000499

```
DAYB0310                                                                          DATE:11/30/06  PAGE:4703
CO: 001
                          DAY TRADING ANALYSIS REPORT
                        FOR THE TRADING DATE OF 11/30/06
                              PROFESSIONAL ACCOUNTS

CLIENT : 000379326CM - INDEPENDENT FUND LIMITED
MULTIPLIER: 1    TIME SEQUENCE: N    PATTERN DAYTRADER: Y
BALANCE:  1,601,040CR    LMV: 2,430,473   SMV: 2,430,473   NET: 902,010   3,129,503

                                                            REG EQU:         3,129,503
                                                            NYSE REQ:(         878,221)
                                                            EXCESS:          2,251,282
                                                            VIOLATION LEVEL:         4
```

| ACCOUNT# | BROKER | TIME / SEC SYMBOL | DESCRIPTION | B/S OP BL | QUANTITY | PRICE | PRINCIPAL | APPLIED REQMT | EXCESS | OP/REF# |
|---|---|---|---|---|---|---|---|---|---|---|
| 41G01209 | 5010 | 00:59:00 LVS / CUSIP: 517834107 | LAS VEGAS SANDS CORP | B O 1I | 100 | 92.33 / NAKED REQ: | 9,233 / 2,308 | 9,233- | 2,242,049 | AHB2VP |
| 41G01209 | 0226 | 00:59:00 AAPL / CUSIP: 037833100 | APPLE COMPUTER INC | B O 1I | 4,000 | 92.21 / NAKED REQ: | 368,870 / 92,217 | 368,870- | 1,873,179 | AHCBBB |
| 41G01209 | 0443 | 00:59:00 GS / CUSIP: 38141G104 | GOLDMAN SACHS GROUP | B O 1I | 3,300 | 194.61 / NAKED REQ: | 642,236 / 160,559 | 642,236- | 1,230,943 | AHCBBF |
| 41G01209 | 0443 | 00:59:00 BIDU / CUSIP: 056752108 | BAIDU.COM, INC. | B O 1I | 4,000 | 113.77 / NAKED REQ: | 455,081 / 113,770 | 455,081- | 775,862 | AHCBBH |
| 41G01209 | 0443 | 00:59:00 MA / CUSIP: 57636Q104 | MASTERCARD INCORPORA | B O 1I | 10,000 | 100.63 / NAKED REQ: | 1,006,339 / 251,585 | 1,006,339- | 230,477- | AHCBBK |
| 41G01209 | 0443 | 00:59:00 RIMM / CUSIP: 760975102 | RESEARCH IN MOTION L | B O 1I | 19,000 | 137.89 / NAKED REQ: | 2,619,984 / 654,996 | 2,619,984- | 2,850,461- | AHCBBN |
| 41G01209 | 5010 | 23:01:00 LVS / CUSIP: 517834107 | LAS VEGAS SANDS CORP | S C 1I / 92.33000 | 100 | 92.33 | 9,233 | 9,233 CLOSER TRD REF#: | 2,841,228- | AHB2VP / AHB2VQ |
| 41G01209 | 0501 | 23:01:00 AAPL / CUSIP: 037833100 | APPLE COMPUTER INC | S C 1I / 91.21810 | 4,000 | 92.21 | 368,870 | 368,870 CLOSER TRD REF#: | 2,472,358- | AHCBBB / AHCBBC |
| 41G01209 | 0443 | 23:01:00 GS / CUSIP: 38141G104 | GOLDMAN SACHS GROUP | S C 1I / 193.31070 | 3,300 | 194.61 | 642,236 | 642,236 CLOSER TRD REF#: | 1,830,122- | AHCBBF / AHCBBG |
| 41G01209 | 0000 | 23:01:00 BIDU / CUSIP: 056752108 | BAIDU.COM, INC. | S C S1 / 113.92000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,818,745- | AHCBBH / AHB2VR |
| 41G01209 | 0568 | 23:01:00 BIDU / CUSIP: 056752108 | BAIDU.COM, INC. | S C 31 / 113.97000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,807,368- | AHB2VS |
| 41G01209 | 0568 | 23:01:00 BIDU / CUSIP: 056752108 | BAIDU.COM, INC. | S C 31 / 113.79000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,795,991- | AHB2VT |
| 41G01209 | 0000 | 23:01:00 BIDU / CUSIP: 056752108 | BAIDU.COM, INC. | S C P1 / 113.51000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,784,614- | AHB2VV |

IAM 000500

```
DAYB0310                        DAY TRADING ANALYSIS REPORT                                    DATE:11/30/06   PAGE:4704
CO: 001                      FOR THE TRADING DATE OF 11/30/06
                                   PROFESSIONAL ACCOUNTS

CLIENT : 000379326CM - INDEPENDENT FUND LIMITED

                                     - CONTINUED FROM THE PREVIOUS PAGE.
MULTIPLIER: 1      TIME SEQUENCE: N      PATTERN DAYTRADER: Y              REG EQU:        3,129,503
BALANCE:   1,601,040CR   LMV:  2,430,473   SMV:  902,010   NET:  3,129,503   NYSE REQ:(         878,221)
                                                                            EXCESS:        2,251,282
                                                                   VIOLATION LEVEL:                4
```

| ACCOUNT# | BROKER | TIME | SEC SYMBOL | DESCRIPTION | B/S | OP | BL | QUANTITY | PRICE | PRINCIPAL | APPLIED REQMT | EXCESS | OP/REF# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.33000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,773,237- AHB2VW | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.63000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,761,860- AHB2VX | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.68000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,750,483- AHB2VY | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.64000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,739,106- AHB2VZ | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | S1 113.60000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,727,729- AHB2WB | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.58000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,716,352- AHB2WC | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.59000 | 75 | 113.77 | 8,532 | 8,532 CLOSER TRD REF#: | 1,707,820- AHB2WD | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.60000 | 25 | 113.77 | 2,844 | 2,844 CLOSER TRD REF#: | 1,704,976- AHB2WF | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.40000 | 23 | 113.77 | 2,616 | 2,616 CLOSER TRD REF#: | 1,702,360- AHB2WG | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.40000 | 77 | 113.77 | 8,760 | 8,760 CLOSER TRD REF#: | 1,693,600- AHB2WH | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.31000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,682,223- AHB2WJ | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.16000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: | 1,670,846- AHB2WK | AHCBBH |

36

IAM 000501

```
DAYB0310                          DAY TRADING ANALYSIS REPORT                              DATE:11/30/06  PAGE:4705
CO: 001                        FOR THE TRADING DATE OF 11/30/06
                                    PROFESSIONAL ACCOUNTS

CLIENT : 000379326CM - INDEPENDENT FUND LIMITED

                                        - CONTINUED FROM THE PREVIOUS PAGE.
MULTIPLIER: 1     TIME SEQUENCE: N       PATTERN DAYTRADER: Y
BALANCE:   1,601,040CR   LMV:  2,430,473  SMV:  902,010   NET:  3,129,503     REG EQU:      3,129,503
                                                                             NYSE REQ:(      878,221)
                                                                             EXCESS:       2,251,282
                                                                 VIOLATION LEVEL:      4
```

| ACCOUNT# | BROKER | TIME | SEC SYMBOL | DESCRIPTION | B/S | OP | BL | QUANTITY | PRICE | PRINCIPAL | APPLIED REQMT | EXCESS | OP/REF# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.25000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WL | 1,659,469- | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.22000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WM | 1,648,092- | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.25000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WN | 1,636,715- | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.20000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WP | 1,625,338- | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.18000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WQ | 1,613,961- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.19000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WR | 1,602,584- | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.13000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WS | 1,591,207- | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | S1 113.21000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WT | 1,579,830- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.24000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WV | 1,568,453- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.24000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WW | 1,557,076- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.36000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WX | 1,545,699- | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.20000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WY | 1,534,322- | AHCBBH |

IAM 000502

```
DAYB0310                          DAY TRADING ANALYSIS REPORT                                    DATE:11/30/06   PAGE:4706
CO: 001                         FOR THE TRADING DATE OF 11/30/06
                                     PROFESSIONAL ACCOUNTS
CLIENT : 000379326CM - INDEPENDENT FUND LIMITED

                                      - CONTINUED FROM THE PREVIOUS PAGE.
MULTIPLIER: 1        TIME SEQUENCE: N        PATTERN DAYTRADER: Y
BALANCE:  1,601,040CR  LMV: 2,430,473   SMV:  902,010   NET:  3,129,503      REG EQU:      3,129,503
                                                                            NYSE REQ:(      878,221)
                                                                            EXCESS:       2,251,282
                                                                            VIOLATION LEVEL:      4
```

| ACCOUNT# | BROKER | TIME | SEC SYMBOL | DESCRIPTION | B/S | OP | BL | QUANTITY | PRICE | PRINCIPAL | APPLIED REQMT | EXCESS | OP/REF# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.19000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2WZ | 1,522,945- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.19000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XB | 1,511,568- | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | P1 113.00000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XC | 1,500,191- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.10000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XD | 1,488,814- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.25000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XF | 1,477,437- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.16000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XG | 1,466,060- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.10000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XH | 1,454,683- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.33000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XJ | 1,443,306- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.32000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XK | 1,431,929- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.32000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XL | 1,420,552- | AHCBBH |
| 41G01209 | 0000 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | S1 113.32000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XM | 1,409,175- | AHCBBH |
| 41G01209 | 0568 | 23:01:00 | BIDU CUSIP: 056752108 | BAIDU.COM, INC. | S | C | 31 113.36000 | 100 | 113.77 | 11,377 | 11,377 CLOSER TRD REF#: AHB2XN | 1,397,798- | AHCBBH |

38

IAM 000503

```
DAYB0310                                  DAY TRADING ANALYSIS REPORT                              DATE:11/30/06  PAGE:4707
CO: 001                                FOR THE TRADING DATE OF 11/30/06
                                           PROFESSIONAL ACCOUNTS

CLIENT : 000379326CM - INDEPENDENT FUND LIMITED

MULTIPLIER: 1        TIME SEQUENCE: N       - CONTINUED FROM THE PREVIOUS PAGE.
BALANCE:    1,601,040CR  LMV:  2,430,473      PATTERN DAYTRADER: Y
                         SMV:    902,010      NET:    3,129,503          REG EQU:          3,129,503
                                                                        NYSE REQ:(          878,221)
                                                                        EXCESS:           2,251,282
                                                                        VIOLATION LEVEL:          4
```

| ACCOUNT# | BROKER | TIME | SEC SYMBOL | DESCRIPTION | B/S | OP | BL | QUANTITY | PRICE | PRINCIPAL | APPLIED REQMT | EXCESS | OP/REF# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41G01209 | 0568 | 23:01:00 | BIDU | BAIDU.COM, INC. | S | C | 31 | 100 | 113.77 | 11,377 | 11,377 | 1,386,421- | AHCBBH |
| | | | CUSIP: 056752108 | | | | 113.27000 | | | | | CLOSER TRD REF#: AHB2XP | |
| 41G01209 | 0000 | 23:01:00 | BIDU | BAIDU.COM, INC. | S | C | P1 | 100 | 113.77 | 11,377 | 11,377 | 1,375,044- | AHCBBH |
| | | | CUSIP: 056752108 | | | | 113.28000 | | | | | CLOSER TRD REF#: AHB2XQ | |
| 41G01209 | 0443 | 23:01:00 | MA | MASTERCARD INCORPORA | S | C | II | 10,000 | 100.63 | 1,006,339 | 1,006,339 | 368,705- | AHCBBK |
| | | | CUSIP: 57636Q104 | | | | 96.96310 | | | | | CLOSER TRD REF#: AHCBBJ | |
| 41G01209 | 0443 | 23:01:00 | RIMM | RESEARCH IN MOTION L | S | C | II | 19,000 | 137.89 | 2,619,984 | 2,619,984 | 2,251,279 | AHCBBN |
| | | | CUSIP: 760975102 | | | | 138.03950 | | | | | CLOSER TRD REF#: AHCBBM | |
| | | | ORIG TRD QTY: | 20,000 | | | | | | | | | |

```
    TOTAL QTY:      61,400
```

| | |
|---|---|
| **From:** | Arturo, Gianina F. |
| **To:** | Daniel Zanger; george; |
| **CC:** | |
| **Subject:** | Day Trading Call- recap |
| **Date:** | Friday, December 01, 2006 4:13:41 PM |
| **Attachments:** | |

---

Dan/George,

After speaking with you both, it is my understanding that the new day trading call will not be met.
Subsequent to this, the account will be placed on a "liquidation only" status and that the account will be closing upon liquidation of the positions.

Please confirm

Regards,

Gianina

---

Goldman Sachs Execution & Clearing, L.P.

30 Hudson Street I 9th Floor I Jersey City I NJ 07302

☎ 212-357-5986 📄 212-256-4524

📠 gianina.arturo@gs.com

**Goldman
Sachs**

**Gianina F. Arturo**

Associate -- Equities Division

---

© 2005, The Goldman Sachs Group, Inc. All rights reserved.

See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may

contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you

IAM 000515

| | |
|---|---|
| **From:** | george |
| **To:** | "Arturo, Gianina F."; "Daniel Zanger"; |
| **CC:** | Joe; "aa@chartpattern.com"; |
| **Subject:** | RE: Day Trading Call- recap |
| **Date:** | Monday, December 04, 2006 11:49:32 AM |
| **Attachments:** | |

Gia,

The Independent Fund will be liquidating this account.
BFS, the Admin will shortly request that all funds be sent back to our account.
Please let us know when the account is fully settled and funds ready to be wired.

Best,

George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Friday, December 01, 2006 4:14 PM
**To:** Daniel Zanger; george

IAM 000516

**42**

**Subject:** Day Trading Call- recap
**Importance:** High

Dan/George,

After speaking with you both, it is my understanding that the new day trading call will not be met.
Subsequent to this, the account will be placed on a "liquidation only" status and that the account will be closing upon liquidation of the positions.

Please confirm

Regards,

Gianina

---

Goldman Sachs Execution & Clearing, L.P.

30 Hudson Street l 9th Floor l Jersey City l NJ 07302

☎ 212-357-5986 📄 212-256-4524

📧 gianina.arturo@gs.com

**Goldman**
**Sachs**

**Gianina F. Arturo**

Associate -- Equities Division

---

**© 2005, The Goldman Sachs Group, Inc. All rights reserved.**

See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you

IAM 000517

| | |
|---|---|
| **From:** | Arturo, Gianina F. |
| **To:** | Daniel Zanger; george; |
| **CC:** | |
| **Subject:** | Second DT Violation - Account Restricted: Independent Fund Limited |
| **Date:** | Friday, December 08, 2006 11:26:50 AM |
| **Attachments:** | Second DT - Independent Fund Limited.doc |
| | MEMO - Independent Fund.doc |

Please see the attached documents as forwarded by our margin department:

Regards,

Gianina

<<Second DT - Independent Fund Limited.doc>> <<MEMO - Independent Fund.doc>>

IAM 000518

## GOLDMAN SACHS EXECUTION & CLEARING , L.P
### 30 Hudson Street Jersey City, New Jersey  07302

December 8, 2006

**Re: Second Day Trade Call**
**Client ID: 379326 / Independent Fund Limited**

Dear Customer:

A review of the above referenced account indicates that you failed to meet a second day trade call issued on trade date **11/30/06** due on **12/7/06** in the amount of **$2,850,461**.  Please be advised that as a result of failing to satisfy a second day trade call, <u>the account is being restricted to liquidating transactions only effective December 11, 2006.</u>

If you have any questions, please contact the Margin Department at (212) 357-3520, or the Clearing Services Department at (212) 357-2266.

| Name | Co. Code | CLIENT ID | A/C # | Customer Name | Trade date | Due Date | Amt. |
|------|----------|-----------|-------|---------------|------------|----------|------|
| GSEC | 001 | 379326 | 4LG0 | INDEPENDENT FUND LIMITED | 9-Nov-06 | 16-Nov-06 | 134,372 |
| GSEC | 001 | 379326 | 4P2H | INDEPENDENT FUND LIMITED | 30-Nov-06 | 7-Dec-06 | 2,850,461 |

Regards,

GSEC Margin Department

IAM 000520

**45**

## GOLDMAN SACHS EXECUTION & CLEARING , L.P
### 30 Hudson Street Jersey City, New Jersey  07302

# Memo

**To:**    Dan Zanger  / George Szele
**From:**  Janitza López
**CC:**    Compliance

           Clearance Services

           GSEC Order Room

           Redi-Services

           New Accounts

           P & S Operations

           Option Operations

**Date:**  12/8/2006

**Re:**    Day Trading

---

The following client must be closed for multiple Day Trading or Equity day trading violations effective **12/11/06** start of the business day. Only closing transactions will be accepted. Please inform account holder of this restriction.

**Client ID: 379326 / Independent Fund Limited**

IAM 000521

**46**

| **From:** | Arturo, Gianina F. |
|---|---|
| **To:** | george; Joe; |
| **CC:** | |
| **Subject:** | FW: 4LG0 Second DT Violation - Account Restricted: Independent Fund Limited |
| **Date:** | Wednesday, December 13, 2006 8:12:08 AM |
| **Attachments:** | Independent Fund Calls.xls |

George,

Please see the attached as generated by our margin department.

Let me know if you have any questions.

Regards,

Gianina

**From:** Lopez, Janitza
**Sent:** Tuesday, December 12, 2006 8:34 PM
**To:** Arturo, Gianina F.
**Cc:** Rimanic, Robert
**Subject:** RE: 4LG0 Second DT Violation - Account Restricted: Independent Fund Limited

Hello Gia:

Per your request, I have attached all the margin calls for Client ID 379326 since the account's inception on 1/14/05. Note that the tab titled "Day Trading Violations" only includes day trading calls which were not met. Please let us know if you'll be needing anything else.

Regards,

_____

Janitza López

**Goldman Sachs Execution & Clearing, L.P.**
**Professional Margin Services**
30 Hudson Street | 10th Floor | Jersey City, NJ
Tel: 212.902.9245 | Fax: 212.493.9061

© 2006, The Goldman Sachs Group, Inc. All rights reserved.
See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.

---

**From:** Arturo, Gianina F.
**Sent:** Friday, December 08, 2006 5:10 PM
**To:** Lopez, Janitza
**Subject:** 4LG0 Second DT Violation - Account Restricted: Independent Fund Limited

Janitza,

As discussed...no rush!!!!!!!

---

**From:** george [mailto:gs@independentfunds.com]
**Sent:** Friday, December 08, 2006 5:05 PM
**To:** Arturo, Gianina F.
**Cc:** Joe
**Subject:** RE: Second DT Violation - Account Restricted: Independent Fund Limited

Gia,

Can you please list/email me any and all (if applicable) trading violations and/or margin calls Dan's trading has caused since the account's opening? Please also list the amounts and dates.

Thank you.

George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Friday, December 08, 2006 11:27 AM
**To:** Daniel Zanger; george
**Subject:** Second DT Violation - Account Restricted: Independent Fund Limited

Please see the attached documents as forwarded by our margin department:

Regards,

Gianina

<<Second DT - Independent Fund Limited.doc>>

<<MEMO - Independent Fund.doc>>







45 MARGIN CALLS

| Date | Date | | | | | | Amount |
|---|---|---|---|---|---|---|---|
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 394,412.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 1,508,385.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 157,451.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 3,888.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 653,975.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 2,118,658.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 290,494.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 11,787.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 859,761.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 1,215,618.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 1,965,404.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 184,198.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 1,562,397.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 3,285.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 851,440.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 20,397.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 853,932.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 787,678.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 201,101.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 1,205,593.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 1,725,991.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 554,300.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 931,787.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 145,277.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 435,597.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 804,743.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 64,829.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 155,072.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 67,619.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 244,640.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 408,128.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 414,221.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 764,195.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 352,419.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 1,400,062.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | NY | $ 391,307.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | NY | $ 532,632.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | NY | $ 25,025.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 4,705.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 1,417,881.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 161,822.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 647,160.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 850,825.00 |
| | | GSEC | 4LGO | 37832B | Independent Fund Limited | H | $ 448,996.00 |



T = Regulation T Call
H = House Call
NY = NYSE Call

00116

52

DAY TRADING VIOLATIONS

| GSEC | 601 | 379326 | 4L60 | INDEPENDENT FUND LIMITED | 8-Nov-06 | 18-Nov-06 | $ | 134,372 |
| GSEC | 601 | 379326 | 4L60 | INDEPENDENT FUND LIMITED | 30-Nov-06 | 7-Dec-06 | $ | 2,550,481 |

00117