# Exhibit G

```
                                 jan 6 05 im
gbszele (10:28:27 AM): hey Dan...anything from Antony?
chartpattern (10:28:33 AM): Y
gbszele (10:28:39 AM): are you're accounts set up?
chartpattern (10:28:53 AM): he said he was submitting them to the bank
chartpattern (10:28:56 AM): not yet
chartpattern (10:29:17 AM): he wants info now on my account number from where the
money is coming from
gbszele (10:29:31 AM): ok let me know if i can do anything?
chartpattern (10:29:33 AM):  I will call information in Cook IS myself
chartpattern (10:29:45 AM): and get ANZ bank ph number
chartpattern (10:29:59 AM): if you can call that would be a big help
gbszele (10:30:15 AM): call who?
chartpattern (10:30:35 AM): ANZ bank
chartpattern (10:30:44 AM): that is the name of the bank
chartpattern (10:30:47 AM): in the cook is
chartpattern (10:30:58 AM): ebay toast
gbszele (10:31:20 AM): you need ANZ bank phone number?
chartpattern (10:31:29 AM): yes
gbszele (10:31:34 AM): i thought Antony has to do that?
chartpattern (10:31:34 AM): in the cook island
chartpattern (10:31:42 AM): call me
chartpattern (10:31:49 AM): 818-712-0500
gbszele (10:56:42 AM): ANZ Bank P.O.Box 907, Rarotonga, Cook Islands
Phone: (682) 21750 Fax: (682) 21760
anz@oyster.net.ck
gbszele (10:56:44 AM): The ANZ Bank also located in Avarua is open Monday to
Thursday 9:00am - 3:00pm and Friday 9am - 4pm. EFTPOS or ATM machines are available
at both ANZ and Westpac Banks on Rarotonga/Aitutaki, and also at major stores and
restaurants
chartpattern (10:56:54 AM): k
chartpattern (10:56:55 AM): thx
gbszele (10:57:26 AM): the islands look amazing...a trip will be required dn't ya
think
chartpattern (10:57:55 AM): Business trip sure
gbszele (10:58:30 AM): yeah i'll send you some links
chartpattern (10:58:38 AM): I've seen em
chartpattern (10:58:40 AM): on goog
chartpattern (10:59:02 AM): Tahiti much nicer
chartpattern (10:59:04 AM): been there
gbszele (10:59:43 AM): http://www.ck/raro.htm
gbszele (10:59:53 AM): we might want tsunami insurance
chartpattern (11:00:24 AM): yup
gbszele (11:01:53 AM): http://www.cook-islands.com/openFrames.htm
gbszele (11:02:02 AM): that's the bank info link
chartpattern (11:02:10 AM): k
chartpattern (11:02:43 AM): http://www.cook-islands.com/openFrames.htm
gbszele (11:56:25 AM): they are exactly five hours behind me EST so two for you
chartpattern (11:56:48 AM): no 6 for me
gbszele (11:56:50 AM): its almost 7 am there
chartpattern (11:56:54 AM): hawaii is 3
gbszele (11:58:19 AM): in cook isl its almost 7 am...that i'm sure of
chartpattern (11:58:32 AM): ok
gbszele (11:59:47 AM): you're in la right?
chartpattern (11:59:51 AM): y
gbszele (11:59:53 AM): almost 9 you're time?
chartpattern (11:59:56 AM): y
chartpattern (12:00:39 PM): in New zealand right no its 5:49 am
chartpattern (12:00:43 PM): 3 hours
chartpattern (12:01:07 PM): now
gbszele (12:01:15 PM): yes but you are calling ANZ in cook isl
gbszele (12:01:30 PM): that's the number i gave you
chartpattern (12:01:35 PM): k
chartpattern (12:02:13 PM): http://www.timeanddate.com/worldclock/
                                  Page 1
```

IAM 006415

**1**

```
                           jan 6 05 im
gbszele (12:04:53 PM): thnks -all i'm saying is you can reach them in two hours in
cook - that's when they open - ANZ
chartpattern (12:05:12 PM): i hear yea when the market closes I will call
gbszele (12:05:24 PM): k my man
chartpattern (12:05:26 PM): http://www.worldtimezone.com/
gbszele (12:05:39 PM): let me know if you need anything else
chartpattern (12:05:43 PM): k
chartpattern (12:05:45 PM): thx
chartpattern (12:05:58 PM): finished the year up 123.5%
gbszele (12:06:25 PM): that really sucks
chartpattern (12:06:31 PM): sure does
gbszele (12:06:34 PM): can't you do any better
chartpattern (12:06:41 PM): I tried
chartpattern (12:06:48 PM): was up 150+ at one time
gbszele (12:06:59 PM): hahaha what about 2002 2003
chartpattern (12:07:05 PM): nas up 8+%
chartpattern (12:07:23 PM): up 140 I think for 2003 down some 50% 2002
chartpattern (12:07:37 PM): 2002 was brutal bear
chartpattern (12:07:51 PM): nas tanked hard
chartpattern (12:07:58 PM): never trade in one of those again
chartpattern (12:08:15 PM): never seen a bear like that
gbszele (12:08:24 PM): 2002 was best year for my greenwich guy up 200%
chartpattern (12:08:33 PM): wow
gbszele (12:08:49 PM): no down days i think...
gbszele (12:08:58 PM): does not hold overnight positions
chartpattern (12:09:11 PM): super
gbszele (12:09:12 PM): only does well in high vol
chartpattern (12:09:18 PM): small stuff
chartpattern (12:09:20 PM): has too
chartpattern (12:09:31 PM): lots of small stuff
gbszele (12:09:39 PM): yep and not scalable
chartpattern (12:09:43 PM): yup
gbszele (12:09:52 PM): but can be done on up to 50 mil
chartpattern (12:09:56 PM): no way I could do that with 200k of a position
gbszele (12:10:09 PM): last year and 2003 he was down 5-10%
chartpattern (12:10:11 PM): lots of guys doing small stuff
gbszele (12:11:22 PM): he's got a sophistiacted computer that picks the stocks - top
50-100 most liquid names and had volume of 5+ billion
gbszele (12:11:37 PM): over 5 years
chartpattern (12:11:53 PM): http://www.worldtimezone.com/country/country_ck.html
chartpattern (12:11:56 PM): wow
chartpattern (12:12:06 PM): you're right its 7 in cook now
chartpattern (12:12:14 PM): how can it be ahead of hawaii?
gbszele (12:12:29 PM): that's why he's one of the most damaged parties in the
specialist class action
chartpattern (12:12:48 PM): oh shit
chartpattern (12:12:59 PM): hope he wins
gbszele (12:13:06 PM): cook is smack in the middle of pacific
gbszele (12:13:19 PM): below hawaii
chartpattern (12:13:21 PM): must be east of Hawaii
gbszele (12:13:27 PM): slightly
chartpattern (12:13:33 PM): interesting
gbszele (12:14:21 PM): http://www.ck/geog.htm
chartpattern (12:14:58 PM): k
chartpattern (12:14:59 PM): thx
gbszele (12:22:05 PM): closer than we thought on map, huh?
chartpattern (12:23:43 PM): sure is
gbszele (2:12:55 PM): ok ANZ's open
chartpattern (2:13:02 PM): k
gbszele (3:45:11 PM): Dan are we in agreement that if I raise you money in the US
domestically that we have the same agreement as offhsore - menaing 25% of all fees?
chartpattern (3:45:27 PM): yes except the 1%
chartpattern (3:45:32 PM): annual
                               Page 2
```

IAM 006416

**2**

```
                              jan 6 05 im
gbszele (3:45:36 PM): i have people that may want to invest in you here in US
chartpattern (3:45:40 PM): ok
chartpattern (3:45:42 PM): fine
gbszele (3:46:14 PM): what's the 1%
chartpattern (3:46:21 PM): annual few
chartpattern (3:46:23 PM): fee
chartpattern (3:46:45 PM): we are not at 2%
gbszele (3:46:51 PM): so i get 25% of your performance fee only
chartpattern (3:46:54 PM): y
gbszele (3:57:20 PM): any luck w ANZ
```

IAM 006417

**3**

                              jan 7 05 im
gbszele (10:14:02 AM): morning...you saw antony's email...he can't do anything until
you move?
gbszele (10:14:31 AM): did you reach ANZ?
gbszele (12:12:46 PM): DAn?
gbszele (12:12:53 PM): sorry DAN?
gbszele (12:13:03 PM): you there?
gbszele (1:12:37 PM): gbszele (10:14:02 AM): morning...you saw antony's email...he
can't do anything until you move?

gbszele (10:14:31 AM): did you reach ANZ?

gbszele (12:12:46 PM): DAn?

gbszele (12:12:53 PM): sorry DAN?

gbszele (12:13:03 PM): you there?

IAM 006433

**4**

```
                              jan 18 05 im
gbszele (1:23:33 PM): Ava seemed disappointed she did not hear from you
chartpattern (1:24:34 PM): couldn't get to it
chartpattern (1:24:37 PM): sorry
gbszele (1:24:42 PM): she's meeting with investors tom
chartpattern (1:24:53 PM): k
gbszele (1:25:20 PM): can you give her a quick ring?
chartpattern (1:25:26 PM): ok
chartpattern (1:25:32 PM): at that same number
chartpattern (1:25:37 PM): 917-
gbszele (1:25:51 PM): 650-2773
chartpattern (1:25:55 PM): k
gbszele (3:35:31 PM): did you get her?
gbszele (3:35:42 PM): waz up with subscription docs?
gbszele (4:06:25 PM): did you see email from Antony?
```

IAM 006419

5

```
                          jan 21 05 im
gbszele (11:22:40 AM): dan are in fl?
chartpattern (11:22:56 AM): y
gbszele (11:23:02 AM): sorry are you in fl
chartpattern (11:23:13 AM): y
gbszele (11:24:58 AM): siu-kei in bermuda asked me if you need help with anything
chartpattern (11:25:18 AM): like to someone here to run errands
gbszele (11:25:53 AM): documents, wires, etc
chartpattern (11:26:00 AM): yup
gbszele (11:26:01 AM): how are things going
chartpattern (11:26:28 AM): great fund up 13% for the month
gbszele (11:27:06 AM): great
gbszele (11:27:47 AM): i mean have you wired funds over to antony
chartpattern (11:27:58 AM): i have no wire ins
chartpattern (11:28:11 AM): no bank account #
gbszele (11:31:00 AM): but are you all set with subscription docs and ready to wire
today if you get bank #s
chartpattern (11:31:18 AM): i have to go and them noterized
chartpattern (11:31:31 AM): can do that tomorrow
gbszele (11:33:16 AM): your wire must be done Monday so cook isl can wire to bermuda
who then has to worire to Gia
chartpattern (11:33:30 AM): call me
gbszele (11:33:36 AM): if we want you to begin trading feb 1
chartpattern (11:34:29 AM): 305-534-9945
```

IAM 006387

**6**

```
                              feb 1 05 im
gbszele (11:44:31 AM): dan i need to call you
gbszele (11:44:36 AM): for 5 minutes
gbszele (11:44:42 AM): number?
chartpattern (11:44:44 AM): 305-534-9945
chartpattern (4:10:53 PM): YOU THERE
chartpattern (4:11:20 PM): any news on that wire hitting the bank Antony says it
went out today
gbszele (4:29:26 PM): have been waiting for antony's response
gbszele (4:29:32 PM): tracking number
chartpattern (4:29:56 PM): this is moving way too slow
gbszele (4:30:21 PM): yep i told you it would
chartpattern (4:30:36 PM): will take a month
gbszele (4:30:38 PM): that's why i pushed for it awhile ago
chartpattern (4:30:56 PM): the money transfer is going to take a month
chartpattern (4:31:03 PM): I can see it now
gbszele (4:31:06 PM): i think that once the first 100k is there it will move quicker
chartpattern (4:31:12 PM): 4 days for each
chartpattern (4:31:18 PM): I hope so
chartpattern (4:31:59 PM): antony said the money was going out today
gbszele (4:32:16 PM): we need to press antony in providing us with tracking numbers
as soon as he sends them so siu-kei can track quicker
chartpattern (4:32:31 PM): send him an email to this effect
gbszele (4:35:11 PM):  am doing it right now
chartpattern (4:35:18 PM): k
gbszele (4:35:23 PM): did you see th eother emails mine and siu-kei's
gbszele (4:35:34 PM): requesting tracking number
chartpattern (4:35:42 PM): yes
chartpattern (4:35:49 PM): nothing back yet on my end
gbszele (4:37:06 PM): how much have you wired so far total to ANZ
chartpattern (4:37:25 PM): 105k
chartpattern (4:37:37 PM): have 2 mil in the wings ready to go
gbszele (4:43:16 PM): should only take 1 day for each wire
chartpattern (4:43:23 PM): k
gbszele (4:43:42 PM): i'm calling antony
chartpattern (4:43:57 PM): k
gbszele (4:54:30 PM): up above you say wire went out today (per Antony)?
gbszele (4:55:03 PM): because then it makes sense if sk doesn't see it
```

IAM 006376

**7**

```
                        feb 2 05 im
gbszele (12:18:29 PM): dan the quicker you can fill out those docs Siu-Kei emailed
you, the quicker he can set up account and get wiring instructions
gbszele (12:18:52 PM): let me know if you need help
chartpattern (12:19:13 PM): k
gbszele (3:59:15 PM): done yet?
gbszele (3:59:47 PM): google
chartpattern (4:00:05 PM): google no
chartpattern (4:00:22 PM): today's daily bar down is a buy signal
chartpattern (4:00:49 PM): little known buy signal
chartpattern (4:01:09 PM): buy all you can get
gbszele (4:01:19 PM): its out of control
chartpattern (4:01:29 PM): so are the earnings
chartpattern (4:01:36 PM): monster
gbszele (4:01:49 PM): 59 bil market cap
chartpattern (4:01:57 PM): no the point
chartpattern (4:02:00 PM): not
gbszele (4:02:39 PM): i'd rather buy puts
chartpattern (4:02:55 PM): k
chartpattern (4:03:02 PM): i'm long a ton
chartpattern (4:03:21 PM): from 202
gbszele (4:03:28 PM): when you exit longs i'd rather buy puts
chartpattern (4:03:42 PM): k
gbszele (4:03:53 PM): jokin
chartpattern (4:04:00 PM): k
gbszele (4:04:03 PM): are you done with docs?
chartpattern (4:04:18 PM): no trading
chartpattern (4:04:21 PM): have no time
chartpattern (4:04:26 PM): I printed them
chartpattern (4:04:32 PM): two did not come throughn
chartpattern (4:04:35 PM): the last two
chartpattern (4:04:40 PM): sig card and one other
chartpattern (4:05:07 PM): I emailed that guy to have him fax them to me
chartpattern (4:05:31 PM): printing forms for Antony now and  faxing them over to
him
chartpattern (4:05:39 PM): wired out 500k today
gbszele (4:06:06 PM): where?
chartpattern (4:06:22 PM): 305-538-3263
chartpattern (4:06:25 PM): fax here
gbszele (4:06:59 PM): you wired 500 where?
chartpattern (4:07:02 PM): anz
gbszele (4:07:22 PM): i thought you said you wanted to wait for new acct at B
chartpattern (4:07:28 PM): no
chartpattern (4:07:38 PM): that will take a week or so
chartpattern (4:08:27 PM): doing 2 mil now through anz
chartpattern (4:08:53 PM): the rest through butter
gbszele (4:10:02 PM): ok
```

IAM 006378

**8**

```
                                feb 4 05 im
gbszele (10:54:22 AM): how are we doing?
chartpattern (10:54:31 AM): ripping!!!
chartpattern (10:54:46 AM): long housing stocks and short ebay large
chartpattern (10:55:08 AM): sent one mil over to Antony
gbszele (10:55:10 AM): i'm excited aboutrasing lots of money for you in our fund
chartpattern (10:55:39 AM): he's complaining that I'm sending money in lots
chartpattern (10:55:47 AM): wnat one 5 mil transation
chartpattern (10:55:51 AM): wants
gbszele (10:56:05 AM): can you get us those monthly returns and stats i asked for
back in Nov
chartpattern (10:56:10 AM): told him not until trust is built up
gbszele (10:56:14 AM): don't worry about antony
chartpattern (10:56:22 AM): I don't
chartpattern (10:56:30 AM): can work on it
chartpattern (10:56:32 AM): this weekend
gbszele (10:56:34 AM): you'll have butterfireld accounts anyway
chartpattern (10:56:37 AM): yes
chartpattern (10:56:40 AM): will go out today
chartpattern (10:57:00 AM): they should've gotten my sub agreement yesterday
chartpattern (10:57:26 AM): up nearly 38% ytd
chartpattern (10:57:48 AM): :D
gbszele (10:58:05 AM): that's good and bad...bad because it's not in the fund
chartpattern (10:58:15 AM): call me
chartpattern (10:58:21 AM): 305-534-9945
```

IAM 006377

**9**

```
                              feb 22 05 im
gbszele (11:58:55 AM): hey there
gbszele (11:59:03 AM): you're good to go
chartpattern (11:59:53 AM): I KNOW FILLING IT UP NOW
gbszele (12:00:58 PM): you'll reconcile everyday right?
gbszele (12:01:03 PM): check positions
chartpattern (12:01:08 PM): IN WHAT WAY
chartpattern (12:01:12 PM): YES
chartpattern (12:01:19 PM): EVERY MORNING
gbszele (12:01:24 PM): you get a report from Gia?
chartpattern (12:01:31 PM): OH YEA
chartpattern (12:01:45 PM): in the morning
chartpattern (12:01:48 PM): not evening
gbszele (12:01:48 PM): great so if a position is off you know immediately
chartpattern (12:01:53 PM): yup
gbszele (12:02:07 PM): hey we had a little girl yesterday
gbszele (12:02:15 PM): #2
chartpattern (12:02:24 PM): nice!
chartpattern (12:02:28 PM): congrats
chartpattern (12:02:34 PM): what's her name
gbszele (12:02:39 PM): thanks
gbszele (12:02:45 PM): elizabeth
chartpattern (12:02:51 PM): very nice
gbszele (12:03:12 PM): maria - middle name
chartpattern (12:03:27 PM): sounds very good
gbszele (12:03:34 PM): let me know if you need anything else on trading
chartpattern (12:03:37 PM): k
```

IAM 006382

**10**

```
                        aug 30 05 im
gbszele: hey Dan
chartpattern: gey
chartpattern: hey
gbszele: you know the account had you down 15 mil
chartpattern: no
chartpattern: why
gbszele: shld
gbszele: bad tick maybe
chartpattern: yes
gbszele: so when are you back or where are you?
chartpattern: i'm in la
gbszele: have a guy looking at 3-5 million into you
chartpattern: i will be here for 3w weeks
chartpattern: k'
gbszele: we have to talk about a few things
chartpattern: sure
gbszele: which number
chartpattern: now
chartpattern: 305-484-1711
gbszele: dan can you give me the total assets under your management including all
accounts, personal and funds...it's about 40 million?
chartpattern: about 37
chartpattern: mil
gbszele: k i'm putting 35 into powerpoint to be conservative
chartpattern: k
```

IAM 006379

**11**

```
                         sep 13 05 im
gbszele (2:25:35 PM): hey - what just turned the market up so much?
chartpattern (2:25:47 PM): ?
gbszele (2:26:33 PM): got our powerpoint out to a slew of interested folks heading
to Bermuda
chartpattern (2:26:39 PM): good
chartpattern (2:27:00 PM): I hear we are up about 8 to 9% for the month
gbszele (2:27:39 PM): yes that looks good and if we finish sep strong you will be in
a very nice light
chartpattern (2:27:50 PM): k
gbszele (2:28:34 PM): i'll be in bermuda from fri to tues - hopefully answering a
lot of q's on you
gbszele (2:28:58 PM): did Inna comment on powerpoint?
chartpattern (2:30:18 PM): not yet
```

IAM 006425

**12**

                          sep 15 05 im
gbszele (3:43:30 PM): hey dan
chartpattern (3:43:37 PM): y
gbszele (3:43:46 PM): did you send 50k we haven't seen it
chartpattern (3:43:51 PM): not yet
chartpattern (3:43:53 PM):  soon
chartpattern (3:43:56 PM): this weekend
gbszele (3:44:05 PM): k
gbszele (3:44:22 PM): market does not lookhealthy
chartpattern (3:44:28 PM): nope
chartpattern (3:44:38 PM): not for a few more weeks anyway
chartpattern (3:44:55 PM): nas has to hold 2100
gbszele (3:45:29 PM): would have been nice to be up the 8 % you were up - rough day
yesterday?
chartpattern (3:45:36 PM): BIDU
chartpattern (3:45:49 PM): BIDu gapped down on me 23 at the open
chartpattern (3:45:56 PM): cost me 200K
gbszele (3:45:58 PM): yeah saw that
chartpattern (3:46:17 PM): had to run to the doctor and the stock was at 121 when I
left
chartpattern (3:46:30 PM): at 30 minutes to the close
chartpattern (3:47:09 PM): it happens to me about 2 times a year
chartpattern (3:47:23 PM): last time was a downgrade on goog in Feb
chartpattern (3:47:35 PM): cost me 1 mil for all accounts for the day
chartpattern (3:47:47 PM): just on goog
chartpattern (3:48:21 PM): in 4 weeks it will be earnings and the Summation index
will be at major buying areas
chartpattern (3:48:26 PM): should be a good oct and nov
chartpattern (3:48:53 PM): many stocks I have are looking soooo good for much higher
prices
chartpattern (3:48:55 PM): amgn
chartpattern (3:48:57 PM): isrg
chartpattern (3:48:59 PM): ntes
chartpattern (3:49:00 PM): uther
chartpattern (3:49:01 PM): goog
chartpattern (3:49:04 PM): BRCM
chartpattern (3:49:07 PM): a ton of them
chartpattern (3:49:33 PM): if the market was really that bad these stocks would not
look like they do now
chartpattern (3:49:40 PM): just takes time
chartpattern (3:49:48 PM): very fustrating
chartpattern (3:50:05 PM): gotta go cya
gbszele (3:50:18 PM): on phone bye
gbszele (4:05:50 PM): dan if you are still there...
gbszele (4:07:32 PM): you have been up between 2-6% every month at one point or
another.  If when you get there and if you just got out each time - you would be up
just as much for the year and we would raise 100's of millions easily - just fyi

IAM 006386

**13**

sep 22 05 im

gbszele (1:45:24 PM): hey dan - great meetings in bermuda - i probably met at least 10 billion looking for managers
gbszele (1:45:33 PM): met at least 50 new contacts
chartpattern (1:45:38 PM): nice
gbszele (1:45:48 PM): they can't believe your numbers
chartpattern (1:45:55 PM): :D
gbszele (1:45:59 PM): want to see due diligence
chartpattern (1:46:05 PM): ok
gbszele (1:46:06 PM): they do
gbszele (1:46:13 PM): you're going to get busy
gbszele (1:46:25 PM): hope you're ready
chartpattern (1:46:26 PM): it's about time
gbszele (1:47:13 PM): your volatility scares them
chartpattern (1:47:20 PM): I know
gbszele (1:47:21 PM): but they still want to see you
chartpattern (1:47:35 PM): personally
chartpattern (1:47:48 PM): I will be in NYC oct 3d for a week
gbszele (1:48:12 PM): if you took profits each ofthese months you've been up even if tits just a 1% or 2% we would raise 500 million right now
gbszele (1:48:41 PM): they love guys who can do consistent 1-2% per month
chartpattern (1:48:45 PM): the problem to get these numers you have to pay with fire
chartpattern (1:48:53 PM): play
gbszele (1:49:37 PM): you have been up every month at one point or another and if you get out then - why is that playing with fire?
chartpattern (1:50:06 PM): can't close out these postions that quick
chartpattern (1:50:10 PM): imposible
gbszele (1:50:27 PM): yes they want to see you personnaly - give me exact dates
chartpattern (1:50:49 PM): I will be there Oct 3d though the 7th
chartpattern (1:51:01 PM): leave on the 8th
gbszele (1:51:19 PM): ok they some might meet with you during the day - that ok?
chartpattern (1:51:25 PM): yes

IAM 006429

```
                              sep 26 05 im
gbszele (1:40:14 PM): Dan - did you fed ex?
chartpattern (1:41:48 PM): after the market
```

IAM 006423

**15**

                         oct 12 05 im
gbszele (1:09:17 PM): Dan - what did you thingk of John
gbszele (1:09:21 PM): think
chartpattern (1:11:45 PM): John nice
chartpattern (1:11:48 PM): guy
gbszele (1:13:05 PM): he's got some good ideas concerning you
gbszele (1:13:09 PM): we'll see
chartpattern (1:13:11 PM): k
chartpattern (1:13:23 PM): futures trading still now set up for us
chartpattern (1:13:29 PM): not set up
gbszele (1:14:02 PM): yeah - gotta tell you Gia is not really a do-er
gbszele (1:14:18 PM): it's been kind of difficult to get her to moe quicker
gbszele (1:14:23 PM): move
gbszele (1:14:48 PM): yesterday two other compliance guys got involved and they are
moving quicker
chartpattern (1:14:55 PM): she says it her compliance
chartpattern (1:15:02 PM): k
gbszele (1:15:47 PM): i really think goldman should do some cap intro for
us...you/me
chartpattern (1:16:00 PM): k
gbszele (1:16:01 PM): considering you trade so much through them
gbszele (1:16:39 PM): You have never spoken to them about Cap intro?
chartpattern (1:16:48 PM): no
chartpattern (1:16:57 PM): go for it
chartpattern (1:17:04 PM): go get the cash Geo
gbszele (1:17:40 PM): i'm evaluating every angle
chartpattern (1:17:54 PM): I really don't care who or where it comes from
gbszele (1:18:17 PM): you just try to keep that drawdown limited:((
chartpattern (1:18:33 PM): brutal break this time thanks to the fed
gbszele (1:19:21 PM): people definitely frightened of your vol but i think we can
get around that with Class Z2
gbszele (1:20:50 PM): john supposedly has some ultra high net worth groups as well -
he wants to get us all together on your boat for some hobnogginB-)
chartpattern (1:21:29 PM): yup
gbszele (1:21:29 PM): supposedly you invited him/us down there anytime he wants?
chartpattern (1:21:31 PM): fine
chartpattern (1:21:39 PM): yup
gbszele (1:34:17 PM): i just talked to gia - she said they have a 40 million min to
do cap intro and she said there is only 15 there from you.  i told her she should
look into what could be done regardless because you've traded so much there since 98
chartpattern (1:34:29 PM): k

                              Page 1

```
                          oct 13 05 im
gbszele (3:45:03 PM): Dan - is the new guy Tom trading for you every day?
chartpattern (3:45:31 PM): not trading at all for me yet
chartpattern (3:45:34 PM): learning
gbszele (3:45:49 PM): what is the situation around that for setting him up?
chartpattern (3:45:58 PM): in time
chartpattern (3:46:02 PM): when he is ready
chartpattern (3:46:07 PM): we will get to that
gbszele (3:46:17 PM): you will be fully responsible for overseeing his trades - for
compliance reasons?
chartpattern (3:46:18 PM): will take another month
chartpattern (3:46:22 PM): oh yea
chartpattern (3:46:27 PM): its my money
chartpattern (3:46:34 PM): not a problem
gbszele (3:48:38 PM):  i know - but gia asked us to add his name to the list....
chartpattern (3:49:07 PM): fine
```

IAM 006426

**17**

nov 4 05 im

gbszele (10:06:44 AM): Dan let's do a hypothetical strategy here - I will tell you
what I would do with your current portfolio and we will track what I recommend
compared to what you do.  This will show you how I view the positions that you have.
 I will only be taking profits at certain times based on positions you enter and we
will compare the results as we go along.  ok?
chartpattern (10:07:23 AM): fine
chartpattern (10:07:34 AM): keep a spread sheet
gbszele (10:18:25 AM): TRADE 1  - you are up about 15% for the month or (1 million)
- i would exit equity positions and be long/remain only in those options that you
think will continue.  so this is my first trade - i would exit all positions except
for your option positions.  My reasoning - it's too good of a month to risk letting
go and the market's moved a bit - may continue but I would lock in the gain and
re-evaluate after a pause or pull back.
chartpattern (10:19:12 AM): create a spread sheet to keep track of this
chartpattern (10:19:34 AM): no other way to keep track of it
gbszele (10:19:41 AM): will do
chartpattern (10:19:49 AM): and be factual at the end of the month
gbszele (10:20:05 AM): absolutely
gbszele (10:20:24 AM): i just want you to see where my head is with profit taking
chartpattern (10:20:31 AM): k
chartpattern (11:13:56 AM): ok
chartpattern (11:14:12 AM): know where yo got out of these today
chartpattern (11:14:32 AM): aapl 60
gbszele (11:14:43 AM): yes - i accounted for it when you were down 100k
chartpattern (11:14:58 AM): k

gbszele (11:47:22 AM): an investor group wants to talk to you next Tuesday at around
noon...ok?
chartpattern (11:47:34 AM): est?
chartpattern (11:47:38 AM): or pst
chartpattern (11:47:44 AM): EST
gbszele (11:47:47 AM): est
gbszele (11:47:54 AM): are you in CA
chartpattern (11:47:55 AM): should be ok
chartpattern (11:48:07 AM): i will be in LA then for one day
chartpattern (11:48:15 AM): I'm in vancouver
chartpattern (11:48:16 AM): now
chartpattern (11:48:25 AM): I'm the Keynote speaker
chartpattern (11:48:46 AM): at the 18th annual international federation of tech
analysts
chartpattern (11:48:57 AM): tomorrow
chartpattern (11:49:13 AM): I will be back in NYC on Nove 12th
chartpattern (11:49:25 AM): for a few weeks
chartpattern (11:49:48 AM): ph number in LA is 1818-712-0500
chartpattern (11:49:59 AM): write that down
gbszele (11:50:11 AM): OK  - Nov 15th-16th they are here
gbszele (11:50:15 AM): in NYC
chartpattern (11:50:15 AM): ok
chartpattern (11:50:17 AM): fine
chartpattern (11:52:06 AM): so are we off for next week by ph
chartpattern (11:52:08 AM): ?
chartpattern (11:52:11 AM): let me know
gbszele (11:52:35 AM): no call on Tues
gbszele (11:52:46 AM): we'll all meet on 15th or 16th
chartpattern (11:52:55 AM): ok
chartpattern (11:53:13 AM): give me plenty of notice as to the date and time and
location
chartpattern (11:53:20 AM): I'm staying at the Regency
chartpattern (11:53:38 AM): A great place to power lunch or jsut talk
chartpattern (11:53:44 AM): 61st and Park
chartpattern (11:54:21 AM): very well know place for power noshing
chartpattern (11:55:23 AM): plus I can be close to my computers
gbszele (11:55:52 AM): guy's name is Richard Lombardi and he wants to have lunch on

Page 1

IAM 006434

nov 4 05 im
one of those days - we'll just go down and then you can show him your set up briefly
chartpattern (11:56:05 AM): what set up
chartpattern (11:56:12 AM): my computer
chartpattern (11:56:20 AM): my one laptop
gbszele (11:56:21 AM): just briefly your trading
chartpattern (11:56:32 AM): I can talk to him about it yes
chartpattern (11:56:36 AM): nothing to show
gbszele (11:56:40 AM): =)) your massive setup
chartpattern (11:56:44 AM): yes
chartpattern (11:57:05 AM): exactly
gbszele (11:57:22 AM): what about the trading guy you are hiring
chartpattern (11:57:34 AM): yes things are going very well
chartpattern (11:57:59 AM): have set up some new options trading tools that have
made me a lot of money alreay
gbszele (11:58:31 AM): yes options are great - they lock in profits (or losses) very
well
chartpattern (11:58:40 AM): leverage
chartpattern (11:58:53 AM): I'm heavy into GOOG calls
chartpattern (11:59:00 AM): deep in the money calls
chartpattern (11:59:04 AM): out two months
chartpattern (11:59:17 AM): have double in price in two week
chartpattern (11:59:27 AM): the nove 290 calls
chartpattern (11:59:34 AM): when the stock was at 333
chartpattern (11:59:40 AM): now at 290
chartpattern (11:59:43 AM): 390
chartpattern (11:59:54 AM): a 58 move
chartpattern (12:00:06 PM):  more than a double
chartpattern (12:00:13 PM): and now own Dec calls
chartpattern (12:00:22 PM): this stock should get to 450 my then
gbszele (12:00:56 PM): i'll try to get more people also to meet with us when you are
here - frankly alot of people are afraid of your volatility - but then some aren't
and they want to watch you a little longer- maybe by new year they will be
comfortable
chartpattern (12:01:24 PM): my two year record it very impressive
chartpattern (12:01:26 PM): very
chartpattern (12:01:34 PM): sorry three year
chartpattern (12:01:38 PM): since Dec 02
chartpattern (12:01:54 PM): Westwood is up some 600%
chartpattern (12:02:00 PM): since then
gbszele (12:02:29 PM): i agree - very impressive - you must understand that people
are afraid of getting in before you drop 20%-30% maybe - that is just the nature of
the human, right?
chartpattern (12:02:43 PM): sure is
chartpattern (12:03:06 PM): what is my largest draw at the end of any one month so
far for ind
chartpattern (12:03:16 PM): down
gbszele (12:03:17 PM): institutions - no way - they can't handle it - that is why i
am pushing Z2 - no leverage
gbszele (12:03:47 PM): your biggest peak-trough is about 20%
chartpattern (12:03:56 PM): at then end of a month
gbszele (12:03:58 PM): last month
chartpattern (12:04:06 PM): at the end of the month
chartpattern (12:04:11 PM): I was down 20%
chartpattern (12:04:12 PM): ?
gbszele (12:04:14 PM): month end has been good
chartpattern (12:04:25 PM): month end only geo
gbszele (12:04:26 PM): but people look at daily peak trough
chartpattern (12:04:38 PM): do we need to let them see that
gbszele (12:04:50 PM): real analysts look at dailys not just monthlys
chartpattern (12:05:02 PM): do we need to let them see that
gbszele (12:05:14 PM): no - not everyone will care or ask for it
chartpattern (12:05:18 PM): they get a month end only
gbszele (12:05:20 PM): but some will

*does not to* [handwritten annotation]

Page 2

IAM 006435

19

nov 4 05 im
charpattern (12:05:28 PM): and what do we tell them
gbzele (12:05:29 PM): institutions absolutely will care
charpattern (12:05:46 PM): we tell them all they decide based on the vol
charpattern (12:05:52 PM): I do not want them to see this
gbzele (12:06:01 PM): oh no they only see p(1)
charpattern (12:06:33 PM): by the way I'm getting to the point of only being in
stocks about 4 to 5 months a year
charpattern (12:06:42 PM): and in cash the rest
gbzele (12:06:52 PM): that's ok
gbzele (12:07:04 PM): you're up 600% in westwood???
charpattern (12:07:12 PM): I can pin point major turns off the bottom
charpattern (12:07:15 PM): yes
charpattern (12:07:23 PM): since dec 02
gbzele (12:07:38 PM): oh I thought ytd
charpattern (12:07:49 PM): no ytd up about 90%
charpattern (12:08:03 PM): :D
charpattern (12:08:30 PM): call jeff and ask him
charpattern (12:08:36 PM): he knows exactly
charpattern (12:08:42 PM): +/-
charpattern (12:09:00 PM): before fees
gbzele (12:09:22 PM): it's very good Dan - my job is to analyze who and how we will
invest quickest and I know that if we can get over the risk management questions we
will raise you a ton
charpattern (12:09:48 PM): you know my un leaveraged IRA started in Dec 1998 at 17k
its now at 4.35 mil
charpattern (12:10:22 PM): remember you are considered a gunslinger in some ways - some
people want and love that - we'll find them
charpattern (12:10:30 PM): nice IRA
charpattern (12:10:30 PM): thx
charpattern (12:10:35 PM): will you take mine over
charpattern (12:10:47 PM): you can put in into ind
charpattern (12:10:56 PM): it's a whopping 25k for my daughter
gbzele (12:11:06 PM): in fact I'm putting one of my other IRA into ind
gbzele (12:11:11 PM): at fidelity
charpattern (12:11:26 PM): can the fund take that
gbzele (12:11:55 PM): nono the fund can only take non US investors or offshore
corps - member?
charpattern (12:12:01 PM): ok
gbzele (12:14:30 PM): anything you/others transfer into independent fund (IFL) has
to be either tax exempt or from offshore entities
charpattern (12:14:58 PM): yes IRA should be ok
charpattern (12:15:12 PM): i'll look into that asap
charpattern (12:15:14 PM): its tax exempt
charpattern (12:15:32 PM): my account says it ok
charpattern (12:15:48 PM): and we both he knows far more than that atty in conn
gbzele (12:15:51 PM): yeah but the fund admin and legal team has to say it is ok
charpattern (12:16:29 PM): fine
charpattern (12:16:29 PM): my account has shown that that atty knows nothing about
these affairs
charpattern (12:16:38 PM): he taking notes from my accountant
gbzele (12:16:46 PM): taking lessons
gbzele (12:16:47 PM): you mean the cook island attorney?
charpattern (12:16:50 PM): yeah
charpattern (12:16:54 PM): he's a bum
charpattern (12:17:01 PM): tokk my money and knows nothing
charpattern (12:17:35 PM): all these new codes he didn't know they exited
gbzele (12:17:36 PM): he's just an attorney and cook isl corp guy
gbzele (12:17:50 PM): why would he know accounting?
charpattern (12:17:53 PM): still knows nothing about the new laws that pertain to
this
gbzele (12:17:58 PM): oh

Page 3

IAM 006436

20

nov 4 05 im

chartpattern (12:18:13 PM): he had to know how to struture things for accounting purposes
chartpattern (12:18:41 PM): that what we hired him for
gbszele (12:18:45 PM): did he claim to know that? i thought he was only there to set up trusts and corps
chartpattern (12:18:52 PM): so we get the rigth treatment
chartpattern (12:19:07 PM): from the IRS
chartpattern (12:19:11 PM): yes
chartpattern (12:19:25 PM): to set them up per US tax code
chartpattern (12:19:33 PM): so you get a huge penelty
gbszele (12:19:51 PM): well that is why the guy in greenwich (who charges 10k retainer) would be good but expensive - they know
chartpattern (12:20:03 PM): great
chartpattern (12:20:09 PM): we got it on our own
chartpattern (12:20:21 PM): my accoutant is so through
gbszele (12:20:32 PM): i think jeff should handle all that for you nayway - he is good right?
chartpattern (12:20:33 PM): and just the best
gbszele (12:21:03 PM): You're talking about Jeff?
chartpattern (12:21:07 PM): yes
gbszele (12:21:42 PM): yeah he should handle everything - he seems good - but does he know all the offshore rules/changes?
chartpattern (12:21:51 PM): no
chartpattern (12:22:02 PM): that is why we hired him
chartpattern (12:22:21 PM): but he does not now the changes
chartpattern (12:22:30 PM): or the new laws
chartpattern (12:22:36 PM): and he should
chartpattern (12:22:47 PM): you guy that is
chartpattern (12:22:52 PM): we are teaching him
chartpattern (12:22:59 PM): not what we paid him for
gbszele (12:23:14 PM): what number are you at?
chartpattern (12:23:23 PM): 305-484-1711
gbszele (1:00:44 PM): we are confirmed for the 15th at NOON at Regency
chartpattern (1:01:15 PM): k

Page 4

IAM 006437

```
                                dec 2 05 im
gbszele (11:28:17 AM): Dan how long are you in ny
gbszele (11:28:20 AM): ?
gbszele (11:28:47 AM): a big fof guy wants to meet
gbszele (2:10:41 PM): Dan so if this big wig (Doug Makepiece and his people) wants
to invest in your domestic fund you are ok with the same deal as offshore...50% of
man. fee and 25% of perf fee?
chartpattern (2:11:01 PM): that's a lot
chartpattern (2:11:04 PM): call me
gbszele (2:11:18 PM): cell or hotel?
chartpattern (2:11:20 PM): 305-534-9945
chartpattern (2:11:44 PM): cell
chartpattern (2:12:22 PM): zzzzzzzzzzzzzzz
gbszele (2:36:09 PM): so to confirm... on domestic investments we bring in, IAM will
get 25% of your management fee and the same on perf fee - yes? - thanks...but we
will try to convince everyone (that is able to) to invest in the offshore fund -
agreed?
chartpattern (2:36:20 PM): yes
chartpattern (2:36:25 PM): yes
chartpattern (2:36:32 PM): agreed
gbszele (2:37:00 PM): :-*
chartpattern (2:37:08 PM): ;)
```

IAM 006394

**22**

dec 6 05 im
gbszele (2:20:28 PM): Dan - I sent you the email BFS sent your guy yesterday and it
has the OM and supplements - you and Richard should read carefully if possible to
familiarize.  Also send me your specific pitch points.
chartpattern (2:20:39 PM): ok
gbszele (4:57:09 PM): Dan you there?
chartpattern (5:10:37 PM): you
gbszele (5:30:10 PM): yes
gbszele (5:30:32 PM): I-)
chartpattern (5:33:22 PM): hi
gbszele (5:33:53 PM): i'm calling
chartpattern (5:33:58 PM): not yet
chartpattern (5:34:02 PM): on the ph
gbszele (5:35:09 PM): let me know when you're off
gbszele (5:35:37 PM): talking to gfriend?:-SS
chartpattern (5:35:46 PM): yes
chartpattern (5:36:45 PM): ok call
chartpattern (5:36:50 PM): free
gbszele (5:38:31 PM): :)]
chartpattern (5:38:38 PM): k
gbszele (5:47:37 PM): your cell is down - what's hotel?
chartpattern (5:47:53 PM): on the ph again
chartpattern (5:47:59 PM): give me 5
gbszele (5:48:03 PM): k
chartpattern (5:50:15 PM): ok
chartpattern (5:50:17 PM): call
chartpattern (5:50:23 PM): 305-484-1711

IAM 006407

**23**

dec 14 05 im
gbszele (9:44:52 AM): Dan - you were up 300k at one point yesterday
gbszele (9:45:02 AM): then flatenned out?
chartpattern (9:45:06 AM): :-P
chartpattern (9:45:18 AM): I sold some
gbszele (9:45:27 AM): excellent month
gbszele (9:45:34 AM): you're up about 10%
chartpattern (9:45:34 AM): how much
chartpattern (9:45:37 AM): k
gbszele (9:46:13 AM): taking some profits on way up here seems smart
chartpattern (9:46:19 AM): yup
chartpattern (9:46:25 AM): sold 50K yesterday
chartpattern (9:46:29 AM): shares
gbszele (9:46:52 AM): John's in Dallas - said he's got about 10-20 million
interested in you
chartpattern (9:46:57 AM): k
gbszele (9:47:44 AM): questions keep coming from Richard/Doug - good sign
chartpattern (9:47:58 AM): are they from Doug
chartpattern (9:48:06 AM): or Rich
gbszele (9:48:12 AM): both
chartpattern (9:48:15 AM): k
gbszele (9:48:32 AM): it's about 15 degrees here
chartpattern (9:48:37 AM): bummer
chartpattern (9:48:42 AM): about 65 here
chartpattern (9:48:49 AM): no clouds
chartpattern (9:48:53 AM): stunning
gbszele (9:49:06 AM): you'd love it here today
gbszele (9:49:23 AM): :))
chartpattern (9:49:32 AM): I bet can't wait to get back  =))
gbszele (9:49:45 AM): did you get me tose two numbers/names??
gbszele (9:49:49 AM): those
chartpattern (9:49:58 AM): NYC is such a dump to live in
chartpattern (9:50:03 AM): not yet
chartpattern (9:50:06 AM): no time yet
gbszele (9:50:09 AM): NYC is a dump yes
chartpattern (9:50:10 AM): maybe Thursday
gbszele (9:50:59 AM): ok - definitely get me those two as soon as you can Don't
Forget - i want to look into EVERYTHING
chartpattern (9:51:10 AM): k
gbszele (9:52:30 AM): what do you think is going on with gold?
chartpattern (9:53:19 AM): parabolic blow off
gbszele (9:54:21 AM): yeah but there has been some serious buying globally - look at
long term trend
chartpattern (9:54:32 AM): yes
chartpattern (9:54:34 AM): for sure
chartpattern (9:54:48 AM): but the extreme quick move is ala parabolic
chartpattern (9:54:57 AM): could stall out at any time
chartpattern (12:53:27 PM): get me Georges ph number

Page 1

IAM 006422

**24**

```
                              jan 3 06 im
gbszele (1:16:10 PM): Happy New Year my man!  How are you feeling?
chartpattern (1:20:08 PM): Ok how are you
gbszele (1:20:15 PM): My father is quite ill so I have been dealing with helping him
the past couple of weeks and family stuff
chartpattern (1:20:23 PM): oh
chartpattern (1:20:26 PM): not good
chartpattern (1:20:31 PM): AA my sec
chartpattern (1:20:40 PM): her mom passed away this morning
gbszele (1:21:11 PM): oh man - tell her we send our deepest sympathies
chartpattern (1:21:13 PM): how did we finish up the year
chartpattern (1:21:16 PM): sure
gbszele (1:21:38 PM): i'm waiting on report - end of this week
chartpattern (1:21:42 PM): ok
chartpattern (1:21:47 PM): any news on new cash
gbszele (1:22:47 PM): john and i working on it - lombardi in europe working on it -
i'm headed over to geneva/zurich in a few weeks - requests for info coming in more
and more
chartpattern (1:22:54 PM): ok
gbszele (1:24:02 PM): my profit taking level was at 750k in Dec and you ended up at
540k - so i beat you this time by a paltry 200k  :D
chartpattern (1:24:18 PM): cool
gbszele (1:24:45 PM): you had a great year!
chartpattern (1:24:55 PM): yes thanks!
gbszele (1:27:49 PM): what's the estimate for westwood?
chartpattern (1:28:08 PM): about 98%
chartpattern (1:28:12 PM): for the year
chartpattern (1:28:16 PM): net of fees
gbszele (1:29:03 PM): you have not heard from Doug?
chartpattern (1:29:08 PM): no
```

IAM 006409

25

jan 5 06 im

gbszele (12:40:35 PM): Dan - did you get everything looked into with Vic Zimmerman?
gbszele (12:45:55 PM): Just got numbers 5.34% for Dec and 65.14% for the year (Class Z series1)
chartpattern (12:46:29 PM): he was suppose to email me a summation of what we talked about on the ph and never heard back from him
chartpattern (12:46:35 PM): ok
chartpattern (12:46:37 PM): very good
gbszele (12:49:28 PM): in preparation for geneva/meetings - i need that paragraph as we discussed when we spoke with Lombardi which explains in "your words" how you want me to represent the "new" risk management...you said you would send that to me. Please get that to me asap. thanks
chartpattern (12:50:35 PM): k

IAM 006414

**26**

jan 18 06 im

gbszele (2:17:08 PM): hey dan!
gbszele (2:17:48 PM): on Wed Jan 11, I wrote to you in an email to take profits (1/2).
gbszele (2:17:55 PM): That was the top
chartpattern (2:18:11 PM): +missed it

IAM 006401

**27**

jan 19 06 im

gbszele (11:43:34 AM): Gmorning Dan...please ask Jeff to be available ASAP to
discuss TAX stuff with Joe re your payouts
chartpattern (11:43:53 AM): JUST CALL HIM
chartpattern (11:44:15 AM): MAKE SURE YOU DO NOT TAKE A CUT FOR PROFIT
chartpattern (11:44:36 AM): WE TAKED ABOUT THIS LAST OCT
chartpattern (11:44:40 AM): TALKED
chartpattern (11:44:57 AM): 1% FINE
gbszele (11:45:04 AM): also you are up 400k today - i'd suggest getting out with
much of the positions at least half - looks like a bounce before lower - plus would
go a long way for marketing you
chartpattern (11:45:13 AM): OK
chartpattern (11:45:18 AM): WILL DO
gbszele (11:48:46 AM): not sure what you mean - we already discussed the cuts as we
agreed in agreement - we don't take any management fee for 18 months, not even 1% -
the perf fee we agreed on would continue until we discussed in the new year...we
would not be able to operate and manage everything without that..it would be an
impossibility -we discussed this and you said you understood.
chartpattern (11:49:02 AM): NO
gbszele (11:49:03 AM): I really need your responses for marketing questions
chartpattern (11:49:21 AM): No I said if you did that I would drain the account
chartpattern (11:50:07 AM): I'm not here to make you money off my money
gbszele (11:52:30 AM): Dan - we are not making ANY money - we are building a massive
marketing and distribution effort to get you 100's of millions - make no mistake we
are not making money - it is all operating capital until investors come in at which
point you can take out all your money if you wish - I did agree to revisiit the fees
but we have to be able to operate and that is where the money goes - for bare
minimums to operate
chartpattern (11:53:14 AM): yea and after one year nothing
chartpattern (11:53:28 AM): I'm paying for everything and nothing coming in!
chartpattern (11:54:05 AM): you can borrow the fee against futere profits
chartpattern (11:55:40 AM): I have to take some maoney out to pay taxes anyway
gbszele (11:57:13 AM):  Plenty about to come in and if I can get those 3 answers
from you which I have been asking for months it will help.  You only got the track
record ready in the summer - it takes 3-6 months for investors just to get
comfortable - ask anyone - you have to be reasonable.  For many it takes 1-2 years
before they see results even with great returns, especially when volatiliyy is high
and your past indicates a 90% drawdown.  If you would listen to me a bit and take
profits when you are up so much and dampen your volatility, then we will raise
billions for you - not just millions.
chartpattern (11:58:01 AM): ok
chartpattern (11:58:13 AM): I still need money for taxes
chartpattern (11:58:30 AM): and you can borrown against future profits
gbszele (11:58:47 AM): of course that is why we are needing to talk to Jeff ASAP
chartpattern (11:58:55 AM): ok
chartpattern (11:58:58 AM): call him
gbszele (11:59:11 AM): k
chartpattern (11:59:19 AM): you don't need me for that
gbszele (11:59:24 AM): no
gbszele (11:59:37 AM): Jeff, our accountant and Joe can handle it
gbszele (11:59:54 AM): then Jeff will tell you what to do
chartpattern (12:00:04 PM): k
gbszele (12:01:52 PM): Dan please - please - please get back to me on those three
questions I re-sent in email...I am heading out to Geneva conference in a week and
need to prepare the material ---this can't wait any longer.
gbszele (12:02:32 PM): We also really need to put together a due diligence package
on you for general questions -
chartpattern (12:03:20 PM): can get those responses out today
chartpattern (12:03:27 PM): fine
gbszele (12:03:46 PM): remember - take half those profits ;)
gbszele (12:04:04 PM): it's good for the track record
gbszele (12:04:18 PM): how's future wife?
chartpattern (12:04:28 PM): remember you can take a loan on those profits
chartpattern (12:04:35 PM): fine thanks

IAM 006395

jan 19 06 im

chartpattern (12:04:38 PM): frisky
gbszele (12:04:56 PM): what do you mean loan on those profits?
chartpattern (12:05:17 PM): if you take 25% of the profits
chartpattern (12:05:54 PM): consider it a loan against future profits when you bring
in the money
chartpattern (12:06:27 PM): that or take none of the profit on my money
gbszele (12:06:31 PM): I meant you should cover half your positions because you are
up so much - protect gains - market may pull back - terrorist threats again and
overbought
chartpattern (12:06:42 PM): heard that
gbszele (12:12:19 PM): We will have to discuss that specifically and amend the
agreement then - we gave you access to a reputable, established offshore vehicle
which cost us close to a million overall over the past few years and 100's and 100's
of hours - something you would never have wanted nor been willing or able to do so
fast without us.  Our agreement expresses this and you have no idea how incredibly
time consuming and costly it is to manage these types of funds.  You had access to
that immediately and we bascically agreed to loan that money from you as per our
agreement - you are getting back all the management fee and you won't always make
money so neither will we then.
chartpattern (12:13:25 PM): but no money is coming in
chartpattern (12:13:53 PM): I'm still paying
gbszele (12:13:56 PM): no money had come in yet - IT TAKES TIME - ask anyone
chartpattern (12:14:16 PM): this I understand
gbszele (12:14:28 PM): people are asking us for due diligence packages...do you have
one?
chartpattern (12:14:30 PM): still I need 5 to 6 to pay my taxes
chartpattern (12:14:36 PM): no
gbszele (12:14:53 PM): right so guess who is putting that together - me
chartpattern (12:15:00 PM): yup
gbszele (12:15:03 PM): but i need your answers
chartpattern (12:15:06 PM): this I know
chartpattern (12:15:10 PM): ok
chartpattern (12:15:18 PM): tonight I will put that together
gbszele (12:15:34 PM): so get em to me- it's a process - very time consuming
gbszele (12:15:39 PM): thanks
chartpattern (12:15:42 PM): I still need 5-6 for my txes
gbszele (12:16:25 PM): need to call you - what number?
chartpattern (12:16:42 PM): 1818-712-0500

Page 2

IAM 006396

**29**

```
                              jan 20 06 im
gbszele (2:55:14 PM): hey Dan - you're up 500k today?
chartpattern (2:55:28 PM): :D
gbszele (2:55:47 PM): never seen this - the market is getting whacked!!!
gbszele (2:56:08 PM): this will go a long way to show people what you can do!
chartpattern (2:56:15 PM): THX
gbszele (2:57:14 PM): up until now if the market got whacked and you were in on
LONGS - you got whacked - but not today...this is very significant!  did you change
something in your analysis?
chartpattern (2:57:53 PM): NO
gbszele (2:58:26 PM): almost all your longs are making money - and the spoos are
down 17...i am amazed!
chartpattern (2:59:01 PM): THX
gbszele (2:59:11 PM): your only short is AAPL?
chartpattern (2:59:18 PM): GOOG
gbszele (2:59:39 PM): oh yes i see - ok - nice
gbszele (3:35:46 PM): we sent you the check for 306k today - so you have almost all
your money back + you have a strong infrastruture that we provided to you through
our Bermuda Fund on which we have spent 100's of hours and close to a mil.  If you
and I now put together a very strong due diligence package then it won't be a long
before we take off with assets.  I still have not seen your answers to the questions
- did you send them?
chartpattern (3:36:07 PM): no
chartpattern (3:36:15 PM): get to it this weekend
gbszele (4:04:42 PM): k - thanks - have a good one.  hanging out with future wife?
what's her name by the way?
```

IAM 006400

**30**

```
                              feb 12 06 im
gbszele (2:53:58 PM): hey Dannny B-)
gbszele (2:54:10 PM): what's the temp down there?
gbszele (2:55:43 PM): FYI, i would exit half of all your positions right now (1/2)
gbszele (2:55:55 PM): That is 12/12/05 3pm
chartpattern (2:56:06 PM): temp 73
chartpattern (2:56:10 PM): no clouds
chartpattern (2:56:13 PM): very nice
chartpattern (2:56:22 PM): no Peguins down here that there is up there
gbszele (2:58:09 PM): =P~
chartpattern (2:58:24 PM): up nicely on the year
chartpattern (2:58:33 PM): :D
gbszele (2:58:46 PM): yes a lot of interest coming in
chartpattern (2:58:57 PM): from where
gbszele (2:59:22 PM): John McCorvey and I (you m et him) are working on about 20
individuals from Dubai to Texas
chartpattern (2:59:37 PM): k
chartpattern (3:00:01 PM): dubai
chartpattern (3:00:07 PM): big moneyt down there
chartpattern (3:00:15 PM): I was just invited to speak down there
chartpattern (3:00:29 PM): not going to
chartpattern (3:00:32 PM): way to far
gbszele (3:00:39 PM): it's a matter of time - remember your track record had to be
put together - plus poeple wanted to see your year out plus it takes time for people
to get comfortable
gbszele (3:01:00 PM): who invited you
gbszele (3:01:05 PM): in Dubai
chartpattern (3:01:23 PM): some investment firm
gbszele (3:02:06 PM): that investment firm should be wanting to invest or bring in
investors - who are they - i'll talk to them?
chartpattern (3:02:24 PM): ok
chartpattern (3:02:32 PM): I will foward you the email
gbszele (3:02:39 PM): and give me the name and number of that Florida guy who wanted
to bring you in with 100 million
chartpattern (3:02:44 PM): ok
chartpattern (3:02:49 PM): have to dig it up again
chartpattern (3:02:54 PM): I'll work on it
gbszele (3:03:03 PM): i am going to hit many angles
chartpattern (3:03:09 PM): good
gbszele (3:03:12 PM): it's worth a shot
chartpattern (3:03:28 PM): up 300k today
gbszele (3:03:53 PM): a Deutsche Bank guy asked me why you aren't managing 1 billion
yet
chartpattern (3:04:20 PM): tell hm to give us 1 bil
chartpattern (3:04:32 PM): was he in the mail room
chartpattern (3:04:42 PM): or someone with contacts
gbszele (3:05:47 PM): i told him you have a 43% annualized standard deviation and he
said "that'll hold him up allright"
chartpattern (3:06:01 PM): cool
gbszele (3:06:23 PM): he's a private client services guy here in greenwich
chartpattern (3:06:28 PM): oooooo
gbszele (3:07:11 PM): the only reason you don't have that much is "volatility" and
it takes a year or two
chartpattern (3:07:21 PM): k
chartpattern (3:07:32 PM): not very volatil this year
chartpattern (3:07:34 PM): liek 5%
chartpattern (3:07:39 PM): like 5%
chartpattern (3:07:43 PM): drawdown
gbszele (3:07:49 PM): anything from Richard or Doug?
chartpattern (3:07:52 PM): no
chartpattern (3:08:02 PM): no word yet that I know of
gbszele (3:09:10 PM): no - your drawdown has been around 15% peak to trough on daily
numbers - like i said when people ask me that I have to tell them that is what it is
- you can't fudge it or else you'll be discredited
                                  Page 1
```

```
                              feb 12 06 im
chartpattern (3:09:22 PM): oh
gbszele (3:09:30 PM): monthlys are different
chartpattern (3:09:46 PM): don't you comeback and say "monthly"
gbszele (3:10:17 PM): yes but they ask me about "peak to trough" that includes daily
gbszele (3:11:14 PM): i have to make some calls - please get me those TWO names and
numbers and I'll get on them too
chartpattern (3:12:52 PM): k
```

IAM 006404

**32**

feb 16 06 im

gbszele: hey Dan - updating the powerpoint and one pagers...I need total assets you
manage and number of investors AS OF JAN end???  at dec end you gave me +/- 50
million and 52 investors
chartpattern: still about the same
chartpattern: whe are you giving me my 4 mil
chartpattern: I need it now
gbszele: yes BFS is working on it right now - it doesn't happen overnight Dan
chartpattern: my request was not last night
chartpattern: 1 week ago
gbszele: when did you get them the actual redemption doc?
chartpattern: last Friday
gbszele: i'll call them again to make sure
chartpattern: let me know today
gbszele: what i mean by "overnight" is that the process usually takes a month
chartpattern: no way
gbszele: we told them to speed it up
gbszele: yes redemptions and subsrciptions usually take one month
chartpattern: I need to get that money out before I load up the fund again
gbszele: some take 2-3 months
chartpattern: give me thier ph number
gbszele: i'll get it to you - hold on - what number are you at?
chartpattern: 818-712-0500

Page 1

IAM 006408

**33**

```
                              mar 1 06 im
gbszele (10:59:59 AM): Dan - you saw the 500k in?
chartpattern (11:00:22 AM): no
chartpattern (11:00:31 AM): is it
gbszele (11:00:48 AM): should be - ask Gia if you talk to her
gbszele (11:01:05 AM): are you in Miami or NY?
chartpattern (11:01:09 AM): good idea for you to know for sure
chartpattern (11:01:23 AM): let me know when u know
gbszele (11:01:42 AM): i was told it should be there today - of course i will be
checking too
chartpattern (11:01:57 AM): let me know when its there
gbszele (11:02:37 AM): of course
gbszele (11:02:46 AM): are you in nyc?
chartpattern (11:02:52 AM): y
chartpattern (11:02:59 AM): leave tomorrow
gbszele (11:03:34 AM): to Miami?
chartpattern (11:03:45 AM):
http://detachedtrader.com/2006/02/detached-traders-list-of-5-traders.html
chartpattern (11:03:49 AM): you see this
chartpattern (11:05:40 AM): http://www.chartpattern.com/danboat/danboat.html
gbszele (11:07:21 AM): one sec -on phone
chartpattern (11:07:25 AM): k
gbszele (11:18:51 AM): excellent !!!
chartpattern (11:19:03 AM): :D
gbszele (11:19:06 AM): good for marketing - i think
gbszele (11:19:42 AM): call you later from office - i'll be in Miami for that
wedding..are you down there Fri/Sat?
chartpattern (11:20:18 AM): yes
gbszele (11:23:26 AM): how did you get into that article?
chartpattern (11:23:32 AM): have no idea
gbszele (11:23:40 AM): you are compared to legends
gbszele (11:23:46 AM): worth billions
chartpattern (11:23:54 AM): a trader here in NYC sent it to me as well as 800K for
my fund
chartpattern (11:24:01 AM): :D
gbszele (11:24:08 AM): we have some work to do to catch you up
gbszele (11:24:17 AM): who is the trader/
chartpattern (11:24:20 AM): I got some money from a guy Paul Packer
chartpattern (11:24:25 AM): you know this guy
chartpattern (11:24:36 AM): Globisfund
gbszele (11:24:49 AM): how did he hear about you - i know him
chartpattern (11:25:00 AM): from my trader frind
chartpattern (11:25:14 AM): I told him I have two funds
chartpattern (11:25:21 AM): one on and one off
chartpattern (11:25:31 AM): he chose the onshore
gbszele (11:25:32 AM): what did he say about that/
chartpattern (11:25:53 AM): that is wanted the on
chartpattern (11:25:56 AM): that was all
gbszele (11:26:16 AM): he put 800k into westwood/
gbszele (11:26:17 AM): ?
chartpattern (11:26:29 AM): he said he has plenty of money offshore and was only
interested in the on shore at this time
chartpattern (11:26:46 AM): no the trader raised 800k for me total
chartpattern (11:26:52 AM): paul was 200K
chartpattern (11:26:56 AM): another 100K
gbszele (11:26:57 AM): exceelent - it's all good to grow you
chartpattern (11:26:59 AM): another 250K
gbszele (11:27:00 AM): exceelent
chartpattern (11:27:04 AM): yup
gbszele (11:27:04 AM): excellent
chartpattern (11:27:17 AM): I raised 1 mil in feb
gbszele (11:27:21 AM): who is the trader - good for me to know him for marketing q's
chartpattern (11:27:30 AM): josh
chartpattern (11:27:39 AM): at Bass Trading
                              Page 1
```

```
                          mar 1 06 im
gbszele (11:27:52 AM): can you give me his contact info?
chartpattern (11:28:17 AM): I only have his email address
chartpattern (11:28:19 AM): and IM
gbszele (11:28:28 AM): that's good
gbszele (11:28:52 AM): Our Arab guys are interested - maybe in April they start with
5 -10 million
chartpattern (11:29:00 AM): good
gbszele (11:29:17 AM): can you ask Josh to call me or give me his email?
chartpattern (11:29:24 AM): ok
chartpattern (11:29:37 AM): not now
chartpattern (11:29:49 AM): I have a radio program in 3 minutes
gbszele (11:31:35 AM): i'll call you later
chartpattern (11:32:15 AM): k
```

IAM 006393

**35**

mar 20 06 im

gbszele (11:21:32 AM): Hey - still no word from Stark.  Can you see if Paul P can get some insight into what is delaying Stark?
chartpattern (11:22:08 AM): ok
gbszele (11:22:28 AM): I met with some Geneva guys in NYC last week...looks good for little bits coming in - bunch of 100-250k amounts
chartpattern (11:23:24 AM): 100k
chartpattern (11:23:32 AM): this is below the min
gbszele (11:24:27 AM): yes but he's got a bunch of private clients who can't put in more - but total will exceed 500k up to 1 million starting out - in this case we can take it
chartpattern (11:24:38 AM): k

IAM 006420

**36**

```
                           mar 23 06 im
gbszele (10:45:32 PM): Hey Danno - are you back in NYC?
chartpattern (10:45:40 PM): YUP
gbszele (10:45:51 PM): looks like we have 1.1mm coming in April 1
gbszele (10:45:57 PM): Class z
chartpattern (10:45:57 PM): NICE
chartpattern (10:46:00 PM): OH
chartpattern (10:46:10 PM): margin account
chartpattern (10:46:21 PM): from who
gbszele (10:47:24 PM): Class Z regular - 500k from Stark and 600k from a guy in
Geneva
chartpattern (10:47:33 PM): nice
chartpattern (10:47:39 PM): regular
chartpattern (10:47:44 PM): meaning margin
gbszele (10:48:15 PM): yeah Class Z is where all the money is - Class Z2 is the one
with no margin/leverage
chartpattern (10:48:20 PM): ok
chartpattern (10:48:22 PM): great
gbszele (10:49:04 PM): so you're at regency?
chartpattern (10:49:08 PM): yes
gbszele (10:49:11 PM): until?
chartpattern (10:49:21 PM): sun or monday
gbszele (10:50:10 PM): k Monday I may have you meet a guy in the city who is a
gatekeeper for a 2 billion guy from London
chartpattern (10:50:47 PM): Then I will have to leave on Tuesday
chartpattern (10:50:52 PM): let me tomorrow
chartpattern (10:50:59 PM): Tuesday is ok
gbszele (10:51:13 PM): yeah i'll find out tomorrow for sure
chartpattern (10:51:17 PM): k
gbszele (10:51:53 PM): good night - hitting the hay
chartpattern (10:52:01 PM): ditto
```

IAM 006380

**37**

mar 29 06 im

gbszele (1:12:37 PM): Dan - this pain in the ass Stark guy - after having me jump
through all sorts of hoops to satisfy his monthly liquidity needs and no redemption
fee demand - has just informed me that he wishes not to invest because he thinks the
returns profile does not fit his needs - whatever that means...you might want to
find out from your buddy over there why this guy waisted so much of our time when i
thoughht he already knew the returns profile of your trading.
chartpattern (1:15:32 PM): k

IAM 006421

**38**

```
                              apr 11 06 im
gbszele (9:57:21 AM): Dan - market looks to me like it will sell off - protect your
great gains
gbszele (9:57:35 AM): take half off or something
chartpattern (9:59:01 AM): k
```

IAM 006402

**39**

apr 26 06 im

gbszele (9:55:45 AM): dan - i've got someone coming in now for a meeting who might
have questions for you - so can I reach you on phone if need be?  he's got some guys
that put up 10-25 mil for execution/trading through them - we'll see.
chartpattern (9:55:56 AM): yes
chartpattern (9:56:06 AM): 305-534-9945
gbszele (9:56:16 AM): k - thanks
gbszele (12:24:46 PM): ok that was a pretty good meeting - he's interested and he
knows a lot of and about Steve Cohen's set up too.  He said there might be an intro
into Steve that could work - but SAC would want to speak with you anytime he wants
as part of the deal.  Also i know the guy he is talking about who places 20-50 mil -
we'll see - but they like your return profile - it's the infrastructure question
again and transparency and drawdown management that came up.
chartpattern (1:33:19 PM): OK

IAM 006413

```
                              apr 28 06 im
gbszele (9:36:11 AM): Dan- where are you staying in NYC?
chartpattern (10:53:55 AM): Regency
gbszele (10:55:18 AM): lunch at what time is good?
chartpattern (10:55:27 AM): lunch when
chartpattern (10:55:29 AM): Friday
chartpattern (10:55:36 AM): May 5th
gbszele (10:55:37 AM): yes
chartpattern (10:55:44 AM): 12 noon
chartpattern (10:55:56 AM): 12:30
gbszele (10:55:59 AM): ok
chartpattern (10:56:20 AM): how many aapts do we have anyway
chartpattern (10:56:21 AM): just one
gbszele (10:56:58 AM): two or three on TH and one on FR
chartpattern (10:57:08 AM): I need times
chartpattern (10:57:13 AM): now for all
gbszele (11:02:20 AM): waiting for confirmations - one is set for 2pm - but you set
aside 1-4 remember on conference call?
chartpattern (11:02:34 AM): I need days with times
chartpattern (11:02:38 AM): 2 pm what day
chartpattern (11:03:52 AM): 2k fcx
chartpattern (11:03:56 AM): for ww
chartpattern (11:04:26 AM): I need a list of days and times
gbszele (11:04:56 AM): here is what is set so far...2pm Thursday at 666 3rd ave and
shooting for 3:30 pm on the second one.  On Friday lunch is set for 12:30 at or near
Regency
chartpattern (11:05:54 AM): 2 pm Thursday with who
gbszele (11:16:08 AM): 2pm TH  Sasha from Infiniti - big FoF
gbszele (11:16:53 AM): 3:30pm TH Jon Bren - big private guy old Bass brothers
connection - could place big chunks
gbszele (11:17:32 AM): and 12:30 FR Scott from Citi
chartpattern (11:18:07 AM): ok
gbszele (11:28:43 AM): Regency is Park and 60th right?
chartpattern (11:31:59 AM): yup
gbszele (2:21:40 PM): when is your talk, where, what time?
chartpattern (2:22:26 PM): At the Sofitel
chartpattern (2:22:34 PM): 9am to 5 pm
chartpattern (2:22:41 PM): Saturday May 6th
gbszele (2:23:49 PM): what time do you talk?
chartpattern (2:23:56 PM): all day
chartpattern (2:24:03 PM): 9to5
gbszele (2:24:38 PM): ok - i should come no?
chartpattern (2:24:46 PM): no need
chartpattern (2:25:00 PM): can if you want
gbszele (2:25:06 PM): i'd like to
chartpattern (2:25:15 PM): fine
gbszele (2:25:29 PM): we'll be in the city anyway
chartpattern (2:25:35 PM): ok
chartpattern (2:26:04 PM): sold out 110 people
gbszele (2:28:35 PM): we're set for 12:30 lunch at
gbszele (2:28:37 PM): BLT Steak Bistro Laurent Tourondel
Friday, May 5, 2006
12:30 PM
Party of 4
Confirmation Number: 135597
chartpattern (2:40:16 PM): ok
chartpattern (2:40:24 PM): where is this
gbszele (2:41:23 PM): 106 East 57th Street

gbszele (2:41:33 PM): around the corner
chartpattern (2:41:36 PM): ok
gbszele (4:16:38 PM): looks like had you listened to me you would be up about 10%
more for this month:(
gbszele (4:17:15 PM): you're up around 10 instead of 20%
                              Page 1
```

apr 28 06 im
chartpattern (4:24:06 PM): k

IAM 006475

**42**

may 9 06 im

gbszele (11:51:24 AM): dan- had another conversation with a 1.5 billion shop up here - they want to really get their hands around your risk management and then if comfortable they could come in with 20-30 mm.  We have to really focus on explaining how the structure of your portfolios and your risk management really does prevent any major drawdowns as in the past - if we can get over that hurdle that would be great - so i'll work on that from your workbook and if you could detail max % you would put in any one stock and max loss you would accept before exiting is important.  try to focus on what significant events would create on your positions when you are really concentrated - we have to make people feel comfortable that a 15-20% max drawdown will not be exceeded...think about it a bit
chartpattern (11:51:59 AM): holy shit
chartpattern (11:52:15 AM): you draft something and then I will adjust it
gbszele (11:52:44 AM): by the way some of these stocks you're in look parabolic - really moving
chartpattern (11:52:57 AM): yup strong market
chartpattern (11:53:02 AM): TIE
chartpattern (11:53:07 AM): aci
chartpattern (11:53:09 AM): btu
gbszele (11:53:32 AM): yes you're probably thinking about taking some P on them - no?
chartpattern (11:53:40 AM): y
gbszele (11:58:27 AM): you know my view - better to be up and then perhaps not trade much at all, any month that you are up as much as now (about 9%) - when these snap back losses are quick
gbszele (12:02:49 PM): two key things to think about as above i wrote...1 - what is the max portfolio % loss you what to limit yourself to in a bad case scenario?...would you cut positions 1/2 or totally if you are down 10%?   2 - what is the maximum % value you will put into any one stock at any given time...you had too much in GOOG last year according to some people eventhough it turned out to work, if GOOG dropped 25%-50% what would that have done to the portfolio...i would say you don't want to put more that 10-20% of portfolio in any given stock - just think about it when you have time
gbszele (12:03:23 PM): sorry - want to limit yourself to...
chartpattern (12:04:15 PM): If I told you of these guys I had as much as 15% in one stock they would run for cover
chartpattern (12:04:26 PM): no more than 5 to 8%
chartpattern (12:04:54 PM): I will half to move my cash to out when they come in
chartpattern (12:04:58 PM): have
gbszele (12:05:03 PM): ok but you had a big % of GOOG last year - right?
chartpattern (12:05:09 PM): yes
chartpattern (12:05:23 PM): do they need to know that now
gbszele (12:05:57 PM): i have been asked what is the largest % of the portfolio you had in any given stock last year?
chartpattern (12:06:07 PM): oh
gbszele (12:06:47 PM): it was as high as 20% in GOOG right?
chartpattern (12:06:57 PM): or more
gbszele (12:08:29 PM): but you see - that is what scares them because that can cause an immediate drop which is why it is considered poor risk management.
chartpattern (12:08:46 PM): I'm ok with any percentage
chartpattern (12:08:53 PM): as long as its not my money
chartpattern (12:09:17 PM): again I will not sacrifice nor do I need to
gbszele (12:09:46 PM): i understand that - so if we allocate limits on you in Class Z2 - you will be ok with that?
chartpattern (12:10:06 PM): sure
chartpattern (12:10:16 PM): say 15%
chartpattern (12:10:23 PM): 12%
gbszele (12:11:28 PM): ok so I will write up the explanations as I see it would work for these guys and then you can review and we can fine tune.
chartpattern (12:11:48 PM): let me review first
gbszele (12:12:51 PM): of course - for Class Z2 - Class Z will remain your usual style
chartpattern (12:13:15 PM): fine no margin and limtis
chartpattern (12:13:19 PM): limits

IAM 006477

                              may 9 06 im
chartpattern (12:13:21 PM): fine
chartpattern (12:14:15 PM): get something written up and send it here
chartpattern (12:14:20 PM): and then we can get it to them

IAM 006478

**44**

```
                          may 11 06 im
gbszele (12:53:47 PM): you there?

gbszele (1:15:09 PM): dan?
chartpattern (1:15:16 PM): y
gbszele (1:16:06 PM): see your email for risk management when you get a chance and
let's discuss - i want to get this out asap
chartpattern (1:16:14 PM): ok
chartpattern (1:16:27 PM): you have SKYPE installed
gbszele (1:16:38 PM): yes
chartpattern (1:16:57 PM): danzanger is my address
gbszele (1:17:17 PM): mine's georgeszele
chartpattern (1:17:27 PM): ok
```

IAM 006479

**45**

```
                          may 12 06 im
gbszele (10:17:21 AM): hey
gbszele (10:17:50 AM): did you read email?
chartpattern (10:18:51 AM): Not yet
chartpattern (10:18:53 AM): soon
chartpattern (10:19:40 AM): very busy right now
chartpattern (10:19:43 AM): later
chartpattern (10:19:56 AM): after 4
chartpattern (10:19:59 AM): call me
gbszele (10:20:16 AM): k - potential investors waiting on that so let's do it
chartpattern (10:20:25 AM): ok
```

IAM 006480

**46**

may 18 06 im

gbszele (2:39:06 PM): dan?
chartpattern (2:39:15 PM): :|
gbszele (2:39:37 PM): did you read all that RCA material
gbszele (2:40:19 PM): i've been working on it for most of the day - it's very long - will cut a lot out and simplify
chartpattern (2:40:54 PM): k
gbszele (2:41:37 PM): they are so thorough - i love it - shows me they are for real - have a few people checking them out too  - looks good
gbszele (2:42:14 PM): you're doing a great job hanging on to dough in the last day or so - nice
chartpattern (2:42:34 PM): k
gbszele (2:42:43 PM): good for marketing and record
chartpattern (2:42:46 PM): 305-534-9945
chartpattern (2:42:51 PM): call
gbszele (2:43:24 PM): k

IAM 006481

**47**

```
                              jun 30 06 im
gbszele (10:21:07 AM): Dan - did you sell the positions this AM as you said you
would after a big gain day like yesterday?
chartpattern (10:21:21 AM): yeah sold all at the open
gbszele (10:21:21 AM): you had made back 6%
chartpattern (10:21:26 AM): it wa amazing
chartpattern (10:21:31 AM): no
chartpattern (10:21:38 AM): selling now with three traders
chartpattern (10:21:47 AM): some
chartpattern (10:22:20 AM): no volume at the open
chartpattern (10:22:23 AM): can't sell
chartpattern (10:22:35 AM): that is why they dropped so hard
chartpattern (10:22:41 AM): coming back now
chartpattern (10:23:10 AM): these are no futures
chartpattern (10:23:15 AM): one click and they are gone
gbszele (10:24:33 AM): i'm confused - your first sentence - you say you sold all at
open - so you are flat on day?
gbszele (10:25:03 AM): or are you shorting?
chartpattern (10:25:06 AM): I joking
chartpattern (10:25:10 AM): no
chartpattern (10:25:27 AM): makret is so overosld its not funny
```

IAM 006484

**48**

jul 3 06 im

gbszele (12:08:11 PM): Dan - take a look at chart i emailed you when you get a
chance.  Looks like you are down around 6% for month
chartpattern (12:12:18 PM): k
chartpattern (12:12:29 PM): up 6% today
chartpattern (12:12:52 PM): 4%
gbszele (12:13:52 PM): i know - and if i were you i'd be selling into this because i
think its a bounce in a bear market - may go a little higher but that's it
chartpattern (12:14:08 PM): 1300 sp
chartpattern (12:14:12 PM): about it
gbszele (12:14:31 PM): that would be a gift
chartpattern (12:14:46 PM): yup
gbszele (12:15:31 PM): i'm telling you if you can be up 4-5- or 6% this month -
you'll be looking great so try and get out as it rises
chartpattern (12:16:58 PM): doing it now
gbszele (12:17:23 PM): you can still trade much smaller size on certain issues if
they ar emoving - but preserve - preserve - preserve - is the key - i think - in
this market...and will allow us to raise you a ton
chartpattern (12:19:56 PM): tom is now working full time withme trading
chartpattern (12:20:22 PM): much better and pricing for trades are coming down
chartpattern (12:20:28 PM): .005 per
chartpattern (12:20:43 PM): vs .015
chartpattern (12:20:56 PM): s 10k celg
gbszele (12:21:36 PM): great

IAM 006485

**49**

                              jul 11 06 im
gbszele (4:24:42 PM): Dan - you are getting whipped around again because your
positions are too big - you had half of the capital in one stock - why are you so
big in one stock?  Also - please respond to Bob who is making good money in this
type of market
gbszele (5:18:50 PM): Dan - did you respond to Bob
gbszele (5:21:00 PM): Reminders  1.  Questionnaire  2.  Call Bob back - you can
trade there
gbszele (5:23:08 PM): Dan i'll drive us out to Bob's but which day???
gbszele (5:25:04 PM): Gotta run - please call 203-561-0932 or email on all the
points

IAM 006487

**50**

```
                              jul 17 06 im
gbszele: Hey Dan - how are you headed over to Jersey?
chartpattern: y
gbszele: how/when/time?
chartpattern: Tomorrow he said he would pick me up here at the marina
chartpattern: around 8:30 am
chartpattern: Liberty Marina
chartpattern: in Jersery
gbszele: ok are you on boat now?
chartpattern: y
gbszele: hotter than florida!
chartpattern: yup
gbszele: difference is you can't jump in the nice blue water - but grey up here
gbszele: bit grey
chartpattern: crap for water
chartpattern: would never consider it
gbszele: you'd need quick shower:-S
chartpattern: yes
gbszele: i calculated - over weekend - that you'd be 40% higher in profit had you
taken my last three calls :-<
gbszele: your flat on year
chartpattern: ok
gbszele: maybe you'll listen to me a bit - a little bit - :D
chartpattern: y
```

IAM 006489

**51**

                              jul 26 06 im
gbszele (9:16:18 AM): dan - you know you are down over 10% for the month - right?
putting you down around 3% for year
gbszele (9:17:06 AM): just checking as these sites are sometimes off - wanted to
know if you agree
gbszele (11:17:54 AM): jo Dan - you there?
gbszele (12:42:57 PM): :-h
gbszele (3:10:49 PM): Dan?
chartpattern (3:11:03 PM): ?
gbszele (3:11:16 PM): did you see my earlier q's
chartpattern (3:11:24 PM): here
chartpattern (3:11:26 PM): no
chartpattern (3:11:28 PM): today?
chartpattern (3:11:30 PM): no
chartpattern (3:11:35 PM): just logged on
gbszele (3:11:44 PM): gbszele: dan - you know you are down over 10% for the month -
right? putting you down around 3% for year
gbszele: just checking as these sites are sometimes off - wanted to know if you
agree
chartpattern (3:11:52 PM): ok
chartpattern (3:11:59 PM): working on getting it back
gbszele (3:12:25 PM): fine - just wanted to know that you agreed with the numbers
chartpattern (3:12:36 PM): y
gbszele (3:12:43 PM): you saw my tiger cub article
chartpattern (3:12:50 PM): some of it
gbszele (3:14:17 PM): ok.  we need to intiate the trasnfer into IB from Goldman - so
how much do you want into IB - remember you and I have sub-accounts - is suggets at
least 100k that i trade on and how much for you?
gbszele (3:14:48 PM): i would say 100-200 for you right?
chartpattern (3:15:33 PM): yes
chartpattern (3:15:39 PM): 200
chartpattern (3:15:41 PM): for me
gbszele (3:16:39 PM): ok so we'll transfer 300 total into Class Z (IFL) at IB - with
200 into your sub account and 100 into the one i will trade
chartpattern (3:19:01 PM): both accounts are set up as what
chartpattern (3:19:08 PM): IF
chartpattern (3:19:19 PM): give me those account numbers
chartpattern (3:20:46 PM): brb
gbszele (3:21:04 PM): they are in the process of being set up - should be done
shortly and then i'll have confirmation of numbers/passwords/etc.  They will be for
futures/margin and stocks to - i'll only trade emini sps
chartpattern (3:21:40 PM): k
gbszele (3:21:54 PM): but getting the 300k over from Goldman will take a couple of
days so we need to  intiate that first anyway

IAM 006491

```
                              sep 18 19 20  06 im
gbszele (1:39:53 PM): danno - did you read my email?
gbszele (4:04:57 PM): dan?
gbszele (10:07:27 PM): Dan - are you there?
chartpattern (10:07:32 PM): y
gbszele (10:08:00 PM): did you read my email - can we get that wrapped up?
chartpattern (10:08:12 PM): i did not read it yet
chartpattern (10:08:20 PM): can later tonight
gbszele (10:09:23 PM): that would be great - thanks - i amended the previous one to
reflect 1% for you instead of 3/4% - basically all the equity left for now anyway
chartpattern (10:09:29 PM): ok
gbszele (10:10:21 PM): also tomorrow i should get you set up with the IB account -
if you want
chartpattern (10:10:27 PM): ok y
gbszele (10:39:56 AM): when you're ready - i'll show you how to let me log in to
your pc via gotomypc
chartpattern (10:43:18 AM): k
gbszele (3:24:52 PM): you want to do this real quick?
chartpattern (3:25:03 PM): NOTHING NOW
chartpattern (3:25:08 PM): LATER
chartpattern (3:25:09 PM): BUSY
```

IAM 006496

**53**

sep 21 06 im
gbszele (3:06:49 PM): Dan - are you busy? - if yes, can we set a time tonight to talk/wrap up our new agreement because I've got to get these things resolved.  Plus i need to work on figuring out the infrastructure issue and the Miami office. - thanks
chartpattern (3:07:08 PM): vrery vusy
chartpattern (3:07:10 PM): busy
gbszele (3:07:35 PM): k - can i call you tonight?
chartpattern (3:07:38 PM): y
chartpattern (3:07:50 PM): around 6 pm pst
gbszele (3:08:03 PM): ok thanks

IAM 006497

**54**

sep 26 06 im

gbszele (11:06:37 AM): Hey Dan - we've got to talk and make this happen today - the RCA deal will collapse if I have to go search for a job and trade - i have to pay the bills.  Remember my strategy is up 26% over the past 12+ months and I am up about 1.5% on the 100k at IB - you can make money and get paid on all the activity I can achieve across the board - not just your strategy.
gbszele (11:08:03 AM): Please sign the deal for one last 50k - that is all I am asking for - if you want me to work for you and perform tasks - i am happy to do so
gbszele (2:48:17 PM): Dan - since you don't seem to believe what i say - i would like you to read the email i just got from Weston capital - i'm forwarding it right now
gbszele (2:55:52 PM): This guy at Weston Capital just told me that if you would have kept your drawdown to around 20% they could have done a deal of around 25 million
gbszele (2:56:33 PM): and he suggests that you trade Class Z2 with a million or two and show that the drawdowns to returns are mitigated appropriately
gbszele (8:01:06 PM): Dan - you in?
chartpattern (8:12:15 PM): typing
chartpattern (8:12:22 PM): let's chat in 40 min
chartpattern (8:12:25 PM): 5:45
chartpattern (8:12:28 PM): pst
gbszele (8:12:51 PM): k

IAM 006498

oct 10 06 im
gbszele (8:30:48 AM): hey Dan - you're on a margin call - can you resolve that this
AM as soon as possible please - thanks
gbszele (10:31:05 AM): hey Dan - you're on a margin call - can you resolve that this
AM as soon as possible please - thanks
chartpattern (10:31:15 AM): done
gbszele (10:45:49 AM): good month - look out though - market may turn soon
chartpattern (10:48:15 AM): k

IAM 006499

```
                              oct 26 06 im
gbszele (3:58:52 PM): dan -- you need to get those docs faxed over ASAP
gbszele (3:58:56 PM): to bermuda
chartpattern (3:59:02 PM): what extra
chartpattern (3:59:09 PM): I fedexed them yesterday
chartpattern (3:59:17 PM): the only docs I had
gbszele (3:59:22 PM): oh ok
gbszele (3:59:36 PM): what number are you at?
chartpattern (3:59:45 PM): call me later
chartpattern (3:59:58 PM): going out with friends right this second
chartpattern (4:00:01 PM): call my cell
chartpattern (4:00:10 PM): around 6 -7 pm
chartpattern (4:00:19 PM): 305-484-1711
gbszele (4:00:24 PM): ok what time - we need to talk on RCA docs for marketing  -
gotta get done or its dead
gbszele (4:00:26 PM): ok
gbszele (4:00:47 PM): k call you then
gbszele (8:45:12 AM): dan - had to go to a wake last night - sorry could not call -
we need to talk - what time is best today?
chartpattern (8:45:23 AM): 12 noon
gbszele (8:45:34 AM): ok
gbszele (8:46:15 AM): by the way how difficult is it to get daily runs p(l) for your
accounts?
chartpattern (8:46:37 AM): for ww
chartpattern (8:46:41 AM): or ind
gbszele (8:46:55 AM): both - account runs at SLK
chartpattern (8:46:59 AM): or others
chartpattern (8:47:09 AM): daily
chartpattern (8:47:18 AM): I get them evertday
chartpattern (8:47:26 AM): both faxed to me
gbszele (8:47:44 AM): that investor was asking if they can get them for analysis -
the 10-50 million investor
gbszele (8:47:56 AM): as far bask as three years?
gbszele (8:47:59 AM): back
chartpattern (8:48:25 AM): niot sure how I can get those
chartpattern (8:48:30 AM): we do not save them
chartpattern (8:48:35 AM): that long
chartpattern (8:49:01 AM): we save them line 45-60 days
gbszele (8:49:18 AM): ask gia next time you talk to her - she can probably get it
chartpattern (8:49:39 AM): k
gbszele (2:02:37 PM): got slammed again - what's the next best time to talk?
chartpattern (2:02:47 PM): 6 PM
chartpattern (2:02:56 PM): WHEN DOES THAT WIRE GO OUT
gbszele (2:03:24 PM): ok - told you at month end - they can't do it any other way
gbszele (2:04:48 PM): they got your fedex
gbszele (2:04:52 PM): today
chartpattern (2:04:56 PM): GERAT
chartpattern (2:05:04 PM): GREAT

gbszele (6:00:46 PM): you there - calling
gbszele (6:02:40 PM): just called - call me back at 203 561 0932 when can
```

IAM 006500

oct 27 06 im
gbszele: Dan- tried you last night - did you get my message?
chartpattern: late
chartpattern: you want to talk now?
gbszele: i emailed a due diligence check list to you that you and Adriana MUST fill
out for us to move forward with RCA
chartpattern: i can do that
gbszele: number?
chartpattern: ok can do
chartpattern: 305-484-1711
gbszele: k calling

IAM 006501

**58**

nov 10 06 im
gbszele (3:22:12 PM): dan have you spoken with Gia on your margin call?
chartpattern (3:22:18 PM): yup
gbszele (3:22:19 PM): she keepd emailing me
gbszele (3:22:21 PM): keeps
gbszele (3:34:00 PM): dan we need to talk
gbszele (3:34:15 PM): gia said she has not heard from you
chartpattern (3:34:29 PM): I'm not sending in any more money
chartpattern (3:34:38 PM): no more 3-4 week waits
gbszele (3:35:33 PM): you have a margin call - again - why and what do you propose
to do?
chartpattern (3:35:41 PM): nothing
chartpattern (3:35:49 PM): I liquidated
chartpattern (3:35:55 PM): today
chartpattern (3:36:05 PM): its all I will or can do
gbszele (3:36:08 PM): so the why is she complaining
gbszele (3:36:14 PM): then
chartpattern (3:36:14 PM): nos ure
chartpattern (3:36:17 PM): not sure
gbszele (3:39:33 PM): there is nothin i can do about the wires - it is out of my
hands - there are laws and they have to be followed
chartpattern (3:39:41 PM): ok
chartpattern (3:39:55 PM): last time cost me over 600K
chartpattern (3:40:24 PM): had to liquidate my calls in CME the day before it shot
up 30 points
chartpattern (3:40:30 PM): never again
gbszele (3:47:15 PM): dan- you are the one creating the problem with the calls - you
are costing yourself- why do you keep doing it?  I 'm not the one trading - you are

IAM 006502