**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

| | |
|---|---|
| **INDEPENDENT ASSET MANAGEMENT LLC and OLA HOLMSTROM,** ) ) ) ) ) | **Case No. 1:07-cv-06431-JSR** **ECF** |
| **Plaintiffs,** ) ) | |
| **vs.** ) ) | |
| **DANIEL ZANGER,** ) ) | |
| **Defendant.** ) ) | |

--------------------------------------------------------- x

### DECLARATION OF MICHAEL D. SILBERFARB IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Michael D. Silberfarb, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.    I am an associate at the law firm Jones Day, attorneys for defendant Daniel Zanger.  I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of Defendant's Motion for Partial Summary Judgment.

2.    Attached to this declaration, under the identified exhibit tabs, are true and correct copies of the following documents:

Exhibit A        Transcript of Deposition of George Szele, dated March 5, 2008

Exhibit B          Transcript of Deposition of George Szele, dated April 17, 2008

Exhibit C          Transcript of Deposition of Joseph Porco, dated March 3, 2008

Exhibit D          Excerpts from Deposition of Ezra Zask, dated March 25, 2008

Exhibit E          Letter from George Szele and Joseph Porco to the Securities and
                   Exchange Commission, dated January 24, 2006

Exhibit F          Expert Report of Raymond L. Aronson

Exhibit G          Letter from Craig Stuart Lanza to Michael D. Silberfarb, dated April
                   25, 2008

Exhibit H          Prime Broker Agreement between Goldman Sachs Execution &
                   Clearing, L.P. and IAM

Exhibit I          Expert Report of Ezra Zask

Exhibit J          Email from Siu Kei Chung to Anthony Will and George Szele, dated
                   February 2, 2005

Exhibit K          Email from George Szele to Stephane Veniza, dated November 7,
                   2006.

Exhibit L          E-mail from Gianina Arturo to George Szele, dated December 13,
                   2008

Exhibit M          Email from Gianina Arturo to George Szele, Joseph Porco, and
                   Stephane Veniza, dated July 10, 2006; Email from IAM Fund to
                   Gianina Arturo, dated April 10, 2006; Email from Gianina to Daniel
                   Zanger, George Szele, and Joseph Porco, dated January 12, 2006.

Exhibit N          Excerpts from Oral Argument Transcript, dated October 4, 2007

Exhibit O          IAM's Accounting Document

3.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 28, 2008
              New York, New York


                              *s/* Michael D. Silberfarb
                              _____

## <u>CERTIFICATE OF SERVICE</u>

The foregoing Declaration of Michael D. Silberfarb, dated April 28, 2008 and the

exhibits annexed thereto, were served on the following counsel of record on April 28, 2008 via

the method listed below:

### <u>E-Mail and United States Mail</u>

John Balestriere, Esq.
Craig Stuart Lanza, Esq.
Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007
clanza@balestriere.net

*s/ Michael D. Silberfarb*