# Exhibit A

# (Part 2 of 2)

Szele

1 on really the question. I'm sorry.
2 Q. You testified at some length about a
3 bunch of violations that Gia and Dan were the
4 only ones that knew about prior to December of
5 '06. My question to you now is, can you identify
6 any harm to IAM from those violations?
7 A. Sure. The harm doesn't have to occur
8 then. It can occur later.
9 Q. I don't care when it occurred. I don't
10 care what century it occurred. I want to know if
11 you can identify any such alleged harm.
12 A. I think it is harmful.
13 Q. Beyond thinking it is harmful, can you
14 identify any actual harm to IAM from these
15 alleged violations?
16 A. Essentially the potential of not
17 getting investors. That's all I can think of.
18 Not getting investors from this is a big
19 possibility.
20 Q. Besides the potential of not getting
21 any investors, can you identify any other harm?
22 A. I'd have to just think about it
23 further.
24 Q. Can you identify --

154

Szele

1 A. I would have to think about it further.
2 I can't --
3 Q. Can you identify now --
4 A. I can't grasp this right now. I cannot
5 sit here and tell you exactly what I think about
6 that. I would have to think about it.
7 Q. Good.
8 A. I am not even really clear on the
9 question in terms of what you are asking I think.
10 Q. Let me ask it again if you are not
11 clear. If you are really not clear. Are you
12 really not clear on my question?
13 A. Not only do I think I am not clear, but
14 I think I can't answer that without thinking
15 about it more than two seconds.
16 Q. Let me pose the question just so we are
17 clear. If you can't answer it now, tell me you
18 can't answer it now.
19 A. Okay.
20 Q. You testified about a bunch of alleged
21 violations of rules and regulations that were
22 known only to Dan and Gia until the end of 2006.
23 A. Right.
24 Q. My question to you is, can you identify

Szele

1 any alleged harm to IAM as a result of those
2 alleged violations?
3 A. I'd have to think about it.
4 Q. You cannot answer --
5 A. I cannot answer that question. It may
6 be clear, but in my mind it is not really
7 understood exactly what you are asking. I don't
8 feel comfortable answering it.
9 Q. Okay. Could you tell me what potential
10 investors you talked to in 2006 concerning
11 investing in the Fund?
12 A. I would have to go through e-mails.
13 There is many.
14 Q. How many?
15 A. I have no idea. Many.
16 Q. Can you identify any one of them?
17 A. If I had my computer, I could identify
18 it. You want a name?
19 Q. A name. Any kind of information you
20 can provide us.
21 A. Richard Lombardi I talked to.
22 Q. Who is he?
23 A. A guy in the hedge fund business. A
24 veteran who wanted to maybe help raise some money

156

Szele

1 for the Fund. Kind of liked what he saw in Dan
2 in general with the trading. Was maybe ready to
3 go to the next step of due diligence. And was
4 willing to get involved perhaps.
5 Q. What happened with him?
6 A. He heard about Dan's performance and I
7 told him about some of the violations. And he
8 said let's wait and see how he trades over the
9 next year or two.
10 Q. Can you identify anybody else?
11 A. I talked to an investor that Dan wanted
12 maybe to bring in. This guy Dan Stark.
13 Dan introduced him. He sounded
14 interested one day. Did some due diligence on
15 Dan. Then he wasn't interested.
16 Q. Beyond those two individuals, can you
17 identify anybody else?
18 A. There were many. They are all in the
19 e-mails.
20 Q. You've said that, but I want to know if
21 you can identify any of them.
22 A. Let me think. Different fund of funds
23 in Geneva, Switzerland. Different family offices
24 in Switzerland. Different potential investors in

Szele

1   the U.S. But mostly offshore.
2   Q. Those first two individuals you
3   identified, are those U.S. citizens?
4   A. Norman Stark is, but he has an offshore
5   fund I think. And Richard Lombardi is a French
6   citizen I think as well as a U.S. citizen. I
7   think. I can't be sure.
8   MR. SEAR: Let's take a short break.
9   (Recess)
10  BY MR. SEAR:
11  Q. I show you Mr. Szele, what we marked as
12  Zanger Exhibit 28, which is a set of documents
13  e-mailed to me this afternoon by one of your
14  counsel.
15  (Set of documents e-mailed to Thomas
16  Sear marked Zanger Exhibit 28 for
17  identification)
18  Q. It is not Bates stamped or numbered,
19  but if you could take a look at this document.
20  I'm going to direct you to the third page of the
21  document that purports to be at the bottom an
22  e-mail from you to Gia dated December 8, 2006.
23  A. You said fourth page, third page?
24  Q. Let me see. It is the third page of

158

Szele

1   the exhibit.
2   A. Third page. Okay.
3   Yes, I see it.
4   Q. Is that an e-mail from you to Gia?
5   A. Yes.
6   Q. You sent this December 8, 2006?
7   A. I did, yes.
8   Q. Do you say to her in the e-mailed, Gia,
9   can you please list/e-mail me any and all (if
10  applicable) trading violations and/or margin
11  calls Dan's trading has caused since the
12  account's opening, please also list the amounts
13  and dates, thank you?
14  A. Yes.
15  Q. When you e-mailed this, did you
16  understand there was a distinction between
17  trading violations and/or margin calls?
18  A. I realized they are different things,
19  yes.
20  Q. Now, if we look to the second page, is
21  the first e-mail there an e-mail from Janitza --
22  I'm mispronouncing it, so let me spell it,
23  J A N I T Z A -- Lopez to Gia at Goldman Sachs
24  dated December 12, 2006?

Szele

1   A. I see it.
2   Q. She says, hello, Gia, per your request,
3   I have attached all the margin calls for client
4   ID 379326 since the account's inception on
5   1/14/05. Note that the tab titled Day Trading
6   Violations only includes day trading calls which
7   were not met. Please let us know if you will be
8   needing anything else. Regards, Janitza Lopez.
9   Did I read that correctly?
10  A. I see that.
11  Q. Gia then forwarded that e-mail to you
12  and Joe on Wednesday, December 13, 2006 at 8:12
13  a.m.?
14  A. Yes.
15  Q. And then do we have the list of the
16  margin calls and the two day trading calls that
17  were not met attached to the remainder of this
18  exhibit?
19  A. It looks like it, yes.
20  Q. If we look at the first page of the
21  attachment, you see there is a T/D which
22  presumably refers to a trade day of 1/6/06?
23  A. Yes.
24  Q. Do you have any knowledge or

160

Szele

1   information which would in any way substantiate
2   that any of the trades referenced on this page
3   constituted violations of any rule or regulation?
4   A. I believe that these were violations of
5   Goldman Sachs.
6   Q. What do you base that on?
7   A. Based on her telling me these are
8   violations.
9   Q. Where did she say they were violations,
10  when you asked her for margin calls and/or
11  violations?
12  A. Yes, that's what I based it on, margin
13  calls and/or violations she says Janitza is
14  saying.
15  Q. You just told me there is a difference
16  between a margin call and violation.
17  A. There is.
18  MR. LANZA: Objection.
19  Q. Do you have any factual basis to
20  substantiate that any one of these items here
21  constitutes a violation of Goldman Sachs' rules
22  or any other rules?
23  A. If I hadn't already answered that, then
24  I don't know how to answer that.

161

Szele

1    Q. Okay. Good.
2        The next page, does that appear to be a
3    continuation of the trades referenced on the page
4    before it? That is additional information?
5        A. You mean does this --
6        Q. The page headed Account Titled
7    Independent Fund Limited. The first entry is
8    type H. Then there is a dollar sign. Then there
9    is a call $391,412.
10       So that that appears to be a
11   continuation of the first entry on the previous
12   page?
13       A. Yes. It is much clearer in the
14   spreadsheet we have.
15       Q. Fine. Is that the key of H on most of
16   those items following Goldman Sachs' key
17   indicating most of them are house calls?
18       A. I believe so.
19       Q. A couple of them on that, actually
20   three appear to be New York Stock Exchange calls?
21       A. If that's what it says, yes. Yes.
22       Q. When you say that's what it says --
23       A. Yes, it says NY, NY, NY. It looks like
24   three there. Those would be NY SEC calls.

162

Szele

1    Q. Let's look at the next two pages. They
2    are vertical columns headed Trade Date From
3    2/24/05 Up Through 12/14/05. Do you see that?
4        A. Yes.
5        Q. Am I correct the following two pages
6    which again have a vertical column, Independent
7    Fund, appear to relate back to follow the entries
8    of the previous two pages?
9        A. Yes, they appear to do that.
10       Q. Do you have any knowledge or
11   information as to whether any of the items on
12   these four pages reflect any violation of
13   anybody's rules or regulations?
14       A. Again, my understanding is that these
15   are all violations of the brokerage firm.
16       Q. What do you base --
17       A. At the very least.
18       Q. What do you base that on?
19       A. Based on what she has said, that they
20   are trading violations.
21       Q. You asked her for margin calls. Now
22   you are saying that they are trading violations.
23   My question to you is, what facts do you base any
24   of your testimony on that any of these --

163

Szele

1    A. A margin call can also be termed a
2    trading violation.
3        A day trading violation is a violation
4    in and of itself of some sort.
5        Q. My question is, do you have any facts
6    at all that would substantiate to any extent that
7    any of these items on these four pages, the trade
8    dates 2/24/05 to 12/14/05, constituted a
9    violation as opposed to a margin call that was
10   met?
11       A. If it is called a margin call, it is
12   called a margin call. That can still be a
13   violation of a margin call requirement.
14       Q. Do you have any facts that would
15   support the notion that any of these items on
16   these four pages were actual violations as
17   opposed to simply being margin calls that were
18   met?
19       A. The only facts I have are what they
20   sent me as far as in their e-mails.
21       Q. Fine.
22       A. Other than that, if there are rules and
23   regulations as well for the broker, that would be
24   Gia to explain that.

164

Szele

1    Q. Am I correct, though, that in the
2    e-mail that Gia forwarded to you, the first
3    sentence reads, per your request I have attached
4    all the margin calls, is that right?
5        A. I see that.
6        Q. Is there any indication that all or any
7    of those margin calls are violations?
8        A. It doesn't say that here.
9        Q. It does indicate that the tab titled
10   Day Trading Violations only includes day trading
11   calls which were not met, is that right?
12       A. That's right. So again what I was
13   pointing to earlier, day trading calls can also
14   be called day trading violations. Similarly --
15       Q. Doesn't she refer to the fact day
16   trading violations only include day trading calls
17   which were not met?
18       A. Which were not met, that's right.
19       Q. How many day trading calls that Dan
20   prompted were not met?
21       A. As far as I know, only these two.
22       Q. Okay. Do you have any other testimony
23   about this exhibit beyond what you told us, any
24   other information as to what it reflects?

Szele

1                 Szele

2     A.  No.

3     Q.  Let me show you what we premarked as

4 Zanger Exhibit 8. Is this a copy of Goldman

5 Sachs' reports on the trading of Independent Fund

6 Limited as of August 31, '05 up through December

7 29, '06? Take your time.

8     A.  That appears to be correct. August 31

9 through December 29, '06.

10    Q.  Did you ever ask Dan to provide you

11 information concerning margin calls that he had

12 met?

13    A.  I asked Dan from the very beginning,

14 and it's in the agreement, to keep me informed of

15 any and all margin calls, violations, anything

16 that could affect me, the Fund and potential

17 investment.

18    Q.  Did you ever ask Gia to provide you or

19 IAM with any and all information concerning

20 margin calls that were met?

21    A.  I don't know if I asked Gia or not.

22    Q.  Do you have any recollection of doing

23 that?

24    A.  I don't know. I discussed with Gia my

25 concerns about these violations. I expressed to

166

Szele

1 her significant concern when I saw her memo.

2    Q.  This is the memo in December of '06?

3    A.  Yes.

4    Q.  Looking at Zanger Exhibit 8, does that

5 reflect that the market value of the account as

6 of January 31, 2006 of the Fund was

7 $9,432,086.91?

8    A.  Where do you see that? Can you show --

9    Q.  Page --

10    A.  What's the date?

11    Q.  January 31, 2006.

12    A.  Okay. I see as of January 31, 2006.

13 Could you repeat the question.

14         MR. SEAR: If you could repeat the

15 question.

16         (Record read)

17    A.  That appears to be correct.

18    Q.  And am I right that the amount as of

19 February 28, 2006 was $4,890,097.88?

20    A.  Yes.

21    Q.  That reflects the fact that Dan had

22 withdrawn money from the account that we talked

23 about earlier?

24    A.  I would assume so, yes.

Szele

1     Q.  I show you what's been marked as Zanger

2 Exhibit 29, a copy of documents provided by your

3 counsel by e-mail either earlier today or late

4 yesterday. I'm not sure which. It has Bates

5 numbers 6324 through 6361.

6         (Document Bates stamped 6324-6361

7         marked Zanger Exhibit 29 for identification)

8    Q.  The Bates numbers 6324 through 6340

9 appear to be a copy of an agreement I guess with

10 R Capital Advisors LLC, RCA. Can you tell us

11 what that document is?

12    A.  It is an engagement agreement between

13 R Capital Advisors and IAM.

14    Q.  What was RCA supposed to do?

15    A.  RCA was, among many things that are in

16 here detailed, was supposed to essentially help

17 raise capital. To formulate documents and bring

18 in capital, bring in investors.

19    Q.  Did they perform properly under this

20 agreement?

21    A.  I don't think they did.

22    Q.  Okay. Who provided the funding for

23 this agreement on behalf of IAM?

24    A.  Dan.

168

Szele

1                 Szele

2    Q.  Am I correct that Dan provided a total

3 of funding of $200,000 to IAM, working capital --

4    A.  Total?

5    Q.  Yes. Working capital of 150 and 50,000

6 additional for the RCA deal?

7    A.  Dan provided 50,000 separately for this

8 RCA agreement, yes. And he put in the 100 and

9 the addendum amounts too, which were 50 and 50.

10    Q.  How much total did he put in in terms

11 of working capital?

12    A.  I'd have to check exactly. I mean, I'd

13 have to check -- I'd have to check if he put in

14 that last tranche or not. It's 150 or 200.

15    Q.  Okay.

16    A.  But that's -- the RCA was a completely

17 separate agreement between Dan and I, not a part

18 of any other --

19    Q.  What was the separate agreement between

20 you and Dan concerning the RCA moneys?

21    A.  That Dan was putting up -- it is in an

22 e-mail that I hope was provided -- assume

23 provided to you.

24         It was in an e-mail that said, and I

25 don't know the exact words, but Dan was putting

169

Szele

1  up the 50K -- it was his full risk to put that
2  up. And that it would come back to him via the
3  agreement of when the moneys are raised. Or if
4  they didn't perform, then -- and upon their
5  return of the capital, we would get it back to
6  Dan.
7      Q.  Okay. There is another document here
8  dated October 20, 2006, Bates numbers 6341
9  through 6345. Do you know what that is?
10     A.  6341 you are starting?
11     Q.  Yes.
12     A.  Yes. This was to get assistance from a
13  company called J.C. Trident who would further
14  assist us with these document preparations. One
15  reason was that we thought it would speed it up
16  and the other reason was because Dan really
17  wasn't providing adequate docs for their
18  satisfaction, RCA's satisfaction.
19     Q.  Did RCA forward some money to this
20  other entity?
21     A.  No. RCA gave us back 7500 which a
22  portion of we gave to Trident.
23     Q.  When you say a portion, did you give
24  the full --

171

Szele

1      Q.  What does it reflect?
2      A.  I believe it's the notes payable.
3  Outstanding notes payable I guess.
4      Q.  Can you tell me as of what date?
5      A.  I cannot, but I would assume from
6  January 30 when he sent it to us.
7      Q.  January 30 of what year?
8      A.  This year I think.
9      Q.  Okay.
10     A.  I would assume that's when he put it
11  together based on his fax.
12         MR. SEAR:  Let me ask, and I am not
13  criticizing anybody at all, if counsel can
14  send me a more legible copy of it. That's
15  all.
16         MR. LANZA:  Is it possible we can --
17  this is tiny.
18         THE WITNESS:  You just have to blow it
19  up.
20         MR. SEAR:  Okay.
21         Let me mark as Zanger Exhibit 30 a
22  one-page document.
23         (One-page document marked Zanger
24  Exhibit 30 for identification)

170

Szele

1      A.  I would have to pull out the contract
2  with Trident exactly how much he ended up
3  getting. He gave it back as well because he
4  decided Dan was too difficult to work with and
5  gave back the money. I would have to find that.
6  I don't know if it is in here or not. I am
7  looking for it.
8         Basically Dan -- it is not in here.
9  What Dan was giving us just didn't suffice for
10  any of these guys as far as giving us adequate
11  material to put into marketing documents.
12     Q.  We talked earlier about the fact Dan
13  was not paid a portion of the management fee from
14  May of '06 through the end of the year. If you
15  calculated the amount that would be owing to him
16  per the agreements, would he have been owed an
17  additional $58,000 approximately?
18     A.  Approximately. I would have to check.
19         Of course I don't believe we owe him
20  anything based on what he owes us.
21     Q.  Let's look at the next page on this,
22  Bates 6346. Do you know what that --
23     A.  6346. This is a spreadsheet put
24  together by our accountant, Frances Infurchia.

172

Szele

1      Q.  Can you identify that document?
2      A.  Yes, this is what we put together per
3  Dan's request I think to give him a little
4  breakdown of, you know, the flow of moneys.
5      Q.  Does that reflect the calculation of
6  the $58,000 number we were talking about?
7      A.  I believe that is -- yes, I believe
8  that 57,000 is that figure.
9      Q.  You are right, it is $56,368.47?
10     A.  I am looking -- sorry. I am looking at
11  that number. But you are right, that is
12  56,368.47.
13     Q.  Okay. Take a look at Bates number 6347
14  on the prior exhibit up through 6350 which
15  purports to be the 2006 tax return for
16  Independent Asset Management LLC.
17     A.  Yes.
18     Q.  Income on line 1A, it says gross
19  receipts or sales, $616,341. Do you see that?
20     A.  I do.
21     Q.  Do you know what that refers to?
22     A.  I don't. I don't know. You would have
23  to talk to the accountant about this stuff.
24     Q.  Am I correct that this income tax

**[Page 173]**

Szele

1
2 return though reflects an ordinary business
3 income loss of $32,604?
4 A. If that is what it says on there, yes.
5 Where is that?
6 Q. Line 22.
7 A. Ordinary business income loss, negative
8 32,604. That's what it says.
9 Q. After the tax return, Bates number 6351
10 and 52, do you know what those documents reflect?
11 A. I don't. I don't recognize where this
12 is from.
13 Q. Okay.
14 A. I don't know who generated this report
15 or actually even what it's for.
16 Q. Okay.
17 A. I think this is probably from Joe.
18 Q. Same for the 6352?
19 A. Yes.
20 Q. What do the documents following
21 reflect, 6353 through 6361?
22 A. Oh, I do know what this is. Dan was
23 saying that we hid the $100,000 from him, which
24 is ridiculous. It is all accounted for. It was
25 accounted for by our administrator , by

**174**

Szele

1
2 interactive brokers where the custody of this
3 money was. Then it was audited by the auditor.
4 It was just another one of Dan trying to say we
5 hid something.
6 Q. The $100,000 involved what payment?
7 A. The $100,000 was the amount that I was
8 going to trade. Dan had 300,000 total dollars
9 transferred from Goldman Sachs to interactive
10 brokers. He wanted to trade $200,000 of it on
11 his own futures account and he wanted me to trade
12 $100,000 of it on my own futures account in the
13 Independent Fund to hedge, which I did
14 successfully. I was actually up for him 3
15 percent.
16 This is all that trail showing Dan, no,
17 there was no funny stuff going on.
18 Q. Going back to Exhibit 30, which is that
19 one-page document, I think I misspoke. I think
20 the correct balance due, with all the caveats you
21 gave, your position that you don't owe any money,
22 but the calculation of the amount that would be
23 owed, am I correct it is the $57,000 number?
24 A. Well, I marked 56,368.47 owed. I came
25 up with that -- I believe it is coming up with a

**[Page 175]**

Szele

1
2 balance two different ways. The fact it is that
3 close made it very real.
4 Q. I take it what you did was you tried to
5 calculate the amount of management performance
6 fees that were calculated based upon the
7 underlying agreement between the Fund and IAM and
8 then the respective shares of Dan and IAM based
9 upon the contract and the addendum relative to
10 the 18 months and the amount that was paid to Dan
11 to come up with this bottom line number?
12 A. That sounds about right, yes.
13 Q. Let me show you what's been marked as
14 Zanger Exhibit 31.
15 (E-mail chain from October of 2006
16 marked Zanger Exhibit 31 for identification)
17 Q. Which is an e-mail chain from October
18 of 2006.
19 What does this e-mail chain reference?
20 A. This is -- I am just looking at the
21 first page here. This is me asking Gia how they
22 can authorize without the Fund's approval. There
23 is a process that has to take place for money
24 coming in to Goldman Sachs and out of Goldman
25 Sachs which Dan completely disregarded twice.

**176**

Szele

1
2 What I am trying to ask Gia is how
3 could this happen essentially.
4 Q. And Dan --
5 A. She is saying talk to Dan about it.
6 Q. When did the two times occur?
7 A. The first time I have to check the
8 date. I have to check that. The second one was
9 2006 here -- that was 2005 the first time. The
10 second time was here.
11 Q. Can you tell me approximately when in
12 2005?
13 A. I can't. That's why I would be happy
14 to look it up. I don't know the exact date.
15 Q. Do you recall how much money was
16 involved?
17 A. I don't recall how much money was
18 involved. I don't.
19 Q. Dan wired money into the Fund directly?
20 A. Dan wired money directly into the Fund
21 which he cannot do. Then he wired it directly
22 out of the Fund, tried to, until Butterfield said
23 you can't do that and then had to go through
24 Butterfield back to him.
25 And there was a redemption possibility

177

Szele

1   for me to take a redemption fee then which I
2   didn't take. I wanted to give him a break, don't
3   do this again, you can't do this.
4        Q.  Did you approve the payment back to
5   him, the redemption?
6        A.  I did approve it back to him and ended
7   up not charging him any fee. I told him don't do
8   it again.
9        Q.  What happened with respect to the money
10  that he wired directly into the Fund in October
11  of 2006?
12       A.  What happened is he tried to do it
13  again. He wired money in and wired it directly
14  back to him. I caught wind of it and started
15  asking the questions. That's when the
16  administrator also got wind of it and said no
17  more of that.
18       Q.  Was the redemption back to him
19  approved?
20       A.  The second one, was it approved? When
21  you say approved, did I let him get his money
22  back?
23       Q.  Did the directors of the Fund approve
24  the payment back to Dan in 2006?

178

Szele

1        A.  I am trying to think of the process
2   that took place there.
3             Yes. I believe I approved it back to
4   him, yes.
5             Sorry, we did approve it. Again we
6   didn't charge him a redemption fee. We gave him
7   another break.
8        Q.  Let me show you what we premarked as
9   Zanger Exhibit 32 and ask you if that refers to
10  another margin call that eventually was met.
11            (Document regarding margin call that
12            was met marked Zanger Exhibit 32 for
13            identification)
14       A.  It looks like this one was one that he
15  met.
16       Q.  Was there a day -- go ahead. Take your
17  time.
18       A.  Okay.
19       Q.  Was there a day trading call that
20  happened in November of 2006 in connection with
21  Dan's trading?
22       A.  I think that was the day trading
23  violation.
24       Q.  What happened with that?

179

Szele

1        A.  November and December, two day trading
2   violations.
3        Q.  What happened with respect to them?
4        A.  What happened? I'm not sure what you
5   mean by what happened.
6        Q.  Do you have any recollection of what
7   the facts and circumstances were relating to
8   these two matters?
9        A.  Well, it's in the e-mails. I get an
10  e-mail from Gia again, not from Dan, saying that
11  there is this call violation. If you don't do
12  this and this and this by such and such day, you
13  are going to get shut down.
14            I tried to communicate with Dan and Dan
15  didn't communicate back.
16       Q.  When you say you are going to get shut
17  down -- after the first day trading call was
18  made, did Gia indicate that there was going to be
19  a shutdown?
20       A.  It is in the e-mails exactly what she
21  said would take place. I don't recall exact -- I
22  couldn't repeat exactly. But it's in the e-mails
23  what's going to happen in successive days if it
24  is not met.

180

Szele

1        A.  She called me. She called Dan. We
2   were trying to get Dan and Dan said I am not
3   going to cover this.
4        Q.  Was there some shutdown after the
5   November 10 trading call?
6        A.  Whatever it says in the e-mail.
7        Q.  Do you have any recollection what
8   happened?
9        A.  I have a recollection of what happened.
10  I don't have a recollection of the exact date she
11  said it would get shut down.
12       Q.  Was that after the second call?
13       A.  I believe it was after the second call
14  that that memo came in and how it would be shut
15  down if it wasn't met.
16       Q.  When you say how it would be shut down,
17  what did she indicate in words or substance?
18       A.  Specific days -- certain things had to
19  be met on specific days or else is the gist of
20  her e-mail.
21       Q.  Okay. At that point in time what
22  effort did IAM make to go to another prime
23  broker?
24       A.  Go to another prime broker. I don't

181

Szele

1  think we were thinking about going to another
2  prime broker at that point. We were trying to
3  figure out what Dan wants to do.
4      Q.  Okay. Did you agree four, five days
5  after the second --
6      A.  Sorry. Let me finish that thought. We
7  could have looked into going to any prime broker
8  and whether or not Dan would have done that, I
9  assume he may have or may have not. We weren't
10  close to that option of going to another broker.
11     Q.  Four or five days after the second
12  call, in the communication from Goldman Sachs,
13  did IAM determine to liquidate the Fund?
14         THE WITNESS:  Sorry. Could you repeat
15     his question.
16         (Record read)
17     A.  I'd have to look at those questions
18  specifically as to four or five days. I didn't
19  decide to liquidate the Fund. Dan decided to
20  liquidate the Fund.
21     Q.  Did you agree to the liquidation of the
22  Fund?
23     A.  I did not agree to the liquidation of
24  the Fund.

183

Szele

1  the administrator.
2      Q.  Why did it go back to the
3  administrator?
4      A.  Because Goldman sent it back.
5      Q.  Why did they send it back?
6      A.  You would have to ask them. As far as
7  I know, it is customary procedure to send back
8  the money if an account is shut down.
9      Q.  This was Goldman Sachs' decision?
10     A.  I believe so, to send back the money --
11  it was their decision to shut the account down
12  for sure.
13     Q.  When you say shut the account down,
14  what are you referring to?
15     A.  They would not allow any more trading
16  in the account.
17     Q.  Fine. For a period of time, correct?
18     A.  As far as I knew. That was it for the
19  account based on his actions.
20     Q.  Do you have any recollection of a
21  decision being made by IAM and Dan to liquidate
22  the Class Z shares fund?
23     A.  I never even used the word liquidation
24  as far as I can recall. Never. To me it wasn't

182

Szele

1      Q.  Who did?
2      A.  I don't think liquidation is the
3  appropriate word. Dan wanted his money back. He
4  is the investor. The account was shut down by
5  his actions. The money had to go back for legal
6  reasons to the Fund. Then you had to go through
7  a long process of figuring out the NAVs, the
8  accounting, so on and so forth.
9      Q.  In connection with the liquidation?
10     A.  I didn't approve any liquidation.
11     Q.  Who did?
12     A.  I don't think liquidation is the right
13  word. Like I said, Dan shuts the account down.
14     Q.  When you say --
15     A.  Goldman has to send the money back once
16  the account is shut down.
17     Q.  Has to send what money back?
18     A.  To the administrator. They can't have
19  money in an account if it is shutting down. They
20  have to get any remainder money out to where it
21  belongs, the account holder, which is the
22  Independent Fund, the administrative.
23         So the money has to go back to the
24  administrator. It does. It has to go back to

184

Szele

1  a matter of liquidation. It was a matter of,
2  okay, you shut down this account. This money is
3  going back to the Fund. Let's sit down and talk
4  what to do next. That was my --
5      Q.  Then what happened?
6      A.  He didn't communicate with me.
7      Q.  Then what happened? What did the Fund
8  do with the money?
9      A.  Didn't communicate more with me.
10         What did the Fund do with the money?
11  The Fund kept the money and in tranches over time
12  based on the offering memorandum gave back bits
13  and pieces to Dan based on accounting, proper
14  procedures in how to give money back to an
15  investor.
16     Q.  Was that pursuant to an agreed upon
17  liquidation?
18     A.  It is not a liquidation. It's a
19  process by which money goes back to investors. I
20  think you are referring to the term redemption
21  instead of liquidation.
22     Q.  Who agreed upon the redemption of the
23  Fund moneys?
24     A.  Dan wanted his money out. So that was

Szele

1
2  considered -- he had to sign forms. He signed
3  the forms to redeem.
4      Q.  Did IAM and the Fund agree he could
5  redeem the money?
6      A.  It's not up to me to agree. It is
7  his -- it was his choice -- not choice. It
8  was -- once an investor gives a redemption
9  notice, the Fund has to do certain things through
10  their fiduciary responsibilities. And that's
11  what they did.
12          I never asked for a redemption. I
13  never asked for liquidation. I never asked for
14  anything else than to sit down and discuss with
15  Dan next steps. It is a procedural thing.
16     Q.  Did IAM agree to the redemption by Dan?
17     A.  No. The board of directors of IFL
18  agreed to do the proper procedures of giving an
19  investor back the money based on certain
20  procedural requirements.
21     Q.  And what position did IAM take with
22  respect to that?
23     A.  IAM is just the trading manager. So
24  IAM doesn't have much to say about it. It is the
25  Independent Fund Limited board of directors that

186

Szele

1
2  make those --
3      Q.  If I am understanding, Dan had the
4  right to redeem the shares and he did and IAM
5  didn't take any position, is that right?
6      A.  No, that's not right.
7      Q.  Okay. Then what happened?
8      A.  Dan is an investor -- I am going to
9  give you my opinion, because that's all I can
10  give you what happened here.
11          My opinion is that Dan caused a
12  violation because he wanted to get his money out.
13  Whether or not he wanted to shut the account
14  down, I don't know. I think he wanted to get the
15  account shut down.
16          He had the account shut down by his
17  actions. The money goes back to the
18  administrator. The administrator has to
19  fiduciarily take responsibility in the Fund to
20  give back the money to Dan based on a formula
21  that is explained in the offering memorandum.
22  That's what took place.
23     Q.  What position did IAM take vis-a-vis
24  this redemption by Dan and the Fund providing him
25  his moneys back?

Szele

1
2      A.  IAM was of the position that there was
3  a series of breaches here. This wasn't done
4  properly by Dan.
5      Q.  I am not -- we will get back to the
6  breaches that you've alleged. I am asking, what
7  position did IAM take with respect to the
8  redemption by Dan of his shares in the Fund in
9  and around December of '06?
10     A.  Again, Independent Fund Limited makes
11  those decisions. It doesn't matter what IAM does
12  there. It is trading --
13     Q.  It may or may not matter. I am asking
14  you what position if any IAM took with respect to
15  Dan redeeming his shares in the Fund in December
16  of '06. Did they take a position?
17     A.  I'm just not -- I'm just not clear on
18  the question. The position was that we had to
19  wait for Independent Fund Limited to do the
20  proper steps and IAM is going to have to deal
21  with Dan on these issues per our agreement and
22  discuss what to do next.
23     Q.  Did IAM object in any way to the
24  redemption that took place in the beginning of
25  December 2006 by Dan of the shares in the Fund?

188

Szele

1
2      A.  I told Dan, I think by e-mail, but I
3  have to check that, but I also made it very clear
4  that this was going obviously outside of the 5
5  million and we have to talk about this and talk
6  about what to do next.
7          I didn't get through to him most of the
8  time as I tried. You can see all the e-mails and
9  phone calls, whatever, IMs.
10          I was trying to get to him to discuss
11  all this and figure out next steps. We did make
12  it clear this was contrary to our agreement.
13     Q.  Did you provide any notice of a
14  violation of the agreement to Dan in November,
15  December 2006 in writing?
16     A.  There is an e-mail in writing around
17  that time from me to Dan. Four or five
18  sentences.
19     Q.  What does it say?
20     A.  I don't know. I would have to pull it
21  out.
22     Q.  Do you recall the substance
23  approximately?
24     A.  I wouldn't want to repeat anything in
25  there until I have it in front of me. It is very

Szele

1
2   specific.
3       Q.   Why don't we take a break and ask your
4   counsel and see if you can find it.
5           (Recess)
6   BY MR. SEAR:
7       A.   So the e-mail was on 11/10/06 from Dan
8   to me.
9       Q.   I know what that e-mail is. My
10  question is something else.
11      A.   That is the one I was referring to.
12      Q.   Good. Was there any e-mail in
13  November, December of 2006 in which IAM or you
14  stated to Dan in words or substance that he had
15  violated the contract?
16      A.   I tried to reach him. I tried to reach
17  him and I never heard back from him. So it was
18  really more of an e-mail thing. I am trying to
19  think if we even had a conversation. I don't
20  think we even had a conversation because he never
21  got back to me.
22      Q.   I wasn't asking you about a
23  conversation. I was asking you about an e-mail.
24          Was there an e-mail from you or someone
25  on behalf of IAM in November or December 2006 in

Szele

1   shortly request that all funds be sent back to
2   our account. Please let us know when the account
3   is fully settled and funds are ready to be wired.
4   Best, George Szele."
5       A.   I see that.
6       Q.   Had the Independent Fund determined as
7   of December 4, 2006 to liquidate the account?
8       A.   I am just trying -- let me just think
9   for a second.
10          I was responding to Gia's e-mail to me
11  below that where she says it will be placed on
12  liquidation only status. What I am telling her
13  is that get us the money back. The administrator
14  is discussing the money back. And the
15  Independent Fund has to obviously liquidate the
16  account at Goldman Sachs because that is what
17  they are forcing us to do. Dan's actions are
18  forcing us to do.
19          Because Goldman is saying they have to
20  liquidate, we have to liquidate it via their
21  request, Goldman Sachs' request.
22      Q.   Why didn't you put in this e-mail all
23  about forcing? Why did you say the Independent
24  Fund will be liquidating this account?

190

Szele

1
2   which in words or substance you said to Dan he
3   had violated the contract?
4       A.   In an e-mail?
5       Q.   Yes.
6       A.   I don't think so.
7       Q.   In any other writing?
8       A.   I don't think so, but I will check the
9   IMs.
10      Q.   Do you recall any IMs in which that is
11  stated?
12      A.   Sorry, I don't.
13      Q.   Do you recall telling Dan in November
14  you understood his actions were well intentioned?
15      A.   At some point I mentioned that
16  something is well intentioned. But it wasn't
17  acceptable in either case.
18      Q.   Let me show you what we've marked as
19  Zanger Exhibit 33.
20          (E-mail chain marked Zanger Exhibit 33
21  for identification)
22      Q.   The first e-mail here is an e-mail from
23  you to Gia dated December 4, 2006 telling Gia,
24  and I quote, "The Independent Fund will be
25  liquidating this account. BFS, the admin, will

192

Szele

1
2       A.   I am just using her words. She asked
3   me.
4           Force was established. She put it in
5   her e-mail. Clearly his actions caused them to
6   say something which was out of my hands.
7       Q.   Okay. Let me show you Zanger
8   Exhibit 34.
9           (E-mail chain marked Zanger Exhibit 34
10  for identification)
11      Q.   You see this is an e-mail trail from
12  December 1 up through December 14, 2006?
13      A.   Okay.
14      Q.   You see the e-mail, looks like it's
15  from Joe dated December 13, 2006 at 2:04 p.m. on
16  the first page?
17      A.   I see it.
18      Q.   You see it refers there to, in part,
19  "We are finalizing our accounting for this class
20  of shares so we can prepared" -- it says --
21  "final redemption instructions to the Fund's
22  underlying shareholders"? Do you see that?
23      A.   I do.
24      Q.   Who made the decision to do a final
25  redemption of the Fund's shareholders?

193                                                                                    195

Szele

1        A.  No one. Joe is just not using -- I
2    don't think he meant to use those words.  There
3    is no approval of any redemption whatsoever.
4        Q.  Well, there was a redemption, right?
5        A.  Dan requested -- I mean, I know what he
6    is saying here.  He is just using his own
7    language.  I mean, I can't control what Joe
8    wrote.
9        But the redemption, it wasn't approved.
10   It was forced by the fact that Dan's trades
11   caused Goldman to shut down the account.  That is
12   what forces the issue.  It is not one of these
13   voluntarily situations where the investor wants
14   to redeem, the manager says okay, here are the
15   terms and everything is all set.  This is a
16   forced situation.
17       Q.  If the money had gone back to the Fund,
18   if the Goldman Sachs account had been liquidated
19   and the money went back to the Fund, the Fund
20   could have invested that money somewhere else,
21   right? It could have gotten a new trader?
22       A.  Not without Dan's approval.  It is his
23   money.
24       Q.  My point is, why did the Fund redeem
25

Szele

1    with respect to the redemption? If you know.
2        A.  I really -- besides the fact that we
3    didn't approve of this because it dropped us
4    under 5 million, that's the position we took.  We
5    were trying to get Dan to convey that and talk
6    about that.
7        Q.  Did you take any action with the
8    administrator in terms of the redemption?  Did
9    IAM object to the redemption?
10       MR. LANZA:  Objection.
11       A.  Again, it's the Fund's -- Independent
12   Fund's separate board of directors that makes --
13       Q.  I understand that.  I am asking you,
14   did IAM object to the redemption in any way?
15       MR. LANZA:  Objection.  I think he
16   answered it.
17       MR. SEAR:  He hasn't even come close.
18       A.  Did IAM object in particular or just in
19   general -- maybe you should rephrase it.
20       Q.  Did IAM object to the redemption to
21   anyone?
22       A.  IAM definitely was not comfortable with
23   this redemption in the sense it violated the
24   rules of the agreement between IAM and Dan.
25

194                                                                                    196

Szele

1    Dan as opposed to the Fund continuing to hold the
2    money and having trades done elsewhere?
3        A.  It is not clear to me what you are
4    asking.  But let me say again that Dan's trading
5    actions caused the money to go back to the
6    administrator.  Then the administrator -- then
7    Dan filled out the form or whatever he needed to
8    do to get back the money.
9        At that point it's the Fund
10   administrator's job to make sure that all the
11   NAVs are up to par, all the accounting takes
12   place properly.  You know, they have to give back
13   certain tranches and the Fund can withhold
14   certain tranches per the bylaws for this amount,
15   this total amount.
16       I'm not sure what you mean why didn't
17   we go with some other trader.  It is Dan's money.
18   He would have to want to go with some other
19   trader.  That would have to be discussed.  That
20   was something completely different from what we
21   were engaged to do together.
22       I'm really not certain of your
23   question.
24       Q.  What position, if any, did IAM take
25

Szele

1        Q.  I am not asking whether you were
2    comfortable or you felt good, what you had for
3    breakfast.  All I am asking you is --
4        A.  I am answering --
5        Q.  In December of 2006, did IAM do
6    anything, anything at all to object to the
7    redemption of Dan's shares in the Fund?
8        A.  I would have to look at my e-mails, my
9    notes, everything.  I cannot answer any
10   differently than I have.
11       Q.  As you sit here now, can you point to
12   anything that IAM did to object to that
13   redemption?
14       A.  Not until I sit down and look at my
15   notes and e-mails.
16       Q.  Will you do that and get back to us so
17   we may continue this questioning?
18       A.  Sure.
19       Q.  Let me show you what we previously
20   marked as Zanger Exhibit 12 and ask you to read
21   through that and tell us what it is, if you know.
22   More particularly, what it refers to, these
23   series of e-mails.
24       A.  This is just my partner Joe getting
25

197

Szele

2 passionate about, you know, various things that
3 he thinks.
4         You have to understand Joe is a -- he
5 is just a very passionate guy. I don't think --
6 between partners there is disagreement. This is
7 what this was about. It is about as simple as
8 that.
9         He actually sent me e-mails and called
10 me after this and said he apologized several
11 times over. I took it as just the usual Joe
12 ranting and raving when he is having a bad day
13 type thing.
14        Q.  Did Goldman Sachs have a system which
15 allowed you on a daily basis to access the
16 trading by Dan?
17        A.  I could not access any trading during
18 the day. I can only access the P&L reports at
19 night. That was given to me the following day.
20 I could not keep track of anything during the day
21 really.
22        I did have access to the ready
23 platform. The problem is Dan constantly was
24 trading. That wasn't at all accurately
25 reflecting his activity during the day.

198

Szele

2        MR. LANZA:  I am going to object to
3        that question for the record. The question
4        itself.
5        Q.  What was the ready platform?
6        A.  The ready platform is Goldman Sachs'
7 platform, trading platform.
8        Q.  What does that mean, you had access to
9 the ready platform?
10        A.  I had access to watch the actual
11 positions of Dan to the degree they were being
12 entered by him and his other brokers. It was
13 very inaccurate. I basically ended up not
14 looking at it because it wasn't accurate.
15        The only thing that was accurate was
16 the following day the P&L for the previous day in
17 a report like the one you gave me here in an
18 exhibit.
19        Q.  Would that show the number of calls
20 that had been met?
21        A.  That wouldn't show anything about calls
22 or violations as far as I know.
23        Q.  Did you ever ask Gia to be informed on
24 a daily basis on the calls he was causing to be
25 made and met?

199

Szele

2        A.  I had asked Gia to keep me informed as
3 much as she could. Any way she wanted to.
4        Q.  What happened with that?
5        A.  You are going to have to ask her. She
6 informed me when she did and she did in any of
7 the other ones you saw in the memo.
8        Q.  That was at the end of '06?
9        A.  Her memo to me was at the end of '06.
10        Q.  Take a look at Zanger Exhibit 6,
11 please, the offering memo.
12        If you look at page 5, there is a
13 paragraph midway down, it's the seventh paragraph
14 down, the first two sentences. It says, the
15 shares are available only to sophisticated
16 persons who are willing and able to bear the
17 economic risks of this investment and who are
18 able to bear a substantial or complete loss of
19 their investment in the shares of the Fund. The
20 shares are speculative and involve a high degree
21 of risk.
22        Were those statements true with respect
23 to the Class Z shares?
24        A.  This is standard boilerplate offshore
25 fund text. I can't answer anything why -- I

200

Szele

2 can't answer that.
3        This is standard disclosure stuff that
4 would have to be in there whether it is, you
5 know, any manager across any volatility spectrum
6 across any risk profile. It is total standard
7 legal language based on Bermuda law.
8        Q.  It may be totally standard legal
9 language. My question to you is, were those two
10 statements true with respect to the Class Z
11 shares traded by Dan?
12        A.  I would say I don't know the answer to
13 that question. I think that's -- I think it's a
14 totally objective thing. I couldn't answer that
15 question.
16        Q.  Well, did you have an understanding
17 when you entered into the agreement with Dan back
18 in 2004 that his trading involved a high degree
19 of risk and was speculative?
20        A.  To me everything is speculative and a
21 high degree of risk. Everything. My trading,
22 his trading, everyone's trading. Trading
23 involves risk and it's speculation.
24        Q.  Do you know what a chart trader is?
25        A.  Chart trader?

201

Szele

1
2    Q.   Yes.
3    A.   Chart trader. I heard the term. Yes.
4    Q.   What is it?
5    A.   I believe it's someone that trades off
6    of chart patterns and different types of
7    technical analysis.
8    Q.   Did you understand when you entered
9    into the agreement with Dan in 2004 that he was a
10   chart trader?
11   A.   Yes, sure.
12   Q.   And did you understand that his trading
13   as a chart trader involved a substantial degree
14   of risk?
15   A.   To me what he was doing -- as far as
16   risk, I found him to be -- how should I say it?
17   Not too far off the spectrum of what I deem is
18   appropriate or standard risk in these markets.
19       Maybe you would like me to comment on
20   whether or not I think he is a little bit of a
21   riskier manager than the average manager. Is
22   that more what you are asking for?
23   Q.   I am asking for your information. What
24   do you think about that subject?
25   A.   I will tell you this. He is a little

202

Szele

1
2    bit riskier than the average manager. That is
3    the best I can answer.
4    Q.   Did you know that from the beginning?
5    A.   I did.
6    Q.   Let me read to you a statement that was
7    made in court to the judge in this case by your
8    counsel on October 4, 2007.
9        Mr. Lanza, page 7, line 5:
10       "MR. LANZA: Well, your Honor, it would
11   really be just requiring taking a look at the
12   e-mail exchanges from the prime broker to IFL,
13   specifically to Independent Asset Management,
14   saying you are in violation of our rules. You've
15   done this 125 times or saying --
16       "THE COURT: Do they say that?
17       "MR. LANZA: They do say that.
18       There are exchanges from a woman named
19   Gianina Arturo who works for Goldman Sachs who
20   was consistently irate over these margin calls
21   and they were."
22       Do you know what e-mail exchanges are
23   referred to in that statement?
24   A.   I would have to find those e-mails.
25   Q.   Do you have any idea what e-mails are

203

Szele

1
2    referred to there?
3    A.   I have some idea. But to -- I would
4    have to find them to give you specific
5    information.
6    Q.   What year did they take place in?
7    A.   What year? I would have to look.
8    2005, 2006.
9    Q.   How many such e-mail exchanges were
10   there?
11   A.   I don't know. I would have to look to
12   count.
13   Q.   Would these be in the documents
14   produced to us?
15   A.   I would assume so.
16   Q.   Can you give me any information about
17   the specifics of these e-mail exchanges in which
18   this woman was consistently irate over these
19   margin calls?
20   A.   Well, I noticed irateness in her voice
21   a couple of times.
22   Q.   I wasn't asking about her voice. I was
23   asking about a representation made to the court
24   about e-mail exchanges.
25       We have gone through -- I haven't done

204

Szele

1
2    it all myself. I will tell you my associate and
3    I have reviewed the entirety of the production in
4    this case. We haven't found one such e-mail.
5        If you could give us or counsel can
6    give us a Bates number or you can give us any
7    specificity on the month that these took place in
8    or who at IAM these e-mails were addressed to or
9    anything else that would help us find them, we
10   would like to have that information.
11   A.   I will look for them.
12   Q.   Okay.
13   A.   I do want to say a violation -- a
14   margin call is a violation.
15   Q.   Well, I think the testimony will
16   reflect that you've testified about every
17   different way on that. We have a different view.
18   We think there is no factual or legal basis for
19   the notion that a margin call that is met
20   constitutes a violation of anything.
21   A.   If a margin call is not met, you are
22   shut down. That's a violation.
23   Q.   No, I was saying that a margin call
24   that is met does not constitute a violation of
25   anything. If you have any proof to the contrary,

205

Szele

1 please give it to me.

2    A.   I will go back to all the brokers and

3 ask them that.  They will say -- it is semantics.

4 If you are not doing something that -- if you are

5 doing something you are not supposed to -- you

6 are not supposed to have a margin call.  If you

7 are doing something you are not supposed to, it's

8 a violation.

9        Whether you call it day trading

10 violation or you could use any semantics you

11 want.  You are not supposed to have a margin

12 call.  Do you have the right to cover it right

13 away and be okay?  Yes.  If you don't cover it

14 right away, you are shut down.  Futures,

15 equities, you name it.  I have been through it

16 myself.  I know all about that.

17    Q.   How many times have you been shut down?

18    A.   Never.  I covered -- if I had a margin

19 call in the futures, I covered it right away.  It

20 is still a violation.

21    Q.   What do you base that on beyond what

22 you told us already?  Anything?

23    A.   I base it on what the brokers call it.

24 The brokers call it a violation.

206

Szele

1    Q.   Beyond what you told us here today

2 already, do you have any other facts to add to

3 that?

4    A.   No, not right now.

5    Q.   Let me show you what we previously

6 marked as Zanger Exhibit 13 which is headed First

7 Supplement to Plaintiff's Response to Defendant's

8 First Set of Interrogatories.  Let me ask you if

9 you have seen this before.

10    A.   I would like to add one more thing

11 there.  Whether or not it is a violation or not

12 technically, he was supposed to inform me of

13 anything and everything of that nature.  The

14 liquidity -- it is all in the agreement.  He

15 didn't not once.  I think that is very important

16 to note.

17        What do I do here?

18    Q.   First take a look at this document and

19 tell me if you have seen it before.

20    A.   Yes.

21    Q.   Did you provide the information that is

22 set forth in the document?

23    A.   I believe so.

24    Q.   If we turn to page 2, at the bottom it

207

Szele

1 says, however, subject to and without waiving any

2 objection, plaintiff submits the following

3 computations for the compensatory, economic

4 damages as alleged in the complaint:

5        Lost fees.  As discussed below, because

6 defendant failed to fulfill his obligations under

7 the five-year agreement, plaintiff lost the

8 opportunity to earn both management fees and

9 performance fees for the AUM and the returns on

10 IFL's investments for the time remaining under

11 the term of the agreement.

12    Q.   What is the AUM?

13    A.   Assets under management.

14    Q.   Okay.  Then it says, lost management

15 fees.  IAM was entitled to an annualized 1

16 percent of AUM for the term of the agreement.

17 Pursuant to defendant's suggestion to place $50

18 million into IFL and pursuant to Homstrom's

19 $450,000 investment, IAM lost a minimum of

20 $1,513,500 which excludes the likelihood that IAM

21 would attract additional investors.

22        Did I read that correctly?

23    A.   Yes.

24    Q.   Is that calculation based upon the

208

Szele

1 assumption that the defendant was somehow

2 obligated to place $50 million into IFL?

3    A.   I believe so.

4    Q.   Let's read the next item, lost

5 performance fees.  IAM was entitled to an

6 annualized 5 percent of all returns.  Pursuant to

7 defendant's placement of $50 million and

8 Homstrom's investment into IFL and in

9 consideration of defendant's historical trading

10 success, IAM lost a minimum of $1,891,875 which

11 excludes the likelihood that IAM would attract

12 additional investors.

13        How is that minimum of $1,891,875

14 calculated?

15    A.   I would have to go back and look at

16 that.

17    Q.   Is that calculated --

18    A.   But I gave them a spreadsheet on very

19 conservative assumptions.  That is how we came up

20 with that.  I would have to look at the

21 spreadsheet to give you details.

22    Q.   You can't do that now?

23    A.   I don't have the spreadsheet here.

24    Q.   Is this calculation based upon the $50

Szele

1    million number?
2    A.    No, I don't think so.  But I would have
3    to check.
4    Q.    Why does it say pursuant to the
5    defendant's placement of $50 million?
6    A.    I can't answer that.  I'm not sure.
7    Q.    Do you have any other information as to
8    the calculation of this amount beyond what you've
9    told us?
10    A.    I don't.  I'd have to pull up the
11    spreadsheet.
12    Q.    The next item is lost trading revenue.
13    Pursuant to defendant's failure to place the
14    required amount into IFL in compliance with the
15    agreement.
16        What's the required amount as
17    referenced there?
18    A.    I think it's referring to the fact that
19    he didn't do -- he did it in two tranches and he
20    did it not when he was supposed to.
21        In other words, it took him four or
22    five months to get 2 million in there and another
23    3 million at the beginning which caused us about
24    that amount.

210

Szele

1    Q.    Do you have any knowledge or
2    information as to how the $100,000 is calculated?
3    A.    That's what I just said.  That's about
4    100,000.
5    Q.    How do you get to 100 -- what's the
6    calculation?
7    A.    I'd have to pull up the spreadsheet to
8    go through all these numbers to comfortably
9    respond to all these questions.  I can't do it
10    without the spreadsheet.
11    Q.    You don't have that with you?
12    A.    I do not.
13    Q.    Let's look at the next item,
14    information technology costs.  In connection with
15    the management of IFL, IAM incurred approximately
16    $20,000 cost in implementing the information
17    technology necessary to operate a hedge fund.
18        When was that incurred?
19    A.    Again, I would have to look when
20    exactly that was occurred.  I believe it is over
21    the course of the two years or year-and-a-half.
22    I would have to look exactly.
23    Q.    Was some of this incurred prior to
24    2005?

Szele

1    A.    I don't think so.  I would have to
2    check.  No, I think -- I believe --
3    Q.    Do you have any documentary backup for
4    this $20,000 cost?
5    A.    I am sure we have that.
6    Q.    What is it?
7    A.    I would have to check.  First I have to
8    check -- I think everything is on my spreadsheet
9    actually.  I have to check with that and I can
10    give you any backup documentation on that.
11    Q.    Let's look at the next item, IAM's
12    unpaid debts.  In connection with defendant's
13    actions, IAM incurred approximately $690,595 in
14    debts which were rendered unable to be repaid due
15    to IFL being shut down under the prime broker and
16    the Fund administrator.
17        How was the 690,595 calculated or what
18    does it represent?
19    A.    I believe it's essentially the debt
20    that you saw on the other spreadsheet.
21    Q.    Is this debt that was incurred from
22    2001 up until 2006?
23    A.    Some of it 2001, '2, '3, '4, '5 and '6.
24    It encompasses the entire period.

212

Szele

1    Q.    What expectation did IAM have in 2006
2    of getting any of this debt repaid?
3    A.    If Dan hadn't breached the agreement,
4    we would have repaid it very easily over the next
5    five years.  It would have been repaid.
6    Q.    Given the fact that the only investor
7    that you obtained for the Class Z shares beyond
8    Dan was Mr. Homstrom, who is a principal in IAM,
9    what expectation did you have, if any, from '06
10    going forward that you would attract any
11    additional investor for '07, '08, '09 or 2010?
12    A.    Well, like I told Dan, the more money
13    he puts in and the better he performs, the
14    quicker we could raise money.  I was waiting for
15    him to put in more money like he said he would
16    and I was waiting for him to perform better after
17    that poor 2006 period.
18    Q.    Am I right that by the end of '06 he
19    was still up on a net basis of trading profits
20    from the beginning?
21    A.    I believe that's accurate, but he had a
22    big drawdown, which he never said he'd have in a
23    bull market.  He said he would be down 5, 6, 7
24    percent in a bear market maximum, peak to trough.

213

215

Szele

2 He ended up being down 30 percent in a bull
3 market. So vastly different from the
4 expectations he put down on paper to us.
5      Q.   That makes him liable for $690,000?
6      A.   What makes him liable is that he ended
7 the contract before a five-year period which is
8 very customary to build a business with a
9 manager, to build a track record, to build the
10 whole marketing campaign.
11      Q.   IAM's potential liability. IAM faces
12 potential legal liability to other IFL investors
13 in the amount of $450,000. What is the reference
14 there to?
15      A.   That's in reference to Mr. Hornstrom.
16      Q.   Am I correct Mr. Hornstrom has never
17 asserted any claim against IAM?
18      A.   Against IAM?
19      Q.   Yes.
20      A.   He wasn't happy about the loss. And he
21 is not happy about the loss.
22      Q.   Fine. Did he ever assert any claim
23 against IAM?
24      A.   I actually don't know -- I don't know.
25 I actually don't know right now how he feels

214

Szele

2 about that. You should maybe ask him.
3      Q.   Okay. I'm not asking him how he feels.
4 I am asking if he ever asserted any claim against
5 IAM. I take it your answer is you don't know?
6      A.   Up to now he has not to my knowledge
7 directly -- what he has talked about to counsel I
8 don't know.
9      Q.   Moving costs. When did IAM move from
10 its offices?
11      A.   February of '07.
12      Q.   This is before you got the additional
13 investor in March of '07?
14      A.   Well, again, that took -- that was a
15 many-month process to get that investor. But
16 February I think was the last month we were
17 actually in that office in Stamford.
18      Q.   Then we have general damage to IAM.
19 Because defendant's actions shut down IFL, IAM
20 suffered tremendous reputational damage.
21           What reputation did IAM have as of 2006
22 that was damaged?
23      A.   A pretty good reputation and a pretty
24 good mix of service providers from the top
25 offshore jurisdiction in the world with arguably

Szele

2 the top service providers writing us letters, for
3 example, about Dan's actions and in particular
4 saying you should consider getting rid of Dan or
5 we'll get rid of you.
6      Q.   So am I correct that IAM's reputation
7 wasn't so good or was it real good?
8      A.   IAM's reputation was quite good with
9 these service providers before Dan's actions,
10 yes.
11      Q.   Putting aside the service providers
12 that got paid money to provide service, as of the
13 end of 2006, what was IAM's reputation with
14 investors based upon its track history from '01
15 to '06?
16      A.   I can't answer that in great detail at
17 all. If I went through a due diligence process
18 right now with investors regarding Dan, it
19 wouldn't be pretty because of everything that he
20 did.
21           There isn't a person out there that's
22 honestly not going to tell you that he damaged us
23 tremendously. It is just across the board.
24      Q.   Can you name one of those persons?
25      A.   Yes, Robert Peacock -- if I got into

216

Szele

2 the details of people that -- if I gave them the
3 whole story on the case, they would be like this
4 guy killed you.
5      Q.   I am not asking if you went and talked
6 to them now. I am asking you if you can name any
7 one person now as of this moment that would say
8 that IAM had a great track record, had a real
9 good reputation up to '06 and then Dan damaged
10 it?
11      A.   I'm not sure if I am at liberty to say
12 a name just quite yet. Can I counsel with them
13 for one minute?
14      Q.   Fine. If you can't tell me now, don't
15 tell me.
16           How did you calculate the $10 million
17 in this portion of the --
18      A.   I would have to go back to the
19 spreadsheet again. Essentially, I came up with
20 conservative numbers on the amount of money Dan
21 said he was going to put in there. I came up
22 with conservative numbers on his track record and
23 his performance. I came up with a conservative
24 number of investors we would have brought in over
25 time. A bunch of conservative assumptions and I

217

Szele

1  got to 20 million actually. I just said go with
2  10.
3      Q.  Can you give us what any of these
4  conservative assumptions are as you sit here now?
5      A.  Sure. I believe I used one-third of
6  his annual average track record. One-third of
7  his average annual return.
8      I used I believe 20 or 25 million and
9  he said he was going to start with 10 million. I
10  figured 20, 25 was pretty doable when he was
11  going to go up to 50.
12      I would have to go back to the
13  spreadsheet for others. If you take those two
14  numbers alone, you are close to 10 or above it
15  right there.
16      Q.  Did Mr. Zanger guarantee any level of
17  performance in connection with his agreement with
18  IAM?
19      A.  Did he guarantee any level of actual
20  trading performance?
21      Q.  Yes.
22      A.  No, he didn't guarantee anything as far
23  as trading performance. He did give me strong
24  guidelines.

218

Szele

1      Q.  Going into the contract you understood
2  that Mr. Zanger might make a lot of money for the
3  Fund or might lose a lot of money?
4      A.  Mr. Zanger likes to talk his track
5  record up significantly by pointing to a track
6  record at Effron which shows a 10,000 percent
7  return in one year.
8      Then he goes and shows me other things
9  in his Westwood U.S. fund which shows me hundreds
10  and hundreds percent return.
11      Then he goes and shows me and talks to
12  magazines about his other thousands of percent
13  returns. And you just Google him across the
14  board and you see thousands and thousands of
15  percent returns.
16      For me to assume one-third of his
17  actual average annual return is I feel quite
18  conservative.
19      Q.  You are now calculating damages against
20  Mr. Zanger based upon an assumed level of
21  positive performance by him that was not
22  guaranteed in the contract, am I right?
23      A.  I am taking an average annual return --
24  his historical actual return which every investor

219

Szele

1  would do for due diligence purposes to calculate
2  any sort of correlation matrix or any sort of
3  expected return number and I am taking one-third
4  of that and saying this is what we could achieve
5  if just his money would have been in there where
6  he said it would be. Not to mention the other
7  investors we might have brought in in year four
8  or five or whatever.
9      Q.  Did IAM provide any value to the Class
10  Z shares in '05 or '06?
11      A.  Did IAM provide any value? Depends how
12  you define value.
13      Q.  Define it any way you want.
14      A.  Tremendous value to the whole operation
15  through everything we did for Dan, including
16  holding his hand, finding him lawyers. You name
17  it across the board. We did everything for the
18  guy he wanted us to do except trade. Or we
19  attempted to do everything for him except trade.
20  That was his job and give us answers on marketing
21  material so we could market him.
22      Q.  Did IAM generate any revenue for the
23  Fund in '05 or '06?
24      A.  Well, we feel our input, time and

220

Szele

1  effort is generating revenue. It just happened
2  that he was with Ola the only investor in the
3  Fund. If that is how you view is generating
4  revenue, I guess that's how you define generating
5  revenue.
6      Q.  Define it any way you want.
7      A.  I just did. IAM did add tremendous
8  value and increased revenue in that sense.
9      Q.  What --
10      A.  The revenue based on the fees it
11  generated from the fund.
12      Q.  Those are the moneys that IAM took. I
13  am asking if IAM actually helped the Fund obtain
14  any revenue. I am not asking you about the money
15  that IAM took from the fund.
16      A.  I don't understand what you mean by --
17      Q.  Dan traded, correct?
18      A.  Right.
19      Q.  That increased the amount of money in
20  the Fund, right?
21      A.  Or decreased it.
22      Q.  But on an overall net basis through the
23  two years Dan increased the amount of money in
24  the Fund?

221

Szele

1     Szele

2    A.  Right.

3    Q.  Did IAM do anything to increase any

4 amount of money in the Fund over the two-year

5 period?

6    A.  Yes, sure.

7    Q.  What money? Would you identify the

8 money that it increased.

9    A.  Again, you are defining -- if you are

10 defining money as did we place capital in there

11 with him?

12    Q.  Capital, revenue, dollars.

13    A.  We didn't place -- our job was not to

14 place our own capital in. Our job was to --

15 everything else. To manage, to administrate, to

16 oversee, to do marketing material, to find

17 investors, to travel. Basically to hold his hand

18 for an entire offshore business, which he wanted

19 nothing to do with. He wanted to have it placed

20 in his lap and that's it.

21    MR. SEAR: I have no further questions

22 of this witness at this time.

23    There are a number of open items where

24 the witness has represented he will provide

25 me information or answers. There are also

222

Szele

1    Szele

2 our requests we made the other day at Mr.

3 Porco's deposition.

4    So we reserve all our rights to recall

5 Mr. Porco or this witness and we reserve our

6 rights with respect to the documentation.

7    For the moment, I have no further

8 questions of this witness.

9    (Time noted: 4:45 p.m.)

223

Szele

1 March 5, 2008

2

3

4      ERRATA

5

6 PAGE/LINE CHANGE/REASON

7  _____

8  _____

9  _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____

224

Szele

1

2

3

4

5

6

7  _____

8     GEORGE SZELE

9

10 Subscribed and sworn to

11 before me this    day

12 of       2008

13  _____

14

15

16

17

18

19

20

21

22

23

24

25

227

2  March 5, 2008

3

    INDEX (Continued)

4

5  ZANGER      PAGE

6    29    167    Document Bates stamped
                  6324-6361

7

8    30    171    One-page document

     31    175    E-mail chain from October
9                 of 2006

10   32    178    Document regarding margin
                  call that was met

11

12   33    190    E-mail chain

     34    192    E-mail chain
13

14

    REQUESTS: 80, 171, 196, 204
15

---

1

2           CERTIFICATE

3

4  STATE OF NEW YORK )

5                    ) ss.

6  COUNTY OF NEW YORK)

7

8        I, Lisa Mango, a Shorthand Reporter and

9  Notary Public within and for the State of New

10 York, do hereby certify:

11       That GEORGE SZELE, the witness whose

12 deposition is hereinbefore set forth, was duly

13 sworn by me and that such deposition is a true

14 record of the testimony given by such witness.

15       I further certify that I am not related

16 to any of the parties to this action by blood or

17 marriage and that I am in no way interested in

18 the outcome of this matter.

19

20

21        -------------------

22             LISA MANGO

23

24

25

---

226

1

2  March 5, 2008

3

4            INDEX

5  WITNESS        EXAMINATION BY    PAGE

6  George Szele    Mr. Sear     4

7

   ZANGER        PAGE
8

9    16    29    Letter from Thomas McVey to
                 the SEC

10   17    104   Document Bates stamped
                 115-117

11

   18-20       (not marked)
12

13   21    107   E-mail dated 12/1/05 from
                 George Szele to Daniel
14               Zanger

15   22    112   E-mail from Gia

16   23    115   IM between George Szele and
                 Daniel Zanger

17   24    118   Document regarding house
                 call

18

19   25    122   E-mail dated 7/10/06 from
                 George Szele to Gia

20   26    124   E-mail from George Szele to
                 Daniel Zanger

21

22   27    133   E-mail dated 9/22/06 from
                 George Szele to Daniel
                 Zanger

23

24   28    157   Set of documents e-mailed
                 to Thomas Sear

25

228

**$**

**$1,513,500** [1] - 207:21
**$1,891,875** [2] - 208:11,
208:14
**$10** [2] - 20:10, 216:16
**$100,000** [7] - 87:13,
140:15, 173:23, 174:6,
174:7, 174:12, 210:3
**$20,000** [2] - 210:17, 211:5
**$200,000** [2] - 168:3,
174:10
**$32,604** [1] - 173:3
**$391,412** [1] - 161:10
**$4,890,097.88** [1] - 166:20
**$450,000** [2] - 207:20,
213:13
**$482,098.01** [1] - 120:17
**$50** [8] - 7:4, 67:23, 67:25,
207:18, 208:3, 208:8,
208:25, 209:6
**$50,000** [3] - 130:3, 132:3,
132:11
**$500,000** [3] - 36:10, 36:14,
36:16
**$56,368.47** [1] - 172:10
**$57,000** [1] - 174:23
**$58,000** [2] - 170:18, 172:7
**$616,341** [1] - 172:20
**$690,000** [1] - 213:5
**$690,595** [1] - 211:14
**$9,432,086.91** [1] - 166:8

**'**

**'01** [8] - 16:14, 23:6, 23:13,
36:17, 36:19, 215:14
**'03** [2] - 22:16, 87:16
**'04** [8] - 16:14, 22:16, 23:6,
23:13, 36:17, 36:19, 87:12,
87:16
**'05** [19] - 42:5, 42:6, 42:22,
43:4, 43:12, 44:2, 44:11,
44:12, 44:25, 45:10, 45:17,
53:10, 68:23, 70:11, 87:12,
119:11, 165:6, 219:11,
219:24
**'06** [48] - 37:9, 42:23, 43:5,
43:7, 43:8, 43:23, 64:21,
69:4, 72:16, 79:25, 87:12,
102:15, 103:2, 112:3, 112:8,
112:9, 112:17, 114:5,
120:22, 140:19, 141:12,
143:18, 143:19, 143:25,
147:8, 147:12, 148:13,
151:8, 151:15, 153:6, 165:7,
165:9, 166:3, 170:15, 187:9,
187:16, 199:8, 199:9,
212:10, 212:19, 215:15,
216:9, 219:11, 219:24
**'07** [11] - 80:2, 103:2,

137:12, 141:19, 142:23,
144:6, 144:15, 212:12,
214:11, 214:13
**'08** [1] - 212:12
**'09** [1] - 212:12

**1**

**1** [28] - 13:5, 52:21, 54:13,
54:16, 55:15, 57:12, 57:18,
57:21, 68:5, 76:17, 77:6,
77:7, 77:9, 77:21, 83:4,
99:11, 99:22, 100:14,
100:22, 101:9, 102:6,
107:13, 122:19, 124:17,
136:15, 137:8, 192:12,
207:16
**1.1** [1] - 120:9
**1.5** [2] - 70:8, 137:11
**1/14/05** [1] - 159:6
**1/6/06** [1] - 159:23
**10** [14] - 4:11, 15:13, 15:15,
40:16, 40:17, 41:22, 83:12,
118:20, 120:13, 122:20,
180:6, 217:3, 217:10, 217:15
**10,000** [1] - 218:7
**100** [7] - 38:24, 39:5, 39:8,
39:13, 39:18, 168:8, 210:6
**100,000** [1] - 210:5
**10007** [1] - 2:8
**10017** [1] - 2:15
**104** [1] - 226:10
**107** [1] - 226:12
**10:27** [2] - 1:12, 4:6
**11/10/06** [1] - 189:7
**112** [1] - 226:14
**115** [2] - 104:12, 226:15
**115-117** [2] - 104:8, 226:10
**116** [1] - 104:12
**117** [1] - 104:12
**118** [1] - 226:17
**11:06** [1] - 118:20
**11:56** [1] - 122:21
**12** [5] - 31:16, 46:7, 46:21,
158:25, 196:21
**12/1/05** [2] - 107:6, 226:12
**12/14/05** [2] - 162:4, 163:9
**122** [1] - 226:18
**124** [1] - 226:20
**125** [2] - 48:2, 202:15
**12:50** [1] - 103:8
**13** [6] - 36:8, 46:8, 46:21,
159:13, 192:15, 206:7
**133** [1] - 226:21
**14** [1] - 192:12
**15** [2] - 41:15, 78:22
**150** [3] - 36:21, 168:5,
168:14
**157** [1] - 226:23
**16** [3] - 29:10, 29:12, 226:8

**167** [1] - 227:6
**17** [10] - 104:7, 104:9,
106:20, 113:15, 125:9,
126:7, 126:21, 133:22,
134:13, 226:10
**171** [2] - 227:7, 227:14
**175** [1] - 227:8
**178** [1] - 227:10
**18** [3] - 86:21, 146:11,
175:10
**18-20** [1] - 226:11
**19** [2] - 4:23, 5:9
**190** [1] - 227:11
**192** [1] - 227:12
**196** [1] - 227:14
**1:07-cv-06431-jsr** [1] - 1:6
**1:35** [1] - 104:3
**1a** [1] - 172:19
**1st** [1] - 114:5

**2**

**2** [7] - 66:8, 83:4, 105:20,
113:4, 206:25, 209:23,
211:24
**2.2** [1] - 120:8
**2/24/05** [2] - 162:4, 163:9
**20** [5] - 76:5, 169:9, 217:2,
217:9, 217:11
**20-minute** [1] - 4:12
**200** [1] - 168:14
**2001** [12] - 12:10, 12:17,
12:21, 12:25, 13:11, 13:15,
14:4, 14:8, 14:23, 15:21,
211:23, 211:24
**2002** [1] - 12:11
**2003** [3] - 17:21, 18:7, 22:3
**2004** [30] - 4:23, 5:9, 5:11,
6:4, 12:17, 12:21, 13:2,
13:11, 13:15, 14:2, 14:4,
14:9, 14:23, 15:21, 18:4,
18:7, 20:3, 22:3, 23:25,
25:11, 25:15, 25:18, 26:6,
26:22, 27:4, 27:21, 28:24,
41:5, 200:18, 201:9
**2005** [69] - 44:9, 46:2,
46:18, 47:2, 47:3, 47:6, 47:9,
47:15, 47:16, 48:14, 48:16,
49:15, 49:17, 50:7, 50:10,
50:14, 50:16, 51:2, 51:3,
52:9, 52:10, 52:11, 52:14,
52:23, 53:2, 53:4, 53:13,
53:22, 54:17, 54:22, 57:11,
57:22, 58:22, 59:4, 59:6,
59:10, 63:12, 64:6, 70:11,
78:15, 79:5, 91:17, 92:3,
93:14, 93:22, 94:2, 96:21,
98:17, 98:25, 100:5, 107:13,
109:20, 109:24, 110:20,
111:2, 111:10, 145:3,

145:10, 145:12, 145:25,
146:3, 146:6, 146:7, 146:8,
146:20, 176:9, 176:12,
203:8, 210:25
**2006** [120] - 40:4, 40:6,
40:12, 40:15, 40:19, 41:10,
41:11, 42:11, 47:12, 52:21,
54:13, 54:16, 55:15, 56:18,
57:12, 57:18, 57:19, 57:21,
58:22, 59:4, 59:8, 59:10,
60:10, 63:12, 64:7, 64:9,
68:6, 68:20, 70:14, 71:6,
71:8, 71:18, 71:25, 72:7,
74:2, 74:7, 74:15, 75:6, 75:7,
87:25, 91:17, 94:2, 94:13,
94:19, 95:12, 96:2, 96:17,
96:24, 97:21, 98:17, 98:25,
99:5, 99:11, 99:20, 99:22,
100:6, 100:14, 100:22,
101:9, 102:6, 102:10,
110:20, 111:2, 118:20,
122:20, 125:9, 126:7,
126:21, 128:14, 128:17,
128:22, 129:19, 133:22,
134:16, 134:19, 135:6,
135:8, 135:9, 136:5, 139:23,
140:17, 144:24, 145:22,
146:22, 146:25, 147:5,
154:23, 155:11, 157:23,
158:7, 158:25, 159:13,
166:7, 166:12, 166:13,
166:20, 169:9, 172:16,
175:15, 175:18, 176:9,
177:12, 177:25, 178:21,
187:25, 188:15, 189:13,
189:25, 190:23, 191:8,
192:12, 192:15, 196:6,
203:8, 211:23, 212:2,
212:18, 214:21, 215:13,
227:9
**2007** [14] - 47:12, 57:19,
69:22, 136:15, 137:8,
139:14, 142:21, 143:3,
143:6, 144:2, 144:9, 144:10,
144:19, 202:8
**2008** [5] - 1:11, 223:2,
224:12, 226:2, 227:2
**2010** [1] - 212:12
**204** [1] - 227:14
**21** [3] - 107:5, 107:7,
226:12
**22** [12] - 42:6, 112:11,
112:14, 113:6, 134:5, 134:8,
134:16, 134:19, 135:6,
135:8, 173:6, 226:14
**222** [2] - 1:16, 2:14
**225** [1] - 2:6
**23** [3] - 115:23, 116:2,
226:15
**24** [8] - 42:5, 46:16, 46:24,

47:3, 47:4, 118:8, 118:10, 226:17
**25** [1] - 122:15, 122:17, 217:9, 217:11, 226:18
**250** [1] - 36:22
**26** [5] - 124:9, 124:11, 133:13, 133:21, 226:20
**27** [3] - 133:6, 133:8, 226:21
**2700** [1] - 2:7
**28** [5] - 5:11, 157:13, 157:17, 166:20, 226:23
**29** [9] - 5:12, 6:5, 66:15, 165:7, 165:9, 167:3, 167:8, 226:8, 227:6
**2:04** [1] - 192:15

## 3

**3** [8] - 4:17, 66:3, 68:10, 68:17, 69:3, 174:14, 209:24, 211:24
**30** [7] - 171:7, 171:8, 171:22, 171:25, 174:18, 213:2, 227:7
**300,000** [1] - 174:8
**31** [9] - 68:6, 165:6, 165:8, 166:7, 166:12, 166:13, 175:14, 175:16, 227:8
**32** [3] - 178:10, 178:13, 227:10
**32,604** [1] - 173:8
**33** [4] - 41:2, 190:19, 190:20, 227:11
**34** [3] - 192:8, 192:9, 227:12
**379326** [1] - 159:5
**3:15** [1] - 120:13
**3:34** [1] - 121:24

## 4

**4** [14] - 15:19, 77:6, 77:7, 77:9, 77:21, 83:4, 83:8, 84:22, 90:11, 190:23, 191:8, 202:8, 211:24, 226:6
**4,000** [3] - 115:6, 115:7, 115:9
**4-and-a-half** [1] - 12:14
**41st** [2] - 1:16, 2:14
**45** [4] - 103:6, 104:16, 105:20, 113:16
**46** [4] - 42:4, 45:18, 46:4, 47:4
**4:45** [1] - 222:9

## 5

**5** [36] - 1:11, 7:7, 12:18, 12:22, 13:5, 21:16, 31:15, 37:15, 66:5, 66:11, 67:15,

67:21, 68:25, 71:21, 71:22, 72:12, 76:14, 76:15, 83:18, 83:22, 83:25, 84:11, 85:21, 85:23, 86:18, 149:14, 188:4, 195:5, 199:12, 202:9, 208:7, 211:24, 212:24, 223:2, 226:2, 227:2
**50** [7] - 58:7, 67:4, 75:8, 84:19, 168:9, 217:12
**50,000** [2] - 168:5, 168:7
**500,000** [1] - 15:19
**50k** [8] - 133:18, 133:20, 134:10, 134:12, 135:2, 169:2
**52** [1] - 173:10
**53** [2] - 40:22, 40:23
**56,368.47** [2] - 172:13, 174:24
**57,000** [1] - 172:9

## 6

**6** [8] - 13:4, 36:8, 37:16, 87:21, 88:22, 199:10, 211:24, 212:24
**6324** [2] - 167:6, 167:9
**6324-6361** [2] - 167:7, 227:6
**6340** [1] - 167:9
**6341** [2] - 169:9, 169:11
**6345** [1] - 169:10
**6346** [2] - 170:23, 170:24
**6347** [1] - 172:14
**6350** [1] - 172:15
**6351** [1] - 173:9
**6352** [1] - 173:18
**6353** [1] - 173:21
**6361** [2] - 167:6, 173:21
**66** [1] - 46:25
**690,595** [1] - 211:18

## 7

**7** [3] - 82:16, 202:9, 212:24
**7/10/06** [2] - 122:16, 226:18
**70** [10] - 47:5, 47:15, 50:6, 57:10, 78:16, 79:4, 96:20, 104:14, 105:8, 113:16
**73** [1] - 115:16
**7500** [1] - 169:22

## 8

**8** [7] - 41:21, 92:11, 92:13, 157:23, 158:7, 165:4, 166:5
**80** [1] - 227:14
**8:12** [1] - 159:13

## 9

**9** [1] - 83:12
**9/22/06** [2] - 133:7, 226:21

**900** [3] - 107:22, 109:11, 110:9

## A

**abiding** [1] - 56:11
**abilities** [2] - 57:8, 73:17
**ability** [1] - 94:24
**able** [6] - 28:21, 73:18, 101:17, 125:4, 199:16, 199:18
**aboard** [1] - 93:19
**absence** [1] - 136:3
**absolutely** [1] - 97:7
**Absolutely** [2] - 45:3, 65:7
**absurd** [1] - 99:7, 102:20
**accept** [4] - 54:9, 90:7, 91:5
**acceptable** [2] - 107:21, 190:17
**access** [8] - 197:15, 197:17, 197:18, 197:22, 198:8, 198:10
**accomplish** [1] - 135:19
**according** [3] - 66:11, 66:20, 78:13
**According** [1] - 66:12
**Account** [1] - 161:7
**account** [29] - 58:7, 65:9, 119:16, 166:6, 166:23, 174:11, 174:12, 182:5, 182:14, 182:17, 182:20, 182:22, 183:9, 183:12, 183:14, 183:17, 183:20, 184:3, 186:13, 186:15, 186:16, 190:25, 191:3, 191:8, 191:17, 191:25, 193:12, 193:19
**account's** [2] - 158:13, 159:5
**accountant** [9] - 17:6, 17:8, 17:11, 17:12, 68:15, 128:12, 145:19, 170:25, 172:24
**accounted** [2] - 173:24, 173:25
**accounting** [9] - 32:17, 137:25, 144:11, 145:7, 145:18, 182:9, 184:14, 192:19, 194:12
**accumulate** [1] - 38:2
**accurate** [10] - 15:7, 36:20, 88:17, 88:22, 94:23, 100:25, 147:10, 198:14, 198:15, 212:22
**accurately** [1] - 197:24
**achieve** [1] - 219:5
**achieved** [1] - 92:23
**acknowledges** [1] - 84:23
**act** [5] - 99:12, 99:21, 100:5, 100:12, 102:4
**acted** [4] - 99:2, 100:6,

100:24, 101:8
**action** [6] - 10:4, 10:19, 41:17, 195:8, 225:16
**actions** [6] - 182:6, 183:20, 186:17, 190:14, 191:18, 192:5, 194:6, 211:14, 214:19, 215:3, 215:9
**active** [2] - 63:24, 136:10
**activities** [6] - 23:8, 136:18, 136:20, 137:7, 137:8, 143:5
**activity** [8] - 20:17, 31:6, 42:19, 57:22, 95:23, 99:7, 136:14, 197:25
**acts** [1] - 98:16
**actual** [11] - 137:7, 149:10, 149:12, 150:14, 152:19, 153:15, 163:17, 198:10, 217:20, 218:18, 218:25
**add** [5] - 47:4, 83:17, 206:3, 206:11, 220:8
**added** [5] - 129:14, 129:20, 130:4, 132:8, 132:12
**addendum** [2] - 168:9, 175:9
**adding** [1] - 144:11
**addition** [3] - 16:23, 101:14, 126:6
**additional** [16] - 23:7, 35:12, 35:21, 37:3, 41:9, 93:24, 135:10, 136:3, 136:7, 161:5, 168:6, 170:18, 207:22, 208:13, 212:12, 214:12
**address** [5] - 27:15, 27:17, 27:19, 73:23, 76:18
**addressed** [2] - 27:25, 204:8
**adequate** [2] - 169:18, 170:11
**admin** [1] - 190:25
**administer** [1] - 3:10
**administering** [1] - 144:2
**administrate** [1] - 221:15
**administration** [1] - 144:5
**administrative** [3] - 34:25, 137:25, 182:23
**administrator** [40] - 16:11, 16:12, 16:15, 16:22, 16:24, 16:25, 24:22, 31:23, 33:2, 33:5, 33:10, 33:15, 33:19, 33:24, 34:11, 34:15, 34:17, 35:9, 89:4, 98:4, 98:13, 123:17, 123:18, 143:10, 143:15, 143:16, 143:20, 173:25, 177:17, 182:19, 182:25, 183:2, 183:4, 186:18, 191:14, 194:7, 195:9, 211:17
**administrator's** [3] - 29:20, 31:2, 194:11

**advantage** [6] - 18:15, 18:16, 18:19, 18:20, 19:20, 21:23
**advice** [2] - 31:9, 31:12
**advise** [3] - 119:15, 120:10, 120:17
**Advisors** [3] - 93:16, 167:11, 167:14
**affect** [1] - 165:16
**affecting** [1] - 127:6
**Afternoon** [1] - 104:2
**afternoon** [1] - 157:14
**afterwards** [1] - 141:5
**aggregate** [2] - 12:24, 14:24
**ago** [1] - 23:20
**agree** [14] - 12:6, 18:18, 18:25, 61:7, 83:7, 107:20, 134:9, 134:25, 181:5, 181:22, 181:24, 185:4, 185:6, 185:16
**agreed** [5] - 67:2, 83:25, 184:17, 184:23, 185:18
**Agreed** [3] - 3:4, 3:8, 3:12
**agreement** [78] - 4:19, 4:21, 5:4, 5:16, 6:7, 6:15, 7:15, 7:20, 8:4, 8:5, 8:7, 8:15, 8:20, 9:11, 9:17, 10:14, 10:16, 12:7, 23:14, 23:25, 24:2, 24:19, 25:7, 25:9, 52:5, 52:12, 52:13, 53:9, 56:12, 60:16, 66:3, 67:12, 67:24, 68:2, 77:5, 84:3, 84:9, 85:25, 86:7, 86:25, 94:9, 94:22, 96:12, 130:17, 130:24, 131:3, 131:12, 139:8, 144:5, 148:5, 148:8, 148:19, 149:8, 150:3, 152:9, 165:14, 167:10, 167:13, 167:21, 167:24, 168:8, 168:17, 168:19, 169:4, 175:7, 187:21, 188:12, 188:14, 195:25, 200:17, 201:9, 206:15, 207:8, 207:12, 207:17, 209:16, 212:4, 217:18
**agreements** [1] - 170:17
**ahead** [3] - 78:20, 115:19, 178:17
**allegations** [1] - 57:5
**alleged** [29] - 46:14, 47:5, 47:16, 48:3, 50:6, 53:2, 53:12, 72:7, 78:16, 96:20, 126:2, 126:12, 126:20, 131:10, 132:13, 148:12, 151:11, 151:24, 152:16, 152:19, 152:23, 153:12, 153:16, 154:21, 155:2, 155:3, 187:6, 207:5
**allegedly** [1] - 46:24

**allocated** [2] - 68:18, 68:21
**allow** [1] - 183:16
**allowed** [2] - 84:4, 197:15
**allows** [1] - 116:10
**Almost** [1] - 42:19
**almost** [2] - 49:20, 131:19
**alone** [2] - 142:24, 217:15
**alternative** [1] - 24:6
**amended** [2] - 41:16
**amendment** [1] - 148:9
**amount** [24] - 12:24, 20:11, 36:12, 53:10, 133:20, 134:10, 135:2, 166:19, 170:16, 174:7, 174:22, 175:5, 175:10, 194:15, 194:16, 209:9, 209:15, 209:17, 209:25, 213:13, 216:20, 220:20, 220:24, 221:4
**amounts** [3] - 12:23, 158:13, 168:9
**analysis** [1] - 201:7
**annual** [4] - 217:7, 217:8, 218:18, 218:24
**annualized** [2] - 207:16, 208:7
**answer** [38] - 21:2, 26:9, 27:20, 28:3, 28:7, 28:11, 28:20, 28:21, 39:9, 39:10, 56:4, 61:21, 62:12, 62:13, 76:16, 77:3, 81:5, 81:6, 101:10, 136:25, 151:14, 152:21, 154:15, 154:18, 154:19, 155:5, 155:6, 160:25, 196:10, 199:25, 200:2, 200:12, 200:14, 202:3, 209:7, 214:5, 215:16
**answered** [7] - 62:11, 62:15, 82:5, 89:15, 152:20, 160:24, 195:17
**answering** [6] - 28:4, 28:6, 28:17, 89:18, 155:9, 196:5
**answers** [3] - 151:21, 219:21, 221:25
**apologized** [1] - 197:10
**appear** [6] - 123:8, 161:3, 161:21, 162:8, 162:10, 167:10
**Appearances** [1] - 2:2
**Appleby** [11] - 89:2, 89:8, 96:7, 96:9, 96:14, 98:3, 98:9, 98:12, 98:20, 98:22, 98:24
**applicable** [1] - 158:11
**application** [1] - 93:2
**appropriate** [3] - 27:6, 182:4, 201:18
**approval** [2] - 175:22, 193:4, 193:23
**approve** [9] - 38:12, 39:25, 83:13, 177:5, 177:7, 177:24,

178:6, 182:11, 195:4
**approved** [23] - 38:10, 38:12, 38:22, 38:23, 39:2, 39:4, 39:6, 39:9, 39:10, 39:15, 39:20, 39:21, 39:23, 39:25, 83:11, 83:21, 89:3, 177:20, 177:21, 177:22, 178:4, 193:10
**approving** [1] - 89:4
**approximate** [1] - 5:20
**approximation** [1] - 15:4
**April** [12] - 43:8, 43:23, 64:21, 71:6, 76:13, 102:15, 112:3, 118:20, 119:9, 119:12, 120:13, 128:15
**Argosy** [1] - 93:6
**arguably** [1] - 214:25
**arrogance** [1] - 58:5
**Arturo** [1] - 202:19
**Aside** [1] - 70:9
**aside** [4] - 100:20, 100:21, 146:17, 215:11
**aspect** [1] - 97:15
**aspects** [1] - 30:11
**assert** [2] - 54:5, 213:22
**asserted** [2] - 213:17, 214:4
**Asset** [8] - 1:3, 4:20, 4:22, 5:2, 30:4, 93:6, 172:17, 202:13
**asset** [1] - 68:9
**assets** [25] - 15:16, 37:18, 74:7, 74:8, 74:12, 74:15, 74:16, 74:17, 74:21, 74:23, 75:2, 75:3, 75:4, 84:25, 85:9, 85:13, 85:14, 85:16, 85:17, 85:18, 86:5, 87:16, 136:24
**Assets** [1] - 207:14
**assist** [1] - 169:15
**assistance** [1] - 169:13
**associate** [1] - 204:2
**assume** [12] - 4:6, 89:5, 106:3, 106:6, 134:14, 166:25, 168:22, 171:6, 171:11, 181:10, 203:15, 218:17
**assumed** [3] - 42:14, 67:3, 218:21
**Assuming** [1] - 148:24
**assumption** [2] - 106:4, 208:2
**assumptions** [3] - 208:20, 216:25, 217:5
**attached** [4] - 83:3, 159:4, 159:18, 164:4
**attachment** [1] - 159:22
**attempt** [1] - 137:21
**attempted** [1] - 219:20
**attention** [6] - 31:15, 37:14, 41:21, 63:11, 64:9, 66:2, 140:18, 146:22

**attorney** [3] - 29:20, 29:22, 97:19
**Attorneys** [2] - 2:5, 2:13
**attract** [7] - 75:18, 88:4, 88:5, 93:25, 207:22, 208:12, 212:11
**attractive** [1] - 116:21
**audited** [1] - 174:3
**auditor** [4] - 35:8, 35:15, 35:24, 174:3
**auditors** [2] - 35:13, 36:4
**August** [3] - 42:6, 165:6, 165:8
**Aum** [3] - 207:10, 207:13, 207:17
**authorize** [2] - 48:23, 175:22
**authorized** [2] - 3:10, 49:4
**authorizing** [1] - 49:10
**available** [3] - 28:8, 28:12, 199:15
**average** [8] - 20:5, 21:21, 201:21, 202:2, 217:7, 217:8, 218:18, 218:24
**aware** [25] - 42:21, 42:25, 43:2, 43:4, 43:8, 43:9, 43:11, 43:14, 43:15, 43:18, 43:25, 44:4, 44:7, 44:10, 44:11, 52:16, 52:18, 53:6, 81:14, 98:13, 98:14, 102:12, 112:10, 138:24, 150:4
**awareness** [1] - 43:21

**B**

**backup** [2] - 211:4, 211:11
**bad** [3] - 95:9, 130:10, 197:12
**balance** [2] - 174:20, 175:2
**Balestriere** [1] - 2:4
**base** [16] - 24:25, 25:2, 45:7, 45:8, 52:2, 65:8, 65:22, 70:24, 85:15, 130:18, 160:7, 162:17, 162:19, 162:24, 205:22, 205:24
**Based** [4] - 57:22, 72:24, 160:8, 162:20
**based** [22] - 6:7, 7:23, 32:12, 41:7, 84:14, 146:18, 160:13, 170:21, 171:12, 175:6, 175:8, 183:20, 184:13, 184:14, 185:19, 186:20, 200:7, 207:25, 208:25, 215:14, 218:21, 220:11
**basic** [3] - 37:4, 95:2, 139:6
**basing** [1] - 25:4
**basis** [14] - 14:4, 42:18, 51:13, 65:15, 66:19, 66:22, 67:19, 144:18, 160:20,

197:15, 198:24, 204:18, 212:20, 220:23
**Bates**[13] - 104:8, 104:12, 157:19, 167:5, 167:7, 167:9, 169:9, 170:23, 172:14, 173:9, 204:6, 226:10, 227:6
**bear** [4] - 142:24, 199:16, 199:18, 212:25
**becoming** [1] - 62:23
**began** [2] - 31:22, 37:17
**begging** [2] - 128:17, 128:18
**Begging**[1] - 128:18
**begin** [1] - 32:11
**beginning** [10] - 16:13, 66:13, 70:10, 137:12, 138:18, 165:13, 187:24, 202:4, 209:24, 212:21
**behalf** [4] - 4:22, 56:20, 167:24, 189:25
**behind** [2] - 129:15, 132:8
**belief** [1] - 52:25
**belongs** [1] - 182:22
**below** [11] - 71:21, 71:22, 76:14, 76:15, 82:20, 83:18, 83:22, 83:23, 84:11, 191:12, 207:6
**Bermuda** [4] - 70:2, 89:7, 90:7, 200:7
**best** [10] - 6:12, 7:25, 18:13, 57:7, 72:25, 73:7, 73:16, 94:24, 118:23, 202:3
**Best** [2] - 129:16, 191:5
**better** [7] - 17:17, 19:8, 19:12, 75:14, 132:19, 212:14, 212:17
**Between** [1] - 12:21
**between** [24] - 3:5, 4:19, 9:15, 12:17, 12:25, 16:14, 25:25, 26:3, 70:23, 95:25, 115:25, 116:4, 125:11, 129:15, 132:9, 158:17, 160:17, 167:13, 168:17, 168:19, 175:7, 195:25, 197:6, 226:15
**beyond** [11] - 8:19, 56:14, 78:17, 93:25, 100:14, 126:19, 143:2, 164:24, 205:22, 209:9, 212:8
**Beyond** [13] - 7:12, 7:18, 8:13, 8:23, 9:8, 65:22, 72:6, 100:4, 121:17, 152:22, 153:14, 156:17, 206:2
**Bfs**[1] - 190:25
**big** [7] - 20:12, 58:8, 65:2, 152:11, 152:14, 153:19, 212:23
**biggest** [1] - 96:15
**bill** [1] - 75:2
**billion** [2] - 20:6, 20:8

**bills** [7] - 128:21, 128:23, 128:24, 135:2, 135:18, 135:23, 143:13
**bit** [4] - 75:16, 75:20, 201:20, 202:2
**bits** [1] - 184:13
**bleeding** [1] - 19:19
**blood** [1] - 225:16
**blow** [1] - 171:19
**board** [9] - 91:4, 94:6, 131:12, 185:17, 185:25, 195:13, 215:23, 218:15, 219:18
**boilerplate** [1] - 199:24
**borrow** [4] - 15:25, 16:4, 37:3, 143:12
**borrowed** [2] - 36:10, 36:12
**bottom** [5] - 46:10, 117:6, 157:22, 175:11, 206:25
**breach** [2] - 68:23, 68:24
**breached** [2] - 53:9, 212:4
**breaches** [2] - 187:3, 187:6
**break** [10] - 61:22, 63:5, 80:20, 103:5, 108:5, 110:4, 157:9, 177:3, 178:8, 189:3
**breakdown** [1] - 172:5
**breakdowns** [2] - 107:24, 109:3
**breakfast** [1] - 196:4
**breaking** [2] - 108:7, 110:13
**brief** [1] - 23:15
**bring** [8] - 86:6, 130:19, 130:21, 130:23, 137:9, 156:13, 167:18, 167:19
**bringing** [2] - 130:12, 139:4
**brings** [1] - 130:19
**brink** [9] - 25:13, 25:18, 26:2, 26:8, 27:21, 28:13, 28:24, 29:3, 37:25
**Broadway** [1] - 2:6
**broke** [1] - 73:25
**broken** [1] - 110:11
**broker** [15] - 46:8, 46:17, 46:22, 52:8, 78:14, 97:22, 113:14, 163:24, 180:24, 180:25, 181:3, 181:8, 181:11, 202:12, 211:16
**broker's** [2] - 45:5, 52:3
**brokerage** [2] - 113:12, 162:16
**brokers** [6] - 174:2, 174:10, 198:12, 205:3, 205:24, 205:25
**brought** [3] - 137:11, 216:24, 219:8
**Bryce**[1] - 11:6
**build** [6] - 6:20, 23:9, 137:14, 213:8, 213:9
**building** [1] - 130:8

**built** [1] - 9:3
**bull** [2] - 212:24, 213:2
**bunch** [6] - 104:13, 104:15, 151:6, 153:4, 154:21, 216:25
**Business**[1] - 92:19
**business** [22] - 6:21, 8:11, 9:3, 11:20, 23:7, 26:15, 130:8, 136:10, 136:14, 136:18, 136:20, 137:7, 137:15, 141:5, 141:11, 143:5, 155:24, 173:2, 173:7, 213:8, 221:18
**Butterfield** [8] - 17:3, 17:4, 17:18, 17:19, 82:18, 123:19, 176:22, 176:24
**bylaws** [1] - 194:15

# C

**calculate** [3] - 175:5, 216:16, 219:2
**calculated** [6] - 170:16, 175:6, 208:15, 208:18, 210:3, 211:18
**calculating** [1] - 218:20
**calculation** [6] - 172:6, 174:22, 207:25, 208:25, 209:9, 210:7
**calendar** [2] - 144:24, 145:3
**campaign** [1] - 213:10
**cannot** [11] - 49:23, 94:3, 135:2, 135:17, 135:23, 154:5, 155:5, 155:6, 171:6, 176:21, 196:10
**capacity** [3] - 101:14, 136:19, 136:21
**Capital**[3] - 167:11, 167:14, 221:12
**capital** [46] - 8:10, 15:23, 25:23, 25:25, 26:10, 26:14, 26:17, 26:20, 27:2, 27:7, 28:7, 28:12, 67:8, 73:22, 74:4, 74:5, 74:19, 74:20, 74:22, 74:24, 75:5, 75:12, 91:22, 95:3, 129:2, 129:4, 129:9, 130:6, 130:19, 132:18, 132:23, 135:10, 136:4, 136:7, 140:11, 147:16, 148:3, 167:18, 167:19, 168:3, 168:5, 168:11, 169:6, 221:10, 221:14
**care** [4] - 44:7, 78:25, 153:10, 153:11
**Carrier's** [3] - 32:4, 32:10, 32:12
**Carriers**[24] - 18:3, 18:8, 18:16, 18:19, 19:11, 19:18, 19:24, 20:16, 20:23, 21:4, 21:21, 21:24, 22:4, 22:6, 22:8, 22:10, 22:15, 25:12,

25:16, 25:20, 26:8, 27:23, 32:14, 37:23
**Carriers'** [1] - 32:2
**case** [9] - 48:2, 51:11, 115:2, 115:13, 126:2, 190:17, 202:7, 204:4, 216:3
**caught** [2] - 4:7, 177:15
**caused** [11] - 34:18, 35:21, 37:25, 138:5, 151:11, 158:12, 186:11, 192:5, 193:12, 194:6, 209:24
**causing** [1] - 198:24
**caveats** [1] - 174:20
**cc** [3] - 107:12, 118:17, 121:23
**cease** [1] - 62:23
**ceasing** [1] - 131:3
**century** [1] - 153:11
**certain** [18] - 12:5, 16:7, 41:7, 52:7, 56:10, 63:16, 72:3, 86:11, 131:19, 138:23, 138:25, 148:11, 180:19, 185:9, 185:19, 194:14, 194:15, 194:23
**Certainly**[3] - 36:6, 53:4, 126:17
**Certificate**[1] - 225:2
**certify** [2] - 225:10, 225:15
**cetera** [2] - 72:4, 72:5
**chain** [9] - 120:2, 175:15, 175:17, 175:19, 190:20, 192:9, 227:8, 227:11, 227:12
**chance** [1] - 63:6
**Change/reason** [1] - 223:6
**characterize** [4] - 14:13, 18:12, 18:13, 20:15
**charge** [1] - 178:7
**charging** [1] - 177:8
**chart** [4] - 200:24, 201:6, 201:10, 201:13
**Chart**[2] - 200:25, 201:3
**check** [56] - 5:19, 5:24, 5:25, 6:2, 10:7, 13:3, 14:25, 15:3, 15:6, 17:22, 18:6, 36:22, 43:6, 43:13, 44:3, 44:13, 44:23, 49:23, 50:22, 52:19, 53:8, 79:11, 82:7, 82:9, 82:14, 89:25, 93:10, 93:11, 93:21, 112:2, 112:4, 112:19, 117:4, 129:6, 129:7, 137:13, 138:15, 143:17, 145:4, 145:11, 146:10, 168:12, 168:13, 170:19, 176:7, 176:8, 188:3, 190:8, 209:4, 211:3, 211:8, 211:9, 211:10
**choice** [2] - 185:7
**circumstances** [1] - 179:8
**citizen** [2] - 157:7
**citizens** [1] - 157:4

232

**claim** [3] - 213:17, 213:22, 214:4
**Class**[33] - 65:11, 65:14, 68:10, 68:17, 69:2, 69:18, 69:19, 69:20, 69:23, 70:4, 70:6, 83:4, 84:5, 85:2, 85:10, 91:14, 92:13, 92:14, 116:14, 116:15, 116:17, 117:7, 117:11, 117:12, 117:13, 117:21, 118:3, 142:13, 183:23, 199:23, 200:10, 212:8, 219:10
**class** [11] - 9:5, 59:12, 69:23, 70:3, 70:5, 90:9, 90:17, 90:25, 137:10, 139:3, 192:19
**classes** [3] - 92:23, 93:15, 142:25
**Claus**[1] - 44:7
**clear** [20] - 10:15, 50:5, 55:5, 61:18, 79:3, 86:4, 117:23, 148:7, 152:25, 154:9, 154:12, 154:13, 154:14, 154:18, 155:7, 187:17, 188:3, 188:12, 194:4
**clearer** [1] - 161:14
**clearing** [2] - 109:6, 109:7
**Clearly**[1] - 192:5
**clearly** [2] - 85:12, 110:16
**client** [1] - 159:4
**close** [10] - 26:12, 26:21, 27:5, 36:21, 40:16, 55:17, 175:3, 181:11, 195:18, 217:15
**Close**[1] - 40:17
**closer** [1] - 53:21
**column** [1] - 162:7
**columns** [1] - 162:3
**comfortable** [5] - 25:10, 27:16, 155:9, 195:23, 196:3
**comfortably** [2] - 101:16, 210:9
**coming** [7] - 30:2, 72:25, 89:22, 114:20, 141:25, 174:25, 175:24
**comment** [2] - 30:25, 201:19
**comments** [1] - 29:19
**Commission**[1] - 30:2
**committed** [1] - 98:16
**communicate** [6] - 64:11, 116:10, 179:15, 179:16, 184:7, 184:10
**communicated** [4] - 6:14, 70:23, 110:25, 119:22
**communicating** [2] - 55:22, 147:15
**communication** [5] - 58:4, 58:6, 75:14, 116:9, 181:13
**communications** [1] -

118:24
**company** [1] - 169:14
**compensatory** [1] - 207:4
**complaint** [16] - 10:4, 10:18, 41:16, 46:13, 48:4, 48:24, 49:4, 49:11, 56:21, 57:6, 57:11, 78:16, 78:22, 79:4, 96:21, 207:5
**complete** [2] - 89:17, 199:18
**completed** [1] - 77:3
**completely** [4] - 141:10, 168:16, 175:25, 194:21
**compliance** [1] - 209:15
**computations** [1] - 207:4
**computer** [1] - 155:18
**concern** [25] - 32:23, 33:13, 34:18, 35:12, 35:16, 35:17, 35:21, 57:20, 57:23, 57:24, 58:3, 58:9, 76:8, 76:14, 83:24, 96:15, 111:11, 111:22, 114:10, 121:7, 126:24, 127:20, 127:23, 131:16, 166:2
**concerned** [20] - 36:7, 55:25, 72:14, 72:17, 73:21, 81:13, 83:19, 98:3, 108:4, 109:16, 109:25, 110:3, 111:25, 112:2, 112:5, 121:2, 127:25, 137:24, 142:17, 148:2
**concerning** [15] - 8:3, 8:14, 8:19, 9:9, 9:15, 12:2, 62:7, 63:13, 111:2, 118:25, 127:23, 155:11, 165:11, 165:19, 168:20
**concerns** [9] - 34:23, 58:10, 58:17, 58:18, 60:24, 128:12, 142:19, 165:25
**conclude** [3] - 94:13, 94:20, 99:2
**condition** [1] - 60:9
**conditions** [2] - 12:7, 55:12
**confer** [1] - 49:25
**conference** [1] - 122:7
**congratulating** [1] - 111:6
**connection** [9] - 9:22, 49:10, 63:14, 64:13, 178:21, 182:10, 210:15, 211:13, 217:18
**conservative** [7] - 208:20, 216:20, 216:22, 216:23, 216:25, 217:5, 218:19
**conservatively** [1] - 117:19
**consider** [3] - 59:11, 89:14, 215:4
**considerable** [1] - 24:4
**consideration** [1] - 208:10
**considered** [4] - 20:20, 99:12, 100:2, 185:2

**considering** [2] - 21:3, 116:13
**consistency** [2] - 75:21, 115:21
**consistent** [2] - 108:20, 117:20
**consistently** [2] - 202:20, 203:18
**constantly** [1] - 197:23
**constitute** [3] - 44:25, 106:21, 204:24
**constituted** [12] - 45:12, 45:19, 46:5, 47:19, 48:17, 49:17, 50:17, 102:7, 113:6, 129:20, 160:4, 163:9
**constitutes** [2] - 160:22, 204:20
**contact** [3] - 5:10, 85:15, 139:19
**contacted** [2] - 11:8, 143:11
**contacts** [2] - 85:20, 86:6
**continuation** [2] - 161:4, 161:12
**continue** [10] - 25:23, 26:10, 26:14, 27:2, 72:4, 72:18, 128:6, 132:18, 139:9, 196:18
**Continued**[2] - 104:4, 227:3
**continuing** [1] - 194:2
**continuously** [3] - 78:12, 78:13
**contract** [34] - 7:21, 52:22, 53:2, 53:23, 54:4, 54:24, 55:2, 55:13, 60:3, 60:9, 71:9, 71:16, 71:19, 72:8, 93:11, 95:14, 96:3, 125:10, 126:3, 126:9, 126:22, 131:10, 131:17, 131:19, 131:21, 132:11, 132:14, 170:2, 175:9, 189:15, 190:3, 213:7, 218:2, 218:23
**contractual** [1] - 55:6
**contractually** [1] - 150:8
**contrary** [3] - 4:10, 188:12, 204:25
**control** [4] - 13:21, 84:24, 86:5, 193:8
**conversation** [19] - 5:13, 6:22, 50:23, 51:4, 54:8, 58:20, 59:3, 66:14, 84:13, 108:14, 108:15, 108:17, 108:19, 108:21, 110:8, 139:15, 189:19, 189:20, 189:23
**conversations** [8] - 5:15, 51:10, 58:15, 61:6, 62:5, 114:8
**convey** [1] - 195:6

**convince** [1] - 140:6
**convincing** [1] - 91:19
**cooperation** [2] - 75:13, 77:2
**copied** [3] - 71:2, 71:7, 119:25
**copy** [8] - 29:13, 71:6, 107:9, 118:24, 165:4, 167:3, 167:10, 171:15
**copying** [2] - 120:15, 122:2
**corporation** [1] - 95:2
**correct** [43] - 14:6, 34:3, 46:16, 60:21, 68:2, 69:2, 77:5, 85:22, 86:9, 86:15, 86:20, 86:24, 89:9, 90:6, 90:16, 92:2, 94:19, 96:22, 98:9, 105:6, 111:7, 116:12, 116:17, 116:23, 117:5, 139:12, 146:3, 146:23, 147:3, 147:7, 151:17, 162:6, 164:2, 165:8, 166:18, 168:2, 172:25, 174:20, 174:23, 183:18, 213:16, 215:6, 220:18
**Correct**[8] - 20:8, 68:3, 86:10, 86:13, 96:23, 112:18
**correctly** [5] - 83:5, 108:9, 108:13, 159:10, 207:23
**correlation** [1] - 219:3
**corresponding** [1] - 48:3
**cost** [2] - 210:17, 211:5
**costs** [2] - 210:15, 214:9
**counsel** [22] - 3:5, 9:25, 10:6, 28:15, 29:13, 49:13, 50:2, 61:20, 80:14, 80:25, 81:2, 104:11, 107:9, 114:2, 157:15, 167:4, 171:14, 189:4, 202:8, 204:5, 214:7, 216:12
**counsel's** [2] - 31:9, 31:11
**count** [1] - 203:12
**counting** [2] - 105:10, 105:11
**County**[1] - 225:6
**couple** [7] - 22:23, 89:24, 97:3, 128:2, 128:14, 161:20, 203:21
**course** [4] - 41:5, 89:7, 170:20, 210:22
**court** [2] - 202:7, 203:23
**Court**[2] - 1:2, 202:16
**cover** [12] - 65:3, 65:5, 65:16, 80:9, 96:16, 99:5, 120:9, 139:24, 140:4, 180:4, 205:13, 205:14
**covered** [12] - 8:4, 10:3, 51:12, 51:13, 51:17, 52:20, 53:7, 56:21, 65:19, 205:19, 205:20
**covering** [1] - 65:21

233

**Craig** [1] - 2:9
**create** [1] - 143:14
**creating** [1] - 50:19
**credibility** [3] - 31:22, 32:11, 32:20
**credit** [1] - 38:3
**creditors** [1] - 37:4
**criticizing** [1] - 171:14
**cusp** [2] - 72:23, 129:10
**custody** [1] - 174:2
**customary** [2] - 183:8, 213:8

**D**

**daily** [3] - 42:18, 197:15, 198:24
**damage** [5] - 38:3, 138:5, 152:4, 214:18, 214:20
**damaged** [7] - 31:5, 31:8, 31:10, 31:13, 214:22, 215:22, 216:9
**damages** [2] - 207:5, 218:20
**Dan** [195] - 42:12, 42:25, 43:9, 43:16, 44:4, 44:5, 45:12, 45:22, 51:17, 52:12, 52:22, 54:14, 55:11, 59:10, 60:15, 60:25, 63:17, 64:12, 70:15, 70:23, 71:6, 71:9, 71:20, 71:24, 72:2, 78:5, 78:25, 79:22, 80:8, 81:14, 85:18, 87:13, 87:15, 89:12, 94:21, 95:13, 96:3, 96:11, 96:16, 99:21, 100:6, 100:10, 100:22, 101:20, 102:6, 107:19, 108:7, 108:11, 110:2, 110:20, 114:7, 116:5, 116:14, 118:17, 118:25, 119:14, 119:22, 120:7, 122:4, 122:7, 122:10, 122:12, 122:24, 123:21, 124:21, 124:23, 125:10, 127:9, 128:4, 128:17, 129:4, 129:12, 129:20, 131:2, 131:9, 134:9, 134:18, 136:4, 137:23, 138:5, 138:8, 138:21, 138:24, 138:25, 139:7, 139:15, 139:19, 142:12, 142:14, 142:16, 142:19, 147:7, 147:11, 148:18, 148:24, 151:7, 152:17, 152:24, 153:4, 154:23, 156:2, 156:12, 156:13, 156:14, 156:16, 164:20, 165:10, 165:13, 166:22, 167:25, 168:2, 168:7, 168:17, 168:20, 168:21, 168:25, 169:7, 169:17, 170:5, 170:9,

170:10, 170:13, 173:22, 174:4, 174:8, 174:16, 175:8, 175:10, 175:25, 176:4, 176:5, 176:19, 176:20, 177:25, 179:11, 179:15, 180:2, 180:3, 181:4, 181:9, 181:20, 182:4, 182:14, 183:22, 184:14, 184:25, 185:15, 185:16, 186:3, 186:8, 186:11, 186:20, 186:24, 187:4, 187:8, 187:15, 187:21, 187:25, 188:2, 188:14, 188:17, 189:7, 189:14, 190:2, 190:13, 193:6, 194:2, 194:8, 195:6, 195:25, 197:16, 197:23, 198:11, 200:11, 200:17, 201:9, 212:4, 212:9, 212:13, 215:4, 215:18, 216:9, 216:20, 219:16, 220:18, 220:24
**Dan's** [29] - 42:17, 48:17, 49:3, 49:7, 50:16, 50:18, 50:24, 63:14, 74:8, 99:19, 111:22, 121:12, 127:11, 128:11, 146:5, 146:18, 146:24, 156:7, 158:12, 172:4, 178:22, 191:18, 193:11, 193:23, 194:5, 194:18, 196:8, 215:3, 215:9
**Daniel** [11] - 1:7, 4:19, 92:15, 107:7, 115:25, 124:10, 133:8, 226:13, 226:16, 226:20, 226:22
**database** [1] - 11:14
**Date** [1] - 162:3
**date** [19] - 12:12, 37:9, 76:4, 79:23, 93:12, 96:17, 99:20, 111:20, 112:4, 125:13, 137:13, 143:3, 143:17, 144:7, 166:11, 171:5, 176:8, 176:14, 180:11
**dated** [16] - 87:24, 107:6, 107:12, 120:13, 122:16, 122:20, 133:7, 133:22, 157:23, 158:25, 169:9, 190:23, 192:15, 226:12, 226:18, 226:21
**dates** [7] - 41:5, 58:25, 59:5, 111:13, 135:12, 158:14, 163:9
**days** [7] - 134:6, 179:24, 180:19, 180:20, 181:5, 181:12, 181:19
**deal** [4] - 17:17, 133:16, 168:6, 187:20
**deals** [2] - 141:11, 143:13
**debatable** [1] - 13:16
**debt** [5] - 37:6, 38:3, 211:20, 211:22, 212:3

**debts** [2] - 211:13, 211:15
**December** [31] - 68:6, 107:13, 109:20, 111:10, 114:5, 139:14, 139:23, 141:2, 141:12, 141:23, 153:5, 157:23, 158:7, 158:25, 159:13, 165:6, 165:9, 166:3, 179:2, 187:9, 187:15, 187:25, 188:15, 189:13, 189:25, 190:23, 191:8, 192:12, 192:15, 196:6
**decide** [2] - 12:4, 181:20
**decided** [5] - 11:24, 65:3, 80:9, 170:5, 181:20
**decides** [1] - 100:11
**decision** [5] - 61:3, 183:10, 183:12, 183:22, 192:24
**decisions** [3] - 60:24, 98:3, 187:11
**declined** [1] - 37:19
**decreased** [1] - 220:22
**deem** [1] - 201:17
**Defendant** [1] - 1:8
**defendant** [4] - 1:15, 2:13, 207:7, 208:2
**defendant's** [7] - 207:18, 208:8, 208:10, 209:6, 209:14, 211:13, 214:19
**Defendant's** [1] - 206:8
**defer** [1] - 99:16
**define** [2] - 219:13, 220:5
**Define** [2] - 219:14, 220:7
**defining** [2] - 221:9, 221:10
**definitely** [5] - 25:22, 35:17, 76:9, 89:25, 195:23
**definition** [10] - 99:15, 100:8, 101:2, 101:5, 101:16, 101:25, 102:4, 118:15, 137:3, 145:6
**degree** [5] - 198:11, 199:20, 200:18, 200:21, 201:13
**Delaying** [1] - 55:23
**delays** [1] - 4:13
**delivered** [2] - 90:18, 91:2
**Deloitte** [4] - 17:14, 17:16, 17:19, 35:10
**departing** [1] - 18:7
**department** [3] - 79:16, 113:20, 113:21
**Deposition** [1] - 1:14
**deposition** [7] - 3:9, 3:13, 4:25, 10:24, 222:3, 225:12, 225:13
**describe** [2] - 19:9, 19:13
**desire** [1] - 7:24
**desperate** [2] - 15:24, 16:4
**Despite** [1] - 4:9
**detail** [1] - 215:16
**detailed** [1] - 167:17
**details** [3] - 50:20, 208:22,

216:2
**determine** [2] - 95:7, 181:14
**determined** [1] - 191:7
**develop** [1] - 24:5
**difference** [3] - 25:25, 26:3, 160:16
**different** [27] - 13:6, 13:8, 14:20, 18:23, 36:3, 39:2, 46:19, 61:2, 68:22, 69:23, 70:3, 74:20, 74:22, 78:6, 87:4, 92:5, 92:6, 133:20, 140:23, 158:19, 175:2, 194:21, 201:6, 204:17, 213:3
**Different** [4] - 13:7, 156:23, 156:24, 156:25
**differently** [2] - 38:25, 196:11
**difficult** [1] - 170:5
**difficulty** [1] - 152:11
**diligence** [19] - 22:19, 22:21, 91:25, 92:9, 94:3, 95:5, 95:7, 95:10, 95:20, 95:24, 97:10, 98:8, 99:10, 142:2, 149:22, 156:4, 156:15, 215:17, 219:2
**diminishing** [1] - 37:22
**direct** [6] - 31:15, 37:14, 41:21, 63:11, 66:2, 157:21
**Directing** [2] - 64:9, 146:22
**directing** [1] - 140:18
**directly** [6] - 176:19, 176:20, 176:21, 177:11, 177:14, 214:7
**Directly** [1] - 41:11
**directors** [6] - 30:3, 91:4, 177:24, 185:17, 185:25, 195:13
**disagreement** [1] - 197:6
**disaster** [9] - 13:12, 18:10, 18:11, 18:20, 18:22, 19:5, 19:6, 19:8, 19:14
**disclose** [10] - 61:9, 61:11, 61:15, 62:6, 76:20, 95:4, 97:5, 97:7, 97:14, 97:17
**disclosed** [6] - 61:12, 95:11, 97:23, 98:5, 98:18
**disclosing** [1] - 89:6
**disclosure** [7] - 61:8, 88:18, 88:23, 89:11, 96:5, 98:10, 200:3
**discontent** [2] - 31:21, 32:2
**discretion** [1] - 91:5
**discuss** [13] - 24:24, 25:4, 50:18, 50:21, 108:17, 114:9, 114:14, 121:2, 148:8, 185:14, 187:22, 188:10
**discussed** [23] - 6:16, 6:17, 7:10, 7:15, 7:22, 8:6, 8:17, 9:6, 9:15, 11:23, 24:23,

45:21, 58:23, 72:20, 73:4,
85:11, 108:24, 128:14,
139:5, 165:24, 194:20, 207:6
  **discussing** [2] - 141:24,
191:15
  **discussion** [10] - 50:24,
66:21, 124:22, 124:24,
125:2, 125:5, 125:8, 141:22,
142:2, 142:10
  **discussions** [1] - 6:8
  **disregarded** [1] - 175:25
  **distinction** [1] - 158:17
  **distribute** [1] - 31:4
  **distribution** [1] - 29:21
  **District** [2] - 1:2, 1:2
  **doable** [1] - 217:11
  **docs** [1] - 169:18
  **Document** [8] - 104:8,
118:9, 167:7, 178:12,
226:10, 226:17, 227:6,
227:10
  **document** [44] - 29:24,
30:6, 30:10, 30:13, 30:18,
30:24, 39:3, 39:6, 39:11,
39:16, 39:20, 49:13, 87:24,
88:9, 88:11, 88:16, 88:21,
89:16, 89:20, 90:4, 94:7,
94:11, 94:18, 95:16, 96:6,
96:10, 97:6, 97:17, 97:24,
98:11, 98:18, 115:22,
157:20, 157:22, 167:12,
169:8, 169:15, 171:23,
171:24, 172:2, 174:19,
206:19, 206:23, 227:7
  **documentary** [1] - 211:4
  **documentation** [5] - 49:2,
49:6, 49:7, 211:11, 222:6
  **documents** [18] - 10:11,
10:12, 10:13, 15:9, 55:24,
94:23, 97:9, 98:7, 127:7,
157:13, 157:16, 167:3,
167:18, 170:12, 173:10,
173:20, 203:13, 226:23
  **dollar** [2] - 15:17, 161:9
  **dollars** [8] - 14:18, 14:24,
20:6, 20:9, 37:11, 62:8,
174:8, 221:12
  **domain** [1] - 24:8
  **done** [13] - 19:11, 55:18,
65:18, 95:4, 95:9, 98:8,
114:6, 122:24, 181:9, 187:3,
194:3, 202:15, 203:25
  **dormant** [1] - 143:10
  **doubt** [1] - 39:13
  **down** [52] - 21:19, 56:16,
64:25, 72:22, 75:20, 90:11,
92:22, 108:5, 108:7, 110:5,
110:11, 110:14, 113:23,
135:19, 135:24, 136:6,
136:8, 139:7, 139:20, 140:5,

148:4, 148:8, 179:14,
179:18, 180:12, 180:16,
180:17, 182:5, 182:14,
182:17, 182:20, 183:9,
183:12, 183:14, 184:3,
184:4, 185:14, 186:14,
186:15, 186:16, 193:12,
196:15, 199:13, 199:14,
204:22, 205:15, 205:18,
211:16, 212:24, 213:2,
213:4, 214:19
  **draft** [10] - 6:7, 7:17, 8:7,
9:13, 24:17, 24:19, 25:7,
38:9, 38:10, 67:24
  **drafted** [6] - 38:14, 38:15,
49:13, 84:10, 84:12, 84:13
  **drafting** [1] - 38:10
  **drafts** [1] - 84:14
  **drawdown** [2] - 21:5,
212:23
  **drawdowns** [7] - 20:18,
20:21, 21:3, 21:10, 21:12,
21:14, 22:13
  **dropped** [2] - 21:23, 195:4
  **drove** [1] - 37:24
  **due** [22] - 22:19, 22:21,
60:7, 91:25, 92:9, 94:3, 95:5,
95:6, 95:10, 95:20, 95:24,
97:10, 98:8, 99:10, 142:2,
149:22, 156:4, 156:15,
174:20, 211:15, 215:17,
219:2
  **duly** [2] - 4:3, 225:12
  **during** [7] - 15:18, 15:20,
41:5, 90:2, 197:17, 197:20,
197:25
  **Dz** [2] - 84:24, 85:16

**E**

  **e-mail** [103] - 6:5, 6:6,
47:17, 48:15, 49:14, 49:21,
50:5, 50:6, 50:8, 50:22,
53:22, 53:24, 54:2, 71:2,
71:25, 79:15, 79:18, 79:23,
80:13, 82:17, 82:24, 107:11,
107:15, 107:18, 108:13,
108:20, 109:3, 109:13,
112:23, 113:19, 113:25,
118:17, 118:20, 119:14,
120:2, 120:3, 120:12,
120:14, 120:20, 121:10,
121:20, 122:3, 122:19,
123:15, 124:16, 124:21,
124:23, 124:25, 125:3,
127:10, 127:11, 130:5,
131:2, 131:9, 131:25, 132:2,
132:4, 132:5, 133:12,
133:15, 134:3, 134:4, 134:8,
134:16, 134:17, 139:20,
157:23, 158:5, 158:22,

159:12, 164:3, 167:4,
168:22, 168:24, 175:17,
175:19, 179:11, 180:7,
180:21, 188:2, 188:16,
189:7, 189:9, 189:12,
189:18, 189:23, 189:24,
190:4, 190:22, 191:11,
191:23, 192:5, 192:11,
192:14, 202:12, 202:22,
203:9, 203:17, 203:24, 204:4
  **E-mail** [16] - 107:6, 112:13,
122:16, 124:10, 133:7,
175:15, 190:20, 192:9,
226:12, 226:14, 226:18,
226:20, 226:21, 227:8,
227:11, 227:12
  **e-malled** [6] - 107:25,
157:14, 157:16, 158:9,
158:16, 226:23
  **E-malls** [1] - 64:14
  **e-mails** [51] - 6:2, 6:3, 6:10,
47:22, 48:2, 48:7, 48:11,
48:19, 48:20, 48:22, 49:20,
64:16, 71:4, 82:12, 110:17,
110:19, 110:21, 110:22,
111:5, 111:18, 112:2,
112:20, 114:18, 114:21,
114:22, 114:23, 115:5,
115:7, 115:9, 115:11,
115:12, 115:15, 119:6,
119:21, 123:13, 124:7,
131:7, 155:13, 156:20,
163:21, 179:10, 179:21,
179:23, 188:8, 196:9,
196:16, 196:24, 197:9,
202:24, 202:25, 204:8
  **early** [14] - 12:11, 14:2,
47:12, 53:9, 57:19, 58:22,
59:4, 59:10, 60:10, 63:12,
69:4, 71:25, 80:2, 103:2
  **earn** [1] - 207:9
  **earned** [5] - 145:22, 146:5,
146:8, 146:19, 146:24
  **easily** [1] - 212:5
  **East** [2] - 1:16, 2:14
  **economic** [2] - 199:17,
207:4
  **effort** [8] - 6:19, 32:25,
33:15, 33:18, 34:10, 35:23,
180:23, 220:2
  **efforts** [2] - 22:2, 22:17
  **Effron** [1] - 218:7
  **either** [4] - 79:25, 101:2,
167:4, 190:17
  **eligible** [1] - 91:7
  **elsewhere** [3] - 140:7,
140:9, 194:3
  **embarrassment** [1] - 38:4
  **encompasses** [1] - 211:25
  **end** [26] - 59:3, 63:12, 68:6,

71:24, 77:12, 80:10, 94:19,
96:16, 99:5, 109:24, 129:15,
132:9, 135:8, 138:18,
140:19, 147:8, 147:12,
148:12, 151:7, 151:15,
154:23, 170:15, 199:8,
199:9, 212:19, 215:13
  **ended** [6] - 138:17, 170:3,
177:7, 198:13, 213:2, 213:6
  **ending** [1] - 21:24
  **engaged** [4] - 99:22,
100:23, 102:6, 194:22
  **engagement** [1] - 167:13
  **enormous** [3] - 14:9, 14:10,
19:25
  **entered** [4] - 24:2, 198:12,
200:17, 201:8
  **entering** [3] - 5:16, 6:15,
23:13
  **entire** [3] - 23:17, 211:25,
221:18
  **entirety** [1] - 204:3
  **entities** [1] - 91:8
  **entitled** [2] - 207:16, 208:6
  **entity** [4] - 22:3, 136:10,
136:13, 169:21
  **entries** [2] - 106:11, 162:8
  **entry** [3] - 117:7, 161:8,
161:12
  **equities** [1] - 205:16
  **equity** [3] - 77:16, 77:17,
78:5
  **Errata** [1] - 223:4
  **erratic** [1] - 55:25
  **Especially** [2] - 128:15,
129:14
  **especially** [1] - 132:8
  **essence** [2] - 33:2, 33:16
  **Essentially** [2] - 153:17,
216:19
  **essentially** [7] - 77:4,
116:18, 127:17, 138:5,
167:17, 176:3, 211:20
  **establish** [2] - 24:5, 88:6
  **established** [3] - 65:20,
100:23, 192:4
  **et** [2] - 72:4, 72:5
  **evaluating** [1] - 55:11
  **event** [4] - 32:23, 33:13,
34:18, 35:21
  **events** [1] - 37:24
  **eventually** [2] - 138:3,
178:11
  **exact** [16] - 12:12, 40:22,
41:4, 58:24, 59:5, 72:11,
75:9, 118:15, 144:7, 145:5,
147:25, 148:6, 168:25,
176:14, 179:22, 180:11
  **Exactly** [1] - 9:5
  **exactly** [35] - 13:4, 35:15,

40:16, 42:14, 43:7, 50:22,
51:7, 51:8, 52:19, 53:4, 53:9,
64:15, 64:20, 71:5, 77:19,
83:10, 93:10, 93:11, 97:4,
101:5, 120:24, 121:6, 127:3,
143:17, 145:4, 150:17,
150:23, 154:6, 155:8,
168:12, 170:3, 179:21,
179:23, 210:21, 210:23
  **Examination**[3] - 4:14,
104:4, 226:5
  **example** [2] - 71:21, 215:3
  **exceeded** [1] - 36:14
  **Excel**[1] - 106:16
  **except** [8] - 3:6, 63:23,
90:8, 91:4, 121:6, 121:11,
219:19, 219:20
  **exception** [3] - 90:19,
90:20, 90:21
  **excess** [3] - 37:10, 76:5,
145:20
  **excessive** [3] - 148:20,
148:21, 148:24
  **Exchange** [3] - 18:15, 30:2,
161:21
  **exchanges** [6] - 202:12,
202:18, 202:22, 203:9,
203:17, 203:24
  **excited** [1] - 8:12
  **excludes** [2] - 207:21,
208:12
  **executed** [2] - 4:22, 8:15
  **execution** [3] - 7:20, 9:10,
9:16
  **executive** [1] - 143:11
  **exempt** [1] - 91:8
  **exhibit** [8] - 119:8, 158:2,
159:19, 164:24, 172:15,
198:18
  **Exhibit**[51] - 4:17, 29:10,
29:12, 41:15, 66:3, 68:5,
82:16, 87:21, 88:22, 104:7,
104:9, 106:20, 107:5, 107:7,
112:11, 112:13, 113:6,
113:15, 115:16, 115:23,
116:2, 118:8, 118:10,
122:15, 122:17, 124:9,
124:11, 133:6, 133:8,
133:13, 133:21, 157:13,
157:17, 165:4, 166:5, 167:3,
167:8, 171:22, 171:25,
174:18, 175:14, 175:16,
178:10, 178:13, 190:19,
190:20, 192:8, 192:9,
196:21, 199:10, 206:7
  **existed** [1] - 49:3
  **existence** [1] - 26:18
  **existing** [2] - 31:20, 42:22
  **Existing**[1] - 31:25
  **exit** [1] - 22:14

  **exited** [1] - 22:16
  **expect** [3] - 66:24, 66:25,
87:19
  **expectation** [2] - 212:2,
212:10
  **expectations** [2] - 150:5,
213:4
  **expected** [1] - 219:4
  **expecting** [1] - 56:9
  **expenses** [3] - 37:5,
145:21, 145:23
  **experience** [1] - 63:17
  **experiences** [2] - 63:25,
64:2
  **expert** [1] - 30:11
  **explain** [4] - 92:8, 152:5,
152:7, 163:25
  **explained** [1] - 186:21
  **express** [3] - 58:10, 73:20,
121:7
  **expressed** [2] - 83:24,
165:25
  **expressing** [1] - 131:9
  **extent** [8] - 88:25, 125:21,
125:24, 126:11, 126:14,
126:18, 127:3, 163:7
  **extraordinarily** [3] - 54:13,
54:18, 54:21
  **extraordinary** [2] - 20:25,
54:14
  **extremely** [1] - 102:23
  **eye** [2] - 53:21, 55:17

# F

  **faces** [1] - 213:11
  **fact** [20] - 36:9, 65:10,
65:13, 93:23, 100:21,
102:14, 113:22, 116:13,
117:10, 131:16, 132:6,
141:19, 164:16, 166:22,
170:13, 175:2, 193:11,
195:3, 209:19, 212:7
  **facts** [21] - 11:25, 12:5,
23:11, 61:15, 62:7, 62:16,
62:18, 88:24, 89:10, 94:13,
95:15, 96:6, 98:10, 100:10,
113:4, 162:24, 163:6,
163:15, 163:20, 179:8, 206:3
  **factual** [3] - 30:17, 160:20,
204:18
  **failed** [2] - 140:25, 207:7
  **failure** [1] - 209:14
  **fair** [16] - 11:22, 13:10,
13:17, 14:3, 14:8, 20:10,
25:11, 29:21, 30:25, 54:12,
71:14, 74:6, 94:12, 128:16,
129:22, 144:18
  **Fair**[1] - 31:14
  **fairly** [4] - 19:2, 67:4, 78:9,

94:20
  **false** [2] - 39:23, 39:24
  **familiar** [1] - 110:15
  **families** [1] - 38:2
  **family** [5] - 16:2, 16:5,
36:11, 36:13, 156:24
  **fantastic** [1] - 7:5
  **far** [16] - 30:8, 44:22, 54:2,
74:17, 97:8, 98:2, 163:21,
164:22, 170:11, 183:7,
183:19, 183:25, 198:22,
201:15, 201:17, 217:23
  **fashion** [6] - 99:3, 99:4,
100:7, 100:24, 101:9,
105:15, 105:25, 106:20
  **faster** [1] - 116:11
  **fax** [1] - 171:12
  **faxed** [1] - 107:24
  **February**[8] - 42:5, 138:19,
138:20, 142:6, 144:15,
166:20, 214:11, 214:16
  **fee** [19] - 86:8, 86:9, 86:14,
86:15, 86:22, 146:4, 146:7,
146:11, 146:12, 146:14,
146:18, 146:24, 147:8,
147:12, 147:19, 170:14,
177:2, 177:8, 178:7
  **feeding** [1] - 34:7
  **fees** [15] - 15:22, 37:19,
37:20, 86:12, 137:25, 147:4,
175:6, 207:6, 207:9, 207:10,
207:16, 208:6, 220:11
  **felt** [8] - 16:4, 60:16, 99:7,
131:5, 147:14, 196:3
  **Few**[1] - 44:18
  **few** [8] - 24:5, 43:14, 44:3,
44:14, 44:16, 44:20
  **fiduciarily** [1] - 186:19
  **fiduciary** [1] - 185:10
  **field** [1] - 96:19
  **fifth** [1] - 90:11
  **figure** [3] - 172:9, 181:4,
188:11
  **figured** [1] - 217:11
  **figuring** [1] - 182:8
  **files** [3] - 107:22, 109:12,
110:9
  **filing** [1] - 3:13
  **filled** [1] - 194:8
  **final** [2] - 192:21, 192:24
  **finalizing** [1] - 192:19
  **finally** [1] - 73:18
  **finance** [1] - 15:20
  **Financial**[3] - 107:23,
109:7, 110:12
  **financial** [13] - 25:13,
25:19, 26:2, 26:8, 26:12,
26:21, 27:5, 27:22, 28:13,
28:24, 29:3, 37:25, 68:5
  **Fine**[6] - 57:9, 161:16,

163:22, 183:18, 213:22,
216:14
  **fine** [1] - 132:25
  **Finish**[1] - 28:17
  **finish** [3] - 57:2, 94:15,
181:7
  **finished** [1] - 94:17
  **firm** [3] - 89:2, 109:6,
162:16
  **First**[5] - 148:17, 206:7,
206:9, 206:19, 211:8
  **first** [41] - 5:9, 5:13, 6:5,
6:6, 6:7, 12:20, 32:15, 33:12,
36:21, 52:15, 66:14, 86:21,
104:12, 105:6, 105:8, 106:5,
106:19, 107:19, 111:21,
118:17, 119:14, 121:24,
124:15, 124:16, 138:12,
138:14, 146:25, 149:21,
157:3, 158:22, 159:21,
161:8, 161:12, 164:3,
175:21, 176:7, 176:9,
179:18, 190:22, 192:16,
199:14
  **five** [17] - 5:23, 82:8, 82:10,
82:13, 82:14, 105:12, 130:9,
134:6, 181:5, 181:12,
181:19, 188:17, 207:8,
209:23, 212:6, 213:7, 219:9
  **five-year** [2] - 207:8, 213:7
  **fix** [2] - 54:10
  **flow** [1] - 172:5
  **follow** [4] - 133:12, 133:14,
133:19, 162:8
  **follow-up** [3] - 133:12,
133:14, 133:19
  **followed** [1] - 110:23
  **following** [7] - 107:19,
161:17, 162:6, 173:20,
197:19, 198:16, 207:3
  **follows** [1] - 4:4
  **footnote** [2] - 31:16, 36:8
  **Force**[1] - 192:4
  **forced** [4] - 37:3, 136:6,
193:11, 193:17
  **forces** [1] - 193:13
  **forcing** [3] - 191:18,
191:19, 191:24
  **form** [5] - 3:6, 84:16, 95:3,
116:8, 194:8
  **formed** [2] - 12:9, 12:11
  **forming** [1] - 12:10
  **forms** [2] - 185:2, 185:3
  **formula** [1] - 186:20
  **formulate** [1] - 167:18
  **forth** [11] - 8:19, 57:5,
57:10, 88:18, 88:24, 96:21,
116:11, 128:13, 182:9,
206:23, 225:12
  **Forum**[11] - 16:16, 16:23,

16:24, 17:2, 17:4, 32:18, 33:10, 33:20, 33:24, 34:13, 34:17

**forward** [7] - 73:24, 140:4, 145:8, 147:20, 150:6, 169:20, 212:11

**forwarded** [2] - 159:12, 164:3

**four** [11] - 10:8, 21:22, 44:6, 105:12, 162:13, 163:8, 163:17, 181:5, 181:19, 209:22, 219:8

**Four** [2] - 181:12, 188:17

**fourth** [3] - 119:16, 147:4, 157:24

**fraction** [1] - 115:8

**Frances** [2] - 17:10, 170:25

**frankly** [1] - 61:19

**fraud** [1] - 37:23

**free** [1] - 85:18

**French** [1] - 157:6

**frequently** [5] - 108:3, 109:15, 110:2, 110:19, 111:2

**Friday** [1] - 120:9

**friend** [1] - 60:23

**friends** [2] - 36:11, 36:13

**front** [2] - 114:18, 188:25

**Fuhrtz** [1] - 83:5

**fulfill** [1] - 207:7

**full** [12] - 36:18, 36:19, 36:23, 56:3, 56:8, 61:8, 67:19, 88:18, 88:23, 89:11, 169:2, 169:25

**fully** [2] - 76:20, 191:4

**function** [5] - 135:3, 135:18, 135:23, 144:13, 150:9

**functioning** [2] - 136:9, 136:13

**Fund** [151] - 5:5, 5:6, 6:18, 8:19, 8:25, 9:10, 9:16, 11:24, 12:2, 12:15, 12:19, 13:11, 13:15, 16:18, 17:12, 17:21, 18:8, 18:20, 18:21, 19:8, 19:22, 20:16, 20:19, 20:22, 20:23, 21:9, 22:2, 22:5, 22:14, 22:15, 22:17, 22:18, 23:7, 23:9, 23:12, 23:18, 23:24, 24:12, 29:20, 32:14, 33:24, 34:17, 58:21, 60:10, 60:21, 62:9, 66:5, 67:9, 67:14, 68:5, 68:19, 69:8, 69:21, 70:4, 70:12, 74:11, 74:17, 74:18, 75:3, 80:3, 80:5, 80:6, 82:18, 86:16, 86:20, 87:20, 88:4, 88:6, 88:7, 89:22, 90:6, 90:23, 91:18, 92:2, 93:25, 97:12, 97:13, 98:4, 119:16, 123:9, 136:17, 138:22, 139:10,

139:11, 141:20, 142:7, 142:25, 143:4, 143:9, 148:16, 149:2, 149:14, 155:12, 156:2, 161:8, 162:8, 165:5, 165:16, 166:7, 174:13, 175:7, 176:19, 176:20, 176:22, 177:11, 177:24, 181:14, 181:20, 181:21, 181:23, 181:25, 182:7, 182:23, 184:4, 184:8, 184:11, 184:12, 184:24, 185:4, 185:9, 185:25, 186:19, 186:24, 187:8, 187:10, 187:15, 187:19, 187:25, 190:24, 191:7, 191:16, 191:25, 193:18, 193:20, 193:25, 194:2, 194:10, 194:14, 196:8, 199:19, 211:17, 218:4, 219:24, 220:4, 220:14, 220:21, 220:25, 221:4

**fund** [37] - 9:3, 12:22, 12:25, 13:19, 17:11, 20:13, 26:15, 29:21, 30:25, 54:23, 85:19, 86:19, 94:6, 95:11, 101:20, 120:6, 121:21, 123:19, 137:19, 137:20, 138:4, 139:16, 139:17, 140:10, 141:14, 141:15, 141:25, 155:24, 156:23, 157:6, 183:23, 199:25, 210:18, 218:10, 220:12, 220:16

**Funds** [9] - 21:13, 25:12, 25:19, 26:7, 175:22, 192:21, 192:25, 195:12, 195:13

**funding** [3] - 15:23, 167:23, 168:3

**funds** [15] - 11:13, 11:14, 16:20, 31:4, 37:4, 37:18, 99:25, 100:15, 123:9, 123:23, 128:20, 156:23, 191:2, 191:4

**funny** [1] - 174:17

**future** [2] - 134:24, 152:13

**Futures** [1] - 205:15

**futures** [3] - 174:11, 174:12, 205:20

## G

**gain** [1] - 144:21

**gains** [1] - 76:5

**game** [1] - 52:17

**gauge** [5] - 14:16, 14:19, 14:20, 35:14, 126:18

**general** [6] - 11:20, 102:23, 150:2, 156:3, 195:20, 214:18

**generally** [5] - 95:10, 108:19, 119:3, 121:10, 125:6

**Generally** [1] - 9:14

**generate** [1] - 219:23

**generated** [3] - 37:23, 173:14, 220:12

**generating** [3] - 220:2, 220:4, 220:5

**Geneva** [1] - 156:24

**gentleman** [2] - 11:8, 17:18

**George** [19] - 1:14, 4:2, 107:6, 108:8, 115:25, 122:16, 123:20, 124:10, 129:16, 133:7, 191:5, 224:8, 225:11, 226:6, 226:13, 226:15, 226:19, 226:20, 226:22

**Gia** [95] - 42:11, 42:16, 43:9, 43:15, 45:8, 45:10, 46:2, 47:7, 47:9, 47:16, 50:14, 50:18, 50:24, 51:4, 53:6, 57:18, 64:10, 64:14, 64:16, 76:23, 78:24, 79:10, 79:12, 79:14, 79:24, 80:13, 81:3, 81:11, 81:20, 82:4, 103:3, 104:25, 106:13, 107:19, 107:20, 108:14, 108:16, 108:20, 108:25, 112:10, 112:13, 112:22, 112:25, 113:7, 113:13, 113:16, 114:6, 114:9, 114:15, 114:22, 118:17, 119:4, 119:18, 119:24, 120:3, 120:7, 120:18, 122:2, 122:17, 122:20, 122:23, 123:15, 123:24, 126:24, 127:6, 127:8, 127:20, 127:23, 127:24, 151:7, 152:17, 152:24, 153:4, 154:23, 157:23, 158:5, 158:9, 158:24, 159:3, 159:12, 163:25, 164:3, 165:18, 165:21, 165:24, 175:21, 176:2, 179:11, 179:19, 190:23, 198:23, 199:2, 226:14, 226:19

**Gias** [2] - 148:14, 191:11

**Gianina** [2] - 123:23, 202:19

**gist** [2] - 6:21, 180:20

**Given** [1] - 212:7

**given** [7] - 21:6, 21:20, 28:20, 95:22, 114:19, 197:19, 225:14

**Goldman** [33] - 43:4, 46:3, 47:17, 48:4, 48:15, 49:15, 50:8, 64:10, 70:14, 70:23, 110:12, 126:25, 158:24, 160:6, 160:22, 161:17, 165:4, 174:9, 175:24, 181:13, 182:16, 183:5, 183:10, 191:17, 191:20, 191:22, 193:12, 193:19, 197:14, 198:6, 202:19

**Google** [1] - 218:14

**grand** [1] - 75:8

**grasp** [1] - 154:5

**grasping** [1] - 152:4

**Great** [1] - 108:8

**great** [6] - 8:11, 27:3, 111:7, 130:12, 215:16, 216:8

**Greenwich** [1] - 17:25

**grew** [2] - 31:21, 31:25

**gross** [8] - 19:10, 19:13, 19:16, 98:17, 99:6, 100:11, 102:7, 172:19

**grossly** [14] - 99:2, 99:4, 99:13, 99:15, 99:23, 100:2, 100:7, 100:13, 100:24, 101:5, 101:8, 101:16, 101:18, 101:23

**grouping** [1] - 47:5

**guarantee** [3] - 217:17, 217:20, 217:23

**guaranteed** [1] - 218:23

**guess** [5] - 77:25, 146:13, 167:10, 171:4, 220:5

**guidelines** [2] - 52:8, 217:25

**guy** [7] - 95:8, 96:18, 155:24, 156:13, 197:5, 216:4, 219:19

**guys** [5] - 27:8, 28:8, 77:20, 127:12, 170:11

## H

**half** [7] - 14:18, 14:23, 20:4, 20:12, 23:20, 62:8, 210:22

**Half** [2] - 20:6, 20:10

**hand** [2] - 219:17, 221:17

**hands** [1] - 192:6

**handwriting** [2] - 104:13, 105:3

**hang** [1] - 129:12

**happy** [9] - 21:11, 24:13, 54:17, 54:19, 54:21, 76:9, 176:13, 213:20, 213:21

**hard** [2] - 35:14, 152:3

**harm** [19] - 148:15, 149:2, 149:9, 149:10, 149:12, 149:13, 149:18, 150:14, 151:10, 151:16, 151:24, 152:19, 152:23, 153:7, 153:8, 153:12, 153:15, 153:22, 155:2

**harmful** [4] - 148:23, 150:10, 153:13, 153:14

**headed** [3] - 161:7, 162:3, 206:7

**hear** [3] - 76:23, 106:7

**heard** [5] - 42:15, 79:20, 156:7, 189:17, 201:3

**hedge** [9] - 11:13, 11:14,

20:13, 94:6, 137:19, 137:20, 155:24, 174:13, 210:18
**Hedgefund.net** [2] - 11:9, 11:10
**hello** [1] - 159:3
**help** [5] - 7:6, 72:18, 155:25, 167:17, 204:9
**helped** [1] - 220:14
**helpful** [1] - 80:20
**hereby** [1] - 225:10
**Hereby** [1] - 3:4
**hereinbefore** [1] - 225:12
**hereto** [1] - 3:6
**hid** [2] - 173:23, 174:5
**hide** [3] - 12:5, 62:16, 62:18
**high** [5] - 7:2, 60:25, 199:20, 200:18, 200:21
**himself** [2] - 65:5, 125:11
**hint** [1] - 96:11
**hired** [1] - 89:8
**historical** [2] - 208:10, 218:25
**history** [5] - 23:15, 23:17, 23:22, 23:24, 215:14
**hit** [1] - 129:9
**hold** [2] - 194:2, 221:17
**holder** [1] - 182:22
**holding** [1] - 219:17
**Holleman** [4] - 2:10, 80:16, 80:18, 80:22
**home** [1] - 144:16
**Homstrom** [37] - 1:4, 40:13, 41:3, 58:21, 58:23, 59:6, 59:9, 59:11, 59:14, 60:4, 60:8, 60:10, 60:17, 60:19, 60:20, 60:22, 60:23, 62:5, 62:8, 62:10, 62:14, 62:19, 62:25, 63:13, 63:22, 64:3, 64:6, 68:17, 68:20, 69:3, 69:9, 70:10, 91:18, 94:2, 212:9, 213:15, 213:16
**Homstrom's** [2] - 207:19, 208:9
**honestly** [1] - 215:22
**Honor** [1] - 202:10
**hope** [3] - 69:17, 134:23, 168:22
**hoping** [2] - 132:19, 139:7
**horrendous** [1] - 36:4
**hour** [1] - 23:20
**hours** [2] - 10:8
**house** [10] - 113:5, 118:9, 118:11, 118:13, 119:15, 120:9, 120:16, 120:22, 161:18, 226:17
**huge** [2] - 18:15, 35:15
**hum** [7] - 17:5, 31:17, 34:4, 68:11, 87:23, 90:12, 133:24
**hundreds** [5] - 49:19, 49:20, 81:18, 218:10, 218:11

**hurt** [3] - 31:5, 72:4, 75:16

**I**

**Iam** [191] - 5:2, 9:9, 9:16, 11:24, 12:2, 12:6, 12:9, 13:11, 13:14, 14:4, 14:9, 14:23, 15:12, 15:18, 15:20, 16:7, 16:11, 16:18, 17:6, 22:2, 22:17, 23:7, 23:12, 23:18, 23:25, 24:12, 25:12, 25:18, 26:8, 27:21, 28:23, 30:21, 31:8, 31:12, 31:22, 32:11, 32:13, 32:20, 32:25, 33:14, 33:18, 34:10, 35:5, 35:22, 36:9, 37:10, 37:21, 37:24, 38:20, 40:5, 40:7, 40:9, 40:18, 41:3, 41:9, 41:12, 49:15, 54:13, 56:20, 62:20, 62:24, 63:4, 73:25, 74:6, 74:10, 74:15, 74:16, 74:19, 75:5, 84:23, 85:15, 86:11, 91:18, 94:9, 94:20, 94:22, 95:12, 95:14, 96:2, 96:4, 96:5, 96:10, 96:12, 97:16, 97:21, 98:10, 98:17, 101:13, 102:5, 120:6, 121:20, 123:8, 125:11, 125:17, 125:19, 125:20, 126:5, 126:13, 126:22, 128:20, 129:20, 135:9, 136:5, 136:9, 136:11, 136:13, 137:6, 143:8, 144:8, 144:19, 144:23, 145:10, 145:22, 146:3, 146:9, 146:19, 146:23, 147:3, 148:15, 149:2, 150:14, 151:11, 151:24, 152:19, 153:7, 153:15, 155:2, 165:19, 167:14, 167:24, 168:3, 175:7, 175:8, 180:23, 181:14, 183:22, 185:4, 185:16, 185:21, 185:23, 185:24, 186:4, 186:23, 187:2, 187:7, 187:11, 187:14, 187:20, 187:23, 189:13, 189:25, 194:25, 195:10, 195:15, 195:19, 195:21, 195:23, 195:25, 196:6, 196:13, 204:8, 207:16, 207:20, 207:21, 208:6, 208:11, 208:12, 210:16, 211:14, 212:2, 212:9, 213:11, 213:17, 213:18, 213:23, 214:5, 214:9, 214:18, 214:19, 214:21, 216:8, 217:19, 219:10, 219:12, 219:23, 220:8, 220:13, 220:14, 220:16, 221:3
**Iam's** [14] - 15:24, 32:7,

33:23, 34:16, 34:24, 38:2, 46:13, 93:2, 136:20, 211:12, 213:11, 215:6, 215:8, 215:13
**Id** [1] - 159:5
**idea** [5] - 66:17, 66:18, 155:16, 202:25, 203:3
**identification** [16] - 29:12, 104:9, 107:8, 112:14, 116:3, 118:10, 122:18, 124:12, 133:9, 157:18, 167:8, 171:25, 175:16, 178:14, 190:21, 192:10
**identified** [1] - 157:4
**identify** [19] - 115:17, 151:10, 151:16, 151:23, 152:18, 153:6, 153:12, 153:15, 153:22, 153:25, 154:4, 154:25, 155:17, 155:18, 156:11, 156:18, 156:22, 172:2, 221:7
**Identity** [2] - 69:7, 69:13
**Ifl** [19] - 5:5, 22:10, 24:7, 37:18, 41:13, 67:8, 84:25, 85:9, 87:17, 185:17, 202:12, 207:19, 208:3, 208:9, 209:15, 210:16, 211:16, 213:12, 214:19
**Ifl's** [1] - 207:11
**ignoring** [1] - 141:9
**impact** [5] - 19:22, 126:17, 142:22, 149:4, 150:19
**impacted** [5] - 125:16, 125:18, 125:19, 126:12, 126:22
**impediment** [1] - 149:24
**implementing** [1] - 210:17
**implications** [1] - 90:23
**important** [1] - 206:16
**Ims** [8] - 6:2, 58:13, 111:5, 111:18, 131:24, 188:9, 190:9, 190:10
**inaccurate** [1] - 198:13
**inappropriately** [1] - 78:25
**inbox** [1] - 115:10
**incapable** [1] - 28:4
**inception** [1] - 159:5
**incident** [1] - 139:22
**Incidentally** [2] - 40:4, 84:10
**include** [1] - 164:17
**includes** [2] - 159:7, 164:11
**including** [3] - 24:7, 128:12, 219:16
**Income** [1] - 172:19
**income** [11] - 144:18, 145:9, 145:10, 145:12, 145:13, 145:15, 145:18, 145:20, 172:25, 173:3, 173:7
**incorrect** [1] - 84:7
**increase** [2] - 58:5, 221:3

**increased** [4] - 220:9, 220:20, 220:24, 221:8
**incurred** [8] - 21:9, 24:12, 37:5, 210:16, 210:19, 210:24, 211:14, 211:22
**Independent** [26] - 1:3, 4:20, 4:22, 5:2, 5:5, 8:25, 30:4, 87:20, 97:12, 119:16, 136:17, 161:8, 162:7, 165:5, 172:17, 174:13, 182:23, 185:25, 187:10, 187:19, 190:24, 191:7, 191:16, 191:24, 195:12, 202:13
**Index** [2] - 226:3, 227:3
**indicate** [9] - 46:3, 50:15, 51:19, 94:7, 112:22, 113:17, 164:10, 179:19, 180:18
**indicated** [7] - 69:6, 100:6, 101:8, 120:22, 126:9, 141:4, 142:4
**indicating** [5] - 47:18, 48:5, 48:15, 49:16, 161:18
**indication** [2] - 113:3, 164:7
**indirectly** [2] - 151:18, 151:19
**individual** [1] - 11:15
**individuals** [2] - 156:17, 157:3
**inducing** [4] - 60:20, 60:22, 61:3, 61:4
**inform** [6] - 43:10, 71:24, 79:22, 102:24, 150:3, 206:13
**information** [24] - 49:12, 57:4, 94:21, 95:13, 96:3, 105:24, 120:21, 155:20, 160:2, 161:5, 162:12, 164:25, 165:11, 165:19, 201:23, 203:5, 203:16, 204:10, 206:22, 209:8, 210:3, 210:15, 210:17, 221:25
**informed** [5] - 79:21, 165:14, 198:23, 199:2, 199:6
**Infurchia** [1] - 17:10, 170:25
**initial** [1] - 66:5
**injustice** [3] - 19:10, 19:13, 19:17
**input** [1] - 219:25
**instance** [2] - 20:17, 110:16
**Instant** [1] - 116:9
**instant** [4] - 58:14, 116:4, 116:7, 117:6
**instead** [1] - 184:22
**institutional** [1] - 12:19
**institutions** [1] - 116:22
**instructions** [2] - 122:8, 192:21
**intentioned** [2] - 190:14,

190:16
**interactive** [2] - 174:2, 174:9
**interested** [5] - 59:25, 90:4, 156:15, 156:16, 225:17
**interesting** [1] - 59:15
**intermittent** [1] - 41:6
**Interrogatories** [1] - 206:9
**intertwined** [2] - 33:20, 34:12
**introduce** [1] - 85:16
**introduced** [2] - 11:4, 156:14
**introduction** [1] - 5:12
**invest** [9] - 18:8, 22:3, 22:9, 41:3, 41:8, 41:13, 66:4, 90:3, 91:19
**invested** [13] - 12:14, 12:18, 12:22, 12:25, 22:18, 41:4, 59:8, 60:10, 62:8, 70:7, 70:12, 117:22, 193:21
**investing** [6] - 58:21, 58:23, 59:12, 142:17, 149:24, 155:12
**investment** [1] - 92:19
**investment** [26] - 11:19, 20:23, 22:11, 23:2, 23:5, 25:12, 25:15, 25:17, 25:19, 26:7, 41:9, 59:15, 59:19, 59:21, 60:21, 62:21, 64:7, 67:8, 88:7, 93:2, 165:17, 199:17, 199:19, 207:20, 208:9
**investments** [3] - 24:6, 41:6, 207:11
**investor** [45] - 12:19, 12:20, 68:17, 68:19, 69:7, 69:10, 69:11, 69:12, 69:22, 70:2, 70:9, 75:3, 90:5, 94:12, 94:20, 95:6, 95:19, 95:21, 95:25, 97:11, 137:10, 138:3, 141:18, 141:24, 142:5, 142:11, 142:16, 142:22, 143:2, 149:5, 149:21, 156:12, 182:5, 184:16, 185:8, 185:19, 186:8, 193:14, 212:7, 212:12, 214:13, 214:15, 218:25, 220:3
**investors** [75] - 13:8, 13:19, 17:20, 18:17, 19:11, 21:13, 21:20, 22:5, 22:10, 31:20, 31:25, 32:24, 33:14, 34:19, 34:22, 35:12, 35:16, 35:17, 35:22, 36:2, 36:3, 36:5, 36:6, 37:17, 75:19, 85:14, 86:23, 87:2, 87:19, 88:4, 88:5, 89:22, 90:7, 90:9, 90:18, 91:3, 91:6, 91:19, 91:24, 92:3, 92:8, 93:25, 94:4, 95:5,

98:6, 117:17, 130:13, 130:22, 130:24, 139:3, 142:13, 149:5, 149:21, 150:6, 150:11, 150:16, 150:18, 150:21, 152:6, 152:13, 153:18, 153:19, 153:22, 155:11, 156:25, 167:19, 184:20, 207:22, 208:13, 213:12, 215:14, 215:18, 216:24, 219:8, 221:17
**invests** [1] - 32:14
**involve** [4] - 11:12, 78:17, 79:6, 199:20
**involved** [12] - 7:24, 50:9, 119:23, 120:23, 124:2, 143:21, 156:5, 174:6, 176:16, 176:18, 200:18, 201:13
**involves** [2] - 11:13, 200:23
**irate** [2] - 202:20, 203:18
**irateness** [1] - 203:20
**issue** [8] - 100:9, 100:18, 110:13, 115:13, 126:9, 133:16, 133:19, 193:13
**issues** [1] - 187:21
**item** [4] - 208:5, 209:13, 210:14, 211:12
**items** [7] - 131:13, 160:21, 161:17, 162:12, 163:8, 163:16, 221:23
**itself** [5] - 15:20, 78:8, 137:6, 163:5, 198:4

**J**

**James** [2] - 11:6, 11:16
**Janitza** [3] - 158:22, 159:9, 160:14
**January** [37] - 37:9, 40:4, 40:6, 40:12, 40:15, 40:19, 41:9, 41:11, 43:7, 43:22, 52:21, 54:12, 54:16, 55:15, 56:18, 57:12, 57:17, 57:21, 64:21, 71:5, 72:15, 76:12, 102:15, 112:3, 112:7, 112:9, 112:16, 119:9, 136:15, 137:8, 138:20, 142:5, 166:7, 166:12, 166:13, 171:7, 171:8
**Jo** [1] - 169:14
**job** [5] - 143:7, 194:11, 219:21, 221:13, 221:14
**Joe** [25] - 35:9, 39:21, 45:21, 107:12, 120:3, 120:5, 120:6, 120:14, 121:22, 121:23, 122:2, 122:6, 122:7, 122:20, 123:16, 127:14, 159:13, 173:17, 192:15, 193:2, 193:8, 196:25, 197:4, 197:11
**John** [1] - 43:18
**joint** [9] - 7:24, 27:9, 28:10,

130:7, 130:14, 130:15, 130:16, 132:18, 143:8
**Jones** [2] - 1:16, 2:12
**Joseph** [1] - 30:3
**judge** [2] - 48:2, 202:7
**judgment** [2] - 53:13, 126:13
**July** [2] - 87:24, 122:20
**juncture** [1] - 117:15
**jurisdiction** [1] - 214:25
**justify** [1] - 147:18

**K**

**keep** [8] - 53:21, 55:17, 76:3, 102:3, 115:23, 165:14, 197:20, 199:2
**kept** [2] - 22:13, 184:12
**key** [3] - 148:22, 161:16, 161:17
**kick** [2] - 129:15, 132:8
**killed** [1] - 216:4
**kind** [3] - 55:9, 121:12, 155:20
**Kind** [1] - 156:2
**knowing** [1] - 150:9
**knowledge** [10] - 48:6, 94:21, 96:2, 105:14, 105:23, 118:23, 159:25, 162:11, 210:2, 214:6
**known** [5] - 52:7, 81:16, 151:7, 152:24, 154:23
**Kpmg** [3] - 17:11, 35:4, 35:11

**L**

**label** [1] - 57:25
**lack** [3] - 16:19, 58:5, 131:22
**language** [3] - 193:8, 200:7, 200:9
**Lanza** [24] - 2:9, 4:9, 27:24, 28:17, 29:14, 63:8, 80:15, 81:4, 81:6, 96:8, 96:13, 97:25, 99:24, 103:7, 106:23, 107:10, 160:19, 171:17, 195:11, 195:16, 198:2, 202:9, 202:10, 202:17
**lap** [1] - 221:20
**large** [2] - 14:11, 14:13
**last** [8] - 37:15, 84:23, 85:4, 121:20, 121:24, 123:15, 168:14, 214:16
**late** [18] - 6:4, 12:10, 18:7, 42:11, 47:11, 52:16, 57:18, 58:21, 59:10, 64:6, 65:3, 79:25, 96:24, 102:10, 103:2, 143:18, 144:3, 167:4
**Late** [1] - 143:19
**law** [4] - 89:2, 89:7, 90:7,

200:7
**lawyer** [4] - 38:11, 38:22, 99:14, 99:16
**lawyers** [3] - 89:10, 89:14, 219:17
**leading** [1] - 7:20, 8:4
**learn** [1] - 148:12
**learned** [1] - 11:9
**least** [6] - 7:7, 53:5, 106:14, 107:18, 130:9, 162:18
**leave** [6] - 18:4, 21:14, 117:16, 143:15, 143:25, 144:14
**leaving** [2] - 13:25, 24:22
**left** [7] - 13:19, 13:20, 21:18, 22:8, 74:7, 96:19
**legal** [13] - 60:17, 60:19, 61:7, 61:9, 61:14, 62:6, 100:9, 101:2, 182:6, 200:7, 200:8, 204:18, 213:12
**legalities** [1] - 62:2
**legally** [3] - 30:11, 97:9, 102:21
**legible** [1] - 171:15
**lend** [1] - 16:5
**length** [2] - 114:12, 153:3
**Less** [1] - 82:10
**less** [8] - 15:14, 15:15, 15:19, 82:13, 116:16, 129:24
**Letter** [2] - 29:11, 226:8
**letter** [2] - 143:24
**letters** [1] - 215:2
**level** [4] - 75:17, 217:17, 217:20, 218:21
**lever** [1] - 77:21
**leverage** [6] - 77:6, 77:7, 77:10, 77:15, 116:18, 116:20
**liability** [2] - 213:11, 213:12
**liable** [2] - 213:5, 213:6
**liberty** [1] - 216:11
**light** [1] - 149:24
**likelihood** [2] - 207:21, 208:12
**Limited** [9] - 5:5, 8:25, 19:24, 87:21, 161:8, 165:6, 185:25, 187:10, 187:19
**limited** [2] - 90:9, 91:5
**line** [3] - 172:19, 175:11, 202:9
**Line** [1] - 173:6
**lined** [2] - 27:3, 139:3
**lines** [1] - 121:13
**liquidate** [1] - 181:14, 181:20, 181:21, 183:22, 191:8, 191:16, 191:21
**liquidated** [7] - 80:3, 80:5, 80:6, 122:24, 123:21, 139:10, 193:19
**liquidating** [2] - 190:25, 191:25

**liquidation** [15] - 80:7,
139:11, 181:22, 181:24,
182:3, 182:10, 182:11,
182:13, 183:24, 184:2,
184:18, 184:19, 184:22,
185:13, 191:13
**liquidity** [4] - 76:19, 76:20,
131:22, 206:15
**Lisa** [3] - 1:17, 225:8,
225:22
**list** [9] - 41:24, 47:8, 47:9,
47:11, 47:12, 56:8, 79:14,
158:13, 159:16
**list/e** [1] - 158:10
**list/e-mail** [1] - 158:10
**listed** [9] - 42:5, 46:4, 46:9,
46:17, 68:9, 91:13, 93:5,
106:19, 113:24
**listen** [2] - 81:23, 82:1
**listing** [1] - 79:9
**listings** [3] - 104:13,
104:15, 104:17
**lists** [1] - 104:24
**litigation** [2] - 80:25, 81:2
**living** [1] - 37:4
**Llq** [4] - 1:4, 30:4, 167:11,
172:17
**Lombardt** [2] - 155:22,
157:6
**Look** [1] - 82:20
**look** [58] - 4:18, 10:11,
10:13, 10:16, 10:18, 29:15,
36:8, 41:19, 46:7, 48:22,
49:2, 49:5, 49:9, 59:23, 68:7,
68:8, 78:15, 78:19, 84:9,
87:3, 87:20, 101:3, 101:4,
106:2, 114:21, 114:23,
115:11, 115:13, 115:18,
117:5, 123:13, 123:15,
124:6, 133:21, 144:20,
157:20, 158:21, 159:21,
162:2, 170:22, 172:14,
176:14, 181:18, 196:9,
196:15, 199:10, 199:12,
202:11, 203:7, 203:11,
204:11, 206:19, 208:16,
208:21, 210:14, 210:20,
210:23, 211:12
**looked** [7] - 10:12, 98:4,
105:16, 114:17, 115:3,
115:15, 181:8
**looking** [13] - 6:18, 23:9,
41:20, 79:4, 79:8, 82:11,
92:11, 135:21, 170:8,
172:11, 175:20, 198:14
**Looking** [4] - 86:7, 105:20,
122:19, 166:5
**Looks** [2] - 46:25, 122:5
**looks** [10] - 68:15, 103:3,
108:12, 111:24, 112:20,

124:25, 159:20, 161:24,
178:15, 192:14
**Lopez** [2] - 158:24, 159:9
**Lori** [1] - 83:5
**Lori's** [1] - 82:19
**lose** [3] - 31:22, 32:11,
218:4
**losing** [1] - 15:21
**loss** [20] - 14:17, 14:19,
14:20, 20:5, 20:13, 20:14,
21:6, 32:19, 144:8, 144:10,
144:17, 144:19, 144:23,
145:2, 145:7, 173:3, 173:7,
199:18, 213:20, 213:21
**losses** [13] - 14:9, 14:10,
14:11, 14:12, 14:14, 15:5,
19:23, 19:25, 20:15, 21:8,
21:25, 24:12, 145:8
**Lost** [1] - 207:6
**lost** [10] - 14:23, 15:12,
15:18, 37:19, 207:8, 207:15,
207:20, 208:5, 208:11,
209:13
**low** [1] - 128:20
**lunch** [2] - 80:20, 103:5
**Luncheon** [1] - 103:8

**M**

**magazines** [1] - 218:13
**magnitude** [2] - 14:15,
14:16
**mail** [120] - 6:5, 6:6, 47:17,
48:15, 49:14, 49:21, 50:5,
50:6, 50:8, 50:22, 53:22,
53:24, 54:2, 71:2, 71:25,
79:15, 79:18, 79:23, 80:13,
82:17, 82:24, 107:6, 107:11,
107:15, 107:18, 108:13,
108:20, 109:3, 109:13,
112:13, 112:23, 113:19,
113:25, 118:17, 118:20,
119:14, 120:2, 120:3,
120:12, 120:14, 120:20,
121:10, 121:20, 122:3,
122:16, 122:19, 123:15,
124:10, 124:16, 124:21,
124:23, 124:25, 125:3,
127:10, 127:11, 130:5,
131:2, 131:9, 131:25, 132:2,
132:4, 132:5, 133:7, 133:12,
133:15, 134:3, 134:4, 134:8,
134:16, 134:17, 139:20,
157:23, 158:5, 158:10,
158:22, 159:12, 164:3,
167:4, 168:22, 168:24,
175:15, 175:17, 175:19,
179:11, 180:7, 180:21,
188:2, 188:16, 189:7, 189:9,
189:12, 189:18, 189:23,
189:24, 190:4, 190:20,

190:22, 191:11, 191:23,
192:5, 192:9, 192:11,
192:14, 202:12, 202:22,
203:9, 203:17, 203:24,
204:4, 226:12, 226:14,
226:18, 226:20, 226:21,
227:8, 227:11, 227:12
**mailed** [6] - 107:25, 157:14,
157:16, 158:9, 158:16,
226:23
**mails** [52] - 6:2, 6:3, 6:10,
47:22, 48:2, 48:7, 48:11,
48:19, 48:20, 48:22, 49:20,
64:14, 64:16, 71:4, 82:12,
110:17, 110:19, 110:21,
110:22, 111:5, 111:18,
112:2, 112:20, 114:18,
114:21, 114:22, 114:23,
115:5, 115:7, 115:9, 115:11,
115:12, 115:15, 119:6,
119:21, 123:13, 124:7,
131:7, 155:13, 156:20,
163:21, 179:10, 179:21,
179:23, 188:8, 196:9,
196:16, 196:24, 197:9,
202:24, 202:25, 204:8
**maintained** [1] - 136:24
**Maintaining** [1] - 136:23
**major** [6] - 58:2, 58:3,
78:14, 100:18, 139:25,
149:23
**manage** [5] - 9:5, 150:4,
150:5, 221:15
**managed** [4] - 87:17, 92:14,
92:24, 93:16
**management** [23] - 11:20,
15:16, 15:22, 16:20, 23:6,
37:19, 37:20, 86:8, 86:15,
86:22, 146:11, 146:12,
147:4, 147:8, 147:12,
147:19, 170:14, 175:5,
207:9, 207:14, 207:15,
210:16
**Management** [8] - 1:3,
4:20, 4:23, 5:2, 30:4, 93:6,
172:17, 202:13
**manager** [28] - 9:2, 17:25,
18:2, 32:13, 74:13, 92:7,
92:10, 93:8, 93:9, 93:20,
98:7, 136:16, 136:21, 137:3,
137:5, 137:15, 137:16,
150:8, 150:10, 150:11,
152:14, 185:23, 193:15,
200:5, 201:21, 202:2, 213:9
**managers** [8] - 22:20,
22:24, 22:25, 27:3, 92:5,
92:25, 93:5, 97:15
**manages** [1] - 74:18
**managing** [2] - 30:3,
136:24

**Mango** [3] - 1:17, 225:8,
225:22
**many-month** [1] - 214:15
**March** [9] - 1:11, 137:12,
138:18, 141:19, 143:3,
214:13, 223:2, 226:2, 227:2
**margin** [88] - 41:25, 42:8,
42:21, 42:24, 43:3, 43:11,
43:25, 44:10, 44:24, 45:11,
45:18, 46:4, 46:8, 46:17,
46:22, 48:16, 49:16, 50:6,
50:9, 50:15, 51:24, 57:20,
63:14, 63:18, 64:6, 65:5,
65:17, 77:10, 77:21, 77:24,
77:25, 78:2, 78:4, 78:7, 78:8,
78:10, 78:17, 78:18, 79:6,
96:16, 97:8, 99:5, 104:14,
104:16, 105:8, 105:14,
105:21, 105:24, 106:19,
107:2, 111:11, 111:22,
113:16, 118:14, 118:25,
158:11, 158:18, 159:4,
159:17, 160:11, 160:13,
160:17, 162:22, 163:2,
163:10, 163:12, 163:13,
163:14, 163:18, 164:5,
164:8, 165:11, 165:15,
165:20, 178:11, 178:12,
202:20, 203:19, 204:14,
204:19, 204:21, 204:23,
205:7, 205:12, 205:19,
227:10
**margins** [1] - 79:17
**mark** [1] - 171:22
**marked** [32] - 4:17, 29:9,
29:12, 41:15, 68:4, 82:16,
104:7, 104:8, 107:4, 107:7,
112:13, 116:2, 118:7, 118:9,
122:17, 124:11, 133:8,
157:12, 157:17, 167:2,
167:8, 171:24, 174:24,
175:13, 175:16, 178:13,
190:18, 190:20, 192:9,
196:21, 206:7, 226:11
**market** [7] - 21:23, 132:19,
166:6, 212:24, 212:25,
213:3, 219:22
**marketing** [12] - 55:24,
58:6, 72:18, 72:19, 74:25,
87:18, 88:8, 88:11, 170:12,
213:10, 219:21, 221:16
**marketplace** [2] - 27:8,
28:9
**markets** [1] - 201:18
**Markettrend** [1] - 93:16
**marriage** [1] - 225:17
**material** [11] - 11:25, 58:6,
61:15, 62:6, 62:17, 72:19,
88:24, 96:4, 170:12, 219:22,
221:16

**matrix** [1] - 219:3
**matter** [10] - 27:9, 61:16, 129:13, 132:7, 134:3, 184:2, 187:11, 187:13, 225:18
**matters** [7] - 8:4, 8:15, 10:3, 56:20, 88:18, 114:25, 179:9
**maximum** [1] - 212:25
**Mcvey** [3] - 29:11, 29:23, 226:8
**mean** [31] - 7:2, 8:21, 16:10, 27:24, 40:10, 53:16, 66:21, 78:8, 89:12, 89:23, 92:13, 98:2, 99:18, 105:3, 130:11, 140:8, 141:23, 143:20, 145:6, 145:13, 145:14, 145:17, 145:19, 161:6, 168:12, 179:6, 193:6, 193:8, 194:17, 198:8, 220:17
**meaning** [1] - 124:2
**Meaning** [1] - 85:13
**meaningful** [2] - 53:13, 53:17
**Meaningful** [1] - 53:14
**means** [3] - 26:19, 44:17, 44:19
**meant** [5] - 34:8, 74:10, 85:11, 117:13, 193:3
**meantime** [1] - 143:9
**meet** [6] - 9:25, 10:6, 11:2, 24:20, 25:8, 141:2
**Meeting** [1] - 78:4
**meeting** [3] - 78:18, 118:25, 120:23
**member** [1] - 20:4
**members** [2] - 16:2, 16:5
**memo** [17] - 24:17, 42:10, 57:18, 79:9, 79:12, 79:19, 103:4, 104:25, 113:12, 113:19, 148:14, 166:2, 166:3, 180:15, 199:7, 199:9, 199:11
**memorandum** [11] - 87:21, 88:3, 88:8, 88:10, 88:13, 88:14, 95:11, 136:23, 137:2, 184:13, 186:21
**memorialized** [1] - 9:13
**mention** [3] - 150:17, 150:20, 219:7
**mentioned** [3] - 58:13, 63:16, 190:15
**mess** [2] - 108:5, 110:4
**message** [4] - 58:14, 116:4, 116:7, 117:6
**Messaging** [1] - 116:10
**met** [43] - 11:23, 42:8, 42:14, 42:15, 42:22, 43:25, 44:11, 44:24, 45:12, 45:19, 46:5, 57:21, 79:7, 105:14, 105:25, 106:6, 106:20,

107:3, 119:18, 120:18, 123:10, 159:8, 159:18, 163:11, 163:19, 164:12, 164:18, 164:19, 164:21, 165:12, 165:20, 178:11, 178:13, 178:16, 179:25, 180:16, 180:20, 198:20, 198:25, 204:19, 204:21, 204:24, 227:10
**Metro** [1] - 4:13
**mid** [2] - 75:6, 140:17
**Mid** [1] - 75:7
**midway** [1] - 199:13
**might** [5] - 23:10, 138:25, 218:3, 218:4, 219:8
**million** [54] - 7:4, 7:7, 12:14, 12:18, 12:22, 13:4, 13:5, 14:18, 14:23, 20:10, 37:11, 58:7, 62:8, 66:5, 66:11, 67:4, 67:15, 67:21, 67:23, 67:25, 68:25, 70:8, 71:21, 71:22, 72:12, 76:14, 76:15, 83:4, 83:8, 83:12, 83:18, 83:22, 84:20, 85:21, 85:23, 86:18, 113:5, 120:8, 137:11, 149:14, 188:5, 195:5, 207:19, 208:3, 208:8, 209:2, 209:6, 209:23, 209:24, 216:16, 217:2, 217:9, 217:10
**mind** [2] - 96:18, 155:7
**mine** [2] - 105:5, 105:7
**Minimal** [1] - 75:7
**minimal** [2] - 75:7, 75:10
**minimum** [5] - 7:3, 68:25, 207:20, 208:11, 208:14
**minor** [5] - 57:24, 57:25, 58:2, 90:19, 90:20
**minute** [3] - 61:19, 73:5, 216:13
**minutes** [6] - 72:21, 73:6, 73:8, 73:11, 73:13, 103:6
**mispronouncing** [1] - 158:23
**misspoke** [1] - 174:19
**misunderstood** [1] - 82:3
**mix** [1] - 214:24
**model** [2] - 26:15, 93:2
**moment** [3] - 65:24, 216:7, 222:7
**monetary** [1] - 14:19
**money** [104] - 7:4, 12:22, 14:5, 15:12, 15:21, 16:2, 16:5, 19:19, 20:7, 20:11, 24:4, 30:21, 31:13, 36:12, 38:20, 53:11, 65:9, 65:13, 67:4, 67:14, 71:22, 80:10, 84:4, 84:8, 86:19, 86:25, 87:4, 87:5, 87:6, 87:7, 87:8, 87:9, 101:19, 117:19,

128:17, 137:23, 138:8, 138:9, 138:13, 139:16, 140:14, 140:21, 143:12, 152:12, 155:25, 166:23, 169:20, 170:6, 174:3, 174:21, 175:23, 176:15, 176:17, 176:19, 176:20, 177:10, 177:14, 177:22, 182:4, 182:6, 182:16, 182:18, 182:20, 182:21, 182:24, 183:9, 183:11, 184:3, 184:9, 184:11, 184:12, 184:15, 184:20, 184:25, 185:5, 185:19, 186:12, 186:17, 186:20, 191:14, 191:15, 193:18, 193:20, 193:21, 193:24, 194:3, 194:6, 194:9, 194:18, 212:13, 212:15, 212:16, 215:12, 216:20, 218:3, 218:4, 219:6, 220:15, 220:20, 220:24, 221:4, 221:7, 221:8, 221:10
**moneys** [6] - 168:20, 169:4, 172:5, 184:24, 186:25, 220:13
**monitor** [1] - 42:17
**monitored** [1] - 42:19
**month** [13] - 19:19, 20:4, 21:7, 21:16, 21:22, 80:11, 108:8, 111:7, 114:16, 114:19, 204:7, 214:15, 214:16
**monthly** [2] - 21:25, 22:13
**months** [5] - 86:21, 139:13, 146:11, 175:10, 209:23
**Moreover** [1] - 37:17
**morning** [4] - 5:12, 8:6, 66:15, 84:14
**most** [5] - 6:20, 99:6, 161:16, 161:18, 188:7
**mostly** [1] - 157:2
**move** [2] - 34:14, 214:9
**moved** [1] - 144:15
**Moving** [1] - 214:9
**multi** [2] - 26:15, 137:19
**multi-strategy** [2] - 26:15, 137:19
**multiples** [1] - 78:11
**must** [1] - 135:7
**mystery** [2] - 69:7, 69:11

# N

**name** [9] - 5:2, 82:20, 155:19, 155:20, 205:16, 215:24, 216:6, 216:12, 219:17
**named** [1] - 202:18
**National** [3] - 107:22, 109:7,

110:12
**nature** [1] - 206:14
**Navs** [2] - 182:8, 194:12
**necessarily** [2] - 60:14, 60:18
**necessary** [2] - 37:20, 210:18
**need** [8] - 7:3, 73:5, 97:7, 98:21, 107:23, 129:2, 140:5, 148:3
**Needed** [1] - 76:25
**needed** [15] - 7:7, 26:9, 33:4, 73:22, 74:4, 75:13, 75:19, 75:21, 76:25, 89:10, 98:5, 130:6, 147:15, 194:8
**needing** [4] - 25:22, 25:25, 26:14, 159:9
**needs** [7] - 61:11, 72:13, 72:18, 73:22, 75:12, 89:6, 136:24
**negative** [1] - 173:7
**negatively** [5] - 125:16, 125:18, 125:19, 126:12, 126:22
**negligence** [5] - 98:17, 99:6, 99:19, 100:11, 102:8
**negligent** [21] - 99:3, 99:4, 99:13, 99:15, 99:23, 100:3, 100:7, 100:13, 100:24, 101:6, 101:8, 101:16, 101:18, 101:21, 101:23, 102:2, 102:11, 102:13, 102:16, 102:19, 102:23
**negotiations** [2] - 6:25, 7:8
**neighborhood** [1] - 15:13
**net** [11] - 6:20, 7:2, 66:16, 68:9, 86:25, 145:10, 145:13, 145:15, 145:17, 212:20, 220:23
**Net** [1] - 14:6
**Never** [2] - 183:25, 205:19
**never** [19] - 42:13, 42:25, 43:2, 43:16, 44:4, 67:2, 74:16, 78:2, 79:20, 79:21, 183:24, 185:12, 185:13, 189:17, 189:20, 212:23, 213:16
**New** [10] - 1:2, 1:16, 1:18, 2:8, 2:15, 18:14, 161:21, 225:4, 225:6, 225:9
**new** [11] - 17:20, 17:23, 23:4, 34:14, 35:8, 35:9, 92:7, 142:5, 142:11, 148:5, 193:22
**next** [19] - 33:23, 34:7, 34:16, 139:21, 156:4, 156:10, 161:3, 162:2, 170:22, 184:5, 185:15, 187:22, 188:6, 188:11, 208:5, 209:13, 210:14, 211:12, 212:5

241

nice [1] - 59:16
night [2] - 110:10, 197:19
nonetheless [1] - 106:20
normal [1] - 78:4
Norman [1] - 157:5
North [1] - 4:13
Notary [2] - 1:18, 225:9
note [3] - 4:5, 114:3, 206:17
Note [1] - 159:6
noted [1] - 222:9
notes [6] - 56:8, 72:22,
171:3, 171:4, 196:10, 196:16
nothing [4] - 66:8, 120:4,
135:19, 221:19
notice [5] - 1:15, 54:6,
147:17, 185:9, 188:13
noticed [2] - 73:14, 203:20
noticing [1] - 142:22
notified [4] - 42:13, 71:17,
78:24, 102:20
notify [4] - 71:9, 71:15,
71:18, 72:7
notion [2] - 163:16, 204:19
November [18] - 64:25,
65:3, 71:25, 89:21, 99:11,
99:22, 100:13, 100:22,
101:9, 102:6, 141:23,
178:21, 179:2, 180:6,
188:14, 189:13, 189:25,
190:13
number [21] - 14:25, 15:7,
40:22, 43:3, 44:16, 75:9,
119:6, 131:7, 150:6, 172:7,
172:12, 172:14, 173:9,
174:23, 175:11, 198:19,
204:6, 209:2, 216:24, 219:4,
221:23
Number [1] - 148:20
numbered [1] - 157:19
numbers [12] - 15:9, 91:6,
104:12, 105:10, 144:21,
167:6, 167:9, 169:9, 210:9,
216:20, 216:22, 217:15
Ny [7] - 1:16, 2:8, 2:15,
161:24, 161:25
Nyse [1] - 37:23

**O**

o'clock [1] - 4:11
oath [3] - 3:11, 23:23, 38:18
object [9] - 96:8, 187:23,
195:10, 195:15, 195:19,
195:21, 196:7, 196:13, 198:2
Objection [9] - 27:24, 81:4,
96:13, 97:25, 99:24, 106:23,
160:19, 195:11, 195:16
objection [1] - 207:3
objections [1] - 3:6
objective [2] - 95:2, 200:14

Objective [1] - 92:19
obligated [1] - 66:4, 66:6,
67:20, 208:3
obligates [1] - 66:9
obligation [18] - 60:17,
60:19, 61:7, 61:9, 61:14,
62:6, 65:5, 65:16, 66:10,
66:19, 67:17, 67:18, 95:15,
95:18, 95:19, 95:21, 96:5,
97:16
obligations [1] - 207:7
obtain [5] - 16:7, 23:2,
26:17, 93:8, 220:14
obtained [2] - 143:2, 212:8
obvious [1] - 149:13
obviously [6] - 22:11,
93:12, 108:17, 151:14,
188:4, 191:16
Obviously [1] - 151:13
occasions [1] - 43:14
occur [4] - 77:19, 153:8,
153:9, 176:6
occurred [4] - 126:9,
153:10, 153:11, 210:21
October [12] - 4:23, 5:9, 6:4,
23:25, 144:6, 169:9, 175:15,
175:17, 177:11, 202:8, 227:8
offer [1] - 9:4
offered [2] - 90:17, 91:2
offering [11] - 87:21, 88:3,
88:10, 88:13, 88:14, 95:11,
136:23, 137:2, 184:13,
186:21, 199:11
office [5] - 16:8, 31:23,
144:14, 144:15, 214:17
officer [1] - 3:10
offices [3] - 1:15, 156:24,
214:10
officially [1] - 12:11
offshore [14] - 6:19, 6:21,
16:22, 16:24, 24:8, 33:24,
34:14, 34:16, 89:2, 157:2,
157:5, 199:24, 214:25,
221:18
often [1] - 55:23
Ola [5] - 1:4, 40:13, 63:16,
69:3, 220:3
Old's [1] - 74:9
old [1] - 17:24
once [6] - 13:7, 60:3, 127:8,
182:16, 185:8, 206:16
One [10] - 44:17, 44:20,
44:22, 50:5, 50:6, 149:13,
169:15, 171:24, 217:7, 227:7
one [77] - 12:13, 17:14,
17:16, 17:23, 17:24, 18:17,
18:25, 32:21, 33:7, 43:8,
43:9, 44:19, 48:21, 49:14,
49:22, 50:4, 50:8, 51:4,
51:11, 51:15, 51:16, 52:18,

53:4, 53:5, 64:21, 64:22,
65:2, 65:19, 78:21, 78:25,
79:15, 79:21, 83:17, 84:20,
105:11, 112:20, 116:20,
119:7, 119:9, 119:10,
119:12, 121:24, 126:25,
128:15, 131:15, 134:5,
134:9, 135:2, 155:17,
156:15, 157:14, 160:21,
171:23, 174:4, 174:19,
176:8, 177:21, 178:15,
189:11, 193:2, 193:13,
198:17, 204:4, 206:11,
215:24, 216:7, 216:13,
217:6, 218:8, 218:17, 219:4
one-page [2] - 171:23,
174:19
One-page [1] - 171:24,
227:7
one-third [3] - 217:6,
218:17, 219:4
One-third [1] - 217:7
ones [5] - 23:4, 114:24,
114:25, 153:5, 199:7
Ones [1] - 65:20
ongoing [1] - 136:10
open [1] - 221:23
opening [1] - 158:13
operate [4] - 144:8, 144:23,
145:2, 210:18
operated [1] - 144:19
operation [1] - 219:15
opinion [2] - 186:9, 186:11
opinions [1] - 75:25
opportunity [2] - 28:10,
207:9
opposed [4] - 21:19,
163:10, 163:18, 194:2
option [1] - 181:11
Orally [1] - 72:9
orally [8] - 8:3, 45:10,
64:11, 67:18, 70:15, 71:18,
71:20, 72:7
order [4] - 14:15, 31:13,
38:19, 115:24
ordinary [1] - 173:2
Ordinary [1] - 173:7
Osi [3] - 33:5, 33:7, 33:20
Osfsungard [6] - 32:15,
32:16, 33:12, 33:17, 34:9,
34:13
outcome [1] - 225:18
outlined [1] - 136:22
outside [1] - 188:4
outstanding [2] - 119:15,
120:17
Outstanding [1] - 171:4
overall [2] - 14:4, 220:23
oversee [1] - 221:16
owe [3] - 37:10, 170:20,

174:21
owed [3] - 170:17, 174:23,
174:24
owes [1] - 170:21
owing [1] - 170:16
own [13] - 15:23, 40:24,
60:24, 61:3, 67:4, 85:15,
93:2, 117:19, 126:6, 174:11,
174:12, 193:7, 221:14
owner [1] - 40:11

**P**

P&I [3] - 42:19, 197:18,
198:16
Page [6] - 90:11, 92:13,
166:10, 226:5, 226:7, 227:5
page [42] - 31:15, 36:8,
37:15, 46:19, 68:8, 92:11,
104:12, 104:15, 104:17,
105:8, 105:20, 106:5, 106:8,
106:19, 107:19, 118:16,
119:7, 122:19, 124:15,
124:17, 157:21, 157:24,
157:25, 158:3, 158:21,
159:21, 160:3, 161:3, 161:4,
161:7, 161:13, 170:22,
171:23, 171:24, 174:19,
175:21, 192:16, 199:12,
202:9, 206:25, 227:7
Page/line [1] - 223:6
pages [10] - 41:21, 46:7,
104:10, 104:21, 162:2,
162:6, 162:9, 162:13, 163:8,
163:17
paid [5] - 147:7, 147:11,
170:14, 175:10, 215:12
paper [1] - 213:4
par [1] - 194:12
paragraph [9] - 37:15, 72:2,
84:22, 90:11, 92:18, 92:20,
129:11, 199:13
parameters [1] - 88:7
part [16] - 41:19, 68:7, 78:4,
87:16, 99:19, 102:23,
104:25, 106:14, 106:15,
116:12, 117:5, 117:7,
123:19, 135:17, 168:17,
192:18
partially [2] - 39:23, 39:24
participate [3] - 86:12,
146:14, 147:2
participated [3] - 146:4,
146:7, 146:23
particular [3] - 92:9,
195:19, 215:3
particularly [1] - 196:23
parties [2] - 3:5, 225:16
partner [2] - 27:10, 196:25
partners [2] - 34:25, 197:6

**partnership** [1] - 130:7
**Partnership** [1] - 19:24
**passionate** [2] - 197:2, 197:5
**past** [2] - 24:5, 81:15
**patient** [1] - 129:13
**pattern** [1] - 65:21
**patterns** [1] - 201:6
**Pause** [2] - 73:10, 73:12
**pay** [13] - 37:4, 38:20, 71:23, 76:16, 83:14, 84:2, 128:21, 128:24, 128:25, 135:2, 135:18, 135:23, 143:13
**payable** [2] - 171:3, 171:4
**paying** [3] - 74:25, 137:24, 147:19
**payment** [4] - 86:14, 174:6, 177:5, 177:25
**Peacock** [1] - 215:25
**peak** [2] - 21:6, 212:25
**pension** [1] - 91:7
**people** [13] - 18:4, 31:5, 39:2, 84:15, 89:13, 90:3, 116:10, 117:22, 128:11, 129:14, 132:7, 132:21, 216:2
**per** [11] - 12:6, 52:8, 68:9, 84:13, 148:18, 159:3, 164:4, 170:17, 172:3, 187:21, 194:15
**percent** [26] - 15:13, 15:15, 20:4, 20:6, 20:10, 20:12, 21:16, 38:24, 39:5, 39:8, 39:13, 39:18, 40:17, 40:24, 76:5, 174:15, 207:17, 208:7, 212:25, 213:2, 218:7, 218:11, 218:13, 218:16
**percentage** [1] - 40:18
**perform** [3] - 167:20, 169:5, 212:17
**performance** [46] - 13:10, 13:14, 16:17, 16:21, 23:12, 31:21, 32:2, 32:5, 32:8, 32:10, 32:12, 34:23, 37:22, 54:14, 54:22, 54:25, 55:6, 55:7, 55:10, 55:11, 55:15, 55:16, 86:8, 86:14, 91:25, 111:9, 130:10, 132:20, 132:22, 133:2, 133:3, 133:4, 146:4, 146:7, 146:14, 146:18, 146:23, 156:7, 175:5, 207:10, 208:6, 216:23, 217:18, 217:21, 217:24, 218:22
**performs** [1] - 212:14
**Perhaps** [1] - 35:13
**perhaps** [5] - 81:16, 139:2, 143:25, 152:12, 156:5
**period** [13] - 6:4, 14:4, 14:23, 15:18, 15:21, 21:7,

42:5, 90:2, 183:18, 211:25, 212:18, 213:7, 221:5
**permitted** [2] - 77:6, 77:7
**person** [3] - 11:2, 215:21, 216:7
**personal** [5] - 37:4, 37:6, 38:3, 38:4, 101:14
**personally** [3] - 37:21, 65:6, 65:17
**persons** [6] - 90:8, 90:19, 91:3, 91:7, 199:16, 215:24
**phone** [7] - 53:25, 54:2, 54:8, 108:21, 120:25, 139:20, 188:9
**piece** [1] - 84:19
**pieces** [1] - 184:14
**place** [23] - 48:16, 49:17, 51:2, 80:8, 100:5, 100:22, 134:24, 139:12, 142:10, 175:23, 178:3, 179:22, 186:22, 187:24, 194:13, 203:6, 204:7, 207:18, 208:3, 209:14, 221:10, 221:13, 221:14
**placed** [6] - 85:10, 85:13, 85:19, 85:21, 191:12, 221:19
**placement** [2] - 208:8, 209:6
**plaintiff** [2] - 207:3, 207:8
**Plaintiff's** [1] - 206:8
**Plaintiffs** [1] - 1:5
**plaintiffs** [1] - 2:5
**plan** [4] - 29:21, 31:2, 31:3, 31:4
**platform** [6] - 197:23, 198:5, 198:6, 198:7, 198:9
**Pllc** [1] - 2:4
**Plus** [1] - 65:11
**plus** [1] - 13:5
**Pm** [5] - 103:8, 104:3, 120:13, 192:15, 222:9
**point** [28] - 12:13, 12:16, 12:17, 28:22, 48:21, 80:4, 81:12, 81:17, 81:19, 86:22, 99:9, 99:21, 100:5, 100:12, 100:21, 128:7, 129:5, 135:25, 138:10, 148:5, 149:10, 149:12, 180:22, 181:3, 190:15, 193:25, 194:10, 196:12
**pointed** [1] - 131:13
**pointing** [2] - 164:14, 218:6
**points** [3] - 56:12, 57:25, 58:2
**poor** [1] - 212:18
**Porco** [10] - 10:21, 15:25, 30:3, 36:25, 40:7, 40:24, 69:5, 69:6, 89:10, 222:5
**Porco's** [1] - 222:3
**pornography** [1] - 110:22

**portion** [4] - 169:23, 169:24, 170:14, 216:17
**pose** [4] - 98:20, 98:22, 98:23, 154:17
**position** [17] - 26:16, 44:25, 52:11, 52:14, 65:23, 67:20, 174:21, 185:21, 186:5, 186:23, 187:2, 187:7, 187:14, 187:16, 187:18, 194:25, 195:5
**positions** [4] - 76:21, 122:25, 123:21, 198:11
**positive** [3] - 21:21, 145:20, 218:22
**possibility** [2] - 153:20, 176:25
**possible** [4] - 107:24, 107:25, 139:18, 171:17
**possibly** [2] - 23:17, 115:10
**potential** [10] - 90:2, 92:8, 148:9, 153:17, 153:21, 155:10, 156:25, 165:16, 213:11, 213:12
**potentially** [3] - 26:19, 136:8, 141:5
**prefer** [1] - 119:17
**premarked** [5] - 122:14, 124:8, 133:5, 165:3, 178:9
**preparations** [1] - 169:15
**prepare** [5] - 9:19, 9:21, 56:23, 57:3, 72:25
**prepared** [2] - 57:7, 192:20
**present** [2] - 95:25, 100:10
**presumably** [1] - 159:23
**pretty** [12] - 58:8, 87:8, 100:18, 101:21, 102:12, 102:16, 111:24, 112:9, 214:23, 215:19, 217:11
**previous** [8] - 34:6, 65:18, 144:12, 161:12, 162:9, 198:16
**previously** [5] - 4:17, 41:14, 82:16, 196:20, 206:6
**primarily** [1] - 24:7
**prime** [10] - 46:8, 46:17, 46:22, 97:22, 180:23, 180:25, 181:3, 181:8, 202:12, 211:16
**principal** [8] - 40:5, 40:7, 40:9, 40:10, 62:20, 62:23, 63:3, 212:9
**principals** [4] - 30:3, 36:24, 37:21, 38:2
**printing** [4] - 104:14, 105:2, 105:21, 106:8
**pro** [1] - 19:23
**probable** [3] - 109:22, 127:20, 127:23
**problem** [6] - 52:20, 54:10, 107:23, 122:13, 197:23

**problems** [1] - 16:18
**procedural** [2] - 185:15, 185:20
**procedure** [1] - 183:8
**procedures** [2] - 184:15, 185:18
**process** [19] - 80:8, 94:4, 95:5, 95:7, 95:10, 95:20, 95:24, 97:10, 98:8, 116:25, 142:2, 149:22, 175:23, 178:2, 182:8, 184:20, 214:15, 215:17
**produced** [3] - 104:11, 115:8, 203:14
**production** [1] - 204:3
**professional** [2] - 38:4, 77:17
**profile** [2] - 116:16, 200:6
**profit** [2] - 91:7, 144:17
**profits** [9] - 14:5, 14:6, 59:16, 75:25, 76:3, 76:4, 76:6, 76:7, 212:20
**promised** [1] - 75:17
**promises** [1] - 4:9
**promote** [1] - 24:6
**prompted** [1] - 164:21
**proof** [1] - 204:25
**proper** [4] - 88:23, 184:14, 185:18, 187:20
**properly** [3] - 167:20, 187:4, 194:13
**proposed** [1] - 29:20
**prospective** [4] - 81:2, 89:21, 93:9, 93:20
**provide** [20] - 54:6, 56:24, 57:4, 61:8, 80:14, 88:17, 88:23, 89:11, 93:24, 122:8, 140:10, 155:21, 165:10, 165:18, 188:13, 206:22, 215:12, 219:10, 219:12, 221:24
**provided** [10] - 80:16, 89:10, 89:12, 89:13, 167:3, 167:23, 168:2, 168:7, 168:22, 168:23
**providers** [6] - 9:4, 36:7, 214:24, 215:2, 215:9, 215:11
**provides** [1] - 77:5
**providing** [3] - 130:4, 169:18, 186:24
**Public** [2] - 1:18, 225:9
**pull** [4] - 170:2, 188:20, 209:11, 210:8
**pulled** [1] - 149:13
**purport** [1] - 97:14
**purports** [4] - 41:25, 107:11, 157:22, 172:16
**purpose** [1] - 30:23
**purposes** [2] - 89:16, 219:2
**Pursuant** [4] - 54:24,

**207**:18, 208:7, 209:14
**pursuant** [6] - 1:15, 55:2,
55:12, 184:17, 207:19, 209:5
**pursuing** [1] - 130:12
**put** [54] - 7:23, 8:7, 8:9,
8:10, 18:23, 19:2, 24:16,
25:12, 38:11, 53:10, 53:11,
54:7, 66:10, 66:16, 66:25,
67:6, 67:15, 67:20, 67:23,
67:25, 72:18, 84:4, 86:18,
87:5, 87:9, 87:13, 95:15,
96:5, 96:10, 106:17, 131:25,
132:2, 132:4, 132:5, 138:16,
139:16, 150:2, 152:9, 168:8,
168:10, 168:13, 169:2,
170:12, 170:24, 171:11,
172:3, 191:23, 192:4,
212:16, 213:4, 216:21
**puts** [2] - 83:18, 212:14
**Putting** [1] - 215:11
**putting** [14] - 55:23, 67:11,
67:12, 67:13, 84:19, 100:20,
124:25, 138:8, 138:13,
138:17, 146:17, 168:21,
168:25

## Q

**qualification** [1] - 126:17
**qualified** [5] - 90:7, 90:18,
91:2, 91:6, 92:25
**quantification** [1] - 126:16
**quarter** [1] - 146:25
**quarters** [1] - 147:5
**questioning** [1] - 196:18
**questionnaire** [1] - 95:24
**questions** [12] - 89:15,
89:18, 95:20, 96:14, 98:14,
142:16, 142:19, 177:16,
181:18, 210:10, 221:21,
222:8
**quicker** [1] - 212:15
**quickly** [3] - 52:20, 67:5,
107:24
**quit** [5] - 16:15, 16:17,
16:19, 17:12, 26:11
**Quite** [1] - 75:7
**quite** [13] - 63:16, 63:24,
81:17, 89:6, 101:25, 102:10,
108:3, 109:15, 110:2,
138:25, 215:8, 216:12,
218:18
**quote** [2] - 148:6, 190:24

## R

**raise** [10] - 85:13, 85:16,
86:5, 129:2, 129:3, 136:7,
152:12, 155:25, 167:18,
212:15
**raised** [6] - 84:25, 85:10,

85:14, 85:19, 91:22, 169:4
**ramp** [4] - 7:6, 8:11, 66:16,
75:19
**ran** [1] - 146:12
**ranged** [1] - 13:7
**ranting** [1] - 197:12
**rata** [1] - 19:23
**rather** [1] - 94:5
**raving** [1] - 197:12
**Rca**[9] - 167:11, 167:15,
167:16, 168:6, 168:8,
168:16, 168:20, 169:20,
169:22
**Rcas** [1] - 169:19
**reach** [3] - 122:10, 189:16
**React**[1] - 57:15
**read** [33] - 30:13, 33:11,
35:18, 37:15, 38:17, 38:25,
49:19, 57:13, 57:16, 70:18,
70:19, 71:12, 81:9, 83:5,
90:24, 106:25, 107:18,
108:9, 111:14, 111:16,
113:10, 129:11, 129:17,
134:21, 135:13, 135:15,
159:10, 166:17, 181:17,
196:21, 202:6, 207:23, 208:5
**Reading**[1] - 94:18
**reading** [2] - 34:6, 125:5
**reads** [1] - 164:4
**ready** [7] - 9:23, 156:3,
191:4, 197:22, 198:5, 198:6,
198:9
**real** [3] - 175:3, 215:7,
216:8
**realize** [2] - 129:14, 132:7
**realized** [1] - 158:19
**really** [22] - 5:19, 8:16,
50:20, 90:20, 96:18, 97:20,
109:8, 109:10, 142:15,
145:5, 145:15, 153:2, 154:9,
154:12, 154:13, 155:7,
169:17, 189:18, 194:23,
195:3, 197:21, 202:11
**reason** [5] - 27:14, 93:24,
150:2, 169:16, 169:17
**reasonable** [9] - 20:14,
20:17, 20:18, 20:20, 20:24,
21:3, 21:9, 21:12, 21:14
**Reasonable**[2] - 20:21,
21:10
**reasons** [5] - 13:20, 32:21,
59:13, 148:22, 182:7
**recalibrate** [1] - 23:17
**recalled** [1] - 73:15
**receipts** [1] - 172:20
**receive** [5] - 36:18, 36:19,
82:24, 120:12, 135:9
**received** [6] - 37:12, 83:3,
106:13, 106:14, 106:16,
147:3

**recess** [1] - 103:8
**Recess**[3] - 63:9, 157:10,
189:5
**recognize** [6] - 41:15,
87:22, 104:21, 124:13,
124:19, 173:11
**recollected** [1] - 23:21
**recollection** [15] - 6:13, 8:2,
15:10, 15:11, 43:24, 47:21,
109:23, 123:25, 139:5,
165:22, 179:7, 180:8,
180:10, 180:11, 183:21
**recommended** [1] - 17:19
**record** [15] - 4:6, 21:20,
23:19, 38:17, 50:2, 69:6,
104:10, 198:3, 213:9, 216:8,
216:22, 217:7, 218:6, 218:7,
225:14
**Record**[10] - 57:16, 70:19,
71:12, 81:9, 106:25, 111:16,
113:10, 135:15, 166:17,
181:17
**recruiters** [1] - 143:11
**rectified** [1] - 51:12
**redeem** [11] - 83:4, 83:8,
85:9, 85:12, 85:22, 138:2,
185:3, 185:5, 186:4, 193:15,
193:25
**redeemable** [1] - 91:13
**redeemed** [5] - 138:9,
138:21, 141:20, 142:6,
142:21
**redeeming** [2] - 84:24,
187:15
**redemption** [28] - 83:15,
83:21, 176:25, 177:2, 177:6,
177:19, 178:7, 184:21,
184:23, 185:8, 185:12,
185:16, 186:24, 187:8,
187:24, 192:21, 192:25,
193:4, 193:5, 193:10, 195:2,
195:9, 195:10, 195:15,
195:21, 195:24, 196:8,
196:14
**refer** [11] - 4:25, 5:6, 50:3,
68:14, 117:10, 118:11,
127:7, 130:14, 132:12,
132:13, 164:16
**reference** [9] - 5:4, 23:22,
86:8, 92:12, 113:22, 130:25,
175:19, 213:13, 213:15
**referenced** [7] - 47:4,
92:17, 130:5, 131:23, 160:3,
161:4, 209:18
**references** [1] - 131:11
**referred** [7] - 67:10, 109:2,
113:5, 113:15, 148:10,
202:23, 203:2
**referring** [34] - 16:16, 24:3,
32:6, 32:7, 32:9, 33:9, 48:9,

48:13, 50:23, 64:24, 67:7,
67:13, 68:16, 69:24, 79:12,
109:6, 111:8, 112:7, 112:12,
112:15, 112:17, 123:4,
123:7, 124:4, 124:16,
130:15, 132:6, 139:12,
143:23, 152:15, 183:15,
184:21, 189:11, 209:19
**refers** [7] - 109:4, 116:13,
159:23, 172:22, 178:10,
192:18, 196:23
**reflect** [11] - 23:19, 36:9,
108:13, 124:22, 162:13,
166:6, 171:2, 172:6, 173:10,
173:21, 204:16
**reflecting** [1] - 197:25
**reflects** [3] - 164:25,
166:22, 173:2
**refresh** [2] - 109:23, 123:25
**regard** [1] - 121:5
**regarding** [8] - 34:23,
34:24, 115:10, 118:9,
178:12, 215:18, 226:17,
227:10
**Regards**[5] - 83:5, 119:18,
120:18, 123:23, 159:9
**regulation** [9] - 41:25,
45:13, 64:13, 70:16, 97:18,
97:23, 106:22, 114:7, 160:4
**regulations** [5] - 45:6, 52:3,
154:22, 162:14, 163:24
**reign** [1] - 85:18
**reinvested** [1] - 17:24
**relate** [2] - 57:5, 162:8
**related** [4] - 37:24, 114:25,
225:15
**relating** [3] - 10:13, 49:7,
179:8
**relationship** [1] - 35:5
**relative** [3] - 14:17, 49:3,
175:9
**Relatively**[1] - 20:12
**release** [1] - 123:22
**relevance** [1] - 132:17
**relevant** [7] - 11:25, 57:4,
61:15, 62:7, 62:17, 88:24,
96:4
**relied** [1] - 98:9
**rely** [3] - 30:17, 38:8, 38:19
**relying** [1] - 147:18
**remain** [4] - 117:8, 117:12,
118:4, 118:6
**remainder** [2] - 159:18,
182:21
**remained** [1] - 136:16
**remaining** [7] - 32:24,
33:13, 34:18, 34:22, 35:22,
84:24, 207:11
**remark** [1] - 115:22
**remember** [10] - 49:21,

49:22, 49:23, 64:20, 75:23, 109:8, 109:11, 111:17, 111:18, 117:2
**Remember** [1] - 57:18
**remove** [2] - 85:13, 85:18
**removed** [1] - 123:22
**rendered** [1] - 211:15
**rent** [1] - 75:2
**repaid** [4] - 211:15, 212:3, 212:5, 212:6
**repeat** [13] - 26:13, 70:17, 71:11, 81:8, 101:11, 106:24, 111:13, 113:8, 166:14, 166:15, 179:23, 181:15, 188:24
**repeated** [1] - 102:9
**repetitiveness** [1] - 102:11
**rephrase** [2] - 117:24, 195:20
**replaced** [2] - 17:4, 84:25
**replacement** [6] - 33:2, 33:4, 33:15, 33:19, 34:11, 35:23
**report** [2] - 173:14, 198:17
**Reporter** [2] - 1:17, 225:8
**reports** [3] - 110:14, 165:5, 197:18
**represent** [1] - 211:19
**representation** [2] - 47:25, 203:23
**representations** [1] - 30:17
**representative** [3] - 101:13, 102:5, 126:5
**represented** [1] - 221:24
**representing** [1] - 29:25
**reputation** [6] - 214:21, 214:23, 215:6, 215:8, 215:13, 216:9
**reputational** [1] - 214:20
**request** [8] - 83:3, 90:3, 159:3, 164:4, 172:4, 191:2, 191:22
**requested** [1] - 193:6
**requesting** [1] - 133:18
**Requests** [1] - 227:14
**requests** [1] - 222:2
**require** [2] - 33:18, 34:9
**required** [5] - 32:24, 33:14, 35:22, 209:15, 209:17
**requirement** [1] - 163:14
**requirements** [2] - 78:24, 185:20
**requiring** [1] - 202:11
**reserve** [2] - 222:4, 222:5
**reserved** [1] - 3:7
**resign** [3] - 32:15, 32:19, 33:12
**resignation** [4] - 33:17, 34:3, 34:9, 35:11
**resignations** [1] - 34:24
**resigned** [6] - 32:22, 33:6, 33:25, 34:13, 34:17
**resources** [1] - 24:4
**respect** [20] - 6:24, 8:24, 52:22, 60:7, 71:10, 77:22, 77:23, 94:8, 94:22, 125:11, 148:16, 177:10, 179:4, 185:22, 187:7, 187:14, 195:2, 199:22, 200:10, 222:6
**respective** [2] - 3:5, 175:8
**respond** [1] - 210:10
**responded** [1] - 121:10
**responding** [1] - 191:11
**Response** [1] - 206:8
**response** [3] - 6:23, 83:7, 95:22
**responsibilities** [1] - 185:10
**responsibility** [3] - 65:12, 65:14, 186:19
**responsible** [1] - 136:22
**result** [16] - 18:18, 19:13, 19:16, 19:18, 20:16, 20:22, 21:25, 22:21, 22:25, 26:7, 48:17, 50:16, 146:5, 146:24, 151:11, 155:2
**return** [12] - 73:19, 169:6, 172:16, 173:2, 173:9, 217:8, 218:8, 218:11, 218:18, 218:24, 218:25, 219:4
**returns** [5] - 59:17, 207:10, 208:7, 218:14, 218:16
**rev** [1] - 7:5
**revenue** [14] - 143:14, 145:21, 145:22, 146:8, 146:19, 209:13, 219:23, 220:2, 220:5, 220:6, 220:9, 220:11, 220:15, 221:12
**review** [1] - 100:16
**reviewed** [4] - 23:12, 39:21, 79:5, 204:3
**revisit** [1] - 109:10
**Richard** [2] - 155:22, 157:6
**rid** [2] - 215:4, 215:5
**ridiculous** [1] - 173:24
**rights** [3] - 86:11, 222:4, 222:6
**risk** [12] - 135:18, 135:24, 136:2, 169:2, 199:21, 200:6, 200:19, 200:21, 200:23, 201:14, 201:16, 201:18
**riskier** [2] - 201:21, 202:2
**risks** [1] - 199:17
**Robert** [1] - 215:25
**rolling** [1] - 145:8
**ruin** [12] - 25:13, 25:19, 26:2, 26:8, 26:12, 26:21, 27:5, 27:22, 28:13, 28:24, 29:3, 37:25
**rule** [9] - 45:13, 52:4, 64:12, 70:16, 97:18, 97:22, 106:21, 114:7, 160:4
**rules** [11] - 45:6, 45:9, 113:12, 113:14, 154:22, 160:22, 160:23, 162:14, 163:23, 195:25, 202:14
**rulings** [1] - 52:3
**runs** [1] - 37:15

## S

**Sachs** [22] - 43:4, 46:3, 47:17, 48:4, 48:15, 49:15, 50:8, 64:10, 64:11, 70:14, 110:12, 126:25, 158:24, 160:6, 174:9, 175:24, 175:25, 181:13, 191:17, 193:19, 197:14, 202:19
**Sachs'** [6] - 160:22, 161:17, 165:5, 183:10, 191:22, 198:6
**safe** [2] - 89:5, 89:6
**sake** [1] - 115:21
**salaries** [1] - 37:11
**salary** [3] - 36:18, 36:20, 36:23
**sales** [1] - 172:20
**Santa** [1] - 44:7
**satisfaction** [2] - 169:19
**satisfied** [2] - 54:13, 95:22
**saved** [1] - 76:5
**saw** [5] - 21:20, 156:2, 166:2, 199:7, 211:21
**schedule** [1] - 41:7
**Sea** [28] - 18:3, 18:8, 18:16, 18:19, 19:11, 19:18, 19:24, 20:16, 20:23, 21:4, 21:21, 21:24, 22:4, 22:6, 22:7, 22:9, 22:15, 25:12, 25:15, 25:20, 26:7, 27:23, 32:2, 32:4, 32:9, 32:12, 32:14, 37:23
**sealing** [1] - 3:13
**Sear** [31] - 2:16, 4:5, 4:15, 28:2, 29:13, 57:15, 63:5, 63:10, 70:18, 80:12, 80:17, 80:19, 80:23, 80:24, 103:5, 104:5, 107:9, 111:14, 115:21, 135:13, 157:9, 157:11, 157:17, 166:15, 171:13, 171:21, 189:6, 195:18, 221:21, 226:6, 226:24
**Sec** [13] - 29:11, 30:14, 30:17, 30:20, 31:7, 31:12, 35:19, 37:10, 38:8, 38:19, 97:18, 161:25, 226:9
**Second** [1] - 104:15
**second** [15] - 118:16, 119:7, 120:2, 128:15, 143:22, 147:4, 158:21, 176:8, 176:10, 177:21, 180:13, 180:14, 181:6, 181:12, 191:10
**seconds** [1] - 154:16
**section** [1] - 76:17
**Securities** [1] - 29:25
**see** [53] - 31:16, 34:2, 41:24, 42:4, 46:8, 68:8, 79:10, 82:17, 83:2, 84:22, 85:3, 85:7, 91:9, 92:20, 93:3, 93:17, 104:19, 107:13, 109:13, 109:16, 117:9, 118:16, 118:19, 119:19, 122:25, 132:16, 133:22, 135:3, 135:20, 135:24, 142:9, 149:21, 156:9, 157:25, 158:4, 159:2, 159:11, 159:22, 162:4, 164:6, 166:9, 166:13, 172:20, 188:8, 189:4, 191:6, 192:11, 192:14, 192:17, 192:18, 192:22, 218:15
**seeing** [1] - 49:14
**seeking** [2] - 30:20, 129:3
**segregated** [1] - 92:23
**selected** [1] - 92:24
**semantics** [2] - 205:4, 205:11
**semblance** [1] - 115:23
**send** [11] - 47:17, 53:22, 107:15, 108:11, 147:17, 171:15, 182:16, 182:18, 183:6, 183:8, 183:11
**sending** [1] - 124:23
**sense** [6] - 77:18, 132:15, 146:10, 195:24, 220:9
**sent** [19] - 6:6, 48:4, 49:15, 53:24, 79:18, 103:4, 104:25, 119:21, 119:24, 123:10, 125:3, 134:16, 143:24, 158:7, 163:21, 171:7, 183:5, 191:2, 197:9
**sentence** [10] - 33:11, 34:7, 35:18, 39:22, 84:23, 85:5, 90:24, 92:22, 164:4
**sentences** [3] - 33:12, 188:18, 199:14
**Separate** [1] - 17:10
**separate** [9] - 34:2, 107:22, 109:12, 110:9, 110:14, 113:20, 168:17, 168:19, 195:13
**separately** [1] - 168:7
**September** [24] - 5:11, 5:12, 6:4, 6:5, 66:14, 66:15, 99:20, 125:9, 126:7, 126:21, 128:9, 128:17, 128:21, 129:19, 133:22, 134:5, 134:8, 134:13, 134:15, 134:19, 135:6, 135:8, 141:24, 142:21
**Series** [4] - 68:10, 68:17,

69:3, 83:4
**series** [5] - 68:18, 68:21, 69:18, 187:3, 196:24
**service** [7] - 9:4, 36:7, 214:24, 215:2, 215:9, 215:11, 215:12
**Services** [3] - 33:24, 34:17, 82:18
**services** [2] - 82:18, 82:21
**Session** [1] - 104:2
**set** [17] - 8:19, 37:23, 57:5, 57:10, 88:18, 88:24, 96:21, 116:16, 116:23, 117:3, 117:17, 117:22, 118:3, 157:13, 193:16, 206:23, 225:12
**Set** [3] - 157:16, 206:9, 226:23
**setting** [2] - 116:25, 117:11
**settled** [1] - 191:4
**seven** [1] - 105:12
**seventh** [1] - 199:13
**several** [5] - 28:20, 56:11, 139:13, 139:19, 197:10
**severe** [1] - 78:13
**shape** [1] - 95:3
**share** [9] - 9:5, 40:15, 40:18, 68:9, 68:10, 95:2, 137:10, 139:3, 147:11
**shared** [1] - 73:17
**shareholder** [2] - 82:17, 82:21
**shareholders** [2] - 192:22, 192:25
**Shares** [1] - 90:25
**shares** [35] - 59:12, 65:11, 65:14, 69:23, 70:3, 84:5, 86:20, 90:17, 91:13, 91:20, 92:4, 92:6, 92:14, 92:24, 93:15, 116:14, 117:11, 138:21, 141:20, 142:6, 175:8, 183:23, 186:4, 187:8, 187:15, 187:25, 192:20, 196:8, 199:15, 199:19, 199:20, 199:23, 200:11, 212:8, 219:11
**sharing** [1] - 91:7
**shocked** [1] - 81:17
**short** [1] - 157:9
**Shorthand** [2] - 1:17, 225:8
**shortly** [1] - 191:2
**show** [26] - 4:16, 15:9, 29:9, 41:14, 68:4, 82:15, 104:6, 107:4, 112:11, 115:16, 118:7, 122:14, 124:8, 133:5, 157:12, 165:3, 166:9, 167:2, 175:13, 178:9, 190:18, 192:7, 196:20, 198:19, 198:21, 206:6
**showing** [2] - 50:8, 174:16

**shows** [4] - 218:7, 218:9, 218:10, 218:12
**shut** [23] - 113:23, 136:6, 136:8, 179:14, 179:17, 180:12, 180:15, 180:17, 182:5, 182:17, 183:9, 183:12, 183:14, 184:3, 186:13, 186:15, 186:16, 193:12, 204:22, 205:15, 205:18, 211:16, 214:19
**shutdown** [2] - 179:20, 180:5
**shuts** [1] - 182:14
**shutting** [3] - 135:18, 135:24, 182:20
**sign** [3] - 25:9, 161:9, 185:2
**signed** [3] - 3:9, 32:18, 185:2
**significance** [2] - 53:18, 53:19
**significant** [10] - 57:12, 78:23, 99:6, 112:9, 125:14, 129:22, 129:25, 152:6, 152:8, 166:2
**significantly** [1] - 218:6
**similar** [1] - 84:14
**Similarly** [1] - 164:15
**simple** [1] - 197:7
**simply** [2] - 78:17, 163:18
**single** [1] - 65:19
**sit** [19] - 15:2, 23:23, 102:5, 105:13, 139:7, 139:20, 140:5, 148:4, 148:7, 150:13, 151:23, 151:25, 152:18, 154:6, 184:4, 185:14, 196:12, 196:15, 217:5
**situation** [5] - 15:24, 27:17, 27:20, 51:13, 193:17
**situations** [2] - 26:4, 193:14
**six** [1] - 105:12
**skeleton** [1] - 144:13
**small** [1] - 21:25
**Smith** [1] - 43:18
**sold** [3] - 90:17, 91:2, 120:8
**soliciting** [1] - 92:3
**solution** [1] - 108:8
**someone** [5] - 90:4, 100:10, 101:4, 189:24, 201:5
**somewhat** [1] - 108:24
**somewhere** [1] - 193:21
**soon** [1] - 9:7
**sooner** [2] - 94:5, 136:5
**sophisticated** [1] - 199:15
**sorry** [13] - 31:18, 34:5, 55:4, 60:11, 81:24, 83:9, 83:17, 94:16, 127:21, 143:23, 151:13, 153:2, 172:11
**Sorry** [12] - 16:10, 31:19,

68:13, 69:3, 70:17, 117:4, 134:2, 135:21, 178:6, 181:7, 181:15, 190:12
**sort** [14] - 73:21, 97:8, 108:2, 109:6, 109:14, 127:13, 127:25, 139:6, 139:12, 148:9, 152:3, 163:5, 219:3
**sounded** [1] - 156:14
**Sounds** [4] - 8:11, 83:6, 103:7, 110:15
**sounds** [1] - 175:12
**source** [2] - 135:11, 146:20
**Southern** [1] - 1:2
**speaking** [1] - 13:18
**specialist** [3] - 31:5, 82:18, 82:21
**specialists** [6] - 18:14, 18:19, 19:5, 19:20, 21:4, 21:23
**Specific** [1] - 180:19
**specific** [8] - 50:20, 113:9, 114:19, 125:5, 128:8, 180:20, 189:2, 203:4
**specifically** [27] - 11:21, 49:24, 51:22, 63:23, 66:8, 74:24, 105:17, 108:16, 108:22, 110:7, 111:18, 111:19, 112:5, 112:21, 114:2, 114:3, 114:12, 114:22, 120:25, 121:13, 128:7, 149:17, 152:15, 181:19, 202:13
**Specifically** [2] - 9:12, 31:20
**specificity** [2] - 126:20, 204:7
**specifics** [1] - 203:17
**specify** [1] - 152:23
**spectrum** [2] - 200:5, 201:17
**speculation** [1] - 200:23
**speculative** [3] - 199:20, 200:19, 200:20
**speed** [1] - 169:16
**spell** [1] - 158:23
**spend** [5] - 32:25, 33:14, 33:18, 34:10, 35:23
**spent** [1] - 24:3
**spoken** [1] - 80:25
**spreadsheet** [14] - 106:17, 107:25, 161:15, 170:24, 208:19, 208:22, 208:24, 209:12, 210:8, 210:11, 211:9, 211:21, 216:19, 217:14
**ss** [1] - 225:5
**Stamford** [1] - 214:17
**stamped** [5] - 104:8, 157:19, 167:7, 226:10, 227:6

**standard** [5] - 199:24, 200:3, 200:6, 200:8, 201:18
**Stark** [2] - 156:13, 157:5
**start** [6] - 13:25, 33:2, 33:16, 36:10, 92:7, 217:10
**started** [5] - 6:22, 12:10, 18:5, 18:7, 177:15
**starting** [3] - 56:17, 126:24, 169:11
**state** [1] - 131:2
**State** [3] - 1:18, 225:4, 225:9
**statement** [16] - 25:5, 38:5, 38:7, 38:16, 38:18, 38:21, 38:22, 38:23, 39:4, 39:12, 65:15, 68:6, 91:11, 135:5, 202:6, 202:23
**statements** [2] - 199:22, 200:10
**States** [5] - 1:2, 29:25, 90:8, 90:19, 91:3
**status** [1] - 191:13
**stay** [1] - 84:11
**staying** [1] - 143:25
**step** [1] - 156:4
**Stephane** [1] - 123:17
**steps** [4] - 139:21, 185:15, 187:20, 188:11
**stick** [4] - 44:18, 47:15, 48:14, 75:16
**still** [10] - 63:3, 108:7, 120:16, 124:5, 136:13, 139:7, 143:21, 163:13, 205:21, 212:20
**Stipulated** [3] - 3:4, 3:8, 3:12
**Stipulations** [1] - 3:2
**Stock** [2] - 18:14, 161:21
**stop** [2] - 136:9, 149:4
**stopping** [1] - 131:3
**story** [1] - 216:3
**strategic** [1] - 34:24
**strategies** [1] - 24:6
**strategy** [9] - 26:15, 87:5, 87:10, 87:14, 87:17, 87:18, 94:25, 97:13, 137:19
**Street** [2] - 1:16, 2:14
**strong** [2] - 55:17, 217:24
**stronger** [1] - 58:19
**structure** [2] - 6:18, 144:14
**Stuart** [1] - 2:9
**stuff** [5] - 24:16, 97:11, 172:24, 174:17, 200:3
**style** [3] - 117:8, 117:12, 121:12
**sub** [1] - 92:25
**sub-managers** [1] - 92:25
**subject** [4] - 61:16, 134:3, 201:24, 207:2
**submission** [2] - 35:19,

37:10
submits [1] - 207:3
submitted [2] - 30:14, 110:12
submitting [1] - 30:24
Subscribed[1] - 224:10
subscriptions [1] - 91:5
subsequently [1] - 79:7
substance [11] - 6:13, 7:9, 7:19, 8:3, 108:14, 109:20, 131:16, 180:18, 188:22, 189:14, 190:2
substantial [5] - 144:8, 144:10, 144:19, 199:18, 201:13
substantiate [3] - 160:2, 160:21, 163:7
success [3] - 13:15, 22:22, 208:11
successful [1] - 91:18
successfully [1] - 174:14
successive [1] - 179:24
suffer [1] - 38:3
suffered [4] - 14:9, 19:23, 150:14, 214:20
suffice [1] - 170:10
sufficient [1] - 131:6
suggest [1] - 113:4
suggested [4] - 35:4, 84:20, 95:13, 128:5
suggestion [2] - 96:11, 207:18
Suite [1] - 2:7
summarize [1] - 6:17
summary [1] - 41:25
summer [2] - 140:17, 142:23
summons [1] - 41:16
Sunday[1] - 133:22
Sungard [2] - 33:5, 33:7
Supplement[1] - 206:8
support [2] - 16:8, 163:16
supporting [1] - 96:6
suppose [2] - 82:22, 87:3
supposed [19] - 42:12, 43:10, 53:11, 64:2, 79:22, 88:17, 95:4, 130:21, 130:23, 132:24, 149:8, 167:15, 167:17, 205:6, 205:7, 205:8, 205:12, 206:13, 209:21
surrounding [1] - 123:14
survive [2] - 37:21, 143:14
switch [2] - 36:4, 36:7
switching [2] - 35:13, 35:15
Switzerland[2] - 156:24, 156:25
sworn [4] - 3:9, 4:3, 224:10, 225:13
system [1] - 197:14
Szele[24] - 1:14, 4:2, 4:16,

63:11, 83:3, 104:6, 107:6, 108:8, 115:25, 122:16, 124:10, 126:2, 129:16, 133:7, 157:12, 191:5, 224:8, 225:11, 226:6, 226:13, 226:15, 226:19, 226:20, 226:22

T

Td [1] - 159:22
T2 [1] - 91:14
T3 [1] - 91:14
tab [2] - 159:6, 164:10
talks [2] - 131:15, 218:12
tax [5] - 90:23, 91:8, 172:16, 172:25, 173:9
taxes [5] - 71:23, 76:16, 83:11, 83:14, 84:2
technical [1] - 201:7
technically [2] - 68:23, 206:13
technology [2] - 210:15, 210:18
telephone [1] - 75:2
ten [3] - 5:21, 72:21, 73:5
ten-minute [1] - 73:5
term [7] - 25:21, 60:9, 102:22, 184:21, 201:3, 207:12, 207:17
termed [1] - 163:2
terminate [1] - 35:4
terminated [1] - 144:4
terms [26] - 6:24, 7:10, 12:6, 14:5, 15:18, 23:16, 26:18, 26:23, 26:24, 37:11, 55:11, 55:12, 89:21, 108:24, 127:19, 131:22, 134:9, 134:25, 137:6, 139:6, 140:4, 144:17, 154:10, 168:10, 193:16, 195:9
testified [11] - 4:4, 38:18, 56:14, 118:5, 151:6, 151:25, 152:16, 152:22, 153:3, 154:21, 204:16
testify [1] - 9:23
testifying [1] - 56:19
testimony [14] - 9:19, 21:8, 25:5, 27:4, 28:25, 44:21, 69:5, 70:24, 100:21, 148:11, 162:25, 164:23, 204:15, 225:14
text [1] - 199:25
texting [1] - 116:11
thanked [1] - 76:7
themselves [1] - 131:21
therefore [2] - 18:16, 22:15
Therefore[1] - 37:22
therein [1] - 88:24
thinking [6] - 116:19,

139:4, 143:12, 153:14, 154:15, 181:2
thinks [2] - 28:3, 197:3
Third[2] - 92:22, 158:3
third [12] - 104:17, 106:8, 117:6, 129:11, 147:4, 157:21, 157:24, 157:25, 217:6, 217:7, 218:17, 219:4
Thomas[6] - 2:16, 29:11, 29:23, 157:16, 226:8, 226:24
thousands [3] - 218:13, 218:15
three [11] - 21:22, 73:6, 73:7, 73:11, 73:13, 93:15, 104:10, 105:12, 119:18, 161:21, 161:25
Three[1] - 10:8
Thursday[1] - 107:12
timely [3] - 105:15, 105:25, 106:20
timer [1] - 73:5
timing [1] - 43:20
tiny [1] - 171:18
title [1] - 82:19
titled [2] - 159:6, 164:10
Titled[1] - 161:7
today [12] - 9:20, 56:20, 56:23, 57:3, 70:11, 72:25, 83:3, 114:20, 123:21, 167:4, 206:2
together [9] - 33:21, 72:19, 106:17, 130:9, 141:6, 170:25, 171:12, 172:3, 194:22
tomorrow [1] - 123:22
tone [1] - 128:5
took [23] - 18:15, 18:16, 21:23, 48:16, 71:22, 78:25, 100:5, 100:22, 137:23, 142:3, 142:10, 178:3, 186:22, 187:14, 187:24, 195:5, 197:11, 204:7, 209:22, 214:14, 220:13, 220:16
Top[3] - 137:17, 137:18, 142:17
top [5] - 9:4, 89:2, 89:3, 214:24, 215:2
total [7] - 12:24, 15:17, 168:2, 168:10, 174:8, 194:16, 200:6
Total[1] - 168:4
Totally[1] - 80:10
totally [2] - 200:8, 200:14
touch [1] - 141:9
track [9] - 21:20, 197:20, 213:9, 215:14, 216:8, 216:22, 217:7, 218:5, 218:6
tracking [2] - 76:2, 91:25
trade [18] - 64:15, 77:6,

77:9, 77:14, 111:3, 117:14, 117:18, 139:16, 140:7, 140:9, 140:15, 159:23, 163:8, 174:8, 174:10, 174:11, 219:19, 219:20
Trade[1] - 162:3
traded [2] - 200:11, 220:18
trader [11] - 63:24, 77:16, 77:17, 193:22, 194:18, 194:20, 200:24, 200:25, 201:3, 201:10, 201:13
traders [2] - 77:25, 110:4
trades [10] - 19:21, 108:4, 108:7, 110:10, 156:9, 160:3, 161:4, 193:11, 194:3, 201:5
trading [103] - 9:2, 21:24, 32:13, 42:17, 45:22, 45:25, 48:17, 49:3, 49:8, 50:16, 50:19, 50:24, 52:7, 52:15, 55:5, 55:16, 63:14, 63:17, 63:21, 64:13, 72:15, 74:12, 75:22, 78:5, 78:7, 78:11, 78:24, 79:17, 95:8, 104:18, 106:9, 108:2, 108:6, 108:25, 109:14, 109:25, 111:7, 111:11, 111:22, 113:14, 113:24, 117:12, 121:12, 126:23, 128:12, 133:3, 133:4, 136:16, 136:21, 137:3, 137:5, 139:22, 139:25, 141:2, 141:14, 146:5, 146:19, 146:24, 148:2, 156:3, 158:11, 158:12, 158:18, 159:7, 159:17, 162:21, 162:23, 163:3, 163:4, 164:11, 164:14, 164:15, 164:17, 164:20, 165:5, 178:20, 178:22, 178:23, 179:2, 179:18, 180:6, 183:16, 185:23, 187:12, 194:5, 197:16, 197:17, 197:24, 198:7, 200:18, 200:21, 200:22, 201:12, 205:10, 208:10, 209:13, 212:20, 217:21, 217:24
Trading[3] - 159:6, 164:11, 200:22
traffic [1] - 4:7
trail [2] - 174:16, 192:11
Train[1] - 4:8
train [1] - 4:13
tranche [1] - 168:14
tranches [4] - 184:12, 194:14, 194:15, 209:20
transfer [1] - 7:4
transferred [1] - 174:9
transparency [2] - 76:25, 131:22
travel [1] - 221:17

247

**traveling** [1] - 74:25
**tremendous** [3] - 37:5, 214:20, 220:8
**Tremendous**[1] - 219:15
**tremendously** [1] - 215:23
**trial** [1] - 3:7
**Trident**[3] - 169:14, 169:23, 170:3
**tried** [10] - 99:25, 110:23, 139:19, 175:4, 176:22, 177:13, 179:15, 188:8, 189:16
**triggered** [3] - 32:23, 33:13, 96:18
**trough** [2] - 21:6, 212:25
**true** [42] - 12:3, 27:13, 31:24, 32:3, 34:20, 34:21, 35:2, 35:7, 35:25, 36:15, 36:17, 37:7, 38:5, 38:6, 38:18, 38:24, 39:5, 39:8, 39:13, 39:18, 40:2, 42:21, 61:14, 73:25, 74:15, 85:8, 90:14, 90:25, 91:11, 95:12, 95:17, 134:16, 134:17, 134:20, 134:22, 135:5, 135:25, 136:5, 199:22, 200:10, 225:13
**trusts** [1] - 91:8
**truth** [5] - 11:17, 29:6, 29:7, 29:8
**truthful** [6] - 30:7, 40:2, 61:7, 88:17, 88:22, 89:17
**truthfully** [3] - 61:12, 62:11, 62:14
**try** [3] - 88:4, 137:14, 140:6
**trying** [21] - 31:7, 83:9, 117:2, 123:9, 127:17, 129:9, 132:17, 137:9, 142:12, 143:7, 143:8, 143:13, 174:4, 176:2, 178:2, 180:3, 181:3, 188:10, 189:18, 191:9, 195:6
**Trying**[1] - 143:14
**turn** [1] - 206:25
**turned** [1] - 76:4
**twice** [3] - 127:8, 150:19, 175:25
**two** [35] - 23:4, 26:4, 33:11, 44:17, 44:20, 44:22, 51:18, 68:22, 69:18, 93:5, 104:17, 105:11, 106:11, 140:23, 148:20, 154:16, 156:10, 156:17, 157:3, 159:17, 162:2, 162:6, 162:9, 164:22, 175:2, 176:6, 179:2, 179:9, 199:14, 200:9, 209:20, 210:22, 217:14, 220:24, 221:4
**Two**[1] - 68:21
**two-year**[1] - 221:4
**type** [4] - 118:14, 144:14,

161:9, 197:13
**types** [3] - 78:6, 121:3, 201:6

# U

**Um-hum** [7] - 17:5, 31:17, 34:4, 68:11, 87:23, 90:12, 133:24
**unable** [1] - 211:15
**unavailable** [1] - 122:12
**unbelievable** [1] - 99:8
**uncomfortable** [3] - 55:19, 55:21, 56:18
**under** [16] - 15:16, 16:20, 23:23, 37:18, 38:18, 54:4, 68:9, 72:12, 84:22, 90:7, 167:20, 195:5, 207:7, 207:11, 207:14, 211:16
**underlying** [3] - 150:8, 175:7, 192:22
**understood** [6] - 86:2, 86:3, 155:8, 190:14, 218:2
**United** [5] - 1:2, 29:25, 90:8, 90:19, 91:3
**unknown** [5] - 149:11, 150:15, 150:24, 151:2, 151:24
**Unless**[1] - 119:25
**unpaid** [1] - 211:13
**untypical** [1] - 78:11
**Up**[2] - 162:4, 214:6
**up** [86] - 7:4, 7:5, 7:6, 7:11, 7:16, 7:20, 8:4, 8:11, 13:11, 21:15, 21:18, 24:19, 27:3, 36:10, 36:17, 42:5, 50:8, 55:23, 58:7, 66:17, 67:3, 67:23, 67:25, 70:11, 72:14, 73:11, 76:3, 81:16, 83:25, 86:22, 89:20, 92:18, 94:19, 95:24, 96:15, 110:23, 116:16, 116:23, 117:2, 117:3, 117:11, 117:17, 117:22, 118:3, 129:9, 132:21, 133:12, 133:14, 133:19, 135:8, 138:17, 139:3, 143:25, 144:11, 148:8, 151:7, 165:6, 168:21, 169:2, 169:3, 169:16, 170:3, 171:20, 172:15, 174:14, 174:25, 175:11, 176:14, 177:8, 185:6, 192:12, 194:12, 198:13, 208:20, 209:11, 210:8, 211:23, 212:20, 213:2, 216:9, 216:19, 216:21, 216:23, 217:12, 218:6
**urgent** [2] - 134:4, 134:5
**usual** [3] - 117:8, 117:12, 197:11

# V

**value** [13] - 14:20, 68:9, 129:14, 129:20, 130:4, 132:8, 132:12, 166:6, 219:10, 219:12, 219:13, 219:15, 220:9
**various** [4] - 12:23, 58:24, 92:23, 197:2
**vastly** [1] - 213:3
**vehicles** [1] - 24:7
**vendors** [1] - 31:23
**venture** [9] - 7:24, 27:9, 28:10, 130:7, 130:14, 130:15, 130:17, 132:18, 143:8
**verbal** [2] - 66:21, 67:17
**verbally** [7] - 66:13, 66:24, 67:18, 71:17, 131:5, 147:21, 147:23
**versions** [1] - 89:24
**vertical** [2] - 162:3, 162:7
**veteran** [1] - 155:25
**Vezina**[2] - 123:16, 123:17
**via** [3] - 85:20, 169:3, 191:21
**view** [7] - 55:15, 57:11, 99:17, 99:18, 149:5, 204:17, 220:4
**views** [1] - 36:3
**violated** [27] - 52:13, 52:22, 53:3, 53:23, 60:3, 60:8, 60:16, 64:12, 70:16, 71:9, 71:16, 71:19, 94:8, 94:21, 95:14, 96:3, 96:11, 97:18, 97:22, 125:10, 131:17, 131:19, 132:10, 147:14, 189:15, 190:3, 195:24
**violating** [4] - 52:12, 56:11, 131:3, 131:12
**violation** [69] - 45:2, 45:4, 45:5, 45:12, 45:19, 46:5, 48:17, 49:17, 50:10, 50:17, 51:20, 51:23, 51:25, 52:15, 53:2, 53:5, 54:5, 64:15, 72:8, 72:15, 72:16, 76:12, 76:13, 76:22, 78:7, 78:15, 106:21, 107:3, 112:10, 112:23, 112:24, 113:6, 113:11, 113:13, 113:17, 113:24, 114:7, 119:23, 120:23, 125:25, 127:9, 127:12, 127:16, 139:25, 141:8, 149:18, 160:17, 160:22, 162:13, 163:3, 163:4, 163:10, 163:14, 178:24, 179:12, 186:12, 188:14, 202:14, 204:13, 204:14, 204:20, 204:22, 204:24, 205:9, 205:11, 205:21,

205:25, 206:12
**Violations**[4] - 64:18, 76:8, 159:7, 164:11
**violations** [114] - 42:2, 42:13, 43:10, 43:15, 45:9, 46:17, 46:23, 47:6, 47:10, 47:13, 47:16, 47:19, 48:3, 48:5, 50:6, 50:19, 50:25, 51:5, 52:8, 53:12, 57:10, 63:17, 63:21, 63:25, 64:17, 76:9, 76:11, 78:11, 78:16, 79:5, 79:15, 79:17, 79:20, 81:16, 81:20, 82:6, 95:8, 96:20, 96:21, 97:8, 102:9, 102:20, 102:21, 102:24, 102:25, 104:18, 104:24, 106:9, 113:23, 114:4, 114:10, 114:11, 121:3, 121:7, 125:12, 126:3, 126:8, 126:12, 126:20, 126:23, 127:5, 131:10, 131:21, 132:13, 147:18, 148:2, 148:3, 148:11, 148:12, 148:15, 149:7, 149:11, 150:7, 150:15, 150:25, 151:2, 151:3, 151:6, 151:12, 151:25, 152:16, 152:19, 152:24, 153:4, 153:7, 153:16, 154:22, 155:3, 156:8, 158:11, 158:18, 160:4, 160:5, 160:9, 160:10, 160:12, 160:14, 162:16, 162:21, 162:23, 163:17, 164:8, 164:15, 164:17, 165:15, 165:25, 179:3, 198:22
**vis** [2] - 186:23
**vis-a-vis** [1] - 186:23
**voice** [2] - 203:20, 203:22
**voiced** [1] - 58:18
**volatile** [2] - 116:16, 117:16
**volatility** [9] - 21:22, 55:24, 58:5, 60:5, 60:6, 60:25, 75:15, 75:17, 200:5
**voluntarily** [1] - 193:14
**volunteer** [1] - 24:15

# W

**wait** [2] - 156:9, 187:19
**waiting** [2] - 212:15, 212:17
**waived** [1] - 3:14
**waiving** [2] - 146:12, 207:2
**wants** [5] - 9:7, 54:11, 117:15, 181:4, 193:14
**watch** [1] - 198:10
**Water**[3] - 137:17, 137:18, 142:17
**wave** [1] - 37:24
**ways** [7] - 14:21, 53:3,

77:14, 87:4, 129:21, 129:23,
175:2
**website** [2] - 11:11, 11:12
**Wednesday**[1] - 159:13
**welcome** [1] - 18:23
**Westwood**[2] - 54:23,
218:10
**whatsoever** [2] - 95:18,
193:4
**whole** [3] - 213:10, 216:3,
219:15
**William**[1] - 2:10
**willing** [2] - 156:5, 199:16
**wind** [2] - 177:15, 177:17
**wire** [6] - 122:24, 123:4,
123:6, 123:10, 124:4, 124:5
**wired** [7] - 176:19, 176:20,
176:21, 177:11, 177:14,
191:4
**wiring** [4] - 99:25, 100:14,
100:17, 101:19
**wise** [3] - 144:11, 145:7,
145:18
**wish** [1] - 85:16
**withdraw** [2] - 37:18, 84:4
**withdrawn** [1] - 166:23
**withhold** [1] - 194:14
**witness** [11] - 4:3, 28:3,
101:12, 101:13, 126:6,
221:22, 221:24, 222:5,
222:8, 225:11, 225:14
**Witness**[9] - 4:8, 4:12,
71:11, 81:8, 106:24, 113:8,
171:19, 181:15, 226:5
**woman** [2] - 202:18, 203:18
**word** [10] - 18:22, 28:15,
44:18, 64:16, 73:17, 78:9,
131:18, 182:4, 182:14,
183:24
**Words**[1] - 38:25
**words** [24] - 18:24, 19:2,
25:22, 27:7, 27:12, 27:13,
27:16, 38:11, 39:20, 40:2,
72:11, 74:3, 109:20, 128:8,
131:20, 147:25, 148:7,
168:25, 180:18, 189:14,
190:2, 192:2, 193:3, 209:22
**works** [1] - 202:19
**world** [5] - 20:13, 89:3,
89:4, 94:6, 214:25
**worth** [3] - 6:20, 7:2, 66:16
**wound** [1] - 143:25
**write** [7] - 7:11, 7:16, 24:19,
30:10, 56:16, 72:22
**writing** [17] - 8:3, 45:10,
47:17, 54:6, 54:8, 58:11,
58:12, 64:12, 70:15, 71:8,
71:24, 89:16, 109:21,
188:15, 188:16, 190:7, 215:2
**written** [3] - 29:19, 38:21,

39:22
**wrote** [10] - 39:2, 39:7,
39:11, 39:15, 39:19, 72:2,
89:3, 105:8, 133:11, 193:9

# Y

**Yahoo**[1] - 116:9
**year** [26] - 46:18, 47:2, 53:6,
68:6, 93:13, 114:16, 129:15,
132:9, 142:20, 144:12,
144:24, 145:3, 147:9,
147:13, 156:10, 170:15,
171:8, 171:9, 203:6, 203:7,
207:8, 210:22, 213:7, 218:8,
219:8, 221:4
**year-and-a-half** [1] - 210:22
**years** [6] - 21:22, 24:5,
130:9, 210:22, 212:6, 220:24
**Yesterday**[1] - 10:10
**yesterday** [1] - 167:5
**yield** [2] - 59:16
**York**[10] - 1:2, 1:16, 1:18,
2:8, 2:15, 18:14, 161:21,
225:4, 225:6, 225:10
**your/our** [2] - 129:14, 132:7
**yourself** [2] - 56:23, 57:3

# Z

**Z2** [10] - 91:14, 92:14,
116:14, 116:15, 116:17,
116:25, 117:11, 117:17,
117:21, 118:3
**Zanger**[110] - 1:7, 4:17,
4:19, 5:10, 5:15, 6:3, 6:14,
11:5, 11:23, 13:18, 23:10,
23:21, 23:24, 29:10, 29:12,
41:15, 59:6, 59:24, 60:2,
60:8, 62:7, 65:4, 66:3, 66:4,
68:5, 68:20, 68:22, 69:9,
70:10, 78:22, 82:16, 83:8,
85:8, 86:18, 87:21, 88:22,
91:17, 92:12, 92:13, 92:15,
94:2, 94:8, 95:13, 95:23,
95:25, 97:17, 97:22, 98:16,
99:2, 99:12, 104:7, 104:9,
106:19, 107:5, 107:7,
107:12, 112:11, 112:13,
113:5, 115:16, 115:22,
116:2, 118:8, 118:10, 120:8,
122:15, 122:17, 124:9,
124:11, 126:8, 126:21,
133:6, 133:8, 133:12,
133:21, 141:20, 142:6,
157:13, 157:17, 165:4,
166:5, 167:2, 167:8, 171:22,
171:24, 175:14, 175:16,
178:10, 178:13, 190:19,
190:20, 192:7, 192:9,
196:21, 199:10, 206:7,

217:17, 218:3, 218:5,
218:21, 226:7, 226:13,
226:16, 226:20, 226:22,
227:5
**Zanger's** [1] - 69:18