# Exhibit D

```
 1                                                              1
 2   UNITED STATES DISTRICT COURT              ORIGINAL
     SOUTHERN DISTRICT OF NEW YORK
 3   ---------------------------------x
 4   INDEPENDENT ASSET MANAGEMENT LLC
     and OLA HOMSTROM,
 5
                Plaintiffs,
 6
          v.                          1:07-CV-06431-JSR
 7
     DANIEL ZANGER,
 8
                Defendant.
 9
     ---------------------------------x
10
                                      March 25, 2008
11                                    11:20 a.m.
12
13
14        Deposition of EZRA ZASK, taken by
15   Defendant, pursuant to Notice, at the offices of
16   Jones Day, 222 East 41st Street, New York, NY,
17   before Jessica R. Berman, a Certified and
18   Registered Professional Reporter and Notary
19   Public of the State of New York.
20
21
22
23
24
25
```

PIROZZI & HILLMAN
212-213-5858

```
 1                         E. Zask                          71
 2        A.    Yes.
 3        Q.    So would it also be fair to say that in
 4   2006 there was virtually no chance of an
 5   institutional investor putting any significant
 6   amount of money in the fund because of the facts
 7   that you just related?
 8        A.    There would been very little chance.
 9        Q.    Because an institutional investor would
10   typically not put in more than five to 20 percent
11   of the total amount invested in the fund, is that
12   right?
13        A.    Yes.
14        Q.    Now, this $50 million you make
15   reference to, are you aware of any factual basis
16   for the notion that Mr. Zanger was obligated to
17   put $50 million in?
18        A.    No.
19        Q.    Did Mr. Szele ever indicate that to
20   you?
21        A.    Not that he was legally obligated, but
22   it was represented to me that that was part of
23   the business understanding or verbal
24   understanding between them.
25        Q.    And this was represented to you by Mr.
```

```
1                        E. Zask                    72
2    Szele, it wasn't a legal obligation but it was
3    part of their discussion?
4            MR. LANZA:  Objection.
5        A.  That is what I understood, yes.
6        Q.  Paragraph 20, you refer to IAM's status
7    as an emerging manager.  Do you see that?
8        A.  Yes.
9        Q.  As of 2005, would it be fair to say
10   this IAM was no longer an emerging manager?
11           MR. LANZA:  Objection.
12       A.  No.  Emerging manager is defined by the
13   assets under management and the length of time
14   that the manager had been in existence.  And the
15   length of time, usually three years or under is
16   emerging manager, but -- assets under management
17   kind of vary, but the assets under management
18   would qualify them as emerging manager.
19       Q.  So it is your testimony that as of
20   2005, IAM would be considered an emerging manager
21   even though it had been in existence since 2001?
22       A.  Yes.
23       Q.  And that is because of the lack of
24   assets under management in the earlier years?
25       A.  No, at the time, in 2005.  There is no
```