# Exhibit J

| | |
|---|---|
| **From:** | Chung, Siu Kei |
| **To:** | "Antony Will"; "zdaniel@qwest.net"; |
| **CC:** | GS@independentfunds.com; George @ AOL; "Noovai Tylor"; |
| **Subject:** | RE: wire |
| **Date:** | Wednesday, February 02, 2005 8:04:18 AM |
| **Attachments:** | |

Gentleman, it finally arrived! A $25 charge was taken so the net amount brought into the account was $99,975 for value February 1st.

Regards,

Siu-Kei Chung, CA
Assistant Vice President, Fund Accounting
Butterfield Fund Services (Bermuda) Limited
Tel:  (441) 294 2030
Fax:  (441) 295 6759

> -----Original Message-----
> From: Chung, Siu Kei
> Sent: Wednesday, February 02, 2005 8:58 AM
> To:   'Antony Will'; zdaniel@qwest.net
> Cc:   gs@independentfunds.com; Gbszele@aol.com; 'Noovai Tylor'
> Subject:    RE: wire
>
> Dear Antony,
>
> Can you please resend your attachment because I am unable to read anything
> on it. We are still looking for the amount and have not identified it
> yet. I will keep looking.
>
> Regards,
>
> Siu-Kei Chung, CA
> Assistant Vice President, Fund Accounting
> Butterfield Fund Services (Bermuda) Limited
> Tel:  (441) 294 2030

> Fax:  (441) 295 6759
>
>       -----Original Message-----
>       From:   Antony Will [SMTP:Antony@citrust.org.ck]
>       Sent:   Tuesday, February 01, 2005 9:01 PM
>       To:     'Chung, Siu Kei'; zdaniel@qwest.net
>       Cc:     gs@independentfunds.com; Gbszele@aol.com; 'Noovai Tylor'
>       Subject:        RE: wire
>
>       Dear Daniel,
>
>       Attached is the confirmation of wire transfer from ANZ Bank. It
> shows
>       the funds were sent yesterday 31 January 2005, and includes the
> transfer
>       reference number TTCK013102000079.
>
>       From experience it typically takes 1-2 days for the funds to reach
> the
>       overseas account, and on occasion it may take 3 days. We expect that
>       funds will be credited some time on 02 February. For any future
>       transfers we will obtain the transfer confirmation on the same day
> and
>       email to you so you know that funds have been sent and so
> Butterfield
>       can expect the funds.
>
>       Please let me know if you have any questions.
>
>       Kind regards,
>       Antony Will
>
>       -----Original Message-----
>       From: Chung, Siu Kei [mailto:SiuKeichung@bntb.bm]
>       Sent: 31 January 2005 11:37 a.m.
>       To: zdaniel@qwest.net
>       Cc: Chung, Siu Kei; gs@independentfunds.com; 'Gbszele@aol.com';
>       Antony@citrust.org.ck; Adkins, Jason
>       Subject: RE: wire
>
>

IAM 000682

> Dear Daniel,
>
> Please be advised that I am still awaiting receipt of your
> subscription
> information (I did received Antony's package). We will need to have
> all
> of the necessary documents on hand prior to being able to wire out
> any
> funds from the Bermuda cash account. Kindly confirm that the
> information has already been sent.
>
> Regards,
>
> Siu-Kei Chung
>
> Siu-Kei Chung, CA
> Assistant Vice President, Fund Accounting
> Butterfield Fund Services (Bermuda) Limited
> Tel:  (441) 294 2030
> Fax: (441) 295 6759  << File: Transfer confirmation 31.01.05.pdf >>
>

*********************************************************************

This communication is intended only for the person to whom it is
addressed and may contain confidential and/or privileged material. Any
retransmission, dissemination, use of, or taking any action in reliance
upon, this communication by persons other than the intended recipient(s)
is prohibited and may be unlawful. If you have received this in error,
please notify the sender and delete the material from any computer.
WARNING: whilst we take reasonable precautions to ensure that any
attachment has been swept for viruses, we cannot accept liability for
any damage sustained as a result of software viruses and would advise
that you carry out your own virus checks before opening any attachment.

See our website at http://www.butterfieldbank.com

IAM 000683