# Exhibit K

| | |
|---|---|
| **From:** | george |
| **To:** | "Vezina, Stephane"; |
| **CC:** | Joe; |
| **Subject:** | RE: Redemption Document |
| **Date:** | Tuesday, November 07, 2006 8:37:14 AM |
| **Attachments:** | |

That's fine - is it done?
Please send an email to Dan too when it is complete perhaps with a tracking number so they can find it.
Thanks much


George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Vezina, Stephane [mailto:StephaneVezina@bntb.bm]
**Sent:** Tuesday, November 07, 2006 6:15 AM
**To:** george
**Cc:** Joe
**Subject:** RE: Redemption Document

IAM 006216

I'm sorry, I meant 1,449,970. We usually charge the $30 to the fund but in this case you might want to charge it to Dan…

Regards.

Stephane Vezina, CA
Account Manager
Butterfield Fund Services (Bermuda) Limited
Tel:  (441) 299-1625
Fax: (441) 295-6759
E-mail: stephanevezina@bntb.bm
www.butterfieldbank.com

---

**From:** George Szele [mailto:GS@INDEPENDENTFUNDS.COM]
**Sent:** Monday, November 06, 2006 11:34 PM
**To:** Vezina, Stephane
**Cc:** Joe
**Subject:** RE: Redemption Document

Isn't it 1,450,000?
Whatever is standard on the wire charge

George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----

IAM 006217

**From:** Vezina, Stephane [mailto:StephaneVezina@bntb.bm]
**Sent:** Monday, November 06, 2006 4:17 PM
**To:** george
**Subject:** RE: Redemption Document

Good afternoon George.

Would you like us to wire Dan 1,399,970.00? (1,400,000 – 30 (wire charge))

Regards.

Stephane Vezina, CA
Account Manager
Butterfield Fund Services (Bermuda) Limited
Tel: (441) 299-1625
Fax: (441) 295-6759
E-mail: stephanevezina@bntb.bm
www.butterfieldbank.com

---

**From:** Vezina, Stephane
**Sent:** Monday, November 06, 2006 4:42 PM
**To:** 'aa@chartpattern.com'
**Cc:** 'zdaniel@qwest.net'; 'George Szele'
**Subject:** Redemption Document
**Importance:** High

Good afternoon Adriana,

We will be sending the wire to the new wire instructions provided by fax today. (see attached copy)

The wire will be sent tomorrow.

Regards.

Stephane Vezina, CA
Account Manager
Butterfield Fund Services (Bermuda) Limited
Tel: (441) 299-1625
Fax: (441) 295-6759
E-mail: stephanevezina@bntb.bm
www.butterfieldbank.com

IAM 006218

**From:** Vezina, Stephane
**Sent:** Friday, November 03, 2006 12:44 PM
**To:** 'aa@chartpattern.com'
**Subject:** Redemption Document

As per our conversation, please see attached redemption document.

Section 5 is where the information should go but it is meant to be written in electronically. Please use the blank space at the bottom of the page to write it in manually.

Please note that we can only send the wire to Victory Lane Inc.


Regards.

Stephane Vezina, CA
Account Manager
Butterfield Fund Services (Bermuda) Limited
Tel: (441) 299-1625
Fax: (441) 295-6759
E-mail: stephanevezina@bntb.bm
www.butterfieldbank.com


*********************************************************************

This communication is intended only for the person to whom it is addressed and may contain confidential and/or privileged material. Any retransmission, dissemination, use of, or taking any action in reliance upon, this communication by persons other than the intended recipient(s) is prohibited and may be unlawful. If you have received this in error, please notify the sender and delete the material from any computer. WARNING: whilst we take reasonable precautions to ensure that any attachment has been swept for viruses, we cannot accept liability for any damage sustained as a result of software viruses and would advise that you carry out your own virus checks before opening any attachment.

See our website at http://www.butterfieldbank.com

IAM 006219