# Exhibit L

| | |
|---|---|
| **From:** | Arturo, Gianina F. |
| **To:** | george; Joe; |
| **CC:** | |
| **Subject:** | FW: 4LG0 Second DT Violation - Account Restricted: Independent Fund Limited |
| **Date:** | Wednesday, December 13, 2006 8:12:08 AM |
| **Attachments:** | Independent Fund Calls.xls |

George,

Please see the attached as generated by our margin department.

Let me know if you have any questions.

Regards,

Gianina

---

**From:** Lopez, Janitza
**Sent:** Tuesday, December 12, 2006 8:34 PM
**To:** Arturo, Gianina F.
**Cc:** Rimanic, Robert
**Subject:** RE: 4LG0 Second DT Violation - Account Restricted: Independent Fund Limited

Hello Gia:

Per your request, I have attached all the margin calls for Client ID 379326 since the account's inception on 1/14/05. Note that the tab titled "Day Trading Violations" only includes day trading calls which were not met. Please let us know if you'll be needing anything else.

Regards,

Janitza López

Goldman Sachs Execution & Clearing, L.P.
Professional Margin Services
30 Hudson Street | 10th Floor | Jersey City, NJ
Tel: 212.902.9245 | Fax: 212.493.9061

© 2006, The Goldman Sachs Group, Inc. All rights reserved.
See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.

---

**From:** Arturo, Gianina F.
**Sent:** Friday, December 08, 2006 5:10 PM
**To:** Lopez, Janitza
**Subject:** 4LG0 Second DT Violation - Account Restricted: Independent Fund Limited

Janitza,

As discussed...no rush!!!!!!!

---

**From:** george [mailto:gs@independentfunds.com]
**Sent:** Friday, December 08, 2006 5:05 PM
**To:** Arturo, Gianina F.
**Cc:** Joe
**Subject:** RE: Second DT Violation - Account Restricted: Independent Fund Limited

Gia,

Can you please list/email me any and all (if applicable) trading violations and/or margin calls Dan's trading has caused since the account's opening? Please also list the amounts and dates.

Thank you.

George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Friday, December 08, 2006 11:27 AM
**To:** Daniel Zanger; george
**Subject:** Second DT Violation - Account Restricted: Independent Fund Limited

> Please see the attached documents as forwarded by our margin department:
>
> Regards,
>
> Gianina
>
> <<Second DT - Independent Fund Limited.doc>>

<<MEMO - Independent Fund.doc>>

| T/D | Due Date | GROUP | ACCOUNT | CLIENT |
|---|---|---|---|---|
| 1/6/06 | 1/11/06 | GSEC | 4LG0 | 379326 |
| 1/9/06 | 1/12/06 | GSEC | 4LG0 | 379326 |
| 1/10/06 | 1/13/06 | GSEC | 4LG0 | 379326 |
| 1/11/06 | 1/17/06 | GSEC | 4LG0 | 379326 |
| 1/17/06 | 1/20/06 | GSEC | 4LG0 | 379326 |
| 1/24/06 | 1/27/06 | GSEC | 4LG0 | 379326 |
| 1/31/06 | 2/3/06 | GSEC | 4LG0 | 379326 |
| 3/3/06 | 3/8/06 | GSEC | 4LG0 | 379326 |
| 3/16/06 | 3/21/06 | GSEC | 4LG0 | 379326 |
| 4/3/06 | 4/6/06 | GSEC | 4LG0 | 379326 |
| 4/4/06 | 4/7/06 | GSEC | 4LG0 | 379326 |
| 4/7/06 | 4/12/06 | GSEC | 4LG0 | 379326 |
| 4/17/06 | 4/20/06 | GSEC | 4LG0 | 379326 |
| 4/19/06 | 4/24/06 | GSEC | 4LG0 | 379326 |
| 4/21/06 | 4/26/06 | GSEC | 4LG0 | 379326 |
| 4/24/06 | 4/27/06 | GSEC | 4LG0 | 379326 |
| 5/2/06 | 5/5/06 | GSEC | 4LG0 | 379326 |
| 5/8/06 | 5/11/06 | GSEC | 4LG0 | 379326 |
| 5/9/06 | 5/12/06 | GSEC | 4LG0 | 379326 |
| 5/11/06 | 5/16/06 | GSEC | 4LG0 | 379326 |
| 6/29/06 | 7/5/06 | GSEC | 4LG0 | 379326 |
| 6/30/06 | 7/6/06 | GSEC | 4LG0 | 379326 |
| 7/5/06 | 7/10/06 | GSEC | 4LG0 | 379326 |
| 7/6/06 | 7/11/06 | GSEC | 4LG0 | 379326 |
| 7/7/06 | 7/12/06 | GSEC | 4LG0 | 379326 |
| 8/16/06 | 8/21/06 | GSEC | 4LG0 | 379326 |
| 8/17/06 | 8/22/06 | GSEC | 4LG0 | 379326 |
| 8/18/06 | 8/23/06 | GSEC | 4LG0 | 379326 |
| 8/21/06 | 8/24/06 | GSEC | 4LG0 | 379326 |
| 9/14/06 | 9/19/06 | GSEC | 4LG0 | 379326 |
| 9/18/06 | 9/21/06 | GSEC | 4LG0 | 379326 |
| 10/3/06 | 10/6/06 | GSEC | 4LG0 | 379326 |
| 10/4/06 | 10/10/06 | GSEC | 4LG0 | 379326 |
| 10/5/06 | 10/11/06 | GSEC | 4LG0 | 379326 |
| 10/9/06 | 10/12/06 | GSEC | 4LG0 | 379326 |
| 10/12/06 | 10/17/06 | GSEC | 4LG0 | 379326 |
| 10/12/06 | 10/17/06 | GSEC | 4LG0 | 379326 |
| 10/13/06 | 10/18/06 | GSEC | 4LG0 | 379326 |
| 10/13/06 | 10/18/06 | GSEC | 4LG0 | 379326 |
| 10/23/06 | 10/26/06 | GSEC | 4LG0 | 379326 |
| 11/6/06 | 11/9/06 | GSEC | 4LG0 | 379326 |
| 11/6/06 | 11/9/06 | GSEC | 4LG0 | 379326 |
| 11/8/06 | 11/13/06 | GSEC | 4LG0 | 379326 |
| 11/16/06 | 11/21/06 | GSEC | 4LG0 | 379326 |
| 11/22/06 | 11/28/06 | GSEC | 4LG0 | 379326 |

| ACCOUNT TITLE | TYPE LIQ | CALL |
|---|---|---:|
| Independent Fund Limited | H | $ 391,412.00 |
| Independent Fund Limited | H | $ 1,508,385.00 |
| Independent Fund Limited | H | $ 187,451.00 |
| Independent Fund Limited | H | $ 3,689.00 |
| Independent Fund Limited | H | $ 593,979.00 |
| Independent Fund Limited | H | $ 2,119,659.00 |
| Independent Fund Limited | H | $ 250,464.00 |
| Independent Fund Limited | H | $ 11,787.00 |
| Independent Fund Limited | H | $ 958,781.00 |
| Independent Fund Limited | H | $ 1,215,918.00 |
| Independent Fund Limited | H | $ 1,945,404.00 |
| Independent Fund Limited | H | $ 164,198.00 |
| Independent Fund Limited | H | $ 1,582,397.00 |
| Independent Fund Limited | H | $ 3,285.00 |
| Independent Fund Limited | H | $ 891,440.00 |
| Independent Fund Limited | H | $ 20,397.00 |
| Independent Fund Limited | H | $ 833,932.00 |
| Independent Fund Limited | H | $ 797,676.00 |
| Independent Fund Limited | H | $ 201,101.00 |
| Independent Fund Limited | H | $ 1,729,991.00 |
| Independent Fund Limited | H | $ 1,209,585.00 |
| Independent Fund Limited | H | $ 354,300.00 |
| Independent Fund Limited | H | $ 951,767.00 |
| Independent Fund Limited | H | $ 149,277.00 |
| Independent Fund Limited | H | $ 459,367.00 |
| Independent Fund Limited | H | $ 934,740.00 |
| Independent Fund Limited | H | $ 86,593.00 |
| Independent Fund Limited | H | $ 154,072.00 |
| Independent Fund Limited | H | $ 87,519.00 |
| Independent Fund Limited | H | $ 244,540.00 |
| Independent Fund Limited | H | $ 409,128.00 |
| Independent Fund Limited | H | $ 411,221.00 |
| Independent Fund Limited | H | $ 756,195.00 |
| Independent Fund Limited | H | $ 19,068.00 |
| Independent Fund Limited | H | $ 352,405.00 |
| Independent Fund Limited | H | $ 1,480,866.00 |
| Independent Fund Limited | NY | $ 391,367.00 |
| Independent Fund Limited | H | $ 33,052.00 |
| Independent Fund Limited | NY | $ 25,528.00 |
| Independent Fund Limited | H | $ 4,006.00 |
| Independent Fund Limited | H | $ 1,417,661.00 |
| Independent Fund Limited | ny | $ 161,922.00 |
| Independent Fund Limited | H | $ 647,160.00 |
| Independent Fund Limited | H | $ 350,629.00 |
| Independent Fund Limited | H | $ 446,956.00 |

| Key |
|---|
| T = Regulation T Call |
| H = House Call |
| NY = NYSE Call |

| Trade Date | DUE DATE | GROUP | ACCOUNT | CLIENT |
|---|---|---|---|---|
| 2/24/05 | 3/1/05 | GSEC | 4LG0 | 379326 |
| 2/24/05 | 3/1/05 | GSEC | 4LG0 | 379326 |
| 2/25/05 | 3/2/05 | GSEC | 4LG0 | 379326 |
| 2/25/05 | 3/2/05 | GSEC | 4LG0 | 379326 |
| 3/3/05 | 3/8/05 | GSEC | 4LG0 | 379326 |
| 3/3/05 | 3/8/05 | GSEC | 4LG0 | 379326 |
| 4/7/05 | 4/12/05 | GSEC | 4LG0 | 379326 |
| 4/7/05 | 4/12/05 | GSEC | 4LG0 | 379326 |
| 5/6/05 | 5/11/05 | GSEC | 4LG0 | 379326 |
| 5/6/05 | 5/11/05 | GSEC | 4LG0 | 379326 |
| 5/11/05 | 5/16/05 | GSEC | 4LG0 | 379326 |
| 5/11/05 | 5/16/05 | GSEC | 4LG0 | 379326 |
| 5/12/05 | 5/17/05 | GSEC | 4LG0 | 379326 |
| 5/12/05 | 5/17/05 | GSEC | 4LG0 | 379326 |
| 5/17/05 | 5/20/05 | GSEC | 4LG0 | 379326 |
| 5/17/05 | 5/20/05 | GSEC | 4LG0 | 379326 |
| 5/18/05 | 5/23/05 | GSEC | 4LG0 | 379326 |
| 5/18/05 | 5/23/05 | GSEC | 4LG0 | 379326 |
| 5/27/05 | 6/2/05 | GSEC | 4LG0 | 379326 |
| 5/27/05 | 6/2/05 | GSEC | 4LG0 | 379326 |
| 5/31/05 | 6/3/05 | GSEC | 4LG0 | 379326 |
| 5/31/05 | 6/3/05 | GSEC | 4LG0 | 379326 |
| 6/1/05 | 6/6/05 | GSEC | 4LG0 | 379326 |
| 6/1/05 | 6/6/05 | GSEC | 4LG0 | 379326 |
| 6/9/05 | 6/14/05 | GSEC | 4LG0 | 379326 |
| 6/9/05 | 6/14/05 | GSEC | 4LG0 | 379326 |
| 7/8/05 | 7/13/05 | GSEC | 4LG0 | 379326 |
| 7/8/05 | 7/13/05 | GSEC | 4LG0 | 379326 |
| 7/12/05 | 7/15/05 | GSEC | 4LG0 | 379326 |
| 7/12/05 | 7/15/05 | GSEC | 4LG0 | 379326 |
| 7/13/05 | 7/18/05 | GSEC | 4LG0 | 379326 |
| 7/13/05 | 7/18/05 | GSEC | 4LG0 | 379326 |
| 7/20/05 | 7/25/05 | GSEC | 4LG0 | 379326 |
| 7/20/05 | 7/25/05 | GSEC | 4LG0 | 379326 |
| 8/1/05 | 8/4/05 | GSEC | 4LG0 | 379326 |
| 8/1/05 | 8/4/05 | GSEC | 4LG0 | 379326 |
| 8/2/05 | 8/5/05 | GSEC | 4LG0 | 379326 |
| 8/2/05 | 8/5/05 | GSEC | 4LG0 | 379326 |
| 8/8/05 | 8/11/05 | GSEC | 4LG0 | 379326 |
| 8/8/05 | 8/11/05 | GSEC | 4LG0 | 379326 |
| 8/12/05 | 8/17/05 | GSEC | 4LG0 | 379326 |
| 8/12/05 | 8/17/05 | GSEC | 4LG0 | 379326 |
| 8/16/05 | 8/19/05 | GSEC | 4LG0 | 379326 |
| 8/16/05 | 8/19/05 | GSEC | 4LG0 | 379326 |
| 8/22/05 | 8/25/05 | GSEC | 4LG0 | 379326 |
| 8/22/05 | 8/25/05 | GSEC | 4LG0 | 379326 |
| 8/30/05 | 9/2/05 | GSEC | 4LG0 | 379326 |
| 8/30/05 | 9/2/05 | GSEC | 4LG0 | 379326 |
| 8/31/05 | 9/6/05 | GSEC | 4LG0 | 379326 |
| 8/31/05 | 9/6/05 | GSEC | 4LG0 | 379326 |
| 9/7/05 | 9/12/05 | GSEC | 4LG0 | 379326 |
| 9/7/05 | 9/12/05 | GSEC | 4LG0 | 379326 |
| 9/9/05 | 9/14/05 | GSEC | 4LG0 | 379326 |
| 9/9/05 | 9/14/05 | GSEC | 4LG0 | 379326 |

| | | | | |
|---|---|---|---|---|
| 9/13/05 | 9/16/05 | GSEC | 4LG0 | 379326 |
| 9/13/05 | 9/16/05 | GSEC | 4LG0 | 379326 |
| 9/29/05 | 10/4/05 | GSEC | 4LG0 | 379326 |
| 9/29/05 | 10/4/05 | GSEC | 4LG0 | 379326 |
| 9/30/05 | 10/5/05 | GSEC | 4LG0 | 379326 |
| 9/30/05 | 10/5/05 | GSEC | 4LG0 | 379326 |
| 10/26/05 | 10/31/05 | GSEC | 4LG0 | 379326 |
| 10/27/05 | 11/1/05 | GSEC | 4LG0 | 379326 |
| 11/4/05 | 11/9/05 | GSEC | 4LG0 | 379326 |
| 11/7/05 | 11/10/05 | GSEC | 4LG0 | 379326 |
| 11/10/05 | 11/15/05 | GSEC | 4LG0 | 379326 |
| 11/11/05 | 11/16/05 | GSEC | 4LG0 | 379326 |
| 11/14/05 | 11/17/05 | GSEC | 4LG0 | 379326 |
| 11/18/05 | 11/23/05 | GSEC | 4LG0 | 379326 |
| 12/9/05 | 12/14/05 | GSEC | 4LG0 | 379326 |
| 12/14/05 | 12/19/05 | GSEC | 4LG0 | 379326 |

| ACCOUNT TITLE | TYPE | LIQ | CALL |
|---|---|---|---|
| Independent Fund | T | $ | 655,773.00 |
| Independent Fund | T | $ | 655,773.00 |
| Independent Fund | T | $ | 1,566,819.00 |
| Independent Fund | T | $ | 1,566,819.00 |
| Independent Fund | T | $ | 555,591.00 |
| Independent Fund | T | $ | 555,591.00 |
| Independent Fund | T | $ | 83,999.00 |
| Independent Fund | T | $ | 83,999.00 |
| Independent Fund | T | $ | 439,411.00 |
| Independent Fund | T | $ | 439,411.00 |
| Independent Fund | T | $ | 1,106,102.00 |
| Independent Fund | T | $ | 1,106,102.00 |
| Independent Fund | T | $ | 913,233.00 |
| Independent Fund | T | $ | 913,233.00 |
| Independent Fund | T | $ | 219,483.00 |
| Independent Fund | T | $ | 219,483.00 |
| Independent Fund | T | $ | 448,978.00 |
| Independent Fund | T | $ | 448,978.00 |
| Independent Fund | T | $ | 266,361.00 |
| Independent Fund | T | $ | 266,361.00 |
| Independent Fund | T | $ | 3,080.00 |
| Independent Fund | T | $ | 3,080.00 |
| Independent Fund | T | $ | 951,131.00 |
| Independent Fund | T | $ | 951,131.00 |
| Independent Fund | T | $ | 1,712,375.00 |
| Independent Fund | T | $ | 1,712,375.00 |
| Independent Fund | T | $ | 789,827.00 |
| Independent Fund | T | $ | 789,827.00 |
| Independent Fund | T | $ | 234,013.00 |
| Independent Fund | T | $ | 234,013.00 |
| Independent Fund | T | $ | 424,644.00 |
| Independent Fund | T | $ | 424,644.00 |
| Independent Fund | T | $ | 1,445,219.00 |
| Independent Fund | T | $ | 1,445,219.00 |
| Independent Fund | T | $ | 638,152.00 |
| Independent Fund | T | $ | 638,152.00 |
| Independent Fund | T | $ | 3,624.00 |
| Independent Fund | T | $ | 3,624.00 |
| Independent Fund | T | $ | 262,474.00 |
| Independent Fund | T | $ | 262,474.00 |
| Independent Fund | T | $ | 800,939.00 |
| Independent Fund | T | $ | 800,939.00 |
| Independent Fund | T | $ | 105,855.00 |
| Independent Fund | T | $ | 105,855.00 |
| Independent Fund | T | $ | 315,398.00 |
| Independent Fund | T | $ | 315,398.00 |
| Independent Fund | H | $ | 108,295.00 |
| Independent Fund | H | $ | 108,295.00 |
| Independent Fund | H | $ | 714,294.00 |
| Independent Fund | H | $ | 714,294.00 |
| Independent Fund | H | $ | 54,074.00 |
| Independent Fund | H | $ | 54,074.00 |
| Independent Fund | H | $ | 454,513.00 |
| Independent Fund | H | $ | 454,513.00 |

| | | | |
|---|---|---|---:|
| Independent Fund | H | $ | 576,206.00 |
| Independent Fund | H | $ | 576,206.00 |
| Independent Fund | H | $ | 238,082.00 |
| Independent Fund | H | $ | 238,082.00 |
| Independent Fund | H | $ | 147,267.00 |
| Independent Fund | H | $ | 147,267.00 |
| Independent Fund | H | $ | 631,813.00 |
| Independent Fund | H | $ | 60,216.00 |
| Independent Fund | H | $ | 396,975.00 |
| Independent Fund | H | $ | 147,263.00 |
| Independent Fund | H | $ | 58,170.00 |
| Independent Fund | H | $ | 1,285,236.00 |
| Independent Fund | H | $ | 7,311.00 |
| Independent Fund | H | $ | 162,986.00 |
| Independent Fund | H | $ | 38,254.00 |
| Independent Fund | H | $ | 102,753.00 |

| Key |
|---|
| T = Regulation T Call |
| H = House Call |
| NY = NYSE Call |

| Name | Co. Code | CLIENT ID | A/C # | Customer Name |
|---|---|---|---|---|
| GSEC | 001 | 379326 | 4LG0 | INDEPENDENT FUND LIMITED |
| GSEC | 001 | 379326 | 4LG0 | INDEPENDENT FUND LIMITED |

| Trade date | Due Date | Call Amount |
|---|---|---|
| 9-Nov-06 | 16-Nov-06 | $ 134,372 |
| 30-Nov-06 | 7-Dec-06 | $ 2,850,461 |