# Exhibit M

| From: | Arturo, Gianina F. |
|---|---|
| To: | george; Joe; Stephane Vezina (E-mail); |
| CC: | |
| Subject: | RE: wire |
| Date: | Monday, July 10, 2006 11:57:24 AM |
| Attachments: | |

George,

The call is for today.
If Dan liquidated positions today and the call is removed for tomorrow, we can release funds at that time.

Regards,

Gianina

> **From:** George Szele [mailto:GS@INDEPENDENTFUNDS.COM]
> **Sent:** Monday, July 10, 2006 11:56 AM
> **To:** Arturo, Gianina F.; Joe; Stephane Vezina (E-mail)
> **Subject:** wire
>
> Please make sure the wire gets done as Dan said he liquidated positions.
> If you don't see it please let me know.
>
>
> George Szele
> Managing Director
> Independent Asset Management, llc
> 177 Broad St.   Suite 1051
> Stamford, CT  06901
> Office 203.355.1160
> Fax 203.355.1169
> Cell 203.561.0932
> gs@independentfunds.com

IAM 000377

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Monday, July 10, 2006 10:14 AM
**To:** george; Joe
**Subject:** Dual Certification Mailing
**Importance:** High

George/Joe,

Our tax team has requested the attached documents for our dual certification clients.
You should have received these same documents in the mail earlier this year.

At this time, we haven't received completed forms back for the following account(s) :

**4LG0-Independent Fund Limited**

Please send the original copies with signatures to me at the below address.
Instructions can be found within the Word Document if you have any questions.

All documents are due into us by August 15, 2006.

Regards,

Gianina

IAM 000378

| | |
|---|---|
| **From:** | IAMFund |
| **To:** | "Arturo, Gianina F."; |
| **CC:** | george; Joe; |
| **Subject:** | RE: Independent Fund-House Call |
| **Date:** | Monday, April 10, 2006 3:34:38 PM |
| **Attachments:** | |

Are you available to speak with Dan? Please call me at 203-364-1942 and I will conference him in. He will provide instructions accordingly.

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Monday, April 10, 2006 3:15 PM
**To:** 'fund@mostcents.com'
**Cc:** George Szele
**Subject:** RE: Independent Fund-House Call

The house call is still outstanding for 482,098.01

Please advise how this will be met.

Regards,

Gia

**From:** IAMFund [mailto:fund@mostcents.com]
**Sent:** Monday, April 10, 2006 3:11 PM
**To:** Arturo, Gianina F.
**Cc:** George Szele
**Subject:** RE: Independent Fund-House Call
**Importance:** High

Gia,

I just spoke with Dan Zanger. He said he sold off 2.2 million on Friday to more than cover the 1.1 house call. Please advise.

IAM 000330

Joseph Porco
203-364-1942

-----Original Message-----
**From:** Arturo, Gianina F. [mailto:gianina.arturo@gs.com]
**Sent:** Monday, April 10, 2006 11:06 AM
**To:** Daniel Zanger
**Cc:** JP@independentfunds.com; 'GS@INDEPENDENTFUNDS.COM'
**Subject:** Independent Fund-House Call
**Importance:** High

Dan,

Please advise on the house call that is outstanding for the Independent Fund account.

This is the 4th day for the call and we prefer to have all calls met by Day 3.

Regards,

Gia

Goldman Sachs Execution & Clearing, L.P.

30 Hudson Street l 9th Floor l Jersey City l NJ 07302

☎ 212-357-5986 ▤ 212-256-4524

✉ gianina.arturo@gs.com

Goldman
Sachs

**Gianina F. Arturo**

Associate -- Equities Division

**(c) 2005, The Goldman Sachs Group, Inc. All rights reserved.**
See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts

IAM 000331

of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you

| | |
|---|---|
| **From:** | Arturo, Gianina F. |
| **To:** | Daniel Zanger; |
| **CC:** | george; Joe; |
| **Subject:** | House Call- Independent Fund |
| **Date:** | Thursday, January 12, 2006 10:40:45 AM |
| **Attachments:** | |

Dan,

I see you are on Day 4 of a $2 million house call for the Independent Fund Limited.

Please advise the action that is being taken and if this call will be met today.

Regards,

Gia

Goldman Sachs Execution & Clearing, L.P.
30 Hudson Street I 9th Floor I Jersey City I NJ 07302
☎ 212-357-5986 📄 212-256-4524
📠 gianina.arturo@gs.com

Goldman
Sachs

**Gianina F. Arturo**
Associate -- Equities Division

**(c) 2005, The Goldman Sachs Group, Inc. All rights reserved.**
See http://www.gs.com/disclaimer/gsec/ for important risk disclosure, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on

IAM 000307

confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you