# Exhibit N

1

7A4GZANC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------x

INDEPENDENT ASSET MANAGEMENT
and OLA HOLMSTROM

                Plaintiffs,

        v.                              07 CV 6431 (JSR)

DANIEL ZANGER,

                Defendant.

----------------------------x
                                        New York, N.Y.
                                        October 4, 2007
                                        4:00 p.m.

Before:

                    HON. JED S. RAKOFF,

                                        District Judge

                        APPEARANCES

BALESTRIERE PLLC
        Attorneys for Plaintiff
BY:  CRAIG STUART LANZA

JONES DAY
        Attorneys for Defendant
BY:  MATTHEW E. SZWAJKOWSKI
        THOMAS H. SEAR

7A4GZANC

1   adversary has laid down in his papers.  If you are not ready to

2   tell me today in court in oral argument after requesting leave

3   to replead, when will you be ready?  I mean, this is your

4   opportunity.

5        MR. LANZA:  Well, your Honor, it really would just

6   require taking a look at the e-mail exchanges from the prime

7   broker to IFL specifically to Independent Asset Management

8   saying you are in violation of our rules.  You've done this 125

9   times, or saying --

10       THE COURT:  Do they say that?

11       MR. LANZA:  They do say that.  There are exchanges

12  from a woman named Giovana Artura who works for Goldman, Sachs

13  who was consistently irate over these margin calls, and they

14  were --

15       THE COURT:  Well, being consistently irate doesn't

16  state a breach of contract.  It may, you know, give her lots of

17  stress, but I understand that's part of being an employee of

18  Goldman, Sachs anyway.  But does she say you violated the

19  rules?

20       MR. LANZA:  Yes, your Honor.  It's our understanding

21  that she does, and she actually indicates which rules were

22  violated by these margin calls.

23       THE COURT:  All right.

24       MR. LANZA:  In addition, Judge, if I may, if we were

25  allowed to replead, one other fact which we saw as something