# Exhibit C



Portfolio

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

## Portfolio Summary

As of **Aug 31, 2005** Account: **4LG0 - INDEPENDENT FUND LIMITED** change account

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | (7,438,753.02) | (7,438,753.02) | 0.00 | 0.00 |
| Long Market Value | 15,628,181.12 | 15,866,820.00 | 238,638.88 | 1.53 |
| Short Market Value | (2,060,675.22) | (2,059,800.00) | 875.23 | 0.04 |
| Accrued Dividends | 1,958.90 | 1,958.90 | 0.00 | 0.00 |
| Accrued Margin Interest | (582.73) | (582.73) | 0.00 | 0.00 |
| Accrued Rebate/Premium | 153.26 | 153.26 | 0.00 | 0.00 |
| **Closing Equity** | **6,130,282.31** | **6,369,796.41** | **239,514.10** | **3.76** |

### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 6,164,925.81 | 6,411,698.64 | 7,212,036.41 | 0.00 |
| Net Contributions | 0.00 | 0.00 | (487,515.00) | 4,522,485.00 |
| Closing Equity | 6,369,796.41 | 6,369,796.41 | 6,369,796.41 | 6,369,796.41 |
| **Profit/(Loss)** | **204,870.60** | **(41,902.23)** | **(354,725.00)** | **1,847,311.41** |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 239,393,131.64 | 241,360,309.66 | 1,967,178.03 | 0.82 |
| Short Positions | (61,998,314.34) | (62,290,199.83) | (291,885.49) | (0.47) |
| **Net G/L** | **177,394,817.29** | **179,070,109.83** | **1,675,292.54** | **0.94** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | 3.32 | (0.66) | (5.25) | 36.69 |
| DOW JONES INDUSTRIAL AVG. Change (%) | 0.66 | (1.50) | 2.01 | (2.80) |
| S & P 500 Change (%) | 0.99 | (1.12) | 2.43 | 0.69 |

Comparative Performance | Market Value By Asset

Comparative

4% 3.32% 3% 2% 1% 0%

4LG0-INDEPEND
DOW JONES IND
S & P 500

### Top Gainers/Losers - DLY

| Symbol | Account Typ |
|---|---|
| ISRG | 1209 |
| EBAM | 1209 |
| OIH | 1209 |
| RBB | 1209 |
| FTO | 1209 |

| Symbol | Account Typ |
|---|---|
| [illegible] | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer



Portfoli

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

**Portfolio Summary** As of **Sep 30, 2005** Account: **4LG0 - INDEPENDENT FUND LIMITED**



B

## Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | (9,570,920.82) | (9,570,920.82) | 0.00 | 0.00 |
| Long Market Value | 15,939,048.86 | 16,138,089.00 | 199,040.14 | 1.25 |
| Accrued Dividends | 799.75 | 799.75 | 0.00 | 0.00 |
| Accrued Margin Interest | (1,977.83) | (1,977.83) | 0.00 | 0.00 |
| Accrued Rebate/Premium | 322.10 | 322.10 | 0.00 | 0.00 |
| **Closing Equity** | **6,367,272.06** | **6,566,312.20** | **199,040.14** | **3.03** |




## Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 6,776,896.20 | 6,369,555.16 | 7,212,036.41 | 0.00 |
| Net Contributions | 0.00 | (20,000.00) | (507,515.00) | 4,502,485.00 |
| Closing Equity | 6,566,312.20 | 6,566,312.20 | 6,566,312.20 | 6,566,312.20 |
| **Profit/(Loss)** | **(210,584.00)** | **216,757.04** | **(138,209.21)** | **2,063,827.20** |

## Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 291,622,770.02 | 293,820,753.77 | 2,197,983.75 | 0.75 |
| Short Positions | (78,478,402.28) | (78,717,381.76) | (238,979.48) | (0.30) |
| **Net G/L** | **213,144,367.73** | **215,103,372.00** | **1,959,004.27** | **0.92** |

## Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | (3.11) | 3.42 | (2.01) | 41.36 |
| DOW JONES INDUSTRIAL AVG. Change (%) | 0.15 | 0.83 | 2.86 | (1.99) |
| S & P 500 Change (%) | 0.09 | 0.69 | 3.15 | 1.39 |

## Top Gainers/Losers - DLY

| Symbol | Account Ty |
|---|---|
| AAPL | 1209 |
| [illegible] | 0809 |
| [illegible] | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |

| Symbol | Account Ty |
|---|---|
| [illegible] | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer



Portfolio

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

## Portfolio Summary

As of Oct 31, 2005 Account: 4LG0 - INDEPENDENT FUND LIMITED change Account Bu

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | (6,536,848.19) | (6,536,848.19) | 0.00 | 0.00 |
| Long Market Value | 11,867,851.70 | 12,995,601.00 | 1,127,749.30 | 9.50 |
| Accrued Margin Interest | (1,386.92) | (1,386.92) | 0.00 | 0.00 |
| **Closing Equity** | **5,329,616.59** | **6,457,365.89** | **1,127,749.30** | **17.46** |




### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 5,902,235.96 | 6,565,997.55 | 6,565,997.55 | 0.00 |
| Net Contributions | 0.00 | 0.00 | 0.00 | 4,502,485.00 |
| Closing Equity | 6,457,365.89 | 6,457,365.89 | 6,457,365.89 | 6,457,365.89 |
| **Profit/(Loss)** | **555,129.93** | **(108,631.66)** | **(108,631.66)** | **1,954,880.89** |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 339,008,159.48 | 340,196,782.90 | 1,188,623.42 | 0.35 |
| Short Positions | (109,616,227.62) | (109,877,314.28) | (261,086.67) | (0.24) |
| **Net G/L** | **229,391,931.87** | **230,319,468.62** | **927,536.75** | **0.40** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | 9.41 | (1.66) | (1.66) | 39.02 |
| DOW JONES INDUSTRIAL AVG. Change (%) | 0.36 | (1.22) | (1.22) | (3.18) |
| S & P 500 Change (%) | 0.72 | (1.77) | (1.77) | (0.41) |

### Top Gainers/Losers - DLY

| Symbol | Account Typ |
|---|---|
| $GGDKR | 0209 |
| $GGDGR | 0209 |
| SNDK | 1209 |
| GOOG | 1209 |
| $AXQKL | 0409 |
| **Symbol** | **Account Typ** |
| SYES | 1209 |
| NBIES | 1209 |
| TSO | 1209 |
| EBAY | 1209 |
| VLO | 1209 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved.
Disclaimer



Portfolio

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

## Portfolio Summary

As of **Nov 30, 2005** Account: **4LG0 - INDEPENDENT FUND LIMITED** change account B

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | 3,481,949.62 | 3,481,949.62 | 0.00 | 0.00 |
| Long Market Value | 5,262,581.68 | 5,523,356.00 | 260,774.32 | 4.96 |
| Short Market Value | (994,173.16) | (976,575.00) | 17,598.16 | 1.77 |
| Accrued Margin Interest | (705.29) | (705.29) | 0.00 | 0.00 |
| **Closing Equity** | **7,749,652.85** | **8,028,025.33** | **278,372.48** | **3.47** |




### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 8,085,393.50 | 6,457,365.89 | 6,565,997.55 | 0.00 |
| Net Contributions | 0.00 | 0.00 | 0.00 | 4,502,485.00 |
| Closing Equity | 8,028,025.33 | 8,028,025.33 | 8,028,025.33 | 8,028,025.33 |
| **Profit/(Loss)** | **(57,368.17)** | **1,570,659.44** | **1,462,027.78** | **3,525,540.33** |

### Top Gainers/Losers - DLY

| Symbol | Account Ty |
|---|---|
| AAPL | 1209 |
| $[illegible] | [illegible] |
| $[illegible] | [illegible] |
| Symbol | Account Type |
| $GGDAR.0511 | [illegible] |
| Symbol | Account Type |
| $[illegible] | 0409 |
| SND[illegible] | 1209 |
| $[illegible] | [illegible] |
| YHOO | 1209 |
| SHLD | 1209 |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 387,041,434.01 | 390,827,996.83 | 3,786,562.82 | 0.98 |
| Short Positions | (114,605,283.94) | (115,012,390.43) | (407,106.50) | (0.35) |
| **Net G/L** | **272,436,150.07** | **275,815,606.39** | **3,379,456.32** | **1.24** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | (0.71) | 24.28 | 22.21 | 72.76 |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.76) | 3.50 | 2.24 | 0.21 |
| S & P 500 Change (%) | (0.64) | 3.52 | 1.68 | 3.10 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved.
Disclaimer



Portfolio

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

Portfolio Summary As of Dec 30, 2005 Account: 4LG0 - INDEPENDENT FUND LIMITED change account B

**Portfolio Composition**

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | 21,410,055.49 | 21,410,055.49 | 0.00 | 0.00 |
| Short Market Value | (12,927,750.22) | (12,846,090.00) | 81,660.22 | 0.63 |
| Accrued Dividends | 577.25 | 577.25 | 0.00 | 0.00 |
| Accrued Margin Interest | 3,298.67 | 3,298.67 | 0.00 | 0.00 |
| **Closing Equity** | **8,486,181.19** | **8,567,841.41** | **81,660.22** | **0.95** |




**Change in Equity**

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 8,554,503.68 | 8,028,025.33 | 6,565,997.55 | 0.00 |
| Net Contributions | 0.00 | 0.00 | 0.00 | 4,502,485.00 |
| Closing Equity | 8,567,841.41 | 8,567,841.41 | 8,567,841.41 | 8,567,841.41 |
| **Profit/(Loss)** | **13,337.73** | **539,816.08** | **2,001,843.86** | **4,065,356.41** |

**Realized Gain/(Loss) - YTD**

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 438,072,243.81 | 442,619,545.42 | 4,547,301.61 | 1.04 |
| Short Positions | (116,614,514.58) | (117,034,142.66) | (419,628.08) | (0.36) |
| **Net G/L** | **321,457,729.23** | **325,585,402.76** | **4,127,673.53** | **1.28** |

**Comparative Performance**

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | 0.16 | 6.72 | 30.43 | 84.38 |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.62) | (0.82) | 1.41 | (0.61) |
| S & P 500 Change (%) | (0.49) | (0.10) | 1.59 | 3.00 |

**Top Gainers/Losers - DLY**

| Symbol | Account Typ |
|---|---|
| GOOG | 1209 |
| SNDK | 1209 |
| $GEDAJ | 0209 |
| Symbol / GOOG | Account Typ / 1209 |
| MANS | 1209 |
| Symbol / GOOG | Account Typ / 1209 |
| VLO | 1209 |
| $SUNAN | 0409 |
| EOG | 1209 |
| GOOG | 1209 |
| YHOO | 1209 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer



Portfolio

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

**Portfolio Summary** As of **Jan 31, 2006** Account: **4LG0 - INDEPENDENT FUND LIMITED**

## Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | (14,770,044.36) | (14,770,044.36) | 0.00 | 0.00 |
| Long Market Value | 23,726,630.98 | 24,199,300.00 | 472,669.02 | 1.99 |
| Accrued Dividends | 1,995.00 | 1,995.00 | 0.00 | 0.00 |
| Accrued Margin Interest | 181.94 | 181.94 | 0.00 | 0.00 |
| Accrued Rebate/Premium | 654.33 | 654.33 | 0.00 | 0.00 |
| **Closing Equity** | **8,959,417.89** | **9,432,086.91** | **472,669.02** | **5.01** |




## Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 9,425,727.63 | 8,567,841.41 | 8,567,841.41 | 8,567,841.41 |
| Net Contributions | 0.00 | (410,000.00) | (410,000.00) | (410,000.00) |
| Closing Equity | 9,432,086.91 | 9,432,086.91 | 9,432,086.91 | 9,432,086.91 |
| **Profit/(Loss)** | **6,359.28** | **1,274,245.50** | **1,274,245.50** | **1,274,245.50** |

## Top Gainers/Losers - DLY

| Symbol | Account Ty |
|---|---|
| OXY | 1209 |
| ASBL | 1209 |
| AXE | 1209 |
| GOOG | 1209 |
| AAPL | 1209 |
| **Symbol** | **Account Ty** |
| GEOBG | 1209 |
| SNDK | 1209 |
| APC | 1209 |
| SNDK | 1209 |
| NBR | 1209 |

## Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 75,844,633.76 | 76,793,473.60 | 948,839.84 | 1.25 |
| Short Positions | (35,466,281.41) | (35,507,451.91) | (41,170.50) | (0.12) |
| **Net G/L** | **40,378,352.35** | **41,286,021.69** | **907,669.34** | **2.25** |

## Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | 0.07 | 15.14 | 15.14 | 15.14 |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.32) | 1.37 | 1.37 | 1.37 |
| S & P 500 Change (%) | (0.40) | 2.55 | 2.55 | 2.55 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer




Portfolic

**Accounting Reports** | **Month End Archives** | **Year End Archives** | **Performance** | **Custom**

## Portfolio Summary

As of Feb 28, 2006 Account: **4LG0 - INDEPENDENT FUND LIMITED** change account B

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | 6,588,369.54 | 6,588,369.54 | 0.00 | 0.00 |
| Long Market Value | 485,447.00 | 479,880.00 | (5,567.00) | (1.15) |
| Short Market Value | (2,228,115.41) | (2,222,350.00) | 5,765.41 | 0.26 |
| Accrued Dividends | 43,647.50 | 43,647.50 | 0.00 | 0.00 |
| Accrued Margin Interest | 252.12 | 252.12 | 0.00 | 0.00 |
| Accrued Rebate/Premium | 298.72 | 298.72 | 0.00 | 0.00 |
| **Closing Equity** | **4,889,899.47** | **4,890,097.88** | **198.41** | **0.00** |

### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 4,925,306.78 | 9,432,086.91 | 8,567,841.41 | 8,567,841.41 |
| Net Contributions | 0.00 | (4,000,000.00) | (4,410,000.00) | (4,410,000.00) |
| Closing Equity | 4,890,097.88 | 4,890,097.88 | 4,890,097.88 | 4,890,097.88 |
| **Profit/(Loss)** | **(35,208.90)** | **(541,989.03)** | **732,256.47** | **732,256.47** |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 117,861,825.09 | 118,267,111.04 | 405,285.96 | 0.34 |
| Short Positions | (60,781,859.73) | (60,408,659.91) | 373,199.82 | 0.62 |
| **Net G/L** | **57,079,965.35** | **57,858,451.13** | **778,485.78** | **1.36** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | (0.71) | (5.54) | 8.76 | 8.76 |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.94) | 1.18 | 2.57 | 2.57 |
| S & P 500 Change (%) | (1.04) | 0.05 | 2.59 | 2.59 |

Comparative Performance | Market Value by Asset

Comparativ

0% -0.25% -0.5% -0.75% -1% -1.25%

-0.71%

4LG0-INDEPEN
DOW JONES IN
S & P 500

### Top Gainers/Losers - DLY

| Symbol | Account Ty |
|---|---|
| GOOG | 1209 |
| AMG | 1209 |
| Symbol | Account Ty |
| SNDK | 1209 |
| GOOG | 1209 |
| Symbol | Account Ty |
| GLD | 1209 |
| CHK | 1209 |
| AHC | 1209 |
| EOG | 1209 |
| DO | 1209 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. -
Disclaimer



Portfolic

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

**Portfolio Summary** As of **Mar 31, 2006** Account: **4LG0 - INDEPENDENT FUND LIMITED** change account B

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | (4,696,646.70) | (4,696,646.70) | 0.00 | 0.00 |
| Long Market Value | 9,796,128.23 | 10,011,352.00 | 215,223.77 | 2.20 |
| Accrued Dividends | 961.78 | 961.78 | 0.00 | 0.00 |
| Accrued Margin Interest | (1,631.72) | (1,631.72) | 0.00 | 0.00 |
| Accrued Rebate/Premium | 40.49 | 40.49 | 0.00 | 0.00 |
| **Closing Equity** | **5,098,852.07** | **5,314,075.85** | **215,223.77** | **4.05** |




### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 5,534,315.60 | 4,890,097.88 | 8,567,841.41 | 8,567,841.41 |
| Net Contributions | 0.00 | 496,373.00 | (3,913,627.00) | (3,913,627.00) |
| Closing Equity | 5,314,075.85 | 5,314,075.85 | 5,314,075.85 | 5,314,075.85 |
| **Profit/(Loss)** | **(220,239.75)** | **(72,395.03)** | **659,861.44** | **659,861.44** |

### Top Gainers/Losers - DLY

| Symbol | Account Ty |
|---|---|
| NOIES | 1209 |
| SHDK | 1209 |
| KIDYU | 1209 |
| SXG | 1209 |
| SRB | 1209 |
| **Symbol** | **Account Ty** |
| OIH | 1209 |
| PD | 1209 |
| ATI | 1209 |
| SHLD | 1209 |
| OXY | 1209 |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 158,717,312.59 | 158,784,873.86 | 67,561.28 | 0.04 |
| Short Positions | (80,655,260.80) | (80,227,948.07) | 427,312.72 | 0.53 |
| **Net G/L** | **78,062,051.79** | **78,556,925.79** | **494,874.00** | **0.63** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | (3.98) | (1.34) | 7.29 | 7.29 |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.37) | 1.05 | 3.66 | 3.66 |
| S & P 500 Change (%) | (0.42) | 1.11 | 3.73 | 3.73 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer



Portfolio

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

## Portfolio Summary

As of **Apr 28, 2006** Account: **4LG0 - INDEPENDENT FUND LIMITED** change account B

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | (958,416.94) | (958,416.94) | 0.00 | 0.00 |
| Long Market Value | 6,763,708.13 | 6,703,020.00 | (60,688.13) | (0.90) |
| Accrued Dividends | 85.50 | 85.50 | 0.00 | 0.00 |
| Accrued Margin Interest | (1,980.74) | (1,980.74) | 0.00 | 0.00 |
| Accrued Rebate/Premium | 192.66 | 192.66 | 0.00 | 0.00 |
| **Closing Equity** | **5,803,588.61** | **5,742,900.48** | **(60,688.13)** | **(1.06)** |




### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 5,709,053.67 | 5,314,075.85 | 5,314,075.85 | 8,567,841.41 |
| Net Contributions | 0.00 | (167,189.08) | (167,189.08) | (4,080,816.08) |
| Closing Equity | 5,742,900.48 | 5,742,900.48 | 5,742,900.48 | 5,742,900.48 |
| **Profit/(Loss)** | **33,846.81** | **596,013.71** | **596,013.71** | **1,255,875.15** |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 208,669,106.95 | 209,687,709.91 | 1,018,602.97 | 0.49 |
| Short Positions | (83,422,119.55) | (83,034,996.46) | 387,123.08 | 0.47 |
| **Net G/L** | **125,246,987.40** | **126,652,713.45** | **1,405,726.05** | **1.12** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | 0.59 | 11.95 | 11.95 | 20.12 |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.14) | 2.32 | 2.32 | 6.06 |
| S & P 500 Change (%) | 0.07 | 1.22 | 1.22 | 4.99 |

### Top Gainers/Losers - DLY

| Symbol | Account Typ |
|---|---|
| EBS | 1209 |
| GEDG | 1209 |
| 20H | 1209 |
| $MOE) | 0809 |
| SIX | 1209 |

| Symbol | Account Typ |
|---|---|
| AOL | 1209 |
| $MOEP | 0809 |
| NSUBS | 1209 |
| HAC | 1209 |
| HAC | 1209 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer




Portfolio

**Accounting Reports** **Month End Archives** **Year End Archives** **Performance** **Custom**

## Portfolio Summary

As of **May 31, 2006** Account: **4LG0 - INDEPENDENT FUND LIMITED**




### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | 6,053,757.00 | 6,053,757.00 | 0.00 | 0.00 |
| Long Market Value | 3,261,419.98 | 3,256,278.00 | (5,141.98) | (0.16) |
| Short Market Value | (3,626,624.20) | (3,672,410.00) | (45,785.80) | (1.26) |
| Accrued Dividends | 38,245.20 | 38,245.20 | 0.00 | 0.00 |
| Accrued Margin Interest | 191.43 | 191.43 | 0.00 | 0.00 |
| Accrued Rebate/Premium | 168.67 | 168.67 | 0.00 | 0.00 |
| **Closing Equity** | **5,727,158.08** | **5,676,230.30** | **(50,927.78)** | **(0.90)** |

Comparative Performance | Market Value By Asset




### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 5,727,429.67 | 5,753,988.17 | 5,314,075.85 | 8,567,841.41 |
| Net Contributions | 0.00 | 0.00 | (167,189.08) | (4,080,816.08) |
| Closing Equity | 5,676,230.29 | 5,676,230.29 | 5,676,230.29 | 5,676,230.29 |
| **Profit/(Loss)** | **(51,199.38)** | **(77,757.88)** | **529,343.52** | **1,189,204.96** |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 277,315,990.07 | 277,819,656.18 | 503,666.12 | 0.18 |
| Short Positions | (114,035,037.89) | (113,250,935.95) | 784,101.94 | 0.69 |
| **Net G/L** | **163,280,952.18** | **164,568,720.23** | **1,287,768.05** | **0.79** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | (0.89) | (1.39) | 10.39 | 18.44 |
| DOW JONES INDUSTRIAL AVG. Change (%) | 0.67 | (1.75) | 0.53 | 4.21 |
| S & P 500 Change (%) | 0.81 | (3.09) | (1.91) | 1.75 |

### Top Gainers/Losers - DLY

| Symbol | Account Typ |
|---|---|
| [illegible] | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |
| **Symbol** | **Account Typ** 1209 |
| [illegible] | 1209 |
| **Symbol** | **Account Typ** 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |
| TIE | 1209 |
| NUE | 1209 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer




Portfolio

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

## Portfolio Summary

As of **Jun 30, 2006** Account: **4LG0 - INDEPENDENT FUND LIMITED** change account

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | (7,278,506.73) | (7,278,506.73) | 0.00 | 0.00 |
| Long Market Value | 12,451,252.78 | 12,702,810.00 | 251,557.22 | 2.02 |
| Short Market Value | (93,433.13) | (93,900.00) | (466.87) | (0.50) |
| Accrued Dividends | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| Accrued Margin Interest | 1,043.59 | 1,043.59 | 0.00 | 0.00 |
| Accrued Rebate/Premium | 106.38 | 106.38 | 0.00 | 0.00 |
| **Closing Equity** | **5,083,762.88** | **5,334,853.24** | **251,090.35** | **4.71** |

Comparative Performance | Market Value By Asset

Comparative

0%
-0.25%
-0.5%
-0.75%
-1%
-1.25%
-0.96%

4LG0-INDEPENC
DOW JONES INC
S & P 500

### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 5,386,654.27 | 5,676,230.29 | 5,314,075.85 | 8,567,841.41 |
| Net Contributions | 0.00 | 0.00 | (167,189.08) | (4,080,816.08) |
| Closing Equity | 5,334,853.24 | 5,334,853.24 | 5,334,853.24 | 5,334,853.24 |
| **Profit/(Loss)** | **(51,801.03)** | **(341,377.05)** | **187,966.47** | **847,827.91** |

### Top Gainers/Losers - DLY

| Symbol | Account Typ |
|---|---|
| [illegible] | 1209 |
| [illegible] | 0209 |
| OIH | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |

| Symbol | Account Typ |
|---|---|
| [illegible] | 1209 |
| [illegible] | 1209 |
| GOOG | 1209 |
| [illegible] | 1209 |
| [illegible] | 1209 |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 343,888,257.85 | 343,621,407.85 | (266,850.01) | (0.08) |
| Short Positions | (132,204,156.20) | (131,299,771.98) | 904,384.23 | 0.69 |
| **Net G/L** | **211,684,101.65** | **212,321,635.87** | **637,534.22** | **0.30** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | (0.96) | (6.01) | 3.75 | 11.32 |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.36) | (0.16) | 0.37 | 4.04 |
| S & P 500 Change (%) | (0.21) | 0.01 | (1.90) | 1.76 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer



02/20/2008 15:54 FAX 3103890103 CALPASAS GROUP 012




Portfolic

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

**Portfolio Summary** As of **Jul 31, 2006** Account: **4LG0 - INDEPENDENT FUND LIMITED** change account Bu

**Portfolio Composition**

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | (4,528,509.01) | (4,528,509.01) | 0.00 | 0.00 |
| Long Market Value | 8,726,142.32 | 8,716,550.00 | (9,592.32) | (0.11) |
| Accrued Dividends | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| Accrued Margin Interest | (600.01) | (600.01) | 0.00 | 0.00 |
| **Closing Equity** | **4,200,333.30** | **4,190,740.98** | **(9,592.32)** | **(0.23)** |




**Change In Equity**

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 4,207,082.49 | 5,334,853.24 | 5,334,853.24 | 8,567,841.41 |
| Net Contributions | 0.00 | (383,251.39) | (383,251.39) | (4,464,067.47) |
| Closing Equity | 4,190,740.99 | 4,190,740.99 | 4,190,740.99 | 4,190,740.99 |
| **Profit/(Loss)** | **(16,341.50)** | **(760,860.86)** | **(760,860.86)** | **86,967.05** |

**Realized Gain/(Loss) - YTD**

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 392,158,895.63 | 391,605,401.32 | (553,494.31) | (0.14) |
| Short Positions | (154,871,616.12) | (154,180,324.05) | 691,292.07 | 0.45 |
| **Net G/L** | **237,287,279.51** | **237,425,077.27** | **137,797.76** | **0.06** |

**Comparative Performance**

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | (0.39) | (14.51) | (14.51) | (4.83) |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.30) | 0.32 | 0.32 | 4.37 |
| S & P 500 Change (%) | (0.15) | 0.51 | 0.51 | 2.27 |

**Top Gainers/Losers - DLY**

| Symbol | Account Typ |
|---|---|
| SNDK | 1209 |
| $CMJGQH0607 | 0209 |
| DXRE | 1209 |
| AKRM | 1209 |
| SDXREol | Acco1209Typ |
| Sy0160l | Acco1209Typ |
| BDDU | 1209 |
| GBSIN | 1209 |
| HBRNS | 1209 |
| PBR | 1209 |
| BHI | 1209 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer






Portfolic

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

## Portfolio Summary

As of **Aug 31, 2006** Account: **4LG0 - INDEPENDENT FUND LIMITED** change account B

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | 3,731,455.24 | 3,731,455.24 | 0.00 | 0.00 |
| Accrued Dividends | 608.10 | 608.10 | 0.00 | 0.00 |
| Accrued Margin Interest | 381.34 | 381.34 | 0.00 | 0.00 |
| Accrued Rebate/Premium | 37.96 | 37.96 | 0.00 | 0.00 |
| **Closing Equity** | **3,732,482.64** | **3,732,482.64** | **0.00** | **0.00** |

Comparative Performance | Market Value By Asset

Comparati

0.02% · 0.01% · 0% · -0.02% · -0.03% · -0.05%

4LG0-INDEPE · DOW JONES I · S & P 500

### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 3,732,063.35 | 4,189,240.99 | 5,333,353.24 | 8,567,841.41 |
| Net Contributions | 0.00 | 0.00 | (383,251.39) | (4,464,067.47) |
| Closing Equity | 3,732,482.65 | 3,732,482.65 | 3,732,482.65 | 3,732,482.65 |
| **Profit/(Loss)** | **419.30** | **(456,758.34)** | **(1,217,619.20)** | **(371,291.29)** |

### Top Gainers/Losers - DLY

No Data Available

| Symbol | Account Ty |
|---|---|
| SNDK | 1209 |
| HANS | 1209 |
| PBR | 1209 |
| DO | 1209 |
| RIG | 1209 |

| Symbol | Account Ty |
|---|---|
| AAPL | 1209 |
| QID | 1209 |
| EBAY | 1209 |
| GOOG | 1209 |
| GRMN | 1209 |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 436,829,410.30 | 435,852,800.98 | (976,609.33) | (0.22) |
| Short Positions | (167,857,234.64) | (167,206,627.60) | 650,607.05 | 0.39 |
| **Net G/L** | **268,972,175.66** | **268,646,173.38** | **(326,002.28)** | **(0.12)** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | 0.01 | (10.90) | (23.83) | (15.21) |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.02) | 1.75 | 2.07 | 6.19 |
| S & P 500 Change (%) | (0.03) | 2.13 | 2.65 | 4.45 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer



Portfolio

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

## Portfolio Summary

As of **Sep 29, 2006** Account: **4LG0 - INDEPENDENT FUND LIMITED** change account B

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | (1,411,191.68) | (1,411,191.68) | 0.00 | 0.00 |
| Long Market Value | 4,817,282.89 | 4,799,830.00 | (17,452.89) | (0.36) |
| Accrued Margin Interest | 762.36 | 762.36 | 0.00 | 0.00 |
| Accrued Rebate/Premium | 51.81 | 51.81 | 0.00 | 0.00 |
| **Closing Equity** | **3,406,905.38** | **3,389,452.48** | **(17,452.89)** | **(0.51)** |




### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 3,411,772.62 | 3,732,482.65 | 5,333,353.24 | 8,567,841.41 |
| Net Contributions | 0.00 | 0.00 | (383,251.39) | (4,464,067.47) |
| Closing Equity | 3,389,452.49 | 3,389,452.49 | 3,389,452.49 | 3,389,452.49 |
| **Profit/(Loss)** | **(22,320.13)** | **(343,030.16)** | **(1,560,649.36)** | **(714,321.45)** |

### Top Gainers/Losers - DLY

| Symbol | Account Ty |
|---|---|
| NYX | 1209 |
| BVBD | 1209 |
| AKAM | 1209 |
| SYNDX | Accou1209T |
| RYMB | 1209 |
| SQURKQ | Acco0409T |
| $SCEKM | 0409 |
| AAPL | 1209 |
| $AKEWM | 0809 |
| ICE | 1209 |
| BRCM | 1209 |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 473,977,937.11 | 472,707,599.06 | (1,270,338.05) | (0.27) |
| Short Positions | (169,612,918.09) | (168,992,209.94) | 620,708.15 | 0.37 |
| **Net G/L** | **304,365,019.02** | **303,715,389.12** | **(649,629.90)** | **(0.21)** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | (0.65) | (9.19) | (30.83) | (23.00) |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.34) | 2.62 | 4.74 | 8.97 |
| S & P 500 Change (%) | (0.25) | 2.46 | 5.17 | 7.01 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer






Portfolic

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

## Portfolio Summary

As of Oct 31, 2006 Account: **4LGO - INDEPENDENT FUND LIMITED** change account Bı

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | 4,409,336.78 | 4,409,336.78 | 0.00 | 0.00 |
| Long Market Value | 1,134,401.55 | 1,130,650.00 | (3,751.55) | (0.33) |
| Short Market Value | (1,154,707.75) | (1,159,426.00) | (4,718.25) | (0.41) |
| Accrued Margin Interest | 286.05 | 286.05 | 0.00 | 0.00 |
| **Closing Equity** | **4,389,316.63** | **4,380,846.83** | **(8,469.79)** | **(0.19)** |




### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 4,527,039.19 | 3,389,452.49 | 3,389,452.49 | 8,567,841.41 |
| Net Contributions | 0.00 | 1,410,000.00 | 1,410,000.00 | (3,054,067.47) |
| Closing Equity | 4,380,846.83 | 4,380,846.83 | 4,380,846.83 | 4,380,846.83 |
| **Profit/(Loss)** | **(146,192.36)** | **(418,605.66)** | **(418,605.66)** | **(1,132,927.11)** |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 532,748,143.33 | 531,065,006.73 | (1,683,136.60) | (0.32) |
| Short Positions | (169,612,918.09) | (168,992,209.94) | 620,708.15 | 0.37 |
| **Net G/L** | **363,135,225.24** | **362,072,796.79** | **(1,062,428.45)** | **(0.29)** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | (3.23) | (7.14) | (7.14) | (28.50) |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.05) | 3.44 | 3.44 | 12.72 |
| S & P 500 Change (%) | 0.00 | 3.15 | 3.15 | 10.39 |

### Top Gainers/Losers - DLY

| Symbol | Account T |
|---|---|
| [illegible] | 1209 |
| [illegible] | 0409 |
| [illegible] | 0409 |
| [illegible] | [illegible] |
| [illegible] | 0409 |
| [illegible] | [illegible] |
| [illegible] | 0409 |
| [illegible] | 0409 |
| [illegible] | 0409 |
| $ICEKN | 0409 |
| $SWFJL-0610 | 0409 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer




Portfolic

Accounting Reports | Month End Archives | Year End Archives | Performance | Custom

## Portfolio Summary

As of Nov 30, 2006 Account: 4LG0 - INDEPENDENT FUND LIMITED change account B

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | (1,681,212.96) | (1,681,212.96) | 0.00 | 0.00 |
| Long Market Value | 4,870,189.73 | 4,864,395.00 | (5,794.73) | (0.12) |
| Short Market Value | (138,019.51) | (138,830.00) | (810.49) | (0.59) |
| Accrued Margin Interest | (123.98) | (123.98) | 0.00 | 0.00 |
| Accrued Rebate/Premium | 200.10 | 200.10 | 0.00 | 0.00 |
| **Closing Equity** | **3,051,033.38** | **3,044,428.16** | **(6,605.22)** | **(0.22)** |

Comparative Performance | Market Value By Asset

Comparati



### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 3,118,445.13 | 4,380,846.83 | 3,389,452.49 | 8,567,841.41 |
| Net Contributions | 0.00 | (1,450,000.00) | (40,000.00) | (4,504,067.47) |
| Closing Equity | 3,044,428.17 | 3,044,428.17 | 3,044,428.17 | 3,044,428.17 |
| **Profit/(Loss)** | **(74,016.96)** | **113,581.34** | **(305,024.32)** | **(1,019,345.77)** |

### Top Gainers/Losers - DLY

| Symbol | Account T |
|---|---|
| BIDM | 1209 |
| $RUBDQ0511 | 0409 |
| RIMM | 1209 |
| BIDU | 1209 |
| Symbol | Account T |
| Symbol | Account T |
| $AABLI | 0409 |
| RIMM | 1209 |
| $RDDKJ | 0409 |
| $WACQ | 0409 |
| PCU | 1209 |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 581,331,942.85 | 579,860,714.04 | (1,471,228.81) | (0.25) |
| Short Positions | (174,621,417.87) | (174,089,572.04) | 531,845.83 | 0.31 |
| **Net G/L** | **406,710,524.98** | **405,771,141.99** | **(939,382.98)** | **(0.23)** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | (2.38) | 5.65 | (1.90) | (24.46) |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.04) | 1.17 | 4.65 | 14.04 |
| S & P 500 Change (%) | 0.08 | 1.65 | 4.85 | 12.20 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer




Portfolio

**Accounting Reports** **Month End Archives** **Year End Archives** **Performance** **Custom**

## Portfolio Summary

As of **Dec 29, 2006** Account: **4LG0 - INDEPENDENT FUND LIMITED**




B

### Portfolio Composition

| Asset | Cost | Market | Unrealized G/L | % G/L |
|---|---|---|---|---|
| Cash & Equivalents | 7,423.88 | 7,423.88 | 0.00 | 0.00 |
| Accrued Margin Interest | 3.76 | 3.76 | 0.00 | 0.00 |
| **Closing Equity** | **7,427.64** | **7,427.64** | **0.00** | **0.00** |




### Change In Equity

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Opening Equity | 7,423.88 | 3,044,428.17 | 3,389,452.49 | 8,567,841.41 |
| Net Contributions | 0.00 | (2,932,000.00) | (2,972,000.00) | (7,436,067.47) |
| Closing Equity | 7,427.64 | 7,427.64 | 7,427.64 | 7,427.64 |
| **Profit/(Loss)** | **3.76** | **(105,000.53)** | **(410,024.85)** | **(1,124,346.30)** |

### Realized Gain/(Loss) - YTD

| | Cost | Proceeds | Gain/Loss | % G/L |
|---|---|---|---|---|
| Long Positions | 586,202,132.58 | 584,629,576.00 | (1,572,556.58) | (0.27) |
| Short Positions | (177,286,005.58) | (176,769,306.98) | 516,698.60 | 0.29 |
| **Net G/L** | **408,916,127.00** | **407,860,269.02** | **(1,055,857.98)** | **(0.26)** |

### Comparative Performance

| | DLY | MTD | QTD | YTD |
|---|---|---|---|---|
| Portfolio Change (%) | 0.05 | (4.66) | (6.47) | (27.98) |
| DOW JONES INDUSTRIAL AVG. Change (%) | (0.31) | 1.97 | 6.71 | 16.29 |
| S & P 500 Change (%) | (0.45) | 1.26 | 6.17 | 13.62 |

### Top Gainers/Losers - DLY

No Data Available

| Symbol | Account Type |
|---|---|
| AAPL | 1209 |
| RIMM | 1209 |
| **Symbol** | **Account Type** |
| AAPL | 1209 |
| $BDQLS-0612 | 0409 |
| CROX | 1209 |
| $QAALP-0612 | 0409 |
| BIDU | 1209 |

Copyright © 2008. Goldman Sachs Execution & Clearing, L.P. - Member SIPC, NASD, NYSE. All rights reserved. - Disclaimer