# Exhibit F

```
                                    jan 3 06 im
gbszele (1:16:10 PM): Happy New Year my man!  How are you feeling?
chartpattern (1:20:08 PM): ok how are you
gbszele (1:20:15 PM): My father is quite ill so I have been dealing with helping him
the past couple of weeks and family stuff
chartpattern (1:20:23 PM): oh
chartpattern (1:20:26 PM): not good
chartpattern (1:20:31 PM): AA my sec
chartpattern (1:20:40 PM): her mom passed away this morning
gbszele (1:21:11 PM): oh man - tell her we send our deepest sympathies
chartpattern (1:21:13 PM): how did we finish up the year
chartpattern (1:21:16 PM): sure
gbszele (1:21:38 PM): i'm waiting on report - end of this week
chartpattern (1:21:42 PM): ok
chartpattern (1:21:47 PM): any news on new cash
gbszele (1:22:47 PM): john and i working on it - lombardi in europe working on it -
i'm headed over to geneva/zurich in a few weeks - requests for info coming in more
and more
chartpattern (1:22:54 PM): ok
gbszele (1:24:02 PM): my profit taking level was at 750k in Dec and you ended up at
540k - so i beat you this time by a paltry 200k  :D
chartpattern (1:24:18 PM): cool
gbszele (1:24:45 PM): you had a great year!
chartpattern (1:24:55 PM): yes thanks!
gbszele (1:27:49 PM): what's the estimate for westwood?
chartpattern (1:28:08 PM): about 98%
chartpattern (1:28:12 PM): for the year
chartpattern (1:28:16 PM): net of fees
gbszele (1:29:03 PM): you have not heard from Doug?
chartpattern (1:29:08 PM): no
```

IAM 006409