# Exhibit G

| | |
|---|---|
| **From:** | George Szele |
| **To:** | "zangdan1@yahoo.com"; "Daniel Zanger (E-mail)"; |
| **CC:** | |
| **Subject:** | Agreement Addendum |
| **Date:** | Sunday, September 17, 2006 2:31:12 PM |
| **Attachments:** | IAM Dan Zanger Agreement Addendum SEP 18 06.doc |

Dan,

Attached is the amendment as we discussed - I raised your equity piece from 3/4% (previously) to 1% for the 50k. I won't be able to give any more equity away at this rate so this is going to have to be the last such deal on this anyway. Hopefully, your performance will turn around and by the end of the year, between RCA and other efforts, we'll have some serious investors.

Can we please sign this tonight and wire tomorrow, as I have to pay the bills?

Thanks again Dan - let's hang in there and be patient - it's only a matter of time before people realize your/our added value, especially if you kick some beeehind between now and year end.

Best,

George Szele
Managing Director
Independent Asset Management, llc
177 Broad St.　Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is

confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

-----Original Message-----
From: zangdan1@yahoo.com [mailto:zangdan1@yahoo.com]
Sent: Saturday, September 16, 2006 8:01 PM
To: AA@chartpattern.com; Don Anderson; Arina; Joel August; Matt Blackman; Brian Boatman; Gordon Breuer; Jerry Cucinella; Dave Edson; Brian Elert; Pat Hampton; fosterjl@comcast.net; jspiewak@basstrading.com; Ron Kelly; m.garris@att.net; mark.a.weaver@boeing.com; Mags nunez; paw500@yahoo.com; perzee10@aol.com; Jeff Robertson; John Roque; Sabrina; sam@digi-pal.com; saucylat@mac.com; tom sawyer; Julia Sokolova; george; Yacov Twena; Wayne Tyni; usaremy@yahoo.com; Elena Vafiadi; Marty Zanger; Percy Zanger; Dennis Zentil
Subject: Fwd: FW: White Supremacy


Note: forwarded message attached.

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

IAM 004011

```
IAM/DZ Agreement        CONFIDENTIAL                 Page - 1 -
```

September 18, 2006

**ADDENDUM AGREEMENT** between

**Mr. Daniel Zanger ("DZ")**
4872 Topanga Canyon Blvd
PMB #401
Woodland Hills, CA 91364

And,

**Independent Asset Management, LLC ("IAM")**
Att: George Szele
Managing Director
177 Broad Street, Suite 1051
Stamford, CT 06901

This document shall constitute a second ADDENDUM AGREEMENT ("AA") to the binding agreement dated October 19, 2004 (the "Agreement") between Independent Asset Management, LLC ("IAM") currently located at 177 Broad Street, Suite 1051, Stamford, CT 06901 USA, and Mr. Daniel Zanger ("DZ"), located at 4872 Topanga Canyon Blvd, PMB #401, Woodland Hills, CA 91364, whereby the parties agree to the following terms and conditions.

Whereas Section 2. ii. in Agreement states:

   ii) DZ shall place USD 100 thousand with IAM immediately for working capital needs, in exchange for EITHER a) IAM waiving its share of the Management Fee for 18 months on USD 10 million in Class Z shares OR b) IAM agreeing to return the entire 100 thousand to DZ first before taking any portion of any Fees as described herein.

**Our Addendum is:**

**2. ii. A.** It is understood and agreed by IAM and DZ that DZ shall place an additional amount of USD 50 thousand with IAM, immediately, for working capital needs, in exchange for a) IAM agreeing to return the entire 50 thousand to DZ first before taking any portion of any Fees as described in Agreement AND b) IAM pledging 1% of ANY after expense earnings or awards of any kind or if the company is sold or by virtue of its investments in others or any other earnings, including but not limited to either the pending specialist class action potential amounts or SEC fair fund distribution amounts.

IAM 004012

```
IAM/DZ Agreement           CONFIDENTIAL                Page - 2 -
```

**2. ii. B.** It is further understood and agreed by IAM and DZ that DZ shall place, upon IAM's request, an additional amount of USD 50 thousand with IAM after January 18, 2007, at IAM's option if IAM deems it necessary for additional working capital needs, in exchange for a) IAM agreeing to return the entire 50 thousand to DZ first before taking any portion of any Fees as described in Agreement AND b) IAM pledging another 1% of ANY after expense earnings or awards of any kind or if the company is sold or by virtue of its investments in others or any other earnings, including but not limited to either the pending specialist class action potential amounts or SEC fair fund distribution amounts.

If the foregoing correctly states the understanding and addendum agreement as to the terms and conditions stated herein, each party should indicate its acceptance by signing in the space provided for below. This Addendum does not change or alter, in any other way, the Agreement of Oct. 19, 2004.

Agreed and Accepted:               Agreed and Accepted:
Mr. Daniel Zanger                  Independent Asset Management, LLC

By:_____           By:_____
Dan Zanger                         George Szele
                                   (Managing Director)

IAM 004013