# Exhibit H

| | |
|---|---|
| **From:** | George Szele |
| **To:** | "Daniel Zanger (E-mail)"; "Dan Zanger (E-mail)"; |
| **CC:** | |
| **Subject:** | URGENT |
| **Date:** | Friday, September 22, 2006 5:23:59 PM |
| **Attachments:** | |

Dan,

Please agree to the terms for just one more 50k amount. I cannot pay bills and function without it and it would be nuts for us to risk not completing documents that we are working on, regarding RCA. **This would be the last 50k** in this form as we should be seeing something from RCA within the next 6 months, but if I cannot function and pay bills then we risk shutting down and that would accomplish nothing. You are accumulating % in which you will get paid one way or another. Remember, we've put a lot more into this business than you, well over 1 million.

Dan, you did not listen to me when I said get out with a 25% gain in the Spring. You did not listen to me several times on signals and profit taking. You've taken a 30% drawdown which you said you would not do. Please listen to me and let's continue on and try for the next six months. I have some ideas of how we can get 25-50 million by giving away a little equity on our companies, which would be very well worth it at this point, but I can't even pursue that if I can't pay the basic bills.

Again, please give this 6 more months, listen to me - do not give up.

I'll call you tomorrow - please take the call.

Thanks.

George Szele
Managing Director
Independent Asset Management, llc

IAM 004017

177 Broad St.   Suite 1051
Stamford, CT  06901
Office 203.355.1160
Fax 203.355.1169
Cell 203.561.0932
gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*