# Exhibit I

| | |
|---|---|
| **From:** | GS@independentfunds.com |
| **To:** | "Daniel Zanger (E-mail)"; "Dan Zanger (E-mail)"; |
| **CC:** | Joe; |
| **Subject:** | Yesterday"s issue |
| **Date:** | Thursday, December 01, 2005 9:15:13 AM |
| **Attachments:** | |

Dan,

Gia says the following…(do you agree?)

Gia says that what happened will not be acceptable by them from now on.

She said she got 900 separate files from National Financial (they are the only problem).

They need the breakdowns as quickly as possible faxed or emailed in a spreadsheet if possible.

She said this sort of thing (day trading call) happens quite frequently with you and others and she is not so concerned about that as long as trades are not a mess to breakdown.

She said you are still currently in a day trading call and they are still breaking down trades.

Dan…what is the solution?

Thanks.

Great month !!

George Szele

IAM 003174