# Exhibit J

| | |
|---|---|
| **From:** | GS@independentfunds.com |
| **To:** | "Daniel Zanger (E-mail)"; "Jeff Robertson (E-mail)"; |
| **CC:** | Joe; |
| **Subject:** | Dan"s track record |
| **Date:** | Monday, May 23, 2005 5:31:20 PM |
| **Attachments:** | |

Dan, Jeff,

As I discussed with Jeff…I spoke with our legal guy (Tom McVey) and he agrees with the following:

It makes sense to market Dan's overall/aggregate trading performance from Jan 2003 if there exists a measurable/significant difference starting then. The following is therefore relevant, we agreed:

1.     The Bermuda Fund (IFL) and our agreement with Dan essentially limits Dan to a max 20% drawdown (peak to trough "PT")…meaning if that were ever exceeded we could have major problems with investors (obviously not the case if only Dan's capital is managed – but that's not the goal). So we would have Class Z shares which is Dan's money and which can take those investors that can withstand 20% drawdowns or more, like Dan can. We would set up a second Class of Shares (Class Z2 for example) which would reflect ½-1/3 of Dan's exposure for more conservative investors who do not want to see PT drawdowns greater than 19.5%.

2.     Dan' has expressed that he will not trade the same way in down markets, as he did from 2000-2002, and will trade very cautiously with different risk management techniques when he is in a drawdown. This needs to be specified/defined by Dan as a measurable/significant difference.

3.     Jan 2003 – present should be **audited** with a **2%/20% fee proforma** so we can represent the expectations going forward. The audit would have to be done on ALL of Dan's accounts/funds as an aggregate. Performance prior to Jan 2003 would be provided upon request (2/20 proforma structure) but not audited.

IAM 002879

Investor References (at least 3) would be provided to potential investors.

So...I am ok with this (when legal and compliance clears it) if Dan can sign off on these 3 points and if he can truly explain to sophisticated potential investors what risk management techniques he has implemented to avoid 21%-50%+ (PT) type drawdowns in the future.

My concern...since Dan's equity exposure reflects a potentially dangerous situation...what do you do when/if there is a terrorist attack and stocks open down so much that immediately you have a 25-50% drawdown. This is the question a sophisticated investor will ask when doing due diligence. How will you answer?

Let's discuss and get this going ASAP. Thanks.

Best,

George Szele

Managing Director

Independent Asset Management, llc

177 Broad St.   Suite 1051

Stamford, CT  06901

Office 203.355.1160

Fax 203.355.1169

Cell 203.561.0932

gs@independentfunds.com

*This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data, and other information are not warranted as to completeness*

*or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Independent Asset Management, llc, or its partners and affiliates. The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.*