UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | : | |
|---|---|---|
| Independent Asset Management, LLC | : | Case No. 07-cv-6431 (JSR) |
| Plaintiff, | : | **NOTICE OF ECF DIFFICULTY** |
| - against - | : | |
| Daniel Zanger, | : | |
| Defendant. | : | |

------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Plaintiff Independent Asset Management attempted to file its Memorandum of Law in Further Support of its Motion for Summary Judgment as well as its Response to Defendant Daniel Zanger's Rule 56.1 Statement on May 9, 2008; that Plaintiff was unable to properly file these papers because of difficulty using the ECF website; that Plaintiff sent these documents to Defendant using alternative means on May 9, 2008; and that Plaintiff duly filed the papers using ECF on May 10, 2008.

Dated: New York, New York
      May 15, 2008

Respectfully submitted,

*s/ Craig Stuart Lanza*
Craig Stuart Lanza
William Scott Holleman
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:  (212) 374-5404
Facsimile:  (212) 208-2613
*Attorneys for Plaintiff*