UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| INDEPENDENT ASSET MANAGEMENT LLC and OLA HOLMSTROM,<br><br>           Plaintiffs,<br><br>vs.<br><br>DANIEL ZANGER,<br><br>           Defendant. | Case No. 1:07-cv-06431-JSR<br><br>ECF |

------------------------------------------------------------ x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael D. Silberfarb, an attorney admitted to practice before this Court, hereby appears in this action as counsel for Defendant Daniel Zanger.

Dated: New York, New York
       June 30, 2008

                                           s/ Michael D. Silberfarb
                                           Michael D. Silberfarb (MS 9678)
                                           JONES DAY
                                           222 East 41st Street
                                           New York, New York 10017
                                           Telephone: (212) 326-3939
                                           Facsimile: (212) 755-7306

                                           Attorney for Defendant
                                           Daniel Zanger

**CERTIFICATE OF SERVICE**

      Michael D. Silberfarb, an attorney admitted to the Bar of this Court, certifies under penalty of perjury that on June 30, 2008, he caused a true and correct copy of the attached Notice Of Appearance to be served via ECF filing on all counsel so registered.

Dated: New York, New York
       June 30, 2008

                                            s/ Michael D. Silberfarb
                                            Michael D. Silberfarb

NYI-4101003v1