UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :  Index No. 07-CV-6431 (JSR)
INDEPENDENT ASSET MANAGEMENT,                                  :
LLC,                                                           :  ECF
                                                               :
               Plaintiff,                                      :  **PLAINTIFF'S PRE-TRIAL**
                                                               :  **DISCLOSURES PURSUANT**
       - against -                                             :  <u>**TO RULE 26(a)(3)**</u>
                                                               :
DANIEL ZANGER,                                                 :
                                                               :
               Defendant.                                      :
                                                               :
---------------------------------------------------------------x

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Individual Practice of Judge Rakoff, Plaintiff Independent Asset Management ("Plaintiff" or "IAM") serves upon Defendant Daniel Zanger ("Defendant" or "Zanger") the attached pre-trial disclosures.

Plaintiff reserves the right to supplement or amend these disclosures as needed.


Dated: New York, New York                     Respectfully submitted,
       July 1, 2008

                                              <u>*s/ Craig Stuart Lanza*</u>
                                              Craig Stuart Lanza (CL-2452)
                                              John Balestriere (JB- 3247)
                                              **BALESTRIERE LANZA PLLC**
                                              225 Broadway, Suite 2900
                                              New York, NY 10007
                                              Telephone:  (212) 374-5400
                                              Facsimile:  (212) 208-2613
                                              *Attorneys for Plaintiff*

## ATTACHMENT A

## LIST OF EXHIBITS THAT PLAINTIFF INTENDS TO USE AT TRIAL

| Exhibit | Bates Numbers | Date | Description |
|---|---|---|---|
| 1 | IAM 004222 - 004225 | 9/28/2004 | Draft agreement between IAM and Zanger |
| 2 | IAM 004226 - 004229 | 10/18/2004 | Draft agreement between IAM and Zanger |
| 3 | IAM 000005 - 000016 | 9/9/05 | Agreement with Goldman Sachs |
| 4 | IAM 006363 - 006367 | 10/20/04 | Agreement between IAM and Zanger |
| 5 | IAM 004234 – 004238 | 3/21/05 | Addendum between IAM and DZ |
| 6 | IAM 002528 - 002533 | 9/27/2004 | Email from Szele to Zanger |
| 7 | IAM 002541 - 002544 | 10/22/2004 | Email from Szele to Zanger |
| 8 | IAM 002552 | 11/3/2004 | Email from Szele to Zanger |
| 9 | IAM 002685 - 002686 | 2/3/2005 | Email from Zanger to Szele |
| 10 | IAM 006245 - 006246 | 3/16/2005 | Email from BFS to Zanger |
| 11 | IAM 002760 - 002761 | 3/21/2005 | Email from Szele to Zanger |
| 12 | IAM 002821 | 4/28/2005 | Email from Szele to Zanger |
| 13 | IAM 002865 - 002866 | 5/23/2005 | Email from Szele to Zanger |
| 14 | IAM 000830 - 000832 | 5/23/2005 | Email from Szele about Victory Lane. |
| 15 | IAM 002879 - 002881 | 5/23/2005 | Email from Szele to Zanger |
| 16 | IAM 000081 | 6/10/2005 | Email from Arturo to Szele |
| 17 | IAM 000151 - 000155 | 7/15/2005 | Email from Szele to Arturo |
| 18 | IAM 003174 - 003175 | 12/1/2005 | Email from Szele to Zanger |
| 19 | IAM 000307 - 000308 | 1/12/2006 | Email from Arturo to Zanger |
| 20 | IAM 001218 | 2/14/2006 | Email from BFS |
| 21 | IAM 000330 - 000335 | 4/10/2006 | Email from Porco to Arturo |
| 22 | IAM 006251 | 6/6/2006 | Email from Zanger to Szele |
| 23 | DZ 704 | 6/9/2006 | Email from Szele to Zanger |
| 24 | DZ 20 - 21 | 7/5/2006 | Email from BFS |
| 25 | IAM 001354 - 001355 | 7/10/2006 | Email from BFS |
| 26 | IAM 000377 - 000379 | 7/10/2006 | Email from Arturo to Szele. |
| 27 | IAM 000400 | 7/12/2006 | Email from Szele to Arturo |
| 28 | IAM 004010 - 004013 | 9/17/2006 | Email from Szele to Zanger. |
| 29 | IAM 004019 - 004020 | 9/22/2006 | Email from Szele to Zanger |
| 30 | IAM 000421 - 000424 | 10/12/2006 | Email from Arturo to Szele. |

| 31 | IAM 001447 - 001449 | 10/19/2006 | Email from Szele to BFS |
| --- | --- | --- | --- |
| 32 | IAM 000430 - 000432 | 10/19/2006 | Email from Szele to Arturo |
| 33 | IAM 000433 - 000435 | 10/19/2006 | Email from Arturo to Szele |
| 34 | DZ 833 | 10/30/2006 | Email from Zanger to IAM |
| 35 | DZ 223 - 226 | 11/8/2006 | Email from BFS to Zanger |
| 36 | DZ 1012 | 11/10/2006 | Email from Szele to Zanger |
| 37 | IAM 000455 - 000458 | 11/10/2006 | Email chain about day trading call |
| 38 | IAM 000459 - 000460 | 11/10/2006 | Email from Gia about day trading call |
| 39 | IAM 006227 - 006228 | 11/15/2006 | Email from BFS to Szele. |
| 40 | IAM 000461 - 000462 | 11/17/2006 | Email from Arturo |
| 41 | IAM 000494 - 000495 | 12/1/2006 | Email from Arturo |
| 42 | IAM 000496 - 000503 | 12/1/2006 | Email from Arturo |
| 43 | IAM 000516 - 000517 | 12/4/2006 | Email from Arturo |
| 44 | IAM 000518 - 000521 | 12/8/2006 | Email from Arturo |
| 45 | IAM 004197 | 12/23/2006 | Email from Szele to Zanger |
| 46 | IAM 004200 - 004202 | 1/3/2007 | Email from Szele to Zanger |
| 47 | IAM 004209 - 004211 | 1/10/2007 | Email from Szele to Zanger |
| 48 | IAM 001655 | 1/30/2007 | Email from Szele to Robertson |
| 49 | DZ 4 - 5 | 6/1/2007 | Email from BFS to Zanger |
| 50 | IAM 000600 - 000601 | 12/1/06 | Letter from BFS to Szele |
| 51 | IAM 000598 | 8/7/07 | Letter from BFS to Szele |
| 52 | IAM 006311 - 006323 | 10/1/2004 | DesignGuide.com Business Plan |
| 53 | IAM 006287 | 4/20/2005 | Check from Zanger to IAM |
| 54 | DZ 915 - 916 | 7/14/2005 | Check and letter from IAM to Zanger |
| 55 | IAM 006290 | 9/26/2005 | Check from Zanger to IAM |
| 56 | IAM 006274, DZ 930-931 | 1/20/2006 | Check from IAM to Zanger |
| 57 | IAM 006272, DZ 949 | 4/21/2006 | Check from IAM to Zanger |
| 58 | IAM 006255 - 006265 | 2/1/2005 | Subscription documents |
| 59 | IAM 006261 - 006266 | 3/2/2005 | Subscription documents |
| 60 | IAM 006346 - 006350, 006503 - 006511 | | IAM financial documents |
| 61 | DZ 25 – 26 | 10/24/2006 | S4 redemption notice ($1,321,414.03) |
| 62 | DZ 27 – 28 | 10/24/2006 | S1 redemption notice ($128,585.97) |
| 63 | DZ 182 | 1/1/2007 | S1 redemption note ($2,837,800.62) |

| 64 | DZ 185 | 1/1/2007 | S4 account summary from BFS |
|----|--------|----------|------------------------------|
| 65 | DZ 186 | 1/1/2007 | S3 account summary from BFS |
| 66 | DZ 187 | 1/1/2007 | S1 account summary from BFS |
| 67 | DZ 188 | 1/1/2007 | S2 account summary from BFS |
| 68 | IAM 006415 | 1/6/05 | IM between Szele and Zanger |
| 69 | IAM 006387 | 1/21/05 | IM between Szele and Zanger |
| 70 | IAM 006412 | 1/25/05 | IM between Szele and Zanger |
| 71 | IAM 006432 | 1/28/05 | IM between Szele and Zanger |
| 72 | IAM 006376 | 2/1/05 | IM between Szele and Zanger |
| 73 | IAM 006378 | 2/2/05 | IM between Szele and Zanger |
| 74 | IAM 006375 | 2/3/05 | IM between Szele and Zanger |
| 75 | IAM 006377 | 2/4/05 | IM between Szele and Zanger |
| 76 | IAM 006431 | 2/11/05 | IM between Szele and Zanger |
| 77 | IAM 006379 | 8/30/05 | IM between Szele and Zanger |
| 78 | IAM 006425 | 9/13/05 | IM between Szele and Zanger |
| 79 | IAM 006386 | 9/15/05 | IM between Szele and Zanger |
| 80 | IAM 006429 | 9/22/05 | IM between Szele and Zanger |
| 81 | IAM 006385 | 9/23/05 | IM between Szele and Zanger |
| 82 | IAM 006430 | 10/12/05 | IM between Szele and Zanger |
| 83 | IAM 006426 | 10/13/05 | IM between Szele and Zanger |
| 84 | IAM 004239 | 11/4/05 | IM between Szele and Zanger |
| 85 | IAM 006406 | 11/14/05 | IM between Szele and Zanger |
| 86 | IAM 006411 | 11/18/05 | IM between Szele and Zanger |
| 87 | IAM 006394 | 12/2/05 | IM between Szele and Zanger |
| 88 | IAM 006422 | 12/14/05 | IM between Szele and Zanger |
| 89 | IAM 006409 | 1/3/2006 | IM between Szele and Zanger |
| 90 | IAM 006414 | 1/5/2006 | IM between Szele and Zanger |
| 91 | IAM 006401 | 1/18/2006 | IM between Szele and Zanger |
| 92 | IAM 006395 | 1/19/2006 | IM between Szele and Zanger |
| 93 | IAM 006400 | 1/20/2006 | IM between Szele and Zanger |
| 94 | IAM 006403 | 2/12/2006 | IM between Szele and Zanger |
| 95 | IAM 006408 | 2/16/2006 | IM between Szele and Zanger |
| 96 | IAM 006392 | 3/1/2006 | IM between Szele and Zanger |

| 97  | IAM 006384    | 3/14/2006  | IM between Szele and Zanger |
|-----|---------------|------------|-----------------------------|
| 98  | IAM 006420    | 3/20/2006  | IM between Szele and Zanger |
| 99  | IAM 006380    | 3/23/2006  | IM between Szele and Zanger |
| 100 | IAM 006421    | 3/29/2006  | IM between Szele and Zanger |
| 101 | IAM 006402    | 4/11/2006  | IM between Szele and Zanger |
| 102 | IAM 004243    | 4/11/2006  | IM between Szele and Zanger |
| 103 | IAM 006428    | 4/12/2006  | IM between Szele and Zanger |
| 104 | IAM 006413    | 4/26/2006  | IM between Szele and Zanger |
| 105 | IAM 006474    | 4/28/2006  | IM between Szele and Zanger |
| 106 | IAM 006477    | 5/9/2006   | IM between Szele and Zanger |
| 107 | IAM 006480    | 5/12/2006  | IM between Szele and Zanger |
| 108 | IAM 006485    | 7/3/2006   | IM between Szele and Zanger |
| 109 | IAM 006486    | 7/10/2006  | IM between Szele and Zanger |
| 110 | IAM 006487    | 7/11/2006  | IM between Szele and Zanger |
| 111 | IAM 006488    | 7/13/2006  | IM between Szele and Zanger |
| 112 | IAM 006489    | 7/17/2006  | IM between Szele and Zanger |
| 113 | IAM 006491    | 7/26/2006  | IM between Szele and Zanger |
| 114 | IAM 006494    | 9/11/2006  | IM between Szele and Zanger |
| 115 | IAM 006498    | 9/26/2006  | IM between Szele and Zanger |
| 116 | IAM 006499    | 10/10/2006 | IM between Szele and Zanger |
| 117 | IAM 006500    | 10/26/2006 | IM between Szele and Zanger |
| 118 | IAM 006501    | 10/27/2006 | IM between Szele and Zanger |
| 119 | IAM 006502    | 11/10/2006 | IM between Szele and Zanger |
| 120 | 00115 – 00117 | n/a        | Table of margin calls       |
| 121 | n/a           | 3/3/2008   | Deposition of Joseph Porco  |
| 122 | n/a           | 3/5/2008   | Deposition of George Szele  |
| 123 | n/a           | 3/21/2008  | Deposition of Daniel Zanger |
| 124 | n/a           | 3/25/2008  | Deposition of Ezra Zask     |
| 125 | n/a           | 4/1/2008   | Deposition of Raymond Aronson |
| 126 | n/a           | 4/17/2008  | Deposition of George Szele  |
| 127 | n/a           |            | Any other documents listed by Zanger |

## ATTACHMENT B

## LIST OF WITNESSES THAT PLAINTIFF INTENDS TO CALL AT TRIAL

| Witness | Address | Telephone |
|---|---|---|
| Raymond Aronson | Sutter Securities<br>160 Riverside Blvd 33B<br>New York, NY 10069 | (212) 877-9781 |
| Joseph Porco | Independent Asset Management, LLC<br>433 Roundhill Road<br>Greenwich, CT 06831 | (203) 364-1942 |
| George Szele | Independent Asset Management, LLC<br>433 Roundhill Road<br>Greenwich, CT 06831 | (203) 355-1160 |
| Daniel Zanger | 4872 Topanga Cy. Blvd., Ste 401<br>Woodland Hills, CA 91364 | (305) 534-9945 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the following counsel of record on July 1, 2008, via the methods listed below:

**By ECF**
Michael Silberfarb, Esq.
Jones Day
*Attorneys for Defendant*

*s/ Craig Stuart Lanza*
Craig Stuart Lanza
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:   (212) 374-5404
Facsimile:   (212) 208-2613
*Attorneys for Plaintiff*