# EXHIBIT A

```
 1                                                              1
 2         UNITED STATES DISTRICT COURT
 3         SOUTHERN DISTRICT OF NEW YORK
 4         ------------------------------------------X
 5         INDEPENDENT ASSET MANAGEMENT LLC and OLA
           HOLMSTROM,
 6                                         Plaintiffs,
 7                   -against-
 8         DANIEL ZANGER,
 9                                         Defendant.
10         ------------------------------------------X
11                         225 Broadway
                           New York, New York
12
13                         March 21, 2008
                           9:56 a.m.
14
15                   EXAMINATION BEFORE TRIAL of
16         DANIEL ZANGER, the Defendant herein, taken by
17         the Plaintiffs, pursuant to a Notice, and held
18         at the above-noted time and place, before
19         David Sheldon, RPR, a Notary Public of the
20         State of New York.
21
22
23
24
25
```

```
 1                        ZANGER                      65
 2                MR. SEAR:  Objection to the form.
 3        A       My personal demeanor?
 4        Q       Correct.
 5        A       In dealing with?
 6        Q       In dealing with people that you
 7   were working with.
 8        A       Very professional.
 9        Q       Would you describe yourself as
10   responsive?
11        A       I would say that I was fairly
12   responsive.
13        Q       Did you ever send out any non-work
14   related obscene e-mails?
15                MR. SEAR:  Objection to the form.
16                Objection to the form.  There is no
17                place for that here.  There is no
18                allegation in this case that has
19                anything to do with obscene e-mails?
20                MR. LANZA:  That is not the
21                allegation.  The allegation is whether
22                he was focussed on the work and whether
23                or not there was negligence taking
24                place.
25                MR. SEAR:  Then ask questions
```

```
 1                      ZANGER                          66
 2              about that.  We are not here to ask
 3              questions about obscene e-mails.
 4                      MR. LANZA:  Look, I think it is
 5              perfectly reasonable and we are entitled
 6              to ask several brief questions about
 7              that.
 8                      MR. SEAR:  Unless you give me a
 9              proffer.
10                      MR. LANZA:  Here is a proffer:
11              Did he ever send out any obscene e-mails
12              during work hours?
13                      MR. SEAR:  How is that relevant?
14                      MR. LANZA:  Well, I mean, I think
15              it is relevant as to whether or not
16              somebody is focussed on their work.
17                      MR. SEAR:  I disagree.  I will not
18              let him answer the question.
19              A       I disagree also.
20              Q       We will move on and come back to
21      that.  What is Victory Lane?
22              A       Victory Lane is an offshore
23      corporation.
24              Q       The agreement that you signed with
25      IAM, did you sign on behalf of anyone or any
```