UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
INDEPENDENT ASSET MANAGEMENT LLC ) Case No. 1:07-cv-06431-JSR
and OLA HOLMSTROM, )
 )
      Plaintiffs, ) ECF
 )
  vs. )
 )
 ) **DEFENDANT'S NOTICE OF**
DANIEL ZANGER, ) **MOTION IN LIMINE TO EXCLUDE**
 ) **EVIDENCE RELATED TO STEVEN**
      Defendant. ) **SCHULMAN'S CONDUCT PRIOR TO**
 ) **HIS RETENTION IN THIS MATTER**
 )
------------------------------------------------------------ x

    **PLEASE TAKE NOTICE** that upon the Defendant's Memorandum of Law in Support of Defendant's Motion in Limine to Exclude Evidence Related to Steven Schulman's Conduct Prior to His Retention in this Matter, and upon all the prior pleadings, proceedings and matters of record in this case, Defendant Daniel Zanger respectfully moves in limine this Court for an order:

    To Exclude Evidence Related to Steven Schulman's Conduct Prior to his Retention in this Matter.

1

Dated: July 21, 2008                                    Respectfully submitted,


                                                        s/ Michael D. Silberfarb
                                                        Thomas H. Sear (TS-5570)
                                                        Michael D. Silberfarb (MS-9678)
                                                        JONES DAY
                                                        222 East 41st Street
                                                        New York, NY 10017-6702
                                                        Telephone: (212) 326-3939
                                                        Facsimile: (212) 755-7306
                                                        msilberfarb@jonesday.com

                                                        *Attorneys for Defendant Daniel Zanger*

NYI-4103006v1

## CERTIFICATE OF SERVICE

Michael D. Silberfarb, an attorney admitted to the Bar of this Court, certifies under penalty of perjury that on July 21, 2008, he caused a true and correct copy of the attached Notice of Motion in Limine to be served via ECF filing on all counsel so registered.

Dated: New York, New York
       July 21, 2008

                                          s/ Michael D. Silberfarb
                                          Michael D. Silberfarb

NYI-4103006v1