UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEPENDENT ASSET MANAGEMENT, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>DANIEL ZANGER,<br><br>　　　　　　　　　　Defendant. | Index No. 07-CV-6431 (JSR)<br><br>ECF<br><br>**NOTICE MOTION IN LIMINE** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Craig Stuart Lanza and the accompanying Memorandum of Law in Support of Plaintiff's Motion *in limine* to Preclude Evidence Concerning Defendant's Non-IFL Margin Calls and to Draw and Adverse Inference from Defendant's Non-Production of Such Evidence, Plaintiff Independent Asset Management will so move this Court *in limine*, before the Honorable Jed S. Rakoff, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York.

Dated: New York, New York
　　　　July 21, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/ Craig Stuart Lanza*
　　　　　　　　　　　　　　　　　　　　Craig Stuart Lanza (CL-2452)
　　　　　　　　　　　　　　　　　　　　John Balestriere (JB- 3247)
　　　　　　　　　　　　　　　　　　　　**BALESTRIERE LANZA PLLC**
　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 2900
　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 374-5400
　　　　　　　　　　　　　　　　　　　　Facsimile:　 (212) 208-2613
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the following counsel of record on July 21, 2008, via the methods listed below:

**By ECF**
Mike Silberfarb
MSilberfarb@JonesDay.com
*Attorneys for Defendant*

*s/ Craig Stuart Lanza*
Craig Stuart Lanza
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:   (212) 374-5404
Facsimile:   (212) 208-2613
*Attorneys for Plaintiff*