# EXHIBIT E

**Summary of concerns/damages**

**DAN SAID "500 mil over 6 years" in DueDildocs and agreement says both market both strategies - he invested in IAM strategy with 100k at IB in 06 - made him 3% in just few trades**

| | | | | | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|
| Total assets | | $50,000,000 | to | $100,000,000 | $10,000,000 | $25,000,000 | $50,000,000 |
| Man fee | | 1% | | 1% | 1% | 1% | 1% |
| Man fee revenue | | $500,000 | to | $1,000,000 | $100,000 | $250,000 | $500,000 |
| Per Agreement (on just 5 million AUM) | | | | | | | |
| Min. MAN. FEES to IAM over 3 more years | | $1,500,000 | to | $3,000,000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Actual Perf | 30% | 51% | 51% |
| Exp. PERF. FEES to IAM over 3 more years (Annu. Ret. exp. 25%) | $1,875,000 | to | $3,750,000 | | $3,000,000 | $12,750,000 | $25,500,000 |
| | | | | Perf fee | 20% | 20% | 20% |
| | $3,375,000 | to | $6,750,000 | Rev | $600,000 | $2,550,000 | $5,100,000 |
| | | | | Total Rav | $700,000 | $2,800,000 | $5,600,000 |

**Violations:**
margin calls
trading violations — range of earnings over 3 more years — over just 3 years that is   $9,100,000
less than 5 million — not including damages to fund/IAM — others say they can raise 200 for just my product
improper wiring attempts
volatility/drawdowns exceeded limits
damage with Admin (see letter)
damage with marketing efforts (see letter)
5 year deal

ISSUES
gross negligence?   On several levels - violations calls - lack of communication transparency
willful malfeasance?   Large call - did not want to continue - he knew account would get shut down


damages

| | | | |
|---|---|---|---|
| 1 year | earning potential for G | $ | 400,000 |
| year 2 + | earning potential for G | | |
| 1 year | earning potential for Joe | $ | 200,000 |
| year 2 + | earning potential for Joe | | |
| | min Ola loss | $ | 150,000 |
| | shutdown IFL | $ | 500,000 |
| | shutdown IAM | $ | 500,000 |
| | shutdown of Admin | | |
| | shutdown of SLK/GS | | |
| | min debt IAM | $ | 800,000 |
| | min potentail on G's trading | $ | 1,000,000 |
| Total | | $ | 3,550,000 |

John McCorvey wanted to buy IFL
Lombardi and others to market
If we can't keep IAM and IFL open than we can't potentially recover many millions from SCLP, specialists
relationships need to understand a Zanger and what went wrong

The loss of revanue and Zanger damages - ability to keep IFL and IAM going is <u>a triple whammy at least</u>...no rev from 5 year deal, no ability to jv with other managers/investors, debt continues to pile personally and professionally

George's trading track record is over 200% gain since Feb 05 - Dan wanted George to trade too (that's why he put 100k with George to trade) - potential earnings on 5 million would equate (20% perf fee) to 1 mil

Combined other reputational, earning potential damage



EXHIBIT
Zanger
45