UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEPENDENT ASSET MANAGEMENT, LLC,<br><br>                          Plaintiff,<br><br>- against -<br><br>DANIEL ZANGER,<br><br>                          Defendant. | Index No. 07-CV-6431 (JSR)<br><br>ECF<br><br>**NOTICE MOTION IN LIMINE** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Craig Stuart Lanza and the accompanying Memorandum of Law in Support of Plaintiff's Motion *in limine* to Preclude Defendant from Introducing Evidence Concerning Defendant's Obligation to Cover Margin Calls in IFL's Account, Plaintiff Independent Asset Management will so move this Court *in limine*, before the Honorable Jed S. Rakoff, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York.

Dated: New York, New York
       July 21, 2008

                                              Respectfully submitted,

                                              *s/ Craig Stuart Lanza*
                                              Craig Stuart Lanza (CL-2452)
                                              John Balestriere (JB- 3247)
                                              **BALESTRIERE LANZA PLLC**
                                              225 Broadway, Suite 2900
                                              New York, NY 10007
                                              Telephone:   (212) 374-5400
                                              Facsimile:    (212) 208-2613
                                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served on the following counsel of record on July 21, 2008, via the methods listed below:

**By ECF**
Mike Silberfarb
MSilberfarb@JonesDay.com
*Attorneys for Defendant*

*s/ Craig Stuart Lanza*
Craig Stuart Lanza
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:   (212) 374-5404
Facsimile:    (212) 208-2613
*Attorneys for Plaintiff*