**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

INDEPENDENT ASSET MANAGEMENT, LLC,

Plaintiff,

- against -

DANIEL ZANGER,

Defendant.

Index No. 07-CV-6431 (JSR)

ECF

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANT FROM INTRODUCING EVIDENCE CONCERNING DEFENDANT'S OBLIGATION TO COVER MARGIN CALLS IN IFL'S ACCOUNT**

I, Craig Stuart Lanza, declare under penalty of perjury as follows:

1. I am an attorney at the law firm of Balestriere Lanza PLLC, attorneys for Plaintiff Independent Asset Management ("IAM"). I submit this declaration in support of Plaintiff's Motion *In Limine* to Preclude Defendant from Introducing Evidence Concerning Defendant's Obligation to Cover Margin Calls in IFL's Account.

2. Attached to this declaration, under the identified exhibit tabs, are true and correct copies of the following documents:

Exhibit A – IFL Margin Report

Exhibit B – Zanger Deposition (excerpts)

Exhibit C – October Instant Message Communication

Exhibit D – November Instant Message Communication

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 21, 2008
        New York, New York

                                                 *s/ Craig Stuart Lanza*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served on the following counsel of record on July 21, 2008, via the methods listed below:

**By ECF**
Mike Silberfarb
MSilberfarb@JonesDay.com
*Attorneys for Defendant*

*s/ Craig Stuart Lanza*
Craig Stuart Lanza
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone: (212) 374-5404
Facsimile: (212) 208-2613
*Attorneys for Plaintiff*

# Exhibit A

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|
| 2/24/05 | 3/1/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 855,773.00 |
| 2/24/05 | 3/1/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 855,773.00 |
| 2/25/05 | 3/2/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 1,568,819.00 |
| 2/25/05 | 3/2/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 1,568,819.00 |
| 3/3/05 | 3/8/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 555,591.00 |
| 3/3/05 | 3/8/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 555,591.00 |
| 4/7/05 | 4/12/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 83,999.00 |
| 4/7/05 | 4/12/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 83,999.00 |
| 5/6/05 | 5/11/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 439,411.00 |
| 5/6/05 | 5/11/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 439,411.00 |
| 5/11/05 | 5/16/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 1,106,102.00 |
| 5/11/05 | 5/16/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 1,106,102.00 |
| 5/12/05 | 5/17/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 913,233.00 |
| 5/12/05 | 5/17/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 913,233.00 |
| 5/17/05 | 5/20/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 219,483.00 |
| 5/17/05 | 5/20/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 219,483.00 |
| 5/18/05 | 5/23/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 448,978.00 |
| 5/18/05 | 5/23/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 448,978.00 |
| 5/27/05 | 6/2/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 288,381.00 |
| 5/27/05 | 6/2/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 288,381.00 |
| 5/31/05 | 6/3/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 3,080.00 |
| 5/31/05 | 6/3/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 3,080.00 |
| 6/1/05 | 6/6/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 861,131.00 |
| 6/1/05 | 6/6/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 861,131.00 |
| 6/9/05 | 6/14/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 1,712,375.00 |
| 6/9/05 | 6/14/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 1,712,375.00 |
| 7/8/05 | 7/13/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 789,827.00 |
| 7/8/05 | 7/13/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 789,827.00 |
| 7/12/05 | 7/15/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 234,013.00 |
| 7/12/05 | 7/15/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 234,013.00 |
| 7/13/05 | 7/18/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 424,844.00 |
| 7/13/05 | 7/18/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 424,844.00 |
| 7/20/05 | 7/25/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 1,445,218.00 |
| 7/20/05 | 7/25/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 1,445,218.00 |
| 8/1/05 | 8/4/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 838,152.00 |
| 8/1/05 | 8/4/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 838,152.00 |
| 8/2/05 | 8/5/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 3,624.00 |
| 8/2/05 | 8/5/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 3,624.00 |
| 8/8/05 | 8/11/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 262,474.00 |
| 8/8/05 | 8/11/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 262,474.00 |
| 8/12/05 | 8/17/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 600,939.00 |
| 8/12/05 | 8/17/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 600,939.00 |
| 8/16/05 | 8/19/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 105,655.00 |
| 8/16/05 | 8/19/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 105,655.00 |
| 8/22/05 | 8/25/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 315,398.00 |
| 8/22/05 | 8/25/05 | GSEC | 4LG0 | 379328 | Independent Fund | T | $ | 315,398.00 |
| 8/30/05 | 9/2/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 108,295.00 |
| 8/30/05 | 9/2/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 108,295.00 |
| 8/31/05 | 9/6/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 714,294.00 |
| 8/31/05 | 9/6/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 714,294.00 |
| 9/7/05 | 9/12/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 54,074.00 |
| 9/7/05 | 9/12/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 54,074.00 |
| 9/9/05 | 9/14/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 454,513.00 |
| 9/9/05 | 9/14/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 454,513.00 |
| 9/13/05 | 9/16/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 578,208.00 |
| 9/13/05 | 9/16/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 578,208.00 |
| 9/28/05 | 10/4/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 238,082.00 |
| 9/29/05 | 10/4/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 238,082.00 |
| 9/30/05 | 10/5/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 147,287.00 |
| 9/30/05 | 10/5/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 147,287.00 |
| 10/26/05 | 10/31/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 631,813.00 |
| 10/27/05 | 11/1/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 60,216.00 |
| 11/4/05 | 11/9/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 398,975.00 |
| 11/7/05 | 11/10/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 147,283.00 |
| 11/10/05 | 11/15/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 58,170.00 |
| 11/11/05 | 11/16/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 1,285,238.00 |
| 11/14/05 | 11/17/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 7,311.00 |
| 11/18/05 | 11/23/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 182,988.00 |
| 12/9/05 | 12/14/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 38,254.00 |
| 12/14/05 | 12/19/05 | GSEC | 4LG0 | 379328 | Independent Fund | H | $ | 102,763.00 |

T = Regulation T Call
H = House Call
NY = NYSE Call

| T/D | [illegible] | GROUP | ACCOUNT | [illegible] | ACCOUNT TITLE | TYPE | [illegible] | CALL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1/6/06 | 1/11/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 391,412.00 |
| 1/9/06 | 1/12/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 1,506,365.00 |
| 1/10/06 | 1/13/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 167,451.00 |
| 1/11/06 | 1/17/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 3,668.00 |
| 1/17/06 | 1/20/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 583,979.00 |
| 1/24/06 | 1/27/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 2,119,658.00 |
| 1/31/06 | 2/3/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 250,484.00 |
| 3/3/06 | 3/8/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 11,767.00 |
| 3/16/06 | 3/21/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 858,781.00 |
| 4/3/06 | 4/6/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 1,215,918.00 |
| 4/4/06 | 4/7/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 1,945,404.00 |
| 4/7/06 | 4/12/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 164,198.00 |
| 4/17/06 | 4/20/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 1,582,397.00 |
| 4/18/06 | 4/24/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 3,285.00 |
| 4/21/06 | 4/26/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 891,440.00 |
| 4/24/06 | 4/27/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 20,397.00 |
| 5/2/06 | 5/5/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 833,932.00 |
| 5/8/06 | 5/11/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 787,678.00 |
| 5/9/06 | 5/12/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 201,101.00 |
| 5/11/06 | 5/16/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 1,728,891.00 |
| 6/29/06 | 7/5/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 1,209,585.00 |
| 6/30/06 | 7/5/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 354,300.00 |
| 7/5/06 | 7/10/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 951,767.00 |
| 7/6/06 | 7/11/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 149,277.00 |
| 7/7/06 | 7/12/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 459,387.00 |
| 8/16/06 | 8/21/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 934,740.00 |
| 8/17/06 | 8/22/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 88,593.00 |
| 8/18/06 | 8/23/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 154,072.00 |
| 8/21/06 | 8/24/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 87,518.00 |
| 9/14/06 | 9/18/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 244,540.00 |
| 9/18/06 | 9/21/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 409,128.00 |
| 10/3/06 | 10/6/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 411,221.00 |
| 10/4/06 | 10/10/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 758,185.00 |
| 10/5/06 | 10/11/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 19,068.00 |
| 10/9/06 | 10/12/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 352,405.00 |
| 10/12/06 | 10/17/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 1,480,868.00 |
| 10/12/06 | 10/17/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | NY | $ | 391,367.00 |
| 10/13/06 | 10/18/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 33,052.00 |
| 10/13/06 | 10/18/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | NY | $ | 25,928.00 |
| 10/23/06 | 10/26/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 4,006.00 |
| 11/6/06 | 11/9/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 1,417,661.00 |
| 11/6/06 | 11/9/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | ny | $ | 161,922.00 |
| 11/8/06 | 11/13/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 647,160.00 |
| 11/16/06 | 11/21/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 360,628.00 |
| 11/22/06 | 11/28/06 | GSEC | 4LG0 | 379328 | Independent Fund Limited | H | $ | 446,956.00 |

KEY
T = Regulation T Call
H = House Call
NY = NYSE Call

45 MARGIN CALLS

| [illegible] | [illegible] | [illegible] | [illegible] | Customer Name | Trade date | Due Date | | Call Amount |
|---|---|---|---|---|---|---|---|---|
| GSEC | 001 | 379326 | 4LG0 | INDEPENDENT FUND LIMITED | 9-Nov-06 | 16-Nov-06 | $ | 134,372 |
| GSEC | 001 | 379326 | 4LG0 | INDEPENDENT FUND LIMITED | 30-Nov-06 | 7-Dec-06 | $ | 2,850,461 |

DAY TRADING VIOLATIONS

# Exhibit B

that I would harm IFL.

Q You are done with your answer?

A I believe so.

Q You never threatened to drain the fund?

A I don't have that recollection.

Q Let's turn to November of 2006. You had a day trading call on November 30th of 2006; is that correct?

A What date was that?

Q November 30th.

A Of 2006?

Q Yes.

A A day trading call on November 30th?

Q Yes.

A There was a day trading call.

Q And you chose not to cover that day trading call; is that correct?

MR. SEAR: Objection to the form. Answer it as best that you can.

A Yeah, I chose not to send in payment for that call.

Q And the reason that you chose not

to send in payment was because you didn't want to experience a three- to four-week wait; is that correct?

A No.

Q So you never said no more three- to four-week waits in relation to that November 30, 2006 violation?

MR. SEAR: Objection to the form.

A Yeah, I may have said that.

Q But a three- to four-week wait had nothing to do with your choosing to cover it?

MR. SEAR: Objection to the form.

Answer it.

A Well, it had something to do with it, yes.

Q You were aware that if you didn't cover that call that the fund could no longer actively trade; is that correct?

A Well, let's say that it could no longer actively trade at Goldman Sachs, but it could actively trade.

Q If the fund could no longer actively trade, you can get your money back; is that correct?

# Exhibit C

oct 10 06 im

gbszele (8:30:48 AM): hey Dan - you're on a margin call - can you resolve that this AM as soon as possible please - thanks
gbszele (10:31:05 AM): hey Dan - you're on a margin call - can you resolve that this AM as soon as possible please - thanks
chartpattern (10:31:15 AM): done
gbszele (10:45:49 AM): good month - look out though - market may turn soon
chartpattern (10:48:15 AM): k

# Exhibit D

nov 10 06 im

gbszele (3:22:12 PM): dan have you spoken with Gia on your margin call?
chartpattern (3:22:18 PM): yup
gbszele (3:22:19 PM): she keepd emailing me
gbszele (3:22:21 PM): keeps
gbszele (3:34:00 PM): dan we need to talk
gbszele (3:34:15 PM): gia said she has not heard from you
chartpattern (3:34:29 PM): I'm not sending in any more money
chartpattern (3:34:38 PM): no more 3-4 week waits
gbszele (3:35:33 PM): you have a margin call - again - why and what do you propose to do?
chartpattern (3:35:41 PM): nothing
chartpattern (3:35:49 PM): I liquidated
chartpattern (3:35:55 PM): today
chartpattern (3:36:05 PM): its all I will or can do
gbszele (3:36:08 PM): so the why is she complaining
gbszele (3:36:14 PM): then
chartpattern (3:36:14 PM): nos ure
chartpattern (3:36:17 PM): not sure
gbszele (3:39:33 PM): there is nothin i can do about the wires - it is out of my hands - there are laws and they have to be followed
chartpattern (3:39:41 PM): ok
chartpattern (3:39:55 PM): last time cost me over 600K
chartpattern (3:40:24 PM): had to liquidate my calls in CME the day before it shot up 30 points
chartpattern (3:40:30 PM): never again
gbszele (3:47:15 PM): dan- you are the one creating the problem with the calls - you are costing yourself- why do you keep doing it?  I 'm not the one trading - you are