UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEPENDENT ASSET MANAGEMENT, LLC,<br><br>                    Plaintiff,<br><br>         - against -<br><br>DANIEL ZANGER,<br><br>                    Defendant. | Index No. 07-CV-6431 (JSR)<br><br>ECF<br><br>**NOTICE MOTION IN LIMINE** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Craig Stuart Lanza and the accompanying Memorandum of Law in Support of Plaintiff's Motion *in limine* to Preclude Raymond Aronson from Testifying to Undisputed Facts and Damages and from Providing Legal Analysis, Plaintiff Independent Asset Management will so move this Court *in limine*, before the Honorable Jed S. Rakoff, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York.

Dated: New York, New York
       July 21, 2008

Respectfully submitted,

*s/ Craig Stuart Lanza*
Craig Stuart Lanza (CL-2452)
John Balestriere (JB- 3247)
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:   (212) 374-5400
Facsimile:    (212) 208-2613
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing document was served on the following counsel of record on July 21, 2008, via the methods listed below:

**By ECF**
Mike Silberfarb
MSilberfarb@JonesDay.com
*Attorneys for Defendant*

 

*s/ Craig Stuart Lanza*
Craig Stuart Lanza
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:   (212) 374-5404
Facsimile:   (212) 208-2613
*Attorneys for Plaintiff*