**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| INDEPENDENT ASSET MANAGEMENT LLC ) and OLA HOLMSTROM, ) ) Plaintiffs, ) ) vs. ) ) DANIEL ZANGER, ) ) Defendant. ) ) ) ) ) ) | Case No. 1:07-cv-06431-JSR  ECF |

------------------------------------------------------------ x

**DECLARATION OF DANIEL J. ZANGER**
**IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION**
**TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM**
**INTRODUCING EVIDENCE CONCERNING DEFENDANT'S OBLIGATION TO**
<u>**COVER MARGIN CALLS IN IFL'S ACCOUNT**</u>

    I, Daniel J. Zanger, declare, pursuant to the provisions of 28 U.S.C. §1746, as follows:

Attached hereto as Exhibit 1 is a true and correct copy of the Agreement between IAM and Daniel Zanger dated October 19, 2008.

Executed this 28 day of July, 2008.

                                                   Respectfully submitted,

                                                 <u>/s/ Daniel Zanger</u>
                                                 Daniel Zanger

## **CERTIFICATE OF SERVICE**

Michael D. Silberfarb, an attorney admitted to the Bar of this Court, certifies under penalty of perjury that on July 28, 2008, he caused a true and correct copy of the attached Declaration in Support of Memorandum of Law in Opposition to Plaintiff's Motion in Limine to be served via ECF filing on all counsel so registered.

Dated: New York, New York
July 28, 2008

                                                      s/ Michael D. Silberfarb
                                                    Michael D. Silberfarb