**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INDEPENDENT ASSET MANAGEMENT, LLC,<br><br>      Plaintiff,<br><br> - against -<br><br>DANIEL ZANGER,<br><br>      Defendant. | Index No. 07-CV-6431 (JSR)<br><br>ECF<br><br>**PLAINTIFF'S PROPOSED**<br>**<u>VERDICT SHEET</u>** |

   Plaintiff Independent Asset Management, LLC ("Plaintiff" or "IAM"), by its attorneys, Balestriere Lanza PLLC, hereby submits the attached proposed Verdict Sheet.

Dated: New York, New York
   July 28, 2008

                Respectfully submitted,

                <u>*s/ Craig Stuart Lanza*</u>
                Craig Stuart Lanza (CL-2452)
                John Balestriere (JB- 3247)
                **BALESTRIERE LANZA PLLC**
                225 Broadway, Suite 2900
                New York, NY 10007
                Telephone: (212) 374-5400
                Facsimile: (212) 208-2613
                *Attorneys for Plaintiff*

**VERDICT FORM**

I have prepared a verdict form for you to use in recording your decision. The verdict form is made up of questions concerning the issues you must decide in this case. You should answer every question, except where the verdict form indicates otherwise.

**SECTION 1**

IAM's Claims for Breach of Contract

**Question 1A**

Do you find that Zanger had full responsibility for trading in IFL?

   Yes _____   No _____

**Question 1B**

Do you find that Zanger either intentionally or with gross negligence failed to disclose his trading positions to IAM at all times?

   Yes _____   No _____

**Question 1C**

Do you find that Zanger either intentionally or with gross negligence failed to notify IAM when illiquidity existed?

   Yes _____   No _____

**Question 1D**

Do you find that Zanger caused two day trading margin calls in late 2006?

   Yes _____   No _____

**Question 1E**

If you answered "yes" to Question 1D, do you find that Zanger was obligated to cover those margin calls? (If you answered "no" to Question 1D, proceed to Question 1G.)

   Yes _____   No _____

**Question 1F**

If you answered "yes" to Questions 1D and 1E, do you find that Zanger either intentionally or with gross negligence did not cover these day trading margin calls? (If you answered "no" to Question 1D, proceed to Question 1G.)

        Yes _____        No _____

**Question 1G**

If you answered "yes" to any one of Questions 1B, 1C, and/or 1F, do you find that Zanger's actions harmed IAM?

        Yes _____        No _____

**Question 1H**

Do you find that IAM satisfied its obligations under the contract with Zanger.

        Yes _____        No _____

**Question 1I**

If you answered "no" to Questions 1H, do you find that Zanger consented to receiving money from IAM as soon as IAM was able to pay Zanger what he was due?

        Yes _____        No _____

**SECTION 2**

IAM's Claims for Breach of Fiduciary Duty

**Question 2A**

Do you find that IAM and Zanger shared a fiduciary relationship?

        Yes _____        No _____

**Question 2B**

Do you find that IAM and Zanger intended to enter into a joint venture?

        Yes _____        No _____

**Question 2C**

Do you find that IAM and Zanger both contributed to their joint venture?

        Yes _____        No _____

**Question 2D**

Do you find that IAM and Zanger both exercised control over their joint venture?

        Yes _____        No _____

**Question 2E**

Do you find that IAM and Zanger shared in the profits and losses of the joint venture?

        Yes _____        No _____

**Question 2F**

Do you find that Zanger failed to treat IFL with as much care as he treated his other trading accounts?

        Yes _____        No _____

**Question 2G**

Do you find that Zanger placed his own interests ahead of those of IAM and IFL?

        Yes _____        No _____

**Question 2H**

If you answered "yes" to either Questions 2F or 2G, do you find that IAM was damaged as a result of Zanger's actions?

        Yes _____        No _____

### SECTION 3

<u>Punitive Damages</u>

If you answered "yes" to Question 2H, please state the dollar amount of punitive damages awarded to Plaintiff IAM, if any:

        $_____

**DO NOT PROCEED ANY FURTHER.  NOTIFY THE MARSHALL THAT YOU HAVE REACHED A VERDICT, AND HAVE THE FOREPERSON SIGN THIS VERDICT SHEET.**

                                                                  _____
                                                                                **FOREPERSON**