```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
INDEXPENDENT ASSET MANAGEMENT, LLC,  :
                                     :
             Plaintiff,              :    07 Civ. 6431 (JSR)
                                     :
        -v-                          :    FINAL JUDGMENT
                                     :
DANIEL ZANGER,                       :
                                     :
             Defendant.              :
------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-11-08

JED S. RAKOFF, U.S.D.J.

On August 8, 2008, following trial, the jury returned a verdict (attached hereto), finding defendant not liable to plaintiff on plaintiff's claim for breach of contract and finding plaintiff liable to defendant in the sum of $57,000 on defendant's counter-claim for breach of contract. All other claims in this case had previously been dismissed by the Court, either prior to, during, or at the end of trial, with prejudice, except for defendant's counter-claim for an accounting, which was dismissed without prejudice to defendant's renewing the claim on a post-judgment motion pursuant to Federal Rule of Civil Procedure 59 within the time period set forth in that Rule.

Accordingly, final judgment is hereby entered awarding defendant Daniel Zanger the sum of $57,000 (plus post-judgment interest at the prescribed federal rate) from plaintiff Independent Asset Management, LLC.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 8, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
INDEVENDENT ASSET MANAGEMENT, LLC,  :
                                    :
        Plaintiff,                  :         07 Civ. 6431 (JSR)
                                    :
        -v-                         :
                                    :
DANIEL ZANGER,                      :
                                    :
        Defendant.                  :
------------------------------------------------------------------ x

## VERDICT

1.  With respect to plaintiff's claim of breach of contract, we, the jury, find defendant:

    Liable _____     Not Liable __X__

[If you found defendant liable for breach of contract go on to question 2. Otherwise, leave question 2 blank.]

3.  Having found defendant liable for breach of contract, we, the jury, award plaintiff the following damages:

    $ _____

3.  With respect to defendant's counter-claim of breach of contract, we, the jury, find plaintiff:

    Liable __X__     Not Liable _____

[If you found plaintiff liable for breach of contract go on to question 4. Otherwise, leave question 4 blank and return your verdict form, signed by the foreperson, to the Court.]

4.  Having found plaintiff liable as to breach of contract, we, the jury, award defendant the following damages:

    $ 57,000

_____
FOREPERSON

Date: 8/08/08