UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
INDEPENDENT ASSET MANAGEMENT LLC ) Case No. 1:07-cv-06431-JSR
and OLA HOLMSTROM, )
 )
       Plaintiffs, ) ECF
 )
vs. )
 )
 ) **DEFENDANT'S NOTICE OF**
DANIEL ZANGER, ) **MOTION TO AMEND THE COURT'S**
 ) **FINAL JUDGMENT TO INCLUDE**
       Defendant. ) **PRE-JUDGMENT INTEREST**
 )
 )
 )
------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant's Motion to Amend The Court's Final Judgment to Include Pre-Judgment Interest, and upon all the prior pleadings, proceedings and matters of record in this case, Defendant Daniel Zanger respectfully moves this Court for an order:

      To Amend The Court's Final Judgment to Include Pre-Judgment Interest.

1

Dated: August 22, 2008                                  Respectfully submitted,


                                                        *s/* Michael D. Silberfarb
                                                        Thomas H. Sear (TS-5570)
                                                        Michael D. Silberfarb (MS-9678)
                                                        JONES DAY
                                                        222 East 41st Street
                                                        New York, NY 10017-6702
                                                        Telephone:  (212) 326-3939
                                                        Facsimile:  (212) 755-7306
                                                        msilberfarb@jonesday.com

                                                        *Attorneys for Defendant Daniel Zanger*

NYI-4115596v1

### **CERTIFICATE OF SERVICE**

Michael D. Silberfarb, an attorney admitted to the Bar of this Court, certifies under penalty of perjury that on August 22, 2008, he caused a true and correct copy of the attached Notice of Motion to Amend to be served via ECF filing on all counsel so registered.

Dated: New York, New York
August 22, 2008

                                                                                        s/ Michael D. Silberfarb
                                                                                        Michael D. Silberfarb